# EXHIBIT B

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Addison, TX 75001

OFFICIAL USE

| Certified Mail Fee | | |
|---|---|---|
| $ $5.30 | | 0215 7 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | | |
| Postage | | |
| $ $2.44 | | |
| Total Postage and Fees | | |
| $12.14 | | 10/31/2025 |
| Sent To | | |
| Street and Apt. No., or PO Box No. | | |
| City, State, ZIP+4® | | |

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Salt Lake City, UT 84130

OFFICIAL USE

| Certified Mail Fee | | |
|---|---|---|
| $ $5.30 | | 0215 7 |
| | $4.40 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | | |
| $ $2.44 | | |
| Total Postage and Fees | | |
| $12.14 | | 10/31/2025 |
| Sent To | | |
| Street and Apt. No., or PO Box No. | | |
| City, State, ZIP+4® | | |

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---



**UNITED STATES POSTAL SERVICE.**

EGG HARBOR CITY
237 PHILADELPHIA AVE
EGG HARBOR CITY, NJ 08215-9998
www.usps.com

10/31/2025                               03:44 PM

TRACKING NUMBERS
70223330000027529621
70223330000027529638

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.44 |
| Large Envelope | | | |

    Addison, TX 75001
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
      Wed 11/05/2025

| Certified Mail® | | | $5.30 |
|---|---|---|---|

    Tracking #:
      70223330000027529621

| Return Receipt | | | $4.40 |
|---|---|---|---|

    Tracking #:
      9590 9402 7858 2234 1264 84

Total                                   $12.14

| First-Class Mail® | 1 | | $2.44 |
|---|---|---|---|
| Large Envelope | | | |

    Salt Lake City, UT 84130
    Weight: 0 lb 3.40 oz
    Estimated Delivery Date
      Wed 11/05/2025

| Certified Mail® | | | $5.30 |
|---|---|---|---|

    Tracking #:
      70223330000027529638

| Return Receipt | | | $4.40 |
|---|---|---|---|

    Tracking #:
      9590 9402 7858 2234 1265 21

Total                                   $12.14

Grand Total:                            $24.28

Debit Card Remit                        $24.28
    Card Name: VISA
    Account #: XXXXXXXXXXXX4863
    Approval #: 184746
    Transaction #: 051
    Receipt #: 033859
    Debit Card Purchase: $24.28
    AID: A0000000980840          Chip

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Worden And Associates, LLC
15305 Dallas Parkway,
12TH Floor
Addison, TX 75001

9590 9402 7858 2234 1264 84

2. Article Number *(Transfer from service label)*

7022 3330 0000 2752 9621

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent    ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Laura Lopez     11/4/25

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## SUPERIOR COURT OF NEW JERSEY
Law Division Atlantic County – Civil Part

**GLEIRY E. ROMERO-ADAMES**, Plaintiff

v.

**WORDEN & ASSOCIATES, LLC** and **CAPITAL ONE BANK (USA), N.A.**, Defendants

**Docket No.:** ATL – L – 002998 – 25

## CERTIFICATION OF SERVICE & REQUEST TO EXPEDITE COURT DATE

To the Honorable Court and Case Management,

I, Gleiry E. Romero-Adames, respectfully submit this Certification of Service and formal request to expedite the scheduling of proceedings in the above-captioned matter.

On October 31, 2025, I filed the Summons and Complaint in *Romero-Adames v. Worden & Associates LLC*, Docket No. ATL-L-002998-25. The Track Assignment Notice was issued on November 4, 2025. In accordance with New Jersey Court Rule 4:4, I served both defendants via Certified Mail, return receipt requested, and included the USPS tracking numbers within the original complaint filing.

The parties were served as follows:

1. **Worden & Associates LLC**
   15305 Dallas Parkway, 12th Floor, Addison, TX 75001
   *USPS Tracking Number:* 7022 3330 0000 2752 9621
   *Delivery Confirmation:* November 4, 2025.

2. **Capital One Bank (USA) LLC**
   1680 Capital One Drive, McLean, VA 22102
   *USPS Tracking Number:* 7022 3330 0000 2752 9638
   *Delivery Confirmation*: November 7, 2025.

Attached are the USPS delivery confirmations verifying successful service to both defendants.

This Certification affirms that service was properly executed and documented. As of today's date, no further docket activity has occurred since the Track Assignment Notice. I have complied fully with all procedural requirements, and any delay in case progression is not attributable to the Plaintiff.

Given the timely service and the nature of the claims, I respectfully request that the Court expedite the scheduling of a hearing or case management conference to ensure timely adjudication and avoid unnecessary delay.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Signature: _____

Name: Gleiry E. Romero-Adames

Email: gradames17@gmail.com

Phone: (609) 271-0083

November 19, 2025

> Back

Delivered, PO Box

7022 3330 0000 2752 9638 Delivered

Served Capital One Bank ✏

First-Class Mail®-- Certified Mail™

Add Delivery Instructions ⌄

Note: DI not available for this package.

**Remove From Dashboard**

Scan History

Nov 07    8:15 am
Delivered, PO Box
SALT LAKE CITY,UT 84130

Nov 06    8:32 am
Available for Pickup
SALT LAKE CITY,UT 84130

Nov 06    8:16 am
Arrived at Post Office
SALT LAKE CITY,UT 84199

Nov 05    1:58 pm
Arrived at USPS Regional Destination Facility
SALT LAKE CITY UT DISTRIBUTION CENTER

Nov 04    12:00 am
In Transit to Next Facility

Nov 01    11:13 pm
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

Nov 01    9:30 am
Departed USPS Facility
EGG HARBOR TOWNSHIP,NJ 08234

Nov 01    9:30 am
Arrived at USPS Facility
EGG HARBOR TOWNSHIP,NJ 08234

Oct 31    5:21 pm
Departed USPS Facility
EGG HARBOR CITY,NJ 08215

Oct 31    3:43 pm
USPS in possession of item
EGG HARBOR CITY,NJ 08215



Get Online Assistance
Chat Now!

❯ Back

Delivered, Front Desk/Reception/Mail Room
7022 3330 0000 2752 9621 Delivered

Served Worden & Associates ✏
First-Class Mail®-- Certified Mail™
Add Delivery Instructions

Note: DI not available for this package.

Remove From Dashboard

Scan History

| Nov 04 | 9:19 am |
| | Delivered, Front Desk/Reception/Mail Room |
| | ADDISON, TX 75001 |

| Nov 03 | 1:23 pm |
| | Arrived at USPS Regional Destination Facility |
| | COPPELL TX DISTRIBUTION CENTER |

| Nov 02 | 12:00 am |
| | In Transit to Next Facility |

| Nov 01 | 11:13 pm |
| | Arrived at USPS Regional Origin Facility |
| | PHILADELPHIA PA DISTRIBUTION CENTER |

| Nov 01 | 9:30 am |
| | Departed USPS Facility |
| | EGG HARBOR TOWNSHIP, NJ 08234 |

| Nov 01 | 9:30 am |
| | Arrived at USPS Facility |
| | EGG HARBOR TOWNSHIP, NJ 08234 |

| Oct 31 | 5:21 pm |
| | Departed USPS Facility |
| | EGG HARBOR CITY, NJ 08215 |

| Oct 31 | 3:42 pm |
| | USPS in possession of item |
| | EGG HARBOR CITY, NJ 08215 |

Feedback

Get Online Assistance
Chat Now!

Judiciary eCourts System - Civil Part

Home    Help    Logout

CASE JACKET

User:GLEIRY Romero-Adames

## Docket Number: ATL L 002998 - 25

Back | Create Summary Report

Case Caption: Romero-Adames Gleiry Vs Worden & Associates Llc

| | | |
|---|---|---|
| Court: Civil Part | Venue: Atlantic | Case Initiation Date: 10/31/2025 |
| Case Type: Contract/Commercial Transaction | Case Status: Active | Jury Demand: 6 Jurors |
| Case Track: 2 | Judge: Sarah B Johnson | Team: 102 |
| # of Discovery Days: 300 | Age of Case: 0 YR 00 MO 11 DY | Consolidated Case: N |
| Original Discovery End Date: | Current Discovery End Date: | # of DED Extensions: 0 |
| Original Arbitration Date: | Current Arbitration Date: | # of Arb Adjournments: 0 |
| Original Trial Date: | Current Trial Date: | # of Trial Date Adjournments: 0 |
| Disposition Date: | Case Disposition: Open | Statewide Lien: |

Plaintiffs (1)    Defendants (2)    ACMS Documents (3)    Fees (1)

Worden & Associatesllc    (Party No. 2)

Capital One Bank (Usa) Llc    (Party No. 3)

### Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 10/31/2025 | 📎 ✉ | Complaint with Jury Demand for ATL-L-002998-25 submitted by GLEIRY E. ROMERO-ADAMES, on behalf of GLEIRY E ROMERO-ADAMES against WORDEN & ASSOCIATES LLC, CAPITAL ONE BANK (USA) LLC | LCV20252988465 | 11/03/2025 |
| 11/04/2025 | 📎 ✉ | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20252996157 | 11/04/2025 |

Showing 1 to 2 of 2 entries

**SUPERIOR COURT OF NEW JERSEY**
Law Division Atlantic County – Civil Part

**GLEIRY E. ROMERO-ADAMES**, Plaintiff

v.

**WORDEN & ASSOCIATES, LLC** and **CAPITAL ONE BANK (USA), N.A.**, Defendants

**November 24, 2025.**

**Docket No.:** ATL – L – 002998 – 25

## CERTIFICATION OF DILIGENT INQUIRY FOR OUT-OF-STATE SERVICE

To the Honorable Court and Case Management,

I, Gleiry E. Romero-Adames, certify that I conducted a diligent inquiry to locate and serve the defendants in the above-captioned matter, both of whom are located outside the State of New Jersey.

1. *Defendant:* **Worden & Associates LLC**
   *Address:* 15305 Dallas Parkway, 12th Floor, Addison, TX 75001
   *Source:* Verified via business records and prior correspondence
   *Service Method:* Certified Mail, USPS Tracking No. 7022 3330 0000 2752 9621
   *Delivery Confirmation:* November 4, 2025
2. *Defendant:* **Capital One Bank (USA) LLC**
   *Address:* PO BOX 30285, Salt Lake City, UT 84130
   *Source:* Verified via prior correspondence and corporate intake records
   *Service Method:* Certified Mail, USPS Tracking No. 7022 3330 0000 2752 9638
   *Delivery Confirmation:* November 7, 2025

I respectfully acknowledge that my prior "Certification of Service & Request to Expedite Court Date" letter referenced Capital One's corporate Headquarters in McLean, VA, while the actual certified mailing was directed to their designated PO Box in Salt Lake City, UT. I apologize for this discrepancy and clarify that the Salt Lake City address is the correct location used for service, as confirmed by USPS delivery records and prior correspondence with Capital One.

This submission includes the required **Certification of Diligent Inquiry** for out-of-state service, along with the previously submitted **Certification of Service** and supporting **USPS documentation**. These materials confirm that both defendants were properly served and that all procedural requirements have been met.

Additionally, I received direct **email correspondence from Worden & Associates LLC** at the address used for service, confirming the validity and active use of the contact information. A copy of this email is attached as **Exhibit A.** I also have correspondence from Capital One Bank (USA) LLC at the Salt Lake City, UT address used for service, referencing the sale of the debt at issue. A copy of this correspondence is attached as **Exhibit B**.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Respectfully submitted,

Gleiry E. Romero-Adames
gradames17@gmail.com
(609) 271-0083

Exhibit A:

Worden & Associates email correspondence

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## New Settlement Offer!

1 message

---

**Worden & Associates** <donotreply@wordenaa.com>
To: gradames17@gmail.com

Fri, Nov 14, 2025 at 1:20 PM

Dear Gleiry,

Client ID: 4643162

Great News! We are excited to announce that we have successfully negotiated a settlement offer on your Capital One account. Please call us immediately at 1-800-600-7126 to discuss the options we have available to get this account resolved.

Keep in mind you have the option to accelerate our services at any time by contacting us to increase or add additional savings drafts.

Thank you very much for allowing us to serve you.

 WORDEN & ASSOCIATES

The Worden & Associates Settlement Services Team
1-800-600-7126 Toll Free
1-866-282-9861 Toll Free Fax
www.wordenaa.com

---

DISCLAIMER: This communication is being provided for informational purposes only and the contents of this communication are not legally binding and do not change the terms of service described in any Agreement or its disclosures. We are a law firm. We are not a credit repair service and do not provide credit repair services. This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. Although every attempt is made to ensure the information included in this communication is accurate and timely, the information is presented "as is" and without warranties, either expressed or implied. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

This email was sent to: gradames17@gmail.com

This email was sent by: Worden & Associates
15305 Dallas Parkway 12th Floor, Addison TX 75001

Exhibit B:

Capital One Debt Sale Correspondence



Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

## Resurgent Acquisitions, LLC now owns your account

October 16, 2025

9339-4411-LD03-64617/64617:14

GLEIRY ROMERO
359 WASHINGTON AVE
EGG HARBOR CITY, NJ 08215-1437

Re: Account ending in 6534

**Important Update: Resurgent Acquisitions, LLC now owns your account.**

Dear GLEIRY ROMERO,

Your Platinum Card with a balance of $5,940.49 and your account agreement were sold and transferred on or about 10/15/2025 to:

Resurgent Acquisitions, LLC
1-888-665-0374
PO BOX 10497
Greenville, SC 29603

Resurgent Acquisitions, LLC is now the owner of your account and is responsible for collecting future payments and answering questions you might have. They may contact you about your account directly or through a representative.

Since your Account has been sold, **please do not send future payments to Capital One.**

Thank you for your time as our customer. We understand that difficult financial situations can happen and we wish you the best going forward.

Sincerely,

Capital One

Puerto Rico Residents: You can request a copy of this document in Spanish.
Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.

THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

© 2025 Capital One. Capital One is a federally registered service mark.

CD0090/68f06c54850b90766bcaee6f/P:Y 1

Exhibit C:

Certification of Service (previously submitted with Complaint)

**SUPERIOR COURT OF NEW JERSEY**
Law Division Atlantic County – Civil Part

**GLEIRY E. ROMERO-ADAMES**, Plaintiff

v.

**WORDEN & ASSOCIATES, LLC** and **CAPITAL ONE BANK (USA), N.A.**, Defendants

Docket No.: _____
           (to be assigned)

## CERTIFICATION OF SERVICE

I, Gleiry E. Romero-Adames, certify that on 10/31/2025, I served a true and correct copy of the following documents:

- Verified Complaint and Demand for Jury Trial
- Civil Case Information Statement
- Cover Letter to Clerk of Court
- This Certification of Service

Upon the following parties via **Certified Mail, Return Receipt Requested**:

**Worden & Associates, LLC**
15305 Dallas Parkway, 12th Floor.
Addison, TX 75001

**Capital One Bank (USA), N.A.**
P.O. Box 30285
Salt Lake City, UT 84130-0285

I certify that the foregoing statements made by me are true. I understand that if any of the statements are willfully false, I am subject to punishment.

Respectfully submitted,

*Gleiry Romero-Adames*

**Gleiry Romero-Adames**
Date: 10/31/2025

Exhibit D:

USPS Delivery Confirmations



**UNITED STATES POSTAL SERVICE.**

EGG HARBOR CITY
237 PHILADELPHIA AVE
EGG HARBOR CITY, NJ 08215-9998
www.usps.com

10/31/2025                                    03:44 PM

TRACKING NUMBERS
70223330000027529621
70223330000027529638

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Large Envelope | 1 | | $2.44 |
|   Addison, TX 75001 | | | |
|   Weight: 0 lb 3.50 oz | | | |
|   Estimated Delivery Date | | | |
|     Wed 11/05/2025 | | | |
|   Certified Mail® | | | $5.30 |
|     Tracking #: | | | |
|     70223330000027529621 | | | |
|   Return Receipt | | | $4.40 |
|     Tracking #: | | | |
|     9590 9402 7858 2234 1264 84 | | | |
| Total | | | $12.14 |
| First-Class Mail® Large Envelope | 1 | | $2.44 |
|   Salt Lake City, UT 84130 | | | |
|   Weight: 0 lb 3.40 oz | | | |
|   Estimated Delivery Date | | | |
|     Wed 11/05/2025 | | | |
|   Certified Mail® | | | $5.30 |
|     Tracking #: | | | |
|     70223330000027529638 | | | |
|   Return Receipt | | | $4.40 |
|     Tracking #: | | | |
|     9590 9402 7858 2234 1265 21 | | | |
| Total | | | $12.14 |

Grand Total:                                  $24.28

**CERTIFIED MAIL RECEIPT**

Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Add(son FTX 75001

| Certified Mail Fee | | |
|---|---|---|
| $5.30 | | 0215 7 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | | |
| Postage | | |
| $ $2.44 | | 10/31/2025 |
| Total Postage and Fees | | |
| $12.14 | | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Worden And Associates, LLC
15305 Dallas Parkway,
12TH Floor
Addison, TX 75001

9590 9402 7858 2234 1264 84

2. Article Number (Transfer from service label)

7022 3330 0000 2752 9621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Laura Lopez   11/4/25

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

> Back

Delivered, Front Desk/Reception/Mail Room
7022 3330 0000 2752 9621 Delivered

Served Worden & Associates  ✏
First-Class Mail®-- Certified Mail™
Add Delivery Instructions

Note: DI not available for this package.

Remove From Dashboard
Scan History

| Nov 04 | 9:19 am |
| | Delivered, Front Desk/Reception/Mail Room |
| | ADDISON, TX 75001 |

| Nov 03 | 1:23 pm |
| | Arrived at USPS Regional Destination Facility |
| | COPPELL TX DISTRIBUTION CENTER |

| Nov 02 | 12:00 am |
| | In Transit to Next Facility |

| Nov 01 | 11:13 pm |
| | Arrived at USPS Regional Origin Facility |
| | PHILADELPHIA PA DISTRIBUTION CENTER |

| Nov 01 | 9:30 am |
| | Departed USPS Facility |
| | EGG HARBOR TOWNSHIP, NJ 08234 |

| Nov 01 | 9:30 am |
| | Arrived at USPS Facility |
| | EGG HARBOR TOWNSHIP, NJ 08234 |

| Oct 31 | 5:21 pm |
| | Departed USPS Facility |
| | EGG HARBOR CITY, NJ 08215 |

| Oct 31 | 3:42 pm |
| | USPS in possession of item |
| | EGG HARBOR CITY, NJ 08215 |

Feedback

Get Online Assistance
Chat Now!



> Back

Delivered, PO Box

7022 3330 0000 2752 9638 Delivered

Served Capital One Bank  ✏

First-Class Mail®-- Certified Mail™

Add Delivery Instructions

Note: DI not available for this package.

Remove From Dashboard

Scan History

Nov 07  8:15 am
Delivered, PO Box
SALT LAKE CITY,UT 84130

Nov 06  8:32 am
Available for Pickup
SALT LAKE CITY,UT 84130

Nov 06  8:16 am
Arrived at Post Office
SALT LAKE CITY,UT 84199

Nov 05  1:58 pm
Arrived at USPS Regional Destination Facility
SALT LAKE CITY UT DISTRIBUTION CENTER

Nov 04  12:00 am
In Transit to Next Facility

Nov 01  11:13 pm
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

Nov 01  9:30 am
Departed USPS Facility
EGG HARBOR TOWNSHIP,NJ 08234

Nov 01  9:30 am
Arrived at USPS Facility
EGG HARBOR TOWNSHIP,NJ 08234

Oct 31  5:21 pm
Departed USPS Facility
EGG HARBOR CITY,NJ 08215

Oct 31  3:43 pm
USPS in possession of item
EGG HARBOR CITY,NJ 08215


Get Online Assistance
Chat Now!

### SUPERIOR COURT OF NEW JERSEY
Law Division Atlantic County – Civil Part

**GLEIRY E. ROMERO-ADAMES, Plaintiff**

v.

**WORDEN & ASSOCIATES, LLC and CAPITAL ONE BANK (USA), N.A., Defendants**

Docket No.: ATL-L-002998-25

Date: December 4, 2025

### UPDATE LETTER REGARDING SERVICE AND CASE STATUS

To the Honorable Court and Case Management:

I respectfully submit this update to clarify the record and request acknowledgment of the complaint and service filings in the above-captioned matter.

1. On **October 31, 2025**, I filed and served the Verified Complaint and Certification of Service via Certified Mail, Return Receipt Requested, upon both defendants.
2. On **November 24, 2025**, I submitted a Certification of Diligent Inquiry with Exhibits (Worden correspondence, Capital One correspondence, USPS confirmations) to address the deficiency notice and confirm proper service.
3. Despite these filings, I have not received confirmation from the Court regarding acceptance of the complaint or next procedural steps.

Since that time, I have received direct correspondence from **Worden & Associates LLC**, dated November 26, 2025, acknowledging receipt of the lawsuit and referencing payment of the Capital One/Resurgent account. This correspondence confirms defendants are aware of the lawsuit and have attempted to pressure dismissal outside of proper court procedure. A copy of this correspondence is attached as **Exhibit A**.

Additionally, attached as **Exhibit B** is the USPS return receipt signed by Capital One Bank (USA) LLC, confirming acceptance of certified service at their Salt Lake City, UT address. This receipt further validates that service was properly executed and accepted.

I respectfully request that the Court confirm receipt and acceptance of the complaint and service filings, and provide guidance on the next procedural step. The defendants' actions—including attempts to close accounts in haste—do not remove their accountability for neglecting proper follow-ups and the outstanding Discover judgment against me.

**Exhibit Index**

Exhibit A – Worden & Associates email correspondence (Nov. 26, 2025)

Exhibit B – Capital One USPS Return Receipt (Salt Lake City, UT)

Exhibit C – Certification of Service (previously submitted)

Exhibit D – USPS Delivery Confirmations

Exhibit E – Capital One Debt Sale Correspondence


Respectfully submitted,

Gleiry E. Romero-Adames

Email: gradames17@gmail.com

Phone: (609) 271-0083

Exhibit A

Worden & Associates email correspondence (Nov. 26, 2025)

 Gmail

Gleiry Romero <gradames17@gmail.com>

## Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

2 messages

**Kirsten Vuksic** <Kirsten.Vuksic@wordenaa.com>
To: "gradames17@gmail.com" <gradames17@gmail.com>

Wed, Nov 26, 2025 at 3:38 PM

Hello Ms. Adames,

We received in the regular mail a copy of the suit you may have filed in New Jersey Superior Court. That suit is attached.

**Most importantly, please be advised the full remaining balance owed to Capital One/Resurgent has been paid in full now and is extinguished.** We received the attached offer letter on the 24th to have the account paid off. **We submitted that full payment yesterday, so the account is fully settled and paid in full.** Any legal proceedings by Capital One against you will/must now be dismissed.

The lawsuit attached above was only purported to be served on us by mail which is not sufficient service under New Jersey law. But, at this point, that should not matter because your underlying debt to Capital One has been 100% satisfied and settled. You owe them nothing. We paid the extra cost of the settlement out of our own pocket as a special accommodation to you.

Considering that, we are assuming you are agreeable to not move forward with your suit against us. If so and if you already filed the suit with the Court, you would need to dismiss it with prejudice now that the debt at issue has been fully extinguished.

Again, you now owe nothing to Capital One. That account has been paid off and fully resolved.

Please let us know if you have any questions about this matter.

In the meantime, we wish you a very Happy Thanksgiving.

Thank you very much.

---

2 attachments

4643162 - Gleiry Romero - WAA Lawsuit.pdf
545K

Resurgent Offer Gleiry ROMERO CAPITAL ONE 6534 RCS SIF.pdf
67K

---

**Kirsten Vuksic** <Kirsten.Vuksic@wordenaa.com>
To: "gradames17@gmail.com" <gradames17@gmail.com>

Thu, Dec 4, 2025 at 12:49 PM

Ms. Adames,

I hope you had a nice Thanksgiving Holiday.

We have not received a response to the email below which we sent to you on November 26th.

Please confirm receipt and your understanding of the facts at issue as described below.
If helpful, we can have a call with you to discuss as well.

Thank you very much.

---

From: Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>
Sent: Wednesday, 26 November 2025 21.38
To: gradames17@gmail.com <gradames17@gmail.com>
Subject: Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

[Quoted text hidden]

2 attachments

4643162 - Gleiry Romero - WAA Lawsuit.pdf
545K

Resurgent Offer Gleiry ROMERO CAPITAL ONE 6534 RCS SIF.pdf
67K

P.O. BOX 1410
TROY, MI 48099-1410



Current Balance: **$5,940.49**
Current Owner: LVNV Funding LLC
Original Creditor: Capital One, N.A.
Account ID: 828796890
Original Account Number ending in: 6534

S-SFIRUX10  L-SIFDSA  R-14 DS-685
PMR86J00100165 - I00330
GLEIRY ROMERO
359 WASHINGTON AVE
EGG HARBOR CITY NJ 08215-1437

11/24/2025

This letter confirms that on 11/24/2025 you agreed to resolve your above-referenced account by making payment in the amount of $2,970.25. The $2,970.25 total amount will be paid in the following installment(s):

$2970.25  11/26/2025

Your payment(s) must be received no later than the dates provided above. If you fail to comply with the agreed-upon terms outlined above, the arrangement may be reevaluated, modified, or cancelled.

When payment resolving this account is posted, a request will be submitted to the credit reporting agencies within 30 days to delete the tradeline associated with the account. If this account has not yet been reported to the credit reporting agencies at the time your payment is posted, it will not be reported.

If you have any questions about your payment agreement feel free to call us at our toll-free number provided below.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.


Monday-Friday:
8:00AM-5:00PM


Correspondence address:
P.O. Box 10497
Greenville, SC 29603-0497


Phone: 888-242-3711
Fax: 866-467-0912


Pay online: Resurgent.com
e-Mail: contactcs@resurgent.com

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P I000001 A-828796890 0101J0400

Exhibit B

Capital One USPS Return Receipt (Salt Lake City, UT)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One Bank (USA)

PO Box 30285
Salt Lake City, UT
84130 - 0285

9590 9402 7858 2234 1265 21

2. Article Number (Transfer from service label)

7022 3330 0000 2752 9638

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                            ☐ Agent
                                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

NOV 0 7 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# Exhibit C

## Certification of Service (previously submitted)

**SUPERIOR COURT OF NEW JERSEY**
Law Division Atlantic County – Civil Part

**GLEIRY E. ROMERO-ADAMES**, Plaintiff

v.

**WORDEN & ASSOCIATES, LLC** and **CAPITAL ONE BANK (USA), N.A.**, Defendants

Docket No.: _____
           (to be assigned)

### CERTIFICATION OF SERVICE

I, Gleiry E. Romero-Adames, certify that on 10/31/2025, I served a true and correct copy of the following documents:

- Verified Complaint and Demand for Jury Trial

- Civil Case Information Statement

- Cover Letter to Clerk of Court

- This Certification of Service

Upon the following parties via **Certified Mail, Return Receipt Requested**:

**Worden & Associates, LLC**
15305 Dallas Parkway, 12th Floor,
Addison, TX 75001

**Capital One Bank (USA), N.A.**
P.O. Box 30285
Salt Lake City, UT 84130-0285

I certify that the foregoing statements made by me are true. I understand that if any of the statements are willfully false, I am subject to punishment.

Respectfully submitted,

*Gleiry Romero-Adames*

**Gleiry Romero-Adames**
Date: 10/31/2025

# Exhibit D

# USPS Delivery Confirmations



UNITED STATES
**POSTAL SERVICE.**

EGG HARBOR CITY
237 PHILADELPHIA AVE
EGG HARBOR CITY, NJ 08215-9998
www.usps.com

10/31/2025                               03:44 PM

TRACKING NUMBERS
70223330000027529621
70223330000027529638

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.44 |
| Addison, TX 75001 Weight: 0 lb 3.50 oz Estimated Delivery Date Wed 11/05/2025 | | | |
| Certified Mail® Tracking #: 70223330000027529621 | | | $5.30 |
| Return Receipt Tracking #: 9590 9402 7858 2234 1264 84 | | | $4.40 |
| Total | | | $12.14 |
| First-Class Mail® Large Envelope | 1 | | $2.44 |
| Salt Lake City, UT 84130 Weight: 0 lb 3.40 oz Estimated Delivery Date Wed 11/05/2025 | | | |
| Certified Mail® Tracking #: 70223330000027529638 | | | $5.30 |
| Return Receipt Tracking #: 9590 9402 7858 2234 1265 21 | | | $4.40 |
| Total | | | $12.14 |
| Grand Total: | | | $24.28 |

## CERTIFIED MAIL RECEIPT

Domestic Mail Only

For delivery information, visit our website at www.usps.com

Add[ ]son TX 75081

OFFICIAL USE

Certified Mail Fee

$5.30

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage

$2.44

Total Postage and Fees

$12.14

0215
7

Postmark
Here

10/31/2025

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Worden And Associates, LLC
15305 Dallas Parkway,
12TH Floor
Addison, TX 75001

9590 9402 7858 2234 1264 84

2. Article Number (Transfer from service label)

7022 3330 0000 2752 9621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____      ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

Laura Lopez                          11/4/25

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

> Back

Delivered, Front Desk/Reception/Mail Room
    7022 3330 0000 2752 9621 Delivered

Served Worden & Associates  ✏
First-Class Mail® -- Certified Mail™
Add Delivery Instructions

Note: DI not available for this package.

Remove From Dashboard
Scan History

Nov 04        9:19 am
              Delivered, Front Desk/Reception/Mail Room
              ADDISON,TX 75001

Nov 03        1:23 pm
              Arrived at USPS Regional Destination Facility
              COPPELL TX DISTRIBUTION CENTER

Nov 02        12:00 am
              In Transit to Next Facility

Nov 01        11:13 pm
              Arrived at USPS Regional Origin Facility
              PHILADELPHIA PA DISTRIBUTION CENTER

Nov 01        9:30 am
              Departed USPS Facility
              EGG HARBOR TOWNSHIP,NJ 08234

Nov 01        9:30 am
              Arrived at USPS Facility
              EGG HARBOR TOWNSHIP,NJ 08234

Oct 31        5:21 pm
              Departed USPS Facility
              EGG HARBOR CITY,NJ 08215

Oct 31        3:42 pm
              USPS in possession of item
              EGG HARBOR CITY,NJ 08215



Get Online Assistance
Chat Now!



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Salt Lake City, UT 84130

Certified Mail Fee   $5.30                    0215
                                              7
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00
☐ Certified Mail Restricted Delivery $ $0.00      Postmark
☐ Adult Signature Required         $  $0.00        Here
☐ Adult Signature Restricted Delivery $ $0.00

Postage            $2.44

Total Postage and Fees              10/31/2025
$12.14

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

> Back

Delivered, PO Box

7022 3330 0000 2752 9638 Delivered

Served Capital One Bank  ✎

First-Class Mail®-- Certified Mail™

Add Delivery Instructions

Note: DI not available for this package.

Remove From Dashboard

Scan History

| Nov 07 | 8:15 am<br>Delivered, PO Box<br>SALT LAKE CITY,UT 84130 |
|---|---|
| Nov 06 | 8:32 am<br>Available for Pickup<br>SALT LAKE CITY,UT 84130 |
| Nov 06 | 8:16 am<br>Arrived at Post Office<br>SALT LAKE CITY,UT 84199 |
| Nov 05 | 1:58 pm<br>Arrived at USPS Regional Destination Facility<br>SALT LAKE CITY UT DISTRIBUTION CENTER |
| Nov 04 | 12:00 am<br>In Transit to Next Facility |
| Nov 01 | 11:13 pm<br>Arrived at USPS Regional Origin Facility<br>PHILADELPHIA PA DISTRIBUTION CENTER |
| Nov 01 | 9:30 am<br>Departed USPS Facility<br>EGG HARBOR TOWNSHIP,NJ 08234 |
| Nov 01 | 9:30 am<br>Arrived at USPS Facility<br>EGG HARBOR TOWNSHIP,NJ 08234 |
| Oct 31 | 5:21 pm<br>Departed USPS Facility<br>EGG HARBOR CITY,NJ 08215 |
| Oct 31 | 3:43 pm<br>USPS in possession of item<br>EGG HARBOR CITY,NJ 08215 |



Get Online Assistance
**Chat Now!**

Exhibit E

Capital One Debt Sale Correspondence



Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

## Resurgent Acquisitions, LLC now owns your account

October 16, 2025

9339-4411-LD03-64617/64617:14

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

GLEIRY ROMERO
359 WASHINGTON AVE
EGG HARBOR CITY, NJ 08215-1437

Re: Account ending in 6534

### Important Update: Resurgent Acquisitions, LLC now owns your account.

Dear GLEIRY ROMERO,

Your Platinum Card with a balance of $5,940.49 and your account agreement were sold and transferred on or about 10/15/2025 to:

Resurgent Acquisitions, LLC
1-888-665-0374
PO BOX 10497
Greenville, SC 29603

Resurgent Acquisitions, LLC is now the owner of your account and is responsible for collecting future payments and answering questions you might have. They may contact you about your account directly or through a representative.

Since your Account has been sold, **please do not send future payments to Capital One.**

Thank you for your time as our customer. We understand that difficult financial situations can happen and we wish you the best going forward.

Sincerely,

Capital One

Puerto Rico Residents: You can request a copy of this document in Spanish.
Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.

THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

© 2025 Capital One. Capital One is a federally registered service mark.

CD0090/68f06c54850b90766bcaee6f/P:Y 1

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION – CIVIL PART

ATLANTIC COUNTY

Docket No. **ATL-L-002998-25**

Date: December 16, 2025.

    **RE:** Gleiry E. Romero-Adames v. Worden & Associates, LLC and Capital One Bank (USA), N.A.

To the Clerk of the Court:

Please accept the enclosed Request for **Entry of Default** against both defendants, Worden & Associates, LLC and Capital One Bank (USA), N.A.

Both defendants were properly served via Certified Mail, Return Receipt Requested. Proof of service and USPS delivery confirmations are attached as Exhibits. **More than 35 days have passed** since service was completed, and neither defendant has filed an Answer, Notice of Appearance, or Motion with the Court.

Accordingly, I respectfully request that default be entered against both defendants.

Enclosed:

1. Request for Entry of Default

2. Certification in Support of Default with Exhibits A–F

3. Proposed Order for Entry of Default

Respectfully submitted,

_____

Gleiry E. Romero-Adames

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

GLEIRY E. ROMERO-ADAMES,

       Plaintiff

                         Vs.

WORDEN & ASSOCIATES, LLC,

and CAPITAL ONE BANK (USA), N.A.,

       Defendants

                         SUPERIOR COURT OF NEW JERSEY

                         LAW DIVISION

                         ATLANTIC COUNTY CIVIL PART

                         Docket No. ATL-L-002998-25

---

## REQUEST FOR ENTRY OF DEFAULT

---

Plaintiff, **Gleiry E. Romero-Adames**, respectfully requests that the Clerk **enter default** against Defendants Worden & Associates, LLC and Capital One Bank (USA), N.A., pursuant to Rule 4:43-1, for failure to plead or otherwise defend this action.

1. Both defendants were served with the Summons and Verified Complaint via Certified Mail, Return Receipt Requested, on the following dates:

- Worden & Associates, LLC – delivered November 4, 2025

- Capital One Bank (USA), N.A. – delivered November 7, 2025

2. Proof of service, including USPS delivery confirmations and signed return receipts, is attached as Exhibits.


3. More than 35 days have passed since service was completed on each defendant.


4. Neither defendant has filed an Answer, Notice of Appearance, or Motion with the Court.

---

Accordingly, Plaintiff respectfully requests that default be entered against both defendants.

Dated: _12/10/2025_   _____

Gleiry E. Romero-Adames

Plaintiff

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

GLEIRY E. ROMERO-ADAMES,

    Plaintiff

                Vs.

WORDEN & ASSOCIATES, LLC,

and CAPITAL ONE BANK (USA), N.A.,

    Defendants

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION

ATLANTIC COUNTY CIVIL PART

Docket No. ATL-L-002998-25

---

## CERTIFICATION OF GLEIRY E. ROMERO-ADAMES, PLAINTIFF,

## IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

---

I, **Gleiry E. Romero-Adames**, certify as follows:

1. I am the Plaintiff in this matter, and I submit this Certification in support of my Request for **Entry of Default** against both defendants.

2. On **October 31, 2025**, I filed the Verified Complaint and related documents with the Superior Court of New Jersey, Atlantic County.

3. On the same date, I served both defendants via Certified Mail, Return Receipt Requested, as permitted for **out-of-state** defendants.

4. Worden & Associates, LLC received service on **November 4, 2025**, as shown by USPS delivery confirmation and the signed return receipt attached as Exhibits.

5. Capital One Bank (USA), N.A. received service on **November 7, 2025**, as shown by USPS delivery confirmation and the signed return receipt attached as Exhibits.

6. On **November 24, 2025**, I filed a **Certification of Diligent Inquiry** with supporting exhibits to address the Court's deficiency notice.

7. On **December 4, 2025**, I submitted an Update Letter with Exhibits A–E through JEDS to clarify the record and confirm proper service.

8. More than **35 days** have passed since service was completed on each defendant. Neither defendant has filed an Answer, Notice of Appearance, or Motion with the Court.

9. Worden & Associates has **acknowledged** receipt of the lawsuit in multiple emails dated November 26, December 4, and December 11, 2025. These communications are attached as Exhibits.

10. Despite my certified request that all communications be made in writing only, Worden & Associates has repeatedly contacted me by telephone and left voicemail messages attempting to **pressure dismissal** of this lawsuit. A summary of these contacts is attached as an Exhibit.

11. On **December 12, 2025**, I contacted the Court's scheduling department and was informed that I may proceed with filing for default, as all required filings and proofs of service are in order.

12. In addition to the defendants' failure to answer or otherwise respond to the Complaint, I respectfully bring the following **facts** to the Court's attention:

12(a). Worden & Associates, LLC has repeatedly contacted me by telephone despite my prior written request, sent by certified mail, that all communications be made in writing only. These calls occurred after service of the Complaint and were made for the purpose of pressuring me to dismiss this lawsuit outside of proper court procedure.

12(b). Worden & Associates, LLC sent multiple emails acknowledging receipt of the lawsuit, including emails dated November 26, December 4, and December 11, 2025. These communications contradict their statements that they were "not served" and demonstrate actual notice of this action.

12(c). Their repeated outreach, including voicemail messages threatening to "contact the court" due to my lack of response, has caused confusion and undue pressure during the litigation process. A summary of these contacts is attached as an Exhibit.

12(d). To clarify, my lack of response to the defendants' telephone calls and emails was not avoidance. Prior to filing this lawsuit, I made multiple attempts to obtain a proper response and resolution directly from the defendants, but my concerns were not addressed. After the Complaint was filed and served, I expected that any legitimate response would be made through the Court, not through informal outreach. Instead, the defendants entered into an agreement with a third party without my knowledge or consent and then contacted me seeking dismissal based on actions taken outside of my involvement and outside of the judicial process. I was willing to review and respond to any formal Answer or Motion filed with the Court, but I was not obligated to engage in off-record pressure or settlement attempts that bypassed both my prior requests and proper procedure.

12(e). Prior to the filing of this lawsuit, I attempted to obtain proper follow-up and documentation from Worden & Associates regarding the closure of the underlying account. My requests were not addressed, which contributed to the need for litigation.

12(f). Based on publicly available information, it is unclear whether Worden & Associates, LLC is authorized to conduct debt adjustment or settlement activities in the State of New

Jersey, or whether they are bonded or registered as required under the New Jersey Debt Adjustment Act. Their communications and conduct raise concerns regarding compliance with New Jersey regulatory requirements. I raise this solely as a factual concern for the Court's awareness.

12(g). Capital One Bank (USA), N.A., has not contacted me, responded to my pre-litigation requests for documentation, or filed any response with the Court following service of the Complaint.

13. These facts are provided to give the Court a complete and accurate record of the defendants' conduct following service of the Complaint and to demonstrate my diligence in pursuing this matter.

14. I respectfully request that default be entered against both defendants.

15. I have acted diligently and in good faith at every stage of this matter, and default is appropriate based on the defendants' failure to respond within the time required by the Court Rules.

I certify that the foregoing statements made by me are true. I understand that if any of the statements are willfully false, I am subject to punishment.

Dated: _12/16/2025_               _____

                                 Gleiry E. Romero-Adames

                                 Plaintiff

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

GLEIRY E. ROMERO-ADAMES,

      Plaintiff

Vs.

WORDEN & ASSOCIATES, LLC,

and CAPITAL ONE BANK (USA), N.A.,

      Defendants

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION

ATLANTIC COUNTY CIVIL PART

Docket No. ATL-L-002998-25

---

## ORDER FOR ENTRY OF DEFAULT

---

THIS MATTER having been presented to the Court by Plaintiff, Gleiry E. Romero-Adames, and the Court having reviewed the Request for Entry of Default and supporting Certification, and for good cause shown;

IT IS on this _____ day of _____, 2025,

ORDERED that default is hereby entered against Defendants Worden & Associates, LLC and Capital One Bank (USA), N.A., for failure to plead or otherwise defend this action.

_____
      J.S.C.

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

## EXHIBIT A

## TIMELINE OF EVENTS

---

### OCTOBER 2025

- Plaintiff requested documentation and proper follow-up from Worden & Associates regarding the status and closure of the underlying account. No documentation or clarification was provided by Worden & Associates or Capital One. Due to the continued lack of response and unresolved issues, Plaintiff proceeded to pursue legal action as outlined in the Verified Complaint.

### OCTOBER 31, 2025

- Plaintiff filed the Verified Complaint with the Superior Court of New Jersey, Atlantic County.
- Plaintiff served both defendants via Certified Mail, Return Receipt Requested.

### NOVEMBER 4, 2025

- Worden & Associates, LLC received service of the Summons and Verified Complaint (USPS confirmation and signed return receipt).

### NOVEMBER 7, 2025

- Capital One Bank (USA), N.A. received service of the Summons and Verified Complaint (USPS confirmation and signed return receipt).

**NOVEMBER 24, 2025**

- Plaintiff filed a Certification of Diligent Inquiry with supporting exhibits in response to the Court's deficiency notice.

**NOVEMBER 26, 2025**

- Worden & Associates emailed Plaintiff acknowledging receipt of the lawsuit.

**DECEMBER 4, 2025**

- Plaintiff submitted an Update Letter with Exhibits A–E through JEDS to clarify the record.
- Worden & Associates emailed Plaintiff again acknowledging receipt of the lawsuit.

**DECEMBER 11, 2025**

- Worden & Associates emailed Plaintiff a third time acknowledging receipt of the lawsuit and requesting dismissal.

**DECEMBER 2025 (multiple dates)**

- Worden & Associates placed multiple telephone calls to Plaintiff despite Plaintiff's prior certified written request for written-only communication. Voicemails were left without identifying the caller by name.

**DECEMBER 12, 2025**

- Plaintiff contacted the Court's scheduling department and was informed that all filings were in order and that Plaintiff may proceed with filing for default.

**As of the date of this filing**

- Neither defendant has filed an Answer, Notice of Appearance, or Motion with the Court.

---

End of Exhibit A.

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

## EXHIBIT B

## PROOF OF SERVICE: WORDEN & ASSOCIATES

---

Includes:

- USPS Certified Mail Receipt
- Tracking Confirmation
- Signed Green Card

End of Exhibit B.

**UNITED STATES POSTAL SERVICE.**

EGG HARBOR CITY
237 PHILADELPHIA AVE
EGG HARBOR CITY, NJ 08215-9998
www.usps.com

10/31/2025                                    03:44 PM

TRACKING NUMBERS
70223330000027529621
70223330000027529638

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.44 |
| Large Envelope | | | |
| Addison, TX 75001 | | | |
| Weight: 0 lb 3.50 oz | | | |
| Estimated Delivery Date | | | |
| Wed 11/05/2025 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 70223330000027529621 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 7858 2234 1264 84 | | | |
| Total | | | $12.14 |
| First-Class Mail® | 1 | | $2.44 |
| Large Envelope | | | |
| Salt Lake City, UT 84130 | | | |
| Weight: 0 lb 3.40 oz | | | |
| Estimated Delivery Date | | | |
| Wed 11/05/2025 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 70223330000027529638 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 7858 2234 1265 21 | | | |
| Total | | | $12.14 |

Grand Total:                                  $24.28

> Back

Delivered, Front Desk/Reception/Mail Room
7022 3330 0000 2752 9621 Delivered

Served Worden & Associates ✏
First-Class Mail®-- Certified Mail™
Add Delivery Instructions

Note: DI not available for this package.

Remove From Dashboard
Scan History

Nov 04    9:19 am
Delivered, Front Desk/Reception/Mail Room
ADDISON,TX 75001

Nov 03    1:23 pm
Arrived at USPS Regional Destination Facility
COPPELL TX DISTRIBUTION CENTER

Nov 02    12:00 am
In Transit to Next Facility

Nov 01    11:13 pm
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

Nov 01    9:30 am
Departed USPS Facility
EGG HARBOR TOWNSHIP,NJ 08234

Nov 01    9:30 am
Arrived at USPS Facility
EGG HARBOR TOWNSHIP,NJ 08234

Oct 31    5:21 pm
Departed USPS Facility
EGG HARBOR CITY,NJ 08215

Oct 31    3:42 pm
USPS in possession of item
EGG HARBOR CITY,NJ 08215



Get Online Assistance
Chat Now!

**CERTIFIED MAIL RECEIPT**

Domestic Mail Only

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Addison TX 75001

| | |
|---|---|
| Certified Mail Fee | 0215 7 |
| $5.30 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage | |
| $ $2.44 | 10/31/2025 |
| Total Postage and Fees | |
| $12.14 | |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Worden And Associates, LLC
15305 Dallas Parkway,
12TH Flour
Addison, TX 75001

9590 9402 7858 2234 1264 84

2. Article Number (Transfer from service label)

7022 3330 0000 2752 9621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Laura Lopez   11/4/25

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

## EXHIBIT C

### PROOF OF SERVICE: CAPITAL ONE

---

Includes:

- USPS Certified Mail Receipt
- Tracking Confirmation
- Signed Green Card

End of Exhibit C.

**UNITED STATES**
**POSTAL SERVICE.**

EGG HARBOR CITY
237 PHILADELPHIA AVE
EGG HARBOR CITY, NJ 08215-9998
www.usps.com

10/31/2025                    03:44 PM

---

TRACKING NUMBERS
70223330000027529621
70223330000027529638

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.44 |

Large Envelope
    Addison, TX 75001
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
        Wed 11/05/2025

| Certified Mail® | | | $5.30 |
|---|---|---|---|

        Tracking #:
            70223330000027529621

| Return Receipt | | | $4.40 |
|---|---|---|---|

        Tracking #:
            9590 9402 7858 2234 1264 84

| Total | | | $12.14 |
|---|---|---|---|

| First-Class Mail® | 1 | | $2.44 |
|---|---|---|---|

Large Envelope
    Salt Lake City, UT 84130
    Weight: 0 lb 3.40 oz
    Estimated Delivery Date
        Wed 11/05/2025

| Certified Mail® | | | $5.30 |
|---|---|---|---|

        Tracking #:
            70223330000027529638

| Return Receipt | | | $4.40 |
|---|---|---|---|

        Tracking #:
            9590 9402 7858 2234 1265 21

| Total | | | $12.14 |
|---|---|---|---|

---

| Grand Total: | | | $24.28 |
|---|---|---|---|

> Back

Delivered, PO Box

7022 3330 0000 2752 9638 Delivered

Served Capital One Bank ✏

First-Class Mail®-- Certified Mail™

Add Delivery Instructions

Note: DI not available for this package.

Remove From Dashboard

Scan History

Nov 07    8:15 am
Delivered, PO Box
SALT LAKE CITY,UT 84130

Nov 06    8:32 am
Available for Pickup
SALT LAKE CITY,UT 84130

Nov 06    8:16 am
Arrived at Post Office
SALT LAKE CITY,UT 84199

Nov 05    1:58 pm
Arrived at USPS Regional Destination Facility
SALT LAKE CITY UT DISTRIBUTION CENTER

Nov 04    12:00 am
In Transit to Next Facility

Nov 01    11:13 pm
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

Nov 01    9:30 am
Departed USPS Facility
EGG HARBOR TOWNSHIP,NJ 08234

Nov 01    9:30 am
Arrived at USPS Facility
EGG HARBOR TOWNSHIP,NJ 08234

Oct 31    5:21 pm
Departed USPS Facility
EGG HARBOR CITY,NJ 08215

Oct 31    3:43 pm
USPS in possession of item
EGG HARBOR CITY,NJ 08215


Get Online Assistance
Chat Now!



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One Bank (USA)

PO Box 30285
Salt Lake City, UT
84130 - 0285

9590 9402 7858 2234 1265 21

2. Article Number (Transfer from service label)

7022 3330 0000 2752 9638

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

NOV 07 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Re

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

## EXHIBIT D

## CERTIFICATION OF DILIGENT INQUIRY (FILED NOV. 24)

---

Includes:

- Filed Certification
- All exhibits attached at the time

End of Exhibit D.

## SUPERIOR COURT OF NEW JERSEY
Law Division Atlantic County – Civil Part

**GLEIRY E. ROMERO-ADAMES**, Plaintiff

v.

**WORDEN & ASSOCIATES, LLC** and **CAPITAL ONE BANK (USA), N.A.**, Defendants

November 24, 2025.

Docket No.: ATL – L – 002998 – 25

## CERTIFICATION OF DILIGENT INQUIRY FOR OUT-OF-STATE SERVICE

To the Honorable Court and Case Management,

I, Gleiry E. Romero-Adames, certify that I conducted a diligent inquiry to locate and serve the defendants in the above-captioned matter, both of whom are located outside the State of New Jersey.

1. *Defendant:* **Worden & Associates LLC**
   *Address:* 15305 Dallas Parkway, 12th Floor, Addison, TX 75001
   *Source:* Verified via business records and prior correspondence
   *Service Method:* Certified Mail, USPS Tracking No. 7022 3330 0000 2752 9621
   *Delivery Confirmation:* November 4, 2025

2. *Defendant:* **Capital One Bank (USA) LLC**
   *Address:* PO BOX 30285, Salt Lake City, UT 84130
   *Source:* Verified via prior correspondence and corporate intake records
   *Service Method:* Certified Mail, USPS Tracking No. 7022 3330 0000 2752 9638
   *Delivery Confirmation:* November 7, 2025

I respectfully acknowledge that my prior "Certification of Service & Request to Expedite Court Date" letter referenced Capital One's corporate Headquarters in McLean, VA, while the actual certified mailing was directed to their designated PO Box in Salt Lake City, UT. I apologize for this discrepancy and clarify that the Salt Lake City address is the correct location used for service, as confirmed by USPS delivery records and prior correspondence with Capital One.

This submission includes the required **Certification of Diligent Inquiry** for out-of-state service, along with the previously submitted **Certification of Service** and supporting **USPS documentation.** These materials confirm that both defendants were properly served and that all procedural requirements have been met.

Additionally, I received direct **email correspondence from Worden & Associates LLC** at the address used for service, confirming the validity and active use of the contact information. A copy of this email is attached as **Exhibit A.** I also have correspondence from Capital One Bank (USA) LLC at the Salt Lake City, UT address used for service, referencing the sale of the debt at issue. A copy of this correspondence is attached as **Exhibit B**.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Respectfully submitted,

Gleny E. Romero-Adames
gradames17@gmail.com
(609) 271-0083

Exhibit A:

Worden & Associates email correspondence

 Gmail

Gleiry Romero <gradames17@gmail.com>

## New Settlement Offer!

1 message

**Worden & Associates** <donotreply@wordenaa.com>                                Fri, Nov 14, 2025 at 1:20 PM
To: gradames17@gmail.com

Dear Gleiry,

Client ID: 4643162

Great News! We are excited to announce that we have successfully negotiated a settlement offer on your Capital One account. Please call us immediately at 1-800-600-7126 to discuss the options we have available to get this account resolved.

Keep in mind you have the option to accelerate our services at any time by contacting us to increase or add additional savings drafts.

Thank you very much for allowing us to serve you.

 WORDEN & ASSOCIATES

The Worden & Associates Settlement Services Team
1-800-600-7126 Toll Free
1-866-282-9861 Toll Free Fax
www.wordenaa.com

DISCLAIMER: This communication is being provided for informational purposes only and the contents of this communication are not legally binding and do not change the terms of service described in any Agreement or its disclosures. We are a law firm. We are not a credit repair service and do not provide credit repair services. This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. Although every attempt is made to ensure the information included in this communication is accurate and timely, the information is presented "as is" and without warranties, either expressed or implied. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

This email was sent to: gradames17@gmail.com

This email was sent by: Worden & Associates
15305 Dallas Parkway 12th Floor, Addison TX 75001

Exhibit B:

Capital One Debt Sale Correspondence



Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

**Resurgent Acquisitions, LLC now owns your account**

October 16, 2025

9339-4411-LD03-64617/64617:14

GLEIRY ROMERO
359 WASHINGTON AVE
EGG HARBOR CITY, NJ 08215-1437

Re: Account ending in 6534

**Important Update: Resurgent Acquisitions, LLC now owns your account.**

Dear GLEIRY ROMERO,

Your Platinum Card with a balance of $5,940.49 and your account agreement were sold and transferred on or about 10/15/2025 to:

Resurgent Acquisitions, LLC
1-888-665-0374
PO BOX 10497
Greenville, SC 29603

Resurgent Acquisitions, LLC is now the owner of your account and is responsible for collecting future payments and answering questions you might have. They may contact you about your account directly or through a representative.

Since your Account has been sold, **please do not send future payments to Capital One.**

Thank you for your time as our customer. We understand that difficult financial situations can happen and we wish you the best going forward.

Sincerely,

Capital One

Puerto Rico Residents: You can request a copy of this document in Spanish.
Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.

THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

© 2025 Capital One. Capital One is a federally registered service mark.

CD0090/68f06c54850b90766bcaee6f/P:Y 1

Exhibit C:

Certification of Service (previously submitted with Complaint)

**SUPERIOR COURT OF NEW JERSEY**
Law Division Atlantic County – Civil Part

**GLEIRY E. ROMERO-ADAMES**, Plaintiff

v.

**WORDEN & ASSOCIATES, LLC** and **CAPITAL ONE BANK (USA), N.A.**, Defendants

Docket No.: _____
         (to be assigned)

## CERTIFICATION OF SERVICE

I, Gleiry E. Romero-Adames, certify that on 10/31/2025, I served a true and correct copy of the following documents:

- Verified Complaint and Demand for Jury Trial

- Civil Case Information Statement

- Cover Letter to Clerk of Court

- This Certification of Service

Upon the following parties via **Certified Mail, Return Receipt Requested**:

**Worden & Associates, LLC**
15305 Dallas Parkway, 12th Floor,
Addison, TX 75001

**Capital One Bank (USA), N.A.**
P.O. Box 30285
Salt Lake City, UT 84130-0285

I certify that the foregoing statements made by me are true. I understand that if any of the statements are willfully false, I am subject to punishment.

Respectfully submitted,

*Gleiry Romero*

**Gleiry Romero-Adames**
Date: 10/31/2025

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

## EXHIBIT E

## UPDATED LETTER WITH EXHIBITS (FILED DEC. 4)

---

Includes:

- Updated Letter
- Exhibits from that submission

End of Exhibit E.

## SUPERIOR COURT OF NEW JERSEY

Law Division Atlantic County – Civil Part

**GLEIRY E. ROMERO-ADAMES, Plaintiff**

v.

**WORDEN & ASSOCIATES, LLC and CAPITAL ONE BANK (USA), N.A., Defendants**

Docket No.: ATL-L-002998-25

Date: December 4, 2025

### UPDATE LETTER REGARDING SERVICE AND CASE STATUS

To the Honorable Court and Case Management:

I respectfully submit this update to clarify the record and request acknowledgment of the complaint and service filings in the above-captioned matter.

1. On **October 31, 2025**, I filed and served the Verified Complaint and Certification of Service via Certified Mail, Return Receipt Requested, upon both defendants.
2. On **November 24, 2025**, I submitted a Certification of Diligent Inquiry with Exhibits (Worden correspondence, Capital One correspondence, USPS confirmations) to address the deficiency notice and confirm proper service.
3. Despite these filings, I have not received confirmation from the Court regarding acceptance of the complaint or next procedural steps.

Since that time, I have received direct correspondence from **Worden & Associates LLC**, dated November 26, 2025, acknowledging receipt of the lawsuit and referencing payment of the Capital One/Resurgent account. This correspondence confirms defendants are aware of the lawsuit and have attempted to pressure dismissal outside of proper court procedure. A copy of this correspondence is attached as **Exhibit A**.

Additionally, attached as **Exhibit B** is the USPS return receipt signed by Capital One Bank (USA) LLC, confirming acceptance of certified service at their Salt Lake City, UT address. This receipt further validates that service was properly executed and accepted.

I respectfully request that the Court confirm receipt and acceptance of the complaint and service filings, and provide guidance on the next procedural step. The defendants' actions—including attempts to close accounts in haste—do not remove their accountability for neglecting proper follow-ups and the outstanding Discover judgment against me.

## Exhibit Index

Exhibit A – Worden & Associates email correspondence (Nov. 26, 2025)

Exhibit B – Capital One USPS Return Receipt (Salt Lake City, UT)

Exhibit C – Certification of Service (previously submitted)

Exhibit D – USPS Delivery Confirmations

Exhibit E – Capital One Debt Sale Correspondence

Respectfully submitted,

Gleiry E. Romero-Adames

Email: gradames17@gmail.com

Phone: (609) 271-0083

P.O. BOX 1410
TROY, MI 48099-1410







| |
| --- |
| **Current Balance: $5,940.49** |
| **Current Owner: LVNV Funding LLC** |
| **Original Creditor: Capital One, N.A.** |
| **Account ID: 828796890** |
| **Original Account Number ending in: 6534** |

S-SFIRUX10 L-SIFDSA R-14 DS-685
PMR86J00100165 - I00330
GLEIRY ROMERO
359 WASHINGTON AVE
EGG HARBOR CITY NJ 08215-1437

11/24/2025

This letter confirms that on 11/24/2025 you agreed to resolve your above-referenced account by making payment in the amount of $2,970.25. The $2,970.25 total amount will be paid in the following installment(s):

$2970.25 11/26/2025

Your payment(s) must be received no later than the dates provided above. If you fail to comply with the agreed-upon terms outlined above, the arrangement may be reevaluated, modified, or cancelled.

When payment resolving this account is posted, a request will be submitted to the credit reporting agencies within 30 days to delete the tradeline associated with the account. If this account has not yet been reported to the credit reporting agencies at the time your payment is posted, it will not be reported.

If you have any questions about your payment agreement feel free to call us at our toll-free number provided below.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

 Monday-Friday:
8:00AM-5:00PM

 Correspondence address:
P.O. Box 10497
Greenville, SC 29603-0497

 Phone: 888-242-3711
Fax: 866-467-0912

 Pay online: Resurgent.com
e-Mail: contactcs@resurgent.com

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P I000001 A-828796890 0101J0400

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

## EXHIBIT F

## EMAILS FROM WORDEN & ASSOCIATES

---

Includes:

- November 26, 2025
- December 4, 2025
- December 11, 2025

End of Exhibit F.

 **Gmail**                                        Gleiry Romero <gradames17@gmail.com>

## Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

3 messages

**Kirsten Vuksic** <Kirsten.Vuksic@wordenaa.com>                    Wed, Nov 26, 2025 at 3:38 PM
To: "gradames17@gmail.com" <gradames17@gmail.com>

Hello Ms. Adames,

We received in the regular mail a copy of the suit you may have filed in New Jersey Superior Court. That suit is attached.

**Most importantly, please be advised the full remaining balance owed to Capital One/Resurgent has been paid in full now and is extinguished.** We received the attached offer letter on the 24th to have the account paid off. **We submitted that full payment yesterday, so the account is fully settled and paid in full.** Any legal proceedings by Capital One against you will/must now be dismissed.

The lawsuit attached above was only purported to be served on us by mail which is not sufficient service under New Jersey law. But, at this point, that should not matter because your underlying debt to Capital One has been 100% satisfied and settled. You owe them nothing. We paid the extra cost of the settlement out of our own pocket as a special accommodation to you.

Considering that, we are assuming you are agreeable to not move forward with your suit against us. If so and if you already filed the suit with the Court, you would need to dismiss it with prejudice now that the debt at issue has been fully extinguished.

Again, you now owe nothing to Capital One. That account has been paid off and fully resolved.

Please let us know if you have any questions about this matter.

In the meantime, we wish you a very Happy Thanksgiving.

Thank you very much.

---

**2 attachments**

 **4643162 - Gleiry Romero - WAA Lawsuit.pdf**
545K

 **Resurgent Offer Gleiry ROMERO CAPITAL ONE 6534 RCS SIF.pdf**
67K

**Kirsten Vuksic** <Kirsten.Vuksic@wordenaa.com>                    Thu, Dec 4, 2025 at 12:49 PM
To: "gradames17@gmail.com" <gradames17@gmail.com>

Ms. Adames,

I hope you had a nice Thanksgiving Holiday.

We have not received a response to the email below which we sent to you on November 26th.

Please confirm receipt and your understanding of the facts at issue as described below.
If helpful, we can have a call with you to discuss as well.

Thank you very much.

---

From: Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>
Sent: Wednesday, 26 November 2025 21.38
To: gradames17@gmail.com <gradames17@gmail.com>
Subject: Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

[Quoted text hidden]

---

2 attachments

📄 4643162 - Gleiry Romero - WAA Lawsuit.pdf
545K

📄 Resurgent Offer Gleiry ROMERO CAPITAL ONE 6534 RCS SIF.pdf
67K

---

Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>                    Thu, Dec 11, 2025 at 3:21 PM
To: "gradames17@gmail.com" <gradames17@gmail.com>

Ms. Adames,

We have not received a response from you to our various voicemails and emails.

To reiterate and confirm: the lawsuit you may have filed has never been served on us under New Jersey law. We have no confirmation the suit was filed in any court, and it was not served on us.

Nonetheless, at this point, your underlying debt to Capital One has been 100% satisfied and settled. You owe them nothing. We paid the extra cost of the settlement out of our own pocket as a special accommodation to you.

**We are assuming by your lack of response you are now satisfied and the matter is fully resolved.**

**If that is not the case or if you are represented by an attorney, please contact us immediately.**

Thank you very much.

---

From: Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>
Sent: Thursday, 4 December 2025 18.49
To: gradames17@gmail.com <gradames17@gmail.com>
Subject: Fw: Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

[Quoted text hidden]

---

2 attachments

📄 4643162 - Gleiry Romero - WAA Lawsuit.pdf
545K

📄 Resurgent Offer Gleiry ROMERO CAPITAL ONE 6534 RCS SIF.pdf
67K

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

## EXHIBIT G

## SUMMARY OF TELEPHONE CALLS AND VOICEMAILS FROM WORDEN & ASSOCIATES

---

The following is a summary of telephone calls and voicemail messages received from Worden & Associates, LLC after service of the Summons and Verified Complaint. These calls occurred despite my prior certified written request that all communications be made in writing only.

VOICEMAIL SUMMARY:

- December 8, 2025 @ 3:31 PM ET — A male caller left a voicemail stating that Worden & Associates had received the Capital One–related complaint and claimed the account was "100% paid for and fully resolved." The caller requested confirmation of email receipt and asked me to respond or call back. No formal Answer or Motion was referenced, and the caller did not identify himself by name.

- December 10, 2025 @ 5:46 PM ET — A second voicemail was left by the same male caller, again without identifying himself. The caller claimed that "all underlying facts have been taken care of," that the Capital One account was "totally settled and resolved," and stated there was "no basis for any claim." He further stated that Worden & Associates had "not been served" and threatened to "contact the court" due to my lack of response. No formal Answer or Motion was referenced.

- Both voicemails were made for the purpose of pressuring me to dismiss the lawsuit outside of proper court procedure. The caller did not provide required disclosures, did not identify himself, and did not reference any formal filing with the Court.

---

Screenshots of the voicemail transcripts and call logs are attached to this Exhibit.

---

End of Exhibit G.



9:03

**< (469) 443-9191**

Dec 08 at 3:31 PM
Unsaved, 0 mins 55 secs

Hello glory I'm cAlling you from wArden and AssociAtes we received the Capital One relAted complAint you filed we've emAiled you A couple times but we hAven't heArd bAck from you thAt Account wAs A 100% pAid for and fully resolved At this point if you could let us know if you received the emAil either respond to the emAil or cAll us bAck At 469439191 so we cAn try to Address Any remAining issues and Answer Any questions you mAy hAve but AgAin the Capital One Account hAs AlreAdy been fully pAid for settled and completely resolved we've emAiled you like I sAid if you wAnt to respond to the emAil pleAse look for thAt or cAll us bAck AgAin 4694439191 we will need to heAr from you either wAy though if you could At your convenience thAnk you

**Add notes**



00:00                                    00:55

9:03 ·     ● ■ ▲ 📶

< **(469) 443-9191**   📞 💬 ⋮

Dec 10 at 5:46 PM
Unsaved, 1 mins 07 secs   ☆

Hello gleAring wArden and AssociAtes cAlling you bAck AgAin we did not receive A response to our voicemAil or emAils thAt were sending you if we don't heAr bAck from you soon I will send you Another emAil we'll need to contAct the court and let them know the plAintiff is not being responsive and AgAin we hAve not been served with your lAwsuit so nothing hAs been properly filed in Any event All the underlying fActs hAve been tAken cAre of As we've explAined the Capital One Account hAs been pAid in full totAlly settled and resolved we took cAre of Any overAges thAt were needed to get thAt Account settled and pAid so there's no bAsis for Any clAim thAt we cAn see or unhAppiness but we'd love to heAr from you and hAve certAinly been reAching out to you severAl times if you could cAll us

**Add notes**

◄ ► ● ─────────────── 🗑
00:00        01:07

|||     ◯     <

9:04 ·     ● ■ ▲ 📶

< **(469) 443-9191**   📞 💬 ⋮

Dec 10 at 5:46 PM
Unsaved, 1 mins 07 secs   ☆

... ... ...
Another emAil we'll need to contAct the court and let them know the plAintiff is not being responsive and AgAin we hAve not been served with your lAwsuit so nothing hAs been properly filed in Any event All the underlying fActs hAve been tAken cAre of As we've explAined the Capital One Account hAs been pAid in full totAlly settled and resolved we took cAre of Any overAges thAt were needed to get thAt Account settled and pAid so there's no bAsis for Any clAim thAt we cAn see or unhAppiness but we'd love to heAr from you and hAve certAinly been reAching out to you severAl times if you could cAll us bAck At 4694439191 we would appreciate it You can respond to our emails and again we will send you another email by tomorrow thank you

**Add notes**

◄ ► ● ─────────────── 🗑
00:00        01:07

|||     ◯     <

Gleiry E. Romero-Adames

359 Washington Ave.

Egg Harbor City, NJ 08215-1437

---

GLEIRY E. ROMERO-ADAMES,

        Plaintiff

Vs.

WORDEN & ASSOCIATES, LLC,

and CAPITAL ONE BANK (USA), N.A.,

        Defendants

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION

ATLANTIC COUNTY CIVIL PART

Docket No. ATL-L-002998-25

---

## CERTIFICATION OF SERVICE

---

I, **Gleiry E. Romero-Adames**, certify as follows:

1. On the date below, I served a true and correct copy of the following documents:

- Request for Entry of Default
- Certification in Support of Request for Entry of Default with Exhibits
- Proposed Order for Entry of Default

2. These documents were served upon the defendants by depositing copies in the

United States Mail, Certified Mail, Return Receipt Requested, addressed as follows:

**\*\*Worden & Associates, LLC\*\***

15305 Dallas Parkway, 12<sup>th</sup> Floor,

Addison, TX 75001

**\*\*Capital One Bank (USA), N.A.\*\***

P.O. BOX 30285

Salt Lake City, UT 84130-0285

I certify that the foregoing statements made by me are true. I understand that if any of the statements are willfully false, I am subject to punishment.

Dated: _12/16/2025_

_____

Gleiry E. Romero-Adames

Plaintiff

**SUPERIOR COURT OF NEW JERSEY - eCOURTS CIVIL LAW**

The following was filed by  on 01/07/2026:

| | |
|---|---|
| Plaintiff Name : | GLEIRY E ROMERO-ADAMES |
| Defendant Name: : | WORDEN & ASSOCIATES LLC, CAPITAL ONE BANK (US A) LLC |
| Case Caption: | ROMERO-ADAMES GLEIRY  VS WORDEN & ASSOCIATES  LLC |
| Case Number: | ATL L 002998-25 |
| Docket Text: | Default has been entered against the following party/parties: WORDEN & ASSOCIATES LLC. Default date entered is 12/17/2025 |
| Transaction ID: | LCV202645195 |

**Notice has been electronically mailed to:**
Plaintiff                            ROMERO-ADAMES, GLEIRY, E     GRADAMES17@GMAIL.COM


**Notice was not electronically mailed to:**
Defendant            WORDEN & ASSOCIATES LLC    15305 DALLAS PARKWAY, 12 TH FLOOR, ADDISON, TX 75001
Defendant            CAPITAL ONE BANK (US A) LLC   1680 CAPITAL ONE DRIVE, MCLEAN, VA 22102


Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court of New Jersey Civil Division in county of venue.

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

**SUPERIOR COURT OF NEW JERSEY - eCOURTS CIVIL LAW**

The following was filed by  on 01/07/2026:

| | |
|---|---|
| Plaintiff Name : | GLEIRY E ROMERO-ADAMES |
| Defendant Name: : | WORDEN & ASSOCIATES LLC, CAPITAL ONE BANK (US A) LLC |
| Case Caption: | ROMERO-ADAMES GLEIRY  VS WORDEN & ASSOCIATES  LLC |
| Case Number: | ATL L 002998-25 |
| Docket Text: | Default has been entered against the following party/parties: CAPITAL ONE BANK (US A) LLC. Default date entered is 12/17/2025 |
| Transaction ID: | LCV202645196 |

**Notice has been electronically mailed to:**
Plaintiff                              ROMERO-ADAMES, GLEIRY, E     GRADAMES17@GMAIL.COM


**Notice was not electronically mailed to:**
Defendant          WORDEN & ASSOCIATES LLC     15305 DALLAS PARKWAY, 12 TH FLOOR, ADDISON, TX 75001
Defendant          CAPITAL ONE BANK (US A) LLC   1680 CAPITAL ONE DRIVE, MCLEAN, VA 22102


Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court of New Jersey Civil Division in county of venue.

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

**LEVINE, STALLER, SKLAR, CHAN & BROWN, P.A.**
**Emily Podolnick, Esquire/ Atty ID #475602024**
3030 Atlantic Avenue
Atlantic City, New Jersey 08401
(609) 348-1300
Attorneys for Defendants, Worden & Associates

| | |
|---|---|
| GLEIRY E. ROMERO-ADAMIES,<br><br>Plaintiff,<br><br>v.<br><br>WORDEN & ASSOCIATES, LLC and<br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION/ CIVIL PART<br>ATLANTIC COUNTY<br><br>DOCKET NO.: ATL-L-002998-25<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE OF**<br>**EMILY PODOLNICK, ESQ.** |

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance on behalf of Defendants, WORDEN & ASSOCIATES, LLC as counsel in the above-captioned action.

LEVINE STALLER SKLAR CHAN
& BROWN, P.A.

Dated: January 22, 2026

By:_____
Emily Podolnick, Esq.
Counsel for Defendant,
Worden & Associates, LLC

{00288351}

Docket No. ATLL-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT A – Cover Page

## GLOBAL HOLDINGS LEDGER (2023–2025)

---

This exhibit contains the full Global Holdings ledger documenting all drafts, settlement payments, reversals, unauthorized transactions, and account closure entries relevant to Plaintiff's claims.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #: 6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 02/23/2023 | Monthly Draft - 02/20/23 | Deposit | $270.75 | $270.75 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 03/01/2023 | Monthly Service Charge - 02/23 | Global Fee | -$10.75 | $260.00 |
| 03/22/2023 | Monthly Draft - 03/20/23 | Deposit | $270.75 | $530.75 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC

## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 04/03/2023 | Monthly Service Charge - 04/23 | Global Fee | -$10.75 | $520.00 |
| 04/20/2023 | Monthly Draft - 04/18/23 | Deposit | $270.75 | $790.75 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 05/01/2023 | Monthly Service Charge - 04/23 | Global Fee | -$10.75 | $780.00 |
| 05/22/2023 | Monthly Draft - 05/18/23 | Deposit | $270.75 | $1,050.75 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 06/01/2023 | Monthly Service Charge - 05/23 | Global Fee | -$10.75 | $1,040.00 |
| 06/22/2023 | Monthly Draft - 06/19/23 | Deposit | $270.75 | $1,310.75 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
**Account #:  6036335096861278**

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 07/03/2023 | Monthly Service Charge - 06/23 | Global Fee | -$10.75 | $1,300.00 |
| 07/20/2023 | Monthly Draft - 07/18/23 | Deposit | $270.75 | $1,570.75 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 08/01/2023 | Monthly Service Charge - 07/23 | Global Fee | -$10.75 | $1,560.00 |
| 08/22/2023 | Monthly Draft - 08/18/23 | Deposit | $270.75 | $1,830.75 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #: 6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 09/01/2023 | Monthly Service Charge - 08/23 | Global Fee | -$10.75 | $1,820.00 |
| 09/20/2023 | Monthly Draft - 09/18/23 | Deposit | $270.75 | $2,090.75 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 10/02/2023 | Monthly Service Charge - 09/23 | Global Fee | -$10.75 | $2,080.00 |
| 10/20/2023 | Monthly Draft - 10/18/23 | Deposit | $270.75 | $2,350.75 |
| 10/27/2023 | Capital One | Payment | -$128.00 | $2,222.75 |
| 10/27/2023 | Phone Pay COM | Global Fee | -$3.00 | $2,219.75 |
| 10/27/2023 | Settlement Fee - Capital One | Payment | -$1,905.50 | $314.25 |
| 10/30/2023 | Reverse: Capital One | Reversal | $128.00 | $442.25 |
| 10/31/2023 | Capital One | Payment | -$128.00 | $314.25 |
| 10/31/2023 | Phone Pay COM | Global Fee | -$3.00 | $311.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 11/01/2023 | Monthly Service Charge - 10/23 | Global Fee | -$10.75 | $300.50 |
| 11/22/2023 | Monthly Draft - 11/20/23 | Deposit | $270.75 | $571.25 |
| 11/27/2023 | Capital One | Payment | -$128.00 | $443.25 |
| 11/27/2023 | Phone Pay COM | Global Fee | -$3.00 | $440.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 12/01/2023 | Monthly Service Charge - 11/23 | Global Fee | -$10.75 | $429.50 |
| 12/20/2023 | Monthly Draft - 12/18/23 | Deposit | $270.75 | $700.25 |
| 12/27/2023 | Capital One | Payment | -$128.00 | $572.25 |
| 12/27/2023 | Phone Pay COM | Global Fee | -$3.00 | $569.25 |

Account Inquiries (800) 398-7191

| **Correspondence Address** | **Payment Address** |
|---|---|
| 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 | 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 |

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
### Account #: 6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 01/02/2024 | Monthly Service Charge - 12/23 | Global Fee | -$10.75 | $558.50 |
| 01/22/2024 | Monthly Draft - 01/18/24 | Deposit | $270.75 | $829.25 |
| 01/29/2024 | Capital One | Payment | -$128.00 | $701.25 |
| 01/29/2024 | Phone Pay COM | Global Fee | -$3.00 | $698.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com. Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 02/01/2024 | Monthly Service Charge - 01/24 | Global Fee | -$10.75 | $687.50 |
| 02/22/2024 | Monthly Draft - 02/19/24 | Deposit | $270.75 | $958.25 |
| 02/27/2024 | Capital One | Payment | -$128.00 | $830.25 |
| 02/27/2024 | Phone Pay COM | Global Fee | -$3.00 | $827.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #: 6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 03/01/2024 | Monthly Service Charge - 02/24 | Global Fee | -$10.75 | $816.50 |
| 03/20/2024 | Monthly Draft - 03/18/24 | Deposit | $270.75 | $1,087.25 |
| 03/27/2024 | Capital One | Payment | -$128.00 | $959.25 |
| 03/27/2024 | Phone Pay COM | Global Fee | -$3.00 | $956.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
### Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 04/01/2024 | Monthly Service Charge - 03/24 | Global Fee | -$10.75 | $945.50 |
| 04/22/2024 | Monthly Draft - 04/18/24 | Deposit | $270.75 | $1,216.25 |
| 04/29/2024 | Capital One | Payment | -$128.00 | $1,088.25 |
| 04/29/2024 | Phone Pay COM | Global Fee | -$3.00 | $1,085.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 05/01/2024 | Monthly Service Charge - 04/24 | Global Fee | -$10.75 | $1,074.50 |
| 05/22/2024 | Monthly Draft - 05/20/24 | Deposit | $270.75 | $1,345.25 |
| 05/28/2024 | Capital One | Payment | -$128.00 | $1,217.25 |
| 05/28/2024 | Phone Pay COM | Global Fee | -$3.00 | $1,214.25 |

Account Inquiries (800) 398-7191

| **Correspondence Address** | **Payment Address** |
|---|---|
| 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 | 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 |

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
**Account #: 6036335096861278**

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 06/03/2024 | Monthly Service Charge - 05/24 | Global Fee | -$10.75 | $1,203.50 |
| 06/21/2024 | Monthly Draft - 06/18/24 | Deposit | $270.75 | $1,474.25 |
| 06/27/2024 | Capital One | Payment | -$128.00 | $1,346.25 |
| 06/27/2024 | Phone Pay COM | Global Fee | -$3.00 | $1,343.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com. Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #: 6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 07/01/2024 | Monthly Service Charge - 06/24 | Global Fee | -$10.75 | $1,332.50 |
| 07/22/2024 | Monthly Draft - 07/18/24 | Deposit | $270.75 | $1,603.25 |
| 07/29/2024 | Capital One | Payment | -$128.00 | $1,475.25 |
| 07/29/2024 | Phone Pay COM | Global Fee | -$3.00 | $1,472.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
### Account #: 6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 08/01/2024 | Monthly Service Charge - 07/24 | Global Fee | -$10.75 | $1,461.50 |
| 08/21/2024 | Monthly Draft - 08/19/24 | Deposit | $270.75 | $1,732.25 |
| 08/27/2024 | Capital One | Payment | -$128.00 | $1,604.25 |
| 08/27/2024 | Phone Pay COM | Global Fee | -$3.00 | $1,601.25 |

Account Inquiries (800) 398-7191

| **Correspondence Address** | **Payment Address** |
|----------------------------|---------------------|
| 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 | 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 |

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com. Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 09/03/2024 | Monthly Service Charge - 08/24 | Global Fee | -$10.75 | $1,590.50 |
| 09/20/2024 | Monthly Draft - 09/18/24 | Deposit | $270.75 | $1,861.25 |
| 09/27/2024 | Capital One | Payment | -$128.00 | $1,733.25 |
| 09/27/2024 | Phone Pay COM | Global Fee | -$3.00 | $1,730.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
**Account #:  6036335096861278**

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 10/01/2024 | Monthly Service Charge - 09/24 | Global Fee | -$10.75 | $1,719.50 |
| 10/22/2024 | Monthly Draft - 10/18/24 | Deposit | $270.75 | $1,990.25 |
| 10/28/2024 | Capital One | Payment | -$128.00 | $1,862.25 |
| 10/28/2024 | Phone Pay COM | Global Fee | -$3.00 | $1,859.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
### Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 11/01/2024 | Monthly Service Charge - 10/24 | Global Fee | -$10.75 | $1,848.50 |
| 11/20/2024 | Monthly Draft - 11/18/24 | Deposit | $270.75 | $2,119.25 |
| 11/27/2024 | Capital One | Payment | -$128.00 | $1,991.25 |
| 11/27/2024 | Phone Pay COM | Global Fee | -$3.00 | $1,988.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
### Account #: 6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 12/02/2024 | Monthly Service Charge - 11/24 | Global Fee | -$10.75 | $1,977.50 |
| 12/20/2024 | Monthly Draft - 12/18/24 | Deposit | $270.75 | $2,248.25 |
| 12/27/2024 | Capital One | Payment | -$128.00 | $2,120.25 |
| 12/27/2024 | Phone Pay COM | Global Fee | -$3.00 | $2,117.25 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 01/02/2025 | Monthly Service Charge - 12/24 | Global Fee | -$10.75 | $2,106.50 |
| 01/23/2025 | Monthly Draft - 01/21/25 | Deposit | $270.75 | $2,377.25 |
| 01/27/2025 | Capital One | Payment | -$128.00 | $2,249.25 |
| 01/27/2025 | Phone Pay COM | Global Fee | -$3.00 | $2,246.25 |

Account Inquiries (800) 398-7191

| **Correspondence Address** | **Payment Address** |
|---|---|
| 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 | 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 |

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 02/03/2025 | Monthly Service Charge - 01/25 | Global Fee | -$10.75 | $2,235.50 |
| 02/04/2025 | Capital One | Payment | -$2,185.09 | $50.41 |
| 02/04/2025 | Phone Pay COM | Global Fee | -$3.00 | $47.41 |
| 02/11/2025 | Withdrawal | Withdrawal | -$47.41 | $0.00 |
| 02/12/2025 | Reverse: Phone Pay COM | Reversal | $3.00 | $3.00 |
| 02/12/2025 | Reverse: Capital One | Reversal | $2,185.09 | $2,188.09 |
| 02/12/2025 | Phone Pay COM | Global Fee | -$3.00 | $2,185.09 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
**Account #:  6036335096861278**

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 03/03/2025 | Monthly Service Charge - 02/25 | Global Fee | -$10.75 | $2,174.34 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
**Account #: 6036335096861278**

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 04/01/2025 | Monthly Service Charge - 03/25 | Global Fee | -$10.75 | $2,163.59 |

Account Inquiries (800) 398-7191

| **Correspondence Address** | **Payment Address** |
|---|---|
| 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 | 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 |

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
### Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 05/01/2025 | Monthly Service Charge - 04/25 | Global Fee | -$10.75 | $2,152.84 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC

**Account #: 6036335096861278**

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 06/02/2025 | Monthly Service Charge - 05/25 | Global Fee | -$10.75 | $2,142.09 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 07/01/2025 | Monthly Service Charge - 06/25 | Global Fee | -$10.75 | $2,131.34 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
### Account #: 6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 08/01/2025 | Monthly Service Charge - 07/25 | Global Fee | -$10.75 | $2,120.59 |

Account Inquiries (800) 398-7191

| **Correspondence Address** | **Payment Address** |
|---|---|
| 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 | 15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410 |

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #:  6036335096861278

RETURN SERVICE REQUESTED

October 25, 2025

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 09/02/2025 | Monthly Service Charge - 08/25 | Global Fee | -$10.75 | $2,109.84 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC

**Account #: 6036335096861278**

RETURN SERVICE REQUESTED

January 23, 2026

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 10/01/2025 | Monthly Service Charge - 09/25 | Global Fee | -$10.75 | $2,099.09 |
| 12/03/2025 | Closure Request Received | | | |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com. Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC
## Account #: 6036335096861278

RETURN SERVICE REQUESTED

January 23, 2026

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT  (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 11/03/2025 | Monthly Service Charge - 10/25 | Global Fee | -$10.75 | $2,088.34 |
| 11/24/2025 | Reverse: Phone Pay COM | Reversal | $3.00 | $2,091.34 |
| 11/25/2025 | Global Direct Pay Fee | Global Fee | -$3.00 | $2,088.34 |
| 11/25/2025 | Reverse: Global Direct Pay Fee | Reversal | $3.00 | $2,091.34 |
| 11/25/2025 | CRFUNI - 11/25/25 | Deposit | $884.90 | $2,976.24 |
| 11/25/2025 | Resurgent Capital Services LP | Payment | -$2,970.25 | $5.99 |
| 11/25/2025 | Global Direct Pay Fee | Global Fee | -$3.00 | $2.99 |
| 12/03/2025 | Closure Request Received | | | |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Global Holdings LLC
15 W. 6th St, Suite 1600 Tulsa,
OK 74119-5410

# Global Holdings LLC

## Account #: 6036335096861278

RETURN SERVICE REQUESTED

January 23, 2026

Gleiry Romero
359 Washington Ave
Egg Harbor City, NJ 08215

**Please note that you have a right to receive a paper version of your monthly statement via U.S. mail. If you prefer to receive paper statements via standard mail, please contact our Customer Support group via email at customersupport@ghllc.com or phone at (800) 398-7191.**

## ACCOUNT ACTIVITY STATEMENT (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 12/03/2025 | Closure Request Received | | | |
| 12/09/2025 | Withdrawal | Withdrawal | -$2.99 | $0.00 |

Account Inquiries (800) 398-7191

**Correspondence Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

**Payment Address**
15 W. 6th St, Suite 1600 Tulsa, OK 74119-5410

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@ghllc.com.  Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.

Docket No. ATLL-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

**EXHIBIT B — COVER PAGE**
**GLOBAL HOLDINGS ACCOUNT CLOSURE & STATEMENT NOTIFICATION**
**EMAILS**
*(December 2025 – January 2026)*

---

This exhibit includes the December 9, 2025 "Per your request" closure notice and the January 14, 2026 statement availability email, demonstrating inconsistent and unauthorized account handling.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## Your Account Closure Request Has Been Completed
1 message

**global@support.ghllc.com** <global@support.ghllc.com>
To: gradames17@gmail.com

Tue, Dec 9, 2025 at 5:00 AM

**ACCOUNT NOTIFICATION**                                                   global

### Your Account Has Been Closed

Hello Gleiry Romero,

We have completed a review of your Account *************1278. Per your request on 12/03/2025, your Global dedicated account has been closed. After applying any fees owed, you will receive the below account balance as a deposit into your bank account on file.

**Account Balance: $2.99**
**Bank Account: ********6425**

You will receive a final statement within 30 calendar days. For questions regarding the status of your debt settlement program or the debt settlement fees applied, please contact your debt settlement provider at:

**Worden Law Firm LLC**
**(800) 600-7126**

Sincerely,
Global Holdings

### NEED TO GET IN TOUCH?

Emails sent to this mailbox are not monitored. For questions regarding this message, please contact Global's Customer Support at (800) 398-7191 or customersupport@ghllc.com.

© Global Holdings LLC / All Rights Reserved | (800) 398-7191

 global

Your account can be viewed online Here. To recover your password click Here.

This e-mail and all files or attachments transmitted with it contain sensitive and confidential information that is intended for the sole use of the intended recipient(s). Any unauthorized review, use or disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by calling (800) 398-7191 and destroy all copies of the original message.

Unsubscribe - Unsubscribe Preferences

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## Your Account Closure Request Has Been Completed

1 message

---

global@support.ghllc.com <global@support.ghllc.com>
To: gradames17@gmail.com

Wed, Dec 10, 2025 at 10:21 PM

---

**ACCOUNT NOTIFICATION**                                            global

### Your Account Has Been Closed

Hello Gleiry Romero,

We have completed a review of your Account ************1278. Per your request on 12/03/2025, your Global dedicated account has been closed. Your account balance is $0 after applying any fees due.

**You will receive a final statement within 30 calendar days. For questions regarding the status of your debt settlement program or the debt settlement fees applied, please contact your debt settlement provider at:**

**Worden and Associates LLC**
**(800) 600-7126**

Sincerely,
Global Holdings

### NEED TO GET IN TOUCH?

Emails sent to this mailbox are not monitored. For questions regarding this message, please contact Global's Customer Support at (800) 398-7191 or customersupport@ghllc.com.

© Global Holdings LLC / All Rights Reserved | (800) 398-7191



Your account can be viewed online Here. To recover your password click Here.

This e-mail and all files or attachments transmitted with it contain sensitive and confidential information that is intended for the sole use of the intended recipient(s). Any unauthorized review, use or disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by calling (800) 398-7191 and destroy all copies of the original message.

Unsubscribe - Unsubscribe Preferences

 Gmail

Gleiry Romero <gradames17@gmail.com>

## Client Statement Notification

1 message

**global@support.ghllc.com** <global@support.ghllc.com>                    Sun, Dec 14, 2025 at 1:49 AM
To: gradames17@gmail.com

### ACCOUNT NOTIFICATION                                    global

### RE: Account ***********61278

Hello Gleiry Romero,

Your statement for the month of November is ready and may be viewed online.
Simply log on to our website at https://myaccount.ghllc.com/ with your username and
password, navigate to the Statements page, and select the monthly statement that you
would like to view.

If you don't have a username and password, you can create an account at
https://myaccount.ghllc.com/createuser.

Sincerely,
Global Holdings

### NEED TO GET IN TOUCH?

Emails sent to this mailbox are not monitored. For questions regarding this message,
please contact Global's Customer Support at (800) 398-7191 or
customersupport@ghllc.com.

© Global Holdings LLC / All Rights Reserved | (800) 398-7191

 global

Your account can be viewed online here. To recover your password click here.

This e-mail and all files or attachments transmitted with it contain sensitive and confidential information that is intended for
the sole use of the intended recipient(s). Any unauthorized review, use or disclosure, or distribution is prohibited. If you are
not the intended recipient, please contact the sender immediately by calling (800) 398-7191 and destroy all copies of the
original message.

Unsubscribe - Unsubscribe Preferences

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

**Client Statement Notification**

1 message

---

**global@support.ghllc.com** <global@support.ghllc.com>
To: gradames17@gmail.com

Wed, Jan 14, 2026 at 1:29 AM

---

**ACCOUNT NOTIFICATION**                    global

### RE: Account ***********61278

Hello Gleiry Romero,

Your statement for the month of December is ready and may be viewed online.
Simply log on to our website at https://myaccount.ghllc.com/ with your username and
password, navigate to the Statements page, and select the monthly statement that you
would like to view.

If you don't have a username and password, you can create an account at
https://myaccount.ghllc.com/createuser.

Sincerely,
Global Holdings

## NEED TO GET IN TOUCH?

Emails sent to this mailbox are not monitored. For questions regarding this message,
please contact Global's Customer Support at (800) 398-7191 or
customersupport@ghllc.com.

© Global Holdings LLC / All Rights Reserved | (800) 398-7191

 global

Your account can be viewed online here. To recover your password click here.

This e-mail and all files or attachments transmitted with it contain sensitive and confidential information that is intended for
the sole use of the intended recipient(s). Any unauthorized review, use or disclosure, or distribution is prohibited. If you are
not the intended recipient, please contact the sender immediately by calling (800) 398-7191 and destroy all copies of the
original message.

Unsubscribe - Unsubscribe Preferences

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT K — COVER PAGE
## FULL TIMELINE OF EVENTS

*(2023–2026)*

---

This exhibit provides a comprehensive chronological summary of all material events from 2023 through 2026, including payment activity, reversals, creditor communications, disputes, unauthorized actions, post-complaint conduct, and key litigation milestones.

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

## EXHIBIT K — FULL TIMELINE OF EVENTS (2023–2026)

*(Chronological Summary of Payments, Communications, Reversals, Disputes, Unauthorized Actions, and Litigation Milestones)*

### PHASE I — Enrollment & Initial Setup (January–February 2023)

**January 18, 2023**
Plaintiff enrolls in Worden & Associates' debt-negotiation program for Discover Bank and Capital One Bank (USA), N.A. Plaintiff signs the Worden Client Services Agreement and the Global Holdings Special Purpose Account Agreement.
*(Exhibits C, C-1, C-2, C-3)*

**February 2023**
Plaintiff receives welcome packets from Worden & Associates and Global Holdings confirming enrollment and outlining program expectations.
*(Exhibit C-3)*

**February 13, 2023**
Plaintiff signs authorization permitting Worden to communicate with creditors on her behalf.
*(Exhibit C-1)*

### PHASE II — Negotiation & Payment Activity (2023–January 2025)

**February 2023 – January 2025**
Monthly drafts totaling **$6,498.00** are deposited into the Global Holdings account.
*(Exhibit A, L)*

**July 19, 2023**
Plaintiff uploads Capital One's mailed settlement offer to Worden's client portal.
*(Exhibit D)*

**September 2, 2023**
Worden responds with renegotiated settlement terms.
*(Exhibit D)*

**January 9, 2025**

Plaintiff contacts Worden to check on settlement status and anticipated completion date based on portal information and her own payment calculations.
*(Exhibit A)*

**January 27, 2025**

Worden states they will pause auto-drafts and notify Capital One to accept the final payment.
*(Exhibit D)*

**February 4, 2025**

Disbursement fails. Worden cites a reversal but provides no documentation or explanation. Plaintiff monitors the account for the expected payment date.
*(Exhibit A)*

**March 12, 2025**

Worden's portal displays the Capital One account as **"Paid in Full"** despite no proof of payment and no change in the portal balance for the Global Holding balance.
*(Exhibit D, L)*

---

**PHASE III — Breakdown, Escalation & Disputes (April–October 2025)**

**April 24, 2025**

Plaintiff contacts Capital One directly. Capital One rejects the payment and reports an increased balance of **$3,148.46**. No explanation is provided. Capital One limits information due to Worden's third-party authorization.
*(Exhibit I)*

**May 22, 2025**

Plaintiff submits escalation ticket #06603686 through Worden's portal after repeated delays unresolved discrepancies.
*(Exhibit I-1)*

**June 11, 2025**

Plaintiff sends a certified demand letter requesting proof of disbursement and a full accounting to Worden & Associates. No response is received.
*(Exhibit I-2)*

**June 19, 2025**

Worden emails Plaintiff suggesting she add a Comenity/Boscov's account to the program. Plaintiff declines due to unresolved issues with the contracted accounts.
*(Exhibit I-1)*

**August 6, 2025**

After months of silence from Worden, Plaintiff sends a written revocation of authorization to Capital One to regain access to her account.
*(Exhibit I-3)*

**August 15–26, 2025**

Capital One requests verification and provides only partial statements. No further documentation is provided.
*(Exhibit I-3)*

**August 2025 – January 2026**

Following Plaintiff's revocation letter, Capital One begins sending CreditWise alerts and repeated communications despite Plaintiff stating the matter was becoming legal in nature. These contacts occur while Capital One continues to deny Plaintiff full account access.

*(Exhibit H-2, I-3)*

**October 18–19, 2025**

Plaintiff checks all three credit reports. The Capital One tradeline appears fully active with a balance of **$5,940**.
*(Exhibits F-1, F-2, F-3)*

**October 18, 2025**

Plaintiff submits formal disputes to Experian, Equifax, and TransUnion.
*(Exhibit J-1)*

**October 24, 2025**

Plaintiff receives Capital One's sale notice dated October 15, 2025, stating the account was sold to Resurgent Acquisitions, LLC.
*(Exhibit G)*

**October 25, 2025**

All three credit bureaus delete the Capital One tradeline following Plaintiff's disputes.
*(Exhibit J-2, L)*

---

**PHASE IV — Post-Complaint Conduct & Unauthorized Actions (November 2025–January 2026)**

**October 31, 2025**

Plaintiff files the Verified Complaint.
*(Exhibit M)*

**November 14, 2025**

Plaintiff receives an unauthorized Resurgent settlement offer from Worden.
*(Exhibit N)*

**November – December 2025**

Worden emails Plaintiff acknowledging receipt of the Complaint, claiming improper service, and requesting dismissal. Worden attaches a settlement agreement with Resurgent that Plaintiff never authorized.
*(Exhibit E-1)*

**December 8, 2025**

Worden leaves voicemail claiming the Capital One account is "100% paid" and requesting Plaintiff dismiss the lawsuit. Caller does not identify himself.
*(Exhibit E-2)*

**December 10, 2025**

Worden leaves second voicemail threatening to "contact the court" and claiming they were "not served." Caller again does not identified himself.
*(Exhibit E-2)*

**December 18, 2025**

Plaintiff receives a "Certificate of Achievement" from Worden stating the program was successfully completed and Plaintiff is "Debt Free", dated November 30, 2025.
*(Exhibit E-3)*

**December 2025 - January 2026**

Global Holdings sends "Per your request" closure notice statements availability emails, despite Plaintiff never requesting closure.
*(Exhibit B)*

**January 2026**

Credit reports show Capital One tradeline suppressed/removed; soft pulls continue.
*(Exhibits F-4, F-5, F-6, F-7)*

**January 23, 2026**

Notification received from JEDS notification of counsel appearance on behalf of Worden & Associates, occurring after default had already been entered.

*(Exhibits O)*

**PHASE V — Litigation Milestones (December 2025–January 2026)**

**December 17, 2025**
Effective date of default (backdated by the Court).

**January 7, 2026**
Default formally entered against both defendants for failure to answer within the permitted time.

**January 2026**
Plaintiff prepares and submits Application for Entry of Default Judgment with supporting Certification and Exhibits A–O.

---

**Submitted by:**

**Gleiry E. Romero-Adames, Plaintiff**

---

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT L — COVER PAGE
### PLAINTIFF'S SPREADSHEET

*(Contradiction Analysis)*

---

This exhibit contains Plaintiff's financial analysis, including payment totals, settlement calculations, remaining balance, and a detailed breakdown of disbursements, reversals, and unauthorized transactions. It provides a consolidated accounting of all funds paid, credited, misapplied, or improperly disbursed, along with a comparison to Capital One's reported balances and timeline.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

**Superior Court Of New Jersey**
**Law Division - Civil Part**
**Atlantic County**
**Docket No. ATL-L-002998-25**

*Gleiry E. Romero-Adames*
*Plaintiff*
*v.*
*Worden & Associates, LLC and Capital One Bank (USA), N.A.*
*Defendants*

### Payment Discrepancy Analysis Spreadsheet

This section provides a consolidated financial analysis of Plaintiff's Global Holdings account activity, including all deposits, fees, disbursements, reversals, and unauthorized transactions. It also includes a comparison to Capital One's reported balances and timeline. The total credit damage is left to the Court's discretion based on the evidence presented.

### Global Holding Account

| Date | Monthly Draft/Deposits | Monthly Service Fee Charged | Amount Sent to Creditor | Balance | Notes |
|---|---|---|---|---|---|
| 2/23/2023 | $ 270.75 | $ - | $ - | $ 270.75 | Initiated program payments 02/20/2023 |
| 3/1/2023 | $ - | $ (10.75) | $ - | $ 260.00 | |
| 3/22/2023 | $ 270.75 | $ - | $ - | $ 530.75 | |
| 4/3/2023 | $ - | $ (10.75) | $ - | $ 520.00 | |
| 4/20/2023 | $ 270.75 | $ - | $ - | $ 790.75 | |
| 5/1/2023 | $ - | $ (10.75) | $ - | $ 780.00 | |
| 5/22/2023 | $ 270.75 | $ - | $ - | $ 1,050.75 | |
| 6/1/2023 | $ - | $ (10.75) | $ - | $ 1,040.00 | |
| 6/22/2023 | $ 270.75 | $ - | $ - | $ 1,310.75 | |
| 7/3/2023 | $ - | $ (10.75) | $ - | $ 1,300.00 | |
| 7/20/2023 | $ 270.75 | $ - | $ - | $ 1,570.75 | |
| 8/1/2023 | $ - | $ (10.75) | $ - | $ 1,560.00 | |
| 8/22/2023 | $ 270.75 | $ - | $ - | $ 1,830.75 | |
| 9/1/2023 | $ - | $ (10.75) | $ - | $ 1,820.00 | |
| 9/20/2023 | $ 270.75 | $ - | $ - | $ 2,090.75 | |
| 10/2/2023 | $ - | $ (10.75) | $ - | $ 2,080.00 | |
| 10/20/2023 | $ 270.75 | $ - | $ - | $ 2,350.75 | |
| 10/27/2023 | $ - | $ - | $ (128.00) | $ 2,222.75 | 1st payment to Capital One |
| 10/27/2023 | $ - | $ (3.00) | $ - | $ 2,219.75 | Phone Pay Global Fee |
| 10/27/2023 | $ - | $ - | $ (1,905.50) | $ 314.25 | Settlement fee Payment to Capital One |
| 10/30/2023 | $ - | $ - | $ 128.00 | $ 442.25 | Capital One Payment Reversal |
| 10/31/2023 | $ - | $ - | $ (128.00) | $ 314.25 | Payment Resubmitted to Capital One |

| Date | Monthly Draft/Deposits | Monthly Service Fee Charged | Amount Sent to Creditor | Balance | Notes |
|---|---|---|---|---|---|
| 10/31/2023 | $ - | $ (3.00) | $ - | $ 311.25 | Phone Pay Global Fee |
| 11/1/2023 | $ - | $ (10.75) | $ - | $ 300.50 | |
| 11/22/2023 | $ 270.75 | $ - | $ - | $ 571.25 | |
| 11/27/2023 | $ - | $ - | $ (128.00) | $ 443.25 | Payment to Capital One |
| 11/27/2023 | $ - | $ (3.00) | $ - | $ 440.25 | Phone Pay Global Fee |
| 12/1/2023 | $ - | $ (10.75) | $ - | $ 429.50 | |
| 12/20/2023 | $ 270.75 | $ - | $ - | $ 700.25 | |
| 12/27/2023 | $ - | $ - | $ (128.00) | $ 572.25 | Payment to Capital One |
| 12/27/2023 | $ - | $ (3.00) | $ - | $ 569.25 | Phone Pay Global Fee |
| 1/2/2024 | $ - | $ (10.75) | $ - | $ 558.50 | |
| 1/22/2024 | $ 270.75 | $ - | $ - | $ 829.25 | |
| 1/29/2024 | $ - | $ - | $ (128.00) | $ 701.25 | Payment to Capital One |
| 1/29/2024 | $ - | $ (3.00) | $ - | $ 698.25 | Phone Pay Global Fee |
| 2/1/2024 | $ - | $ (10.75) | $ - | $ 687.50 | |
| 2/22/2024 | $ 270.75 | $ - | $ - | $ 958.25 | |
| 2/27/2024 | $ - | $ - | $ (128.00) | $ 830.25 | Payment to Capital One |
| 2/27/2024 | $ - | $ (3.00) | $ - | $ 827.25 | Phone Pay Global Fee |
| 3/1/2024 | $ - | $ (10.75) | $ - | $ 816.50 | |
| 3/20/2024 | $ 270.75 | $ - | $ - | $ 1,087.25 | |
| 3/27/2024 | $ - | $ - | $ (128.00) | $ 959.25 | Payment to Capital One |
| 3/27/2024 | $ - | $ (3.00) | $ - | $ 956.25 | Phone Pay Global Fee |
| 4/1/2024 | $ - | $ (10.75) | $ - | $ 945.50 | |
| 4/22/2024 | $ 270.75 | $ - | $ - | $ 1,216.25 | |
| 4/29/2024 | $ - | $ - | $ (128.00) | $ 1,088.25 | Payment to Capital One |
| 4/29/2024 | $ - | $ (3.00) | $ - | $ 1,085.25 | Phone Pay Global Fee |
| 5/1/2024 | $ - | $ (10.75) | $ - | $ 1,074.50 | |
| 5/22/2024 | $ 270.75 | $ - | $ - | $ 1,345.25 | |
| 5/28/2024 | $ - | $ - | $ (128.00) | $ 1,217.25 | Payment to Capital One |
| 5/28/2024 | $ - | $ (3.00) | $ - | $ 1,214.25 | Phone Pay Global Fee |
| 6/3/2024 | $ - | $ (10.75) | $ - | $ 1,203.50 | |
| 6/21/2024 | $ 270.75 | $ - | $ - | $ 1,474.25 | |
| 6/27/2024 | $ - | $ - | $ (128.00) | $ 1,346.25 | Payment to Capital One |
| 6/27/2024 | $ - | $ (3.00) | $ - | $ 1,343.25 | Phone Pay Global Fee |
| 7/1/2024 | $ - | $ (10.75) | $ - | $ 1,332.50 | |
| 7/22/2024 | $ 270.75 | $ - | $ - | $ 1,603.25 | |
| 7/29/2024 | $ - | $ - | $ (128.00) | $ 1,475.25 | Payment to Capital One |
| 7/29/2024 | $ - | $ (3.00) | $ - | $ 1,472.25 | Phone Pay Global Fee |
| 8/1/2024 | $ - | $ (10.75) | $ - | $ 1,461.50 | |
| 8/21/2024 | $ 270.75 | $ - | $ - | $ 1,732.25 | |
| 8/27/2024 | $ - | $ - | $ (128.00) | $ 1,604.25 | Payment to Capital One |
| 8/27/2024 | $ - | $ (3.00) | $ - | $ 1,601.25 | Phone Pay Global Fee |
| 9/3/2024 | $ - | $ (10.75) | $ - | $ 1,590.50 | |

| Date | Monthly Draft/Deposits | Monthly Service Fee Charged | Amount Sent to Creditor | Balance | Notes |
|---|---|---|---|---|---|
| 9/20/2024 | $ 270.75 | $ - | $ - | $ 1,861.25 | |
| 9/27/2024 | $ - | $ - | $ (128.00) | $ 1,733.25 | Payment to Capital One |
| 9/27/2024 | $ - | $ (3.00) | $ - | $ 1,730.25 | Phone Pay Global Fee |
| 10/1/2024 | $ - | $ (10.75) | $ - | $ 1,719.50 | |
| 10/22/2024 | $ 270.75 | $ - | $ - | $ 1,990.25 | |
| 10/28/2024 | $ - | $ - | $ (128.00) | $ 1,862.25 | Payment to Capital One |
| 10/28/2024 | $ - | $ (3.00) | $ - | $ 1,859.25 | Phone Pay Global Fee |
| 11/1/2024 | $ - | $ (10.75) | $ - | $ 1,848.50 | |
| 11/20/2024 | $ 270.75 | $ - | $ - | $ 2,119.25 | |
| 11/27/2024 | $ - | $ - | $ (128.00) | $ 1,991.25 | Payment to Capital One |
| 11/27/2024 | $ - | $ (3.00) | $ - | $ 1,988.25 | Phone Pay Global Fee |
| 12/2/2024 | $ - | $ (10.75) | $ - | $ 1,977.50 | |
| 12/20/2024 | $ 270.75 | $ - | $ - | $ 2,248.25 | |
| 12/27/2024 | $ - | $ - | $ (128.00) | $ 2,120.25 | Payment to Capital One |
| 12/27/2024 | $ - | $ (3.00) | $ - | $ 2,117.25 | Phone Pay Global Fee |
| 1/2/2025 | $ - | $ (10.75) | $ - | $ 2,106.50 | |
| 1/23/2025 | $ 270.75 | $ - | $ - | $ 2,377.25 | Last payment by Plaintiff based on settlement total needed |
| 1/27/2025 | $ - | $ - | $ (128.00) | $ 2,249.25 | Payment to Capital One |
| 1/27/2025 | $ - | $ (3.00) | $ - | $ 2,246.25 | Phone Pay Global Fee |
| 2/3/2025 | $ - | $ (10.75) | $ - | $ 2,235.50 | |
| 2/4/2025 | $ - | $ - | $ (2,185.09) | $ 50.41 | **Beginning of Discrepancy |
| 2/4/2024 | $ - | $ (3.00) | $ - | $ 47.41 | |
| 2/11/2024 | $ (47.41) | $ - | $ - | $ - | Per Worden representative, it was considered an *overage* of payment made to the program |
| 2/12/2025 | $ - | $ 3.00 | $ - | $ 3.00 | Reversal of Phone Payment Global Fee |
| 2/12/2025 | $ - | $ - | $ 2,185.09 | $ 2,188.09 | Capital One Payment Reversal |
| 2/12/2025 | $ - | $ (3.00) | $ - | $ 2,185.09 | Phone Pay Global Fee |
| 3/3/2025 | $ - | $ (10.75) | $ - | $ 2,174.34 | |
| 4/1/2025 | $ - | $ (10.75) | $ - | $ 2,163.59 | |
| 5/1/2025 | $ - | $ (10.75) | $ - | $ 2,152.84 | |
| 6/2/2025 | $ - | $ (10.75) | $ - | $ 2,142.09 | |
| 7/1/2025 | $ - | $ (10.75) | $ - | $ 2,131.34 | |
| 8/1/2025 | $ - | $ (10.75) | $ - | $ 2,120.59 | |
| 9/2/2025 | $ - | $ (10.75) | $ - | $ 2,109.84 | |
| 10/1/2025 | $ - | $ (10.75) | $ - | $ 2,099.09 | |
| 11/3/2025 | $ - | $ (10.75) | $ - | $ 2,088.34 | |
| 11/24/2025 | $ - | $ 3.00 | $ - | $ 2,091.34 | Reversal of Phone Payment Global Fee |
| 11/25/2025 | $ - | $ (3.00) | $ - | $ 2,088.34 | Global Direct Pay Fee |
| 11/25/2025 | $ - | $ 3.00 | $ - | $ 2,091.34 | Reversal of Phone Payment Global Fee |

| Date | Monthly Draft/Deposits | Monthly Service Fee Charged | Amount Sent to Creditor | Balance | Notes |
|---|---|---|---|---|---|
| 11/25/2025 | $ 884.90 | $ - | $ - | $ 2,976.24 | Deposit Made without notice from "CRFUNI" |
| 11/25/2025 | $ - | $ - | $ (2,970.25) | $ 5.99 | Payment Made to Resurgent Capital Services LP also without notice to |
| 11/25/2025 | $ - | $ (3.00) | $ - | $ 2.99 | Global Direct Pay Fee |
| 12/3/2025 | $ - | $ - | $ - | $ 2.99 | Unauthorized "closure request" made |
| 12/9/2025 | $ (2.99) | $ - | $ - | $ - | Unauthorized withdrawal balance sent to Plaintiff |
| Totals | $ 7,332.50 | $ (408.75) | $ (6,923.75) | | |
| | $ (884.90) | | | | |
| | $ 6,447.60 | | | | |

Superior Court Of New Jersey
Law Division - Civil Part
Atlantic County
Docket No. ATL-L-002998-25

### *Gleiry E. Romero-Adames*
*Plaintiff*

v.

### *Worden & Associates, LLC and Capital One Bank (USA), N.A.*
*Defendants*

## Payment Discrepancy Analysis Spreadsheet

### Summary

This spreadsheet reflects the full accounting of Plaintff's payments, reversals, unauthorized transactions, and reporting discrepancies.

| Total Damages | Amounts | Notes |
|---|---|---|
| Total paid by Plaintiff: | $ 6,498.00 | $270.75 x 24 payments |
| Total Negotiated Settlement Amount | $(4,233.90) | |
| Total credited to Capital One: | $(3,953.50) | $128 x 16 + $1905.50 |
| Total Missing according to negotiated settlemer | $   280.40 | |
| Total unauthorized payment made to Resurgent | $(2,970.25) | |
| Total fees charged by Global Holdings: | $   (408.75) | Monthly fees and phone payments |
| Total credit damage: | $ _____ | To be determined by the Court based on evidence presented |

**Superior Court Of New Jersey**
**Law Division - Civil Part**
**Atlantic County**
**Docket No. ATL-L-002998-25**

*Gleiry E. Romero-Adames*
*Plaintiff*
*v.*
*Worden & Associates, LLC and Capital One Bank (USA), N.A.*
*Defendants*

## Payment Discrepancy Analysis Spreadsheet

## Capital One Credit Reporting

*(October 2025)*

| Date of Reported Balance | Experian Balance | Equifax Balance | TransUnion Balance | Notes |
|---|---|---|---|---|
| Jan-23 | $      - | $      - | $      - | *Initiation of Settlement Program* |
| Feb-23 | $      - | $      - | $      - | |
| Mar-23 | $      - | $      - | $      - | |
| Apr-23 | $      - | $      - | $   7,988.00 | |
| May-23 | $      - | $      - | $   7,988.00 | |
| Jun-23 | $      - | $      - | $   7,988.00 | |
| Jul-23 | $      - | $      - | $   7,988.00 | |
| Aug-23 | $      - | $      - | $   7,988.00 | |
| Sep-23 | $      - | $      - | $   7,988.00 | |
| *Oct-23* | *$   7,988.00* | *$   7,988.00* | *$   7,988.00* | *Disbursement of $1905.30 towards settlement, but no corresponding deduction appears in any bureau's reporting. $128 decrease corresponds to scheduled program payment. (Exhibit A)* |
| Nov-23 | $   7,860.00 | $   7,860.00 | $   7,860.00 | *$128 decrease corresponds to scheduled program payment. (Exhibit A)* |
| Dec-23 | $   7,732.00 | $   7,732.00 | $   7,732.00 | *$128 decrease corresponds to scheduled program payment. (Exhibit A)* |
| Jan-24 | $   7,604.00 | $   7,604.00 | $   7,604.00 | *$128 decrease corresponds to scheduled program payment. (Exhibit A)* |

| Date of Reported Balance | Experian Balance | Equifax Balance | TransUnion Balance | Notes |
|---|---|---|---|---|
| Feb-24 | $ 7,476.00 | $ 7,476.00 | $ 7,476.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Mar-24 | $ 7,348.00 | $ 7,348.00 | $ 7,348.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Apr-24 | $ 7,220.00 | $ 7,220.00 | $ 7,220.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| May-24 | $ 7,092.00 | $ 7,092.00 | $ 7,092.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Jun-24 | $ 6,964.00 | $ 6,964.00 | $ 6,964.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Jul-24 | $ 6,836.00 | $ 6,836.00 | $ 6,836.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Aug-24 | $ 6,708.00 | $ 6,708.00 | $ 6,708.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Sep-24 | $ 6,580.00 | $ 6,580.00 | $ 6,580.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Oct-24 | $ 6,452.00 | $ 6,452.00 | $ 6,452.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Nov-24 | $ 6,324.00 | $ 6,324.00 | $ 6,324.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Dec-24 | $ 6,196.00 | $ 6,196.00 | $ 6,196.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| Jan-25 | $ 6,068.00 | $ 6,068.00 | $ 6,068.00 | *$128 decrease corresponds to scheduled program payment. (Exbibit A)* |
| *Feb-25* | *$ 3,754.00* | *$ 3,754.00* | *$ 3,754.00* | *Balance drop to $3,754 reflects reversal activity of $2,185.09 and $128, not actual payments.(Exhibit A) The $1,905.50 settlement payment remains uncredited.* |

| Date of Reported Balance | Experian Balance | Equifax Balance | TransUnion Balance | Notes |
|---|---|---|---|---|
| *Mar-25* | *$ 5,940.00* | *$ 5,940.00* | *$ 5,940.00* | *Balance increase to $5,940 reflects re-addition of reversal amount, not new charges or payments. Contradicts settlement math since no settlement funds were applied for the $1905.50 disbursement.* |
| Apr-25 | $ 5,940.00 | $ 5,940.00 | $ 5,940.00 | |
| May-25 | $ 5,940.00 | $ 5,940.00 | $ 5,940.00 | |
| Jun-25 | $ 5,940.00 | $ 5,940.00 | $ 5,940.00 | |
| Jul-25 | $ 5,940.00 | $ 5,940.00 | $ 5,940.00 | |
| Aug-25 | $ 5,940.00 | $ 5,940.00 | $ 5,940.00 | |
| Sep-25 | $ - | $ - | $ 5,940.00 | |
| Oct-25 | $ - | $ - | $ - | |

**\*\*Global Hodlings disbursed $1,905.50 towards the negotiated settlement on 10/27/2023 (Exhibit A). No corresponding reduction appears in any bureau's reporting, and the payment was never reflected in the Capital One tradeline.**

Superior Court Of New Jersey
Law Division - Civil Part
Atlantic County
Docket No. ATL-L-002998-25

*Gleiry E. Romero-Adames*
*Plaintiff*
*v.*
*Worden & Associates, LLC and Capital One Bank (USA), N.A.*
*Defendants*

## Payment Discrepancy Analysis Spreadsheet

### Credit Reporting Irregularities

| Bureau | Capital One | Resurgent | Notes |
|--------|-------------|-----------|-------|
| *Experian* | Not Reported | Not Reported | Tradeline suppressed |
| *Exquifax* | Not Reported | Not Reported | Account removed/transferred |
| *TransUnion* | Not Reported | Not Reported | Soft pulls still active |

**\*\*Absence of tradeline contradicts settlement claims.**

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT M — COVER PAGE
## FILED COMPLAINT

*(October 31, 2025)*

---

This exhibit includes the original filed Complaint establishing the litigation timeline, revocation of authorization, and basis for suit.

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

**GLEIRY E. ROMERO-ADAMES**
359 Washington Ave
Egg Harbor City, NJ 08215
(609) 271-0083
gradames17@gmail.com
**Date:** 10/31/2025

**Clerk of the Court**
Superior Court of New Jersey
Law Division Atlantic County – Civil Part
1201 Bacharach Blvd., Atlantic City, New Jersey 08401

  **Re: Civil Complaint – Gleiry E. Romero-Adames v. Worden & Associates, LLC and Capital One Bank (USA), N.A.**

Dear Clerk of the Court,

Please find enclosed for filing the following documents in support of my civil complaint against Worden & Associates, LLC and Capital One Bank (USA), N.A.:

1.  **Verified Complaint and Demand for Jury Trial**

2.  **Civil Case Information Statement**

3.  **Certification of Service**

This complaint arises from contractual breaches, consumer fraud, and violations of federal credit and debt collection laws, resulting in financial harm and emotional distress. I respectfully request that the matter be docketed and processed accordingly.

Please do not hesitate to contact me at the number or email above if additional documentation or clarification is required.

Thank you for your attention to this matter.

Sincerely,

**Gleiry Romero-Adames**

Your filing has been successfully submitted. A confirmation has been sent to the email address(es) you provided.

## Case details

| Court | Venue | Docket type | Case number |
|---|---|---|---|
| Civil | Atlantic | Suing for over $20,000 (law division cases) and Adult Name Changes | -- |

## Filing details

| Transaction ID | Filed date/time | Filing submitted by | Filing type |
|---|---|---|---|
| EF-3734746 | 10/31/2025 05:15 PM | Gleiry Romero-Adames | Complaint |

| Documents received | Filing fee | Additional fee(s) |
|---|---|---|
| 2025 Complaint W And C.pdf<br>CIS RomeroAdames Complaint.pdf | $250.00 | $0.00 |

## Payment confirmation

| Payment type | Amount paid | Payment transaction ID |
|---|---|---|
| ACH Debit (US banks only) | $250.00 | 710808 |

Your bank statement will display the description "JEDSACH" for transactions.

**GLEIRY E. ROMERO-ADAMES**
359 Washington Ave
Egg Harbor City, NJ 08215
(609) 271-0083
gradames17@gmail.com
**Date:** 10/31/2025

## Table of Contents

I.    Preliminary Statement

II.   Parties

III.  Jurisdiction and Venue

IV.   Causes of Action

      a.  **Count I** – Breach of Contract (Against Worden & Associates)

      b.  **Count II** – Negligence and Breach of Fiduciary Duty (Against Worden & Associates)

      c.  **Count III** – Violation of the Fair Credit Reporting Act (Against Capital One)

      d.  **Count IV** – Violation of the Fair Debt Collection Practices Act (Against Worden & Associates)

      e.  **Count V** – Violation of the New Jersey Consumer Fraud Act (Against Both Defendants)

      f.  **Count VI** – Violation of the Fair Debt Collection Practices Act (Against Capital One)

V.    Prayer for Relief

VI.   Jury Demand

VII.  Certification of Service

Plaintiff Filing Information:
Name: **GLEIRY E. ROMERO-ADAMES**
Address: 359 Washington Ave.
      Egg Harbor City, New Jersey  08215
Email Address: gradames17@gmail.com
Telephone number: (609) 271-0083

> Superior Court of New Jersey
> Law Division Atlantic County
> Civil Part
> Docket No. _____
> (to be filled in by the court)

**GLEIRY E. ROMERO-ADAMES**
Plaintiff,
v.
**WORDEN & ASSOCIATES, LLC** and **CAPITAL ONE BANK (USA), N.A.,**
Defendants.

> Civil Action
> **Complaint**

## CIVIL COMPLAINT AND DEMAND FOR JURY TRIAL

## PRELIMINARY STATEMENTS

The events giving rise to this complaint occurred between January 18, 2023 and October 2025, culminating in the unauthorized sale of a substantially paid account and continued credit damage.

1. This is a civil action for breach of contract, negligence, violations of the Fair Credit Reporting Act **(FCRA)**, Fair Debt Collection Practices Act **(FDCPA)**, and the New Jersey Consumer Fraud Act **(CFA)**, arising from Defendants' collective failure to resolve multiple consumer debts, mismanagement of settlement funds, negligent communication, and the unlawful sale and reporting of a charged-off account.

2. Despite Plaintiff's diligent efforts to resolve her Discover and Capital One accounts through a settlement program administered by Worden & Associates, LLC, Defendants failed to act within the promised timeframe. This failure resulted in a lawsuit and judgment against Plaintiff for the Discover debt. Shortly thereafter, and without Plaintiff's knowledge, Capital One sold the account—despite substantial payments having been made and the debt still appearing on all three major credit bureaus. Upon discovering the continued reporting, Plaintiff initiated formal disputes with the credit bureaus, which ultimately led to the removal of the Capital One tradeline. The sale of the account, executed without final accounting or notice, reignited a cycle of harm and legal exposure to Plaintiff, undermining her resolution efforts and compounding the damage caused by Defendants' inaction.

3. Plaintiff seeks compensatory, statutory, and equitable relief for the financial, reputational, and emotional damages suffered as a result of Defendants' misconduct, including

misrepresentation of account status, failure to disburse funds, unauthorized credit reporting, and disregard for fiduciary obligations.

## PARTIES

1. Plaintiff **Gleiry Romero-Adames** is an individual residing at 359 Washington Ave, Egg Harbor City, New Jersey 08215. Plaintiff holds a certificate in accounting services and has applied her training to conduct a detailed financial analysis of the disputed accounts, including reconciliation of disbursements, settlement breakdowns, and remaining balances. Under Federal Rule of Evidence 702, Plaintiff is qualified to present expert findings in this matter based on her specialized knowledge, skill, and experience in financial documentation and dispute resolution. Plaintiff retained Worden & Associates, LLC to negotiate and settle outstanding consumer debts, including accounts with Discover Bank and Capital One Bank (USA), N.A., and was enrolled in a debt resolution program administered through Global Holdings.

2. Defendant **Worden & Associates, LLC** is a Texas-based law firm with a principal place of business at 15305 Dallas Parkway, 12th Floor, Addison, Texas 75001. The firm is operated by **Victoria Marie Worden Jensen,** a licensed attorney in the **State of Texas Bar No. 00784336.** While Plaintiff's engagement was with the firm as a legal entity, the conduct described herein reflects systemic mismanagement and fiduciary breach under the oversight of its licensed operator. Worden & Associates marketed and administered debt settlement services to New Jersey residents, including Plaintiff, and acted as the primary negotiator and fiduciary for Plaintiff's Discover and Capital One accounts. Despite receiving sufficient funds through Plaintiff's Global Holdings account, Worden failed to disburse payments in a timely and accurate manner, misrepresented account statuses, and neglected to intervene when Plaintiff was sued by Discover Bank. Their failure to act within the critical timeframe directly led to a court judgment against Plaintiff and the eventual sale of the Capital One account – an account that had already been substantially paid. Worden's mismanagement and lack of transparency directly caused the financial, reputational, and emotional harm suffered by Plaintiff.

3. Defendant **Capital One Bank (USA), N.A.** is a national banking association with a principal place of business at 1680 Capital One Drive, McLean, Virginia 22102. Capital One engaged in debt collection activity with Plaintiff, including the issuance of settlement offers and communications containing Mini-Miranda language, thereby triggering obligations under the Fair Debt Collection Practices Act (FDCPA). Capital One received the majority of the agreed settlement amount through disbursements administered by Worden & Associates. Despite this, Capital One failed to provide final account documentation, blocked Plaintiff's access to her account, and repeatedly withheld requested information necessary to confirm resolution. After Plaintiff ceased contact due to lack of response, Capital One proceeded to sell the account to a third-party

collector—despite the debt being substantially paid—causing renewed credit damage and legal exposure. This conduct reflects a pattern of misleading and obstructive behavior that compounded Plaintiff's financial and reputational harm.

## JURISDICTION & VENUE

This Court has jurisdiction over this matter pursuant to Article VI, Section 3 of the New Jersey Constitution and N.J.S.A. 2A:16-49 et seq., as the claims involve contractual breaches, consumer protection violations, and financial harm arising within the State of New Jersey.

Venue is proper in this Court pursuant to N.J. Ct. R. 4:3-2, as the events giving rise to this action occurred in Atlantic County, New Jersey, where Plaintiff resides and where the impact of Defendant's misconduct was sustained.

## CAUSES OF ACTION

### COUNT I – BREACH OF CONTRACT (Against Worden & Associates)

**Legal Basis:**
Breach of express terms under the Contingent Fee Limited Scope Legal Services Agreement, including but not limited to Section 2 (Scopes of Services), 5 (Client Communication), and 17 (Settlement Execution).

**Facts Supporting Breach:**
A. Worden failed to disburse funds to Capital One despite sufficient balance of $2,106.50 in Plaintiff's Global Holdings account, resulting in reversal and eventual sale of the account.
B. Worden's client portal falsely reflected the Capital One account as "Paid in Full" while the debt remained unresolved, misleading Plaintiff and obstructing resolution efforts.
C. Worden failed to respond to Plaintiff's certified demand letter requesting proof of disbursement and full accounting of settlement funds, despite repeated follow-ups.
D. Worden breached multiple provisions of the Agreement by failing to:
- Assist with timely and accurate disbursement of settlement funds (Section 2),
- Maintain clear and responsive communication with Plaintiff (Section 5),
- Act upon accepted settlement terms and provide documentation of resolution (Section 17).

These breaches are consistent with established New Jersey case law. In *Globe Motor Co. v. Igdalev*, the court held that failure to perform contractual obligations—even in part—constitutes actionable breach. Similarly, *Murphy v. Implicito* affirmed that neglect and lack of transparency in service-based agreements support breach and fiduciary duty claims. Finally, *Coyle v. Englander's* reinforces that misrepresentation and failure to deliver promised services are actionable under contract law.

**Resulting Harm:**
These breaches directly led to the sale of a substantially paid account, renewed credit damage, legal exposure, and emotional stress. Plaintiff relied on Worden's representations and services in good faith and suffered financial and reputational harm as a result.

## COUNT II – NEGLIGENCE & BREACH OF FIDUCIARY DUTY (Against Worden & Associates)

**Legal Basis:**
Violation of common law fiduciary duty of care, loyalty, and diligence owed to Plaintiff as a retained legal service provider and financial intermediary.

**Facts Supporting Breach:**
A. Worden mishandled client funds by failing to disburse the final settlement amount to Capital One, despite a sufficient balance in the Global Holdings account. Their failure to monitor creditor communications led to a reversal and eventual sale of the account.
B. Plaintiff requested escalation both verbally and through the client portal (Case #06603686), yet Worden failed to follow through on the proposed resolution or provide documentation. This repeated failure to act reflects a breach of duty to respond to foreseeable harm.
C. Worden failed to safeguard Plaintiff from foreseeable consequences of unresolved debt, including the sale of a substantially paid account, renewed credit damage, and legal exposure. Their inaction during active litigation with Discover Bank and failure to modify payment structures further compounded the harm.
D. In the absence of communication after May 2025 and no response to Plaintiff's certified demand in June, Plaintiff was forced to independently reconcile her Global Holdings account and review Worden's client portal. Through this effort, she discovered that Capital One had received $3,953.50 in disbursements, with a remainder balance of $280.40 left unresolved. Worden provided no documentation or explanation for the reversal of a $2,185.09 payment, nor did they notify Plaintiff of the account's sale. These findings were made solely through Plaintiff's diligence, as Worden failed to fulfill their duty to inform and account.

These breaches are consistent with New Jersey case law. In *Petrillo v. Bachenberg*, the court held that professionals may be liable for negligent misrepresentation when clients rely on their expertise and transparency. *Baxt v. Liloia* affirmed that fiduciaries must act in the client's best interest, even absent fraudulent intent. *Albright v. Burns* further established that failure to respond to foreseeable harm and neglect of communication constitutes breach of fiduciary duty and actionable negligence.

**Resulting Harm:**
Plaintiff suffered financial loss, reputational damage, and emotional stress due to Worden's failure to act with reasonable care and loyalty. These breaches undermined Plaintiff's ability to resolve her debts, maintain her credit, and protect herself from litigation and garnishment.

**COUNT III – VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA) (Against Capital One)**

**Legal Basis:**
Violation of 15 U.S.C. § 1681s-2(b), which requires furnishers of credit information to conduct reasonable investigations and correct or delete inaccurate, incomplete, or unverifiable data upon notice of a consumer dispute.

**Facts Supporting Violation:**

A. Capital One continued to report the charged-off debt to credit bureaus from September 2023 through January 2025, despite receiving settlement disbursements administered by Worden & Associates. This ongoing reporting failed to reflect the partial resolution and created a misleading tradeline.

B. Plaintiff repeatedly requested full documentation from Capital One to confirm resolution and reconcile discrepancies with Worden's portal, which falsely showed the account as "Paid in Full". Capital One responded only with partial statements and cited missing SSN digits, obstructing Plaintiff's ability to verify the account status.

C. Due to Capital One's failure to provide documentation and Worden's lack of communication, Plaintiff filed formal disputes with Equifax, Experian, and TransUnion regarding the unresolved balance and inaccurate reporting. After all three credit bureaus resolved the disputes and removed the inaccurate balance from the Plaintiff's credit report, Plaintiff received letter dated October 16 from Capital One notifying her of the sale of her account to Resurgent Acquisitions, LLC – making this the first time Plaintiff became aware of the sale.

D. The sale of a substantially paid and disputed account – without notice of resolution – risks reintroducing inaccurate or unverified data into Plaintiff's credit profile, in violation of the FCRA's accuracy and reinsertion provisions under 15 U.S.C. § 1681s-2(b) and § 1681i(a)(5).

These violations are further supported by federal appellate precedent. In *Cushman v. Trans Union Corp.*, the Third Circuit held that superficial investigations violate FCRA duties. *SimmsParris v. Countrywide* affirmed that furnishers must investigate disputes once notified by credit bureaus. *Johnson v. MBNA* confirmed that failure to investigate supports claims for actual and statutory damages. Capital One's conduct aligns with these precedents and reflects a pattern of noncompliance.

**Resulting Harm:**
Capital One's failure to investigate, correct, and fully respond to Plaintiff's disputes caused prolonged credit damage, denial of financing opportunities, and emotional distress. These violations support Plaintiff's claim for statutory damages, actual damages, and attorney's fees under 15 U.S.C. § 1681n and § 1681o.

## COUNT IV – VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (Against Worden & Associates)

**Legal Basis:**

Violation of 15 U.S.C. § 1692e, which prohibits debt collectors from using false, deceptive, or misleading representations in connection with the collection of any debt.

**Facts Supporting Violation:**

A. Worden misrepresented the status of Plaintiff's Capital One account as "Paid in Full" within its client portal, despite the debt remaining unresolved and ultimately being sold to a third-party collector.

B. Worden failed to communicate material facts regarding the settlement status, including Capital One's rejection of the final disbursement and the reversal of a $2,185.09 payment that led to the account's sale.

C. Worden did not inform Plaintiff of the creditor's refusal to accept the lump-sum payment or provide documentation of the failed disbursement, obstructing Plaintiff's ability to resolve the debt and triggering further credit damages.

D. These omissions and misrepresentations occurred while Worden continued to deduct payments from Plaintiff's Global Holdings account, despite knowing the account was no longer eligible for resolution under the program.

These violations are supported by federal precedent. In *Heintz v. Jenkins*, the Supreme Court confirmed that attorneys engaged in debt collection are subject to FDCPA. *Glover v. F.D.I.C.* clarified that misleading communications—even if technically accurate—can violate the statute. *Caprio v. Healthcare Revenue Recovery Group* emphasized the need for clarity in debt communications. Worden's conduct mirrors these violations and supports Plaintiff's claim for statutory and actual damages.

**Resulting Harm:**

Plaintiff relied on Worden's representation in good faith and suffered financial loss, reputation damage, and emotional distress due to misleading account status updates and failure to disclose critical settlement information. These violations support claims for statutory damages, actual damages, and attorney's fees under 15 U.S.C. § 1692k.

## COUNT V – VIOLATION OF THE NEW JERSEY CONSUMER FRAUD ACT (Against Both Defendants)

**Legal Basis:**

Violation of the New Jersey Consumer Fraud Act (N.J.S.A. 56:8-1 et seq.), which prohibits unconscionable commercial practices, deception, fraud, false promises, and misrepresentation in connection with the sale or performance of services.

**Facts Supporting Violation:**

    A.  Worden & Associates misrepresented the scope and effectiveness of their debt resolution services, including falsely marking Plaintiff's Capital One account as "Paid in Full" while the debt remained unresolved and ultimately sold.

    B.  Capital One sold Plaintiff's account to Resurgent Acquisitions, LLC despite receiving substantial settlement disbursements and while Plaintiff was actively seeking resolution. The account had already been removed from Plaintiff's credit reports following formal disputes, yet Capital One failed to provide notice or full documentation prior to the sale.

    C.  Both Defendants failed to provide complete and timely documentation in response to Plaintiff's certified requests. Worden did not respond to Plaintiff's June 2025 demand packet, and Capital One provided only partial statements while citing missing SSN digits. These omissions obstructed Plaintiff's ability to confirm resolution, correct her credit file, and protect herself from further harm.

    D.  As a direct result of Defendants' deceptive practices and lack of transparency, Plaintiff was unable to resolve her debts and suffered a judgment from Discover Bank, which entered enforcement during her period of medical disability. This judgment compounded Plaintiff's financial hardship and contributed to wage garnishment and employment disruption.

These violations are supported by New Jersey precedent. In *Cox v. Sears Roebuck & Co.*, the court held that unconscionable commercial practices and misrepresentation violate the CFA regardless of intent. *Murphy v. Implicito* affirmed that failure to deliver promised services and misrepresentation of scope support CFA claims. *Gennari v. Weichert* emphasized that misrepresentations inducing reliance—even if not fraudulent—are actionable under the CFA. Defendants' conduct mirrors these violations and supports Plaintiff's claim for treble damages and equitable relief.

**Resulting Harm:**

Plaintiff suffered financial loss, reputational damage, and emotional distress due to Defendants' deceptive practices, lack of transparency, and failure to deliver promised services. These violations support claims for treble damages, attorney's fees, and injunctive relief under N.J.S.A. 56:8-19.

## COUNT VI – VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) (Against Capital One)

**Legal Basis:**

Violation of 15 U.S.C. § 1692e, which prohibits false, deceptive, or misleading representations in connection with the collection of any debt.

**Facts Supporting Violation:**

    A.  Capital One used Mini-Miranda language in post-default communications with Plaintiff, stating that the communication was "an attempt to collect a debt," thereby portraying itself as a debt collector.

B. These communications occurred after the account had entered default and while Plaintiff was actively disputing the balance and seeking resolution through Worden & Associates and direct correspondence.

C. Capital One's failure to provide full documentation in response to Plaintiff's certified requests - combined with its use of debt collection language – created confusion and misled Plaintiff regarding her rights, the status of the account, and Capital One's role in the collection process.

These violations are supported by federal precedent. In *Heintz v. Jenkins*, the Supreme Court confirmed that entities engaged in debt collection are subject to FDCPA. *Glover v. F.D.I.C.* clarified that misleading communications—even if technically accurate—can violate the statute. *Caprio v. Healthcare Revenue Recovery Group* emphasized the need for clarity in debt communications. Capital One's conduct mirrors these violations and supports Plaintiff's claim for statutory and actual damages.

This conduct mirrors *Cooper v. Pressler & Pressler*, Civil No. 12-0679 (D.N.J.), where the court found that post-default communications using Mini-Miranda language triggered FDCPA scrutiny. Capital One's use of similar language—while denying Plaintiff access to account information and continuing credit damage—supports Plaintiff's claim that these communications were misleading and violated 15 U.S.C. § 1692e.

**Resulting Harm:**
Plaintiff suffered emotional distress, confusion, and reputational harm due to Capital One's misleading communications and failure to clarify its legal posture. These violations support claims for statutory damages, actual damages, and attorney's fees under 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendants, jointly and severally, and award the following relief:

### A. Economic Damages

- **$6,298.00** in total payments made to the Global Holdings account, intended for settlement of the Capital One debt, of which $2,099.09 remains undistributed and $322.75 was deducted in fees without full performance.

- **$9,381.64** in damages resulting from Discover's Bank lawsuit and judgement, which could have been avoided had Worden acted within a reasonable timeframe.

- **$3,148.46** in increased debt exposure due to failed disbursement and creditor rejection.

- **$2,500.00** estimated loss from denied credit-based services (e.g., roofing quotes, loan eligibility).

- **$1,000.00** in costs associated with certified mail, document preparation, and dispute filings.

## B. Non-Economic Damages

- **$10,000.00** for emotional distress, anxiety, and disruption caused by:

  - Repeated denial of account access

  - Contradictory communications from Capital One

  - Prolonged uncertainty and failed resolution efforts

  - Impact on family well-being during medical treatment and housing repairs

## C. Statutory Damages

- **Up to $1,000.00** under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692k, for false or misleading representations.

- **Up to $1,000.00** under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681n and § 1681o, for negligent reinvestigation and unauthorized credit reporting.

## D. Equitable Relief

- Declaratory judgment that Plaintiff's obligations under the disputed Capital One account are extinguished.

- Permanent injunction prohibiting further collection efforts by Resurgent Acquisitions, LLC or any successor-in-interest.

- Treble damages and statutory penalties as permitted by law, including but not limited to **N.J.S.A. 56:8-19** and **15 U.S.C. § 1692k**.

- Order compelling Worden & Associates to provide full accounting and documentation of disbursements and settlement activity.

## E. Costs and Fees

- Reasonable attorney's fees and court costs incurred in bringing this action.

- Plaintiff reserves the right to apportion damages by defendant at trial and seeks joint and several liability where applicable.

## RESERVATION OF RIGHTS & ENFORCEMENT INTENT

Plaintiff has endeavored, in good faith, to resolve this matter through reasonable negotiation and certified correspondence in accordance with legal and equitable principles governing dispute resolution in New Jersey.

Should Defendants persist in refusing to settle or continue obstructing the amicable resolution of this dispute, Plaintiff expressly reserves all rights and remedies available under law and equity, including but not limited to pursuit of claims for treble damages under the New Jersey Consumer Fraud Act, statutory sanctions, punitive damages, civil contempt, and referral for regulatory and disciplinary investigation as warranted by the facts.

Plaintiff will further seek immediate enforcement of any judgment obtained—including through garnishment, lien, turnover orders, and referral for collection and contempt proceedings—without further notice; and will not hesitate to initiate auxiliary claims, complaints to consumer and banking regulators, or motions for expedited injunctive relief, as permitted under the Federal Rules of Civil Procedure, New Jersey Court Rules, and applicable statutory regimes.

Plaintiff's willingness to entertain settlement shall not be construed as waiver of any claim, remedy, or enforcement avenue, nor shall any delay or accommodation serve to prejudice the exercise of statutory, contractual, or common law rights, including, but not limited to, those recognized in *Globe Motor Co. v. Igdalev*, 225 N.J. 469 (2016); *Cox v. Sears Roebuck & Co.*, 138 N.J. 2 (1994); *Caprio v. Healthcare Revenue Recovery Grp., LLC*, 709 F.3d 142 (3d Cir. 2013).

**Jury Demand**

Plaintiff demands a trial by jury on all issues so triable.

**Certification Pursuant to Rule 4:5-1**

I certify that the matter in controversy is not the subject of any other action pending in any court or arbitration proceeding, nor is any other action or arbitration proceeding contemplated.

Respectfully submitted,

**Gleiry E. Romero-Adames**
Date: 10/31/2025

**GLEIRY E. ROMERO-ADAMES**

359 Washington Ave
Egg Harbor City, NJ 08215
(609) 271-0083
gradames17@gmail.com

**Date:** 10/31/2025

*To:*
*Capital One Bank (USA), N.A.*
*P.O. Box 30285*
*Salt Lake City, UT 84130-0285*

**Re: Civil Complaint** *– Romero-Adames v. Worden & Associates, LLC and Capital One Bank (USA), N.A.*

*Dear Capital One,*

*Please find enclosed a copy of the Verified Complaint filed in the Superior Court of New Jersey, Atlantic County Law Division – Civil Part. This matter concerns your institution's role in the sale and continued reporting of a substantially paid account, despite active dispute and settlement efforts.*

*I trust this will prompt a thorough review and appropriate response. Thank you for your attention.*

*Respectfully,*
**Gleiry Romero-Adames**

cc: Clerk of the Court
Superior Court of New Jersey
Atlantic County Law Division – Civil Part
1201 Bacharach Blvd.
Atlantic City, NJ 08401

**GLEIRY E. ROMERO-ADAMES**
359 Washington Ave
Egg Harbor City, NJ 08215
(609) 271-0083
gradames17@gmail.com

**Date:** 10/31/2025

*To:*
*Worden & Associates, LLC*
*15305 Dallas Parkway, 12th Floor*
*Addison, TX 75001*

**Re: Civil Complaint** – *Romero-Adames v. Worden & Associates, LLC and Capital One Bank (USA), N.A.*

*Dear Worden & Associates,*

*Please find enclosed a copy of the Verified Complaint filed in the Superior Court of New Jersey, Atlantic County Law Division – Civil Part. This matter concerns your firm's role in the mismanagement of settlement funds and breach of fiduciary duty related to my consumer debt resolution efforts.*

*I remain hopeful that this matter can be resolved with transparency and accountability. Thank you for your attention.*

*Respectfully,*
*Gleiry Romero-Adames*

cc: Clerk of the Court
Superior Court of New Jersey
Atlantic County Law Division – Civil Part
1201 Bacharach Blvd.
Atlantic City, NJ 08401

# Civil Case Information Statement

Directive #10-91
Issued by:

November 19, 1991
Robert D. Lipscher
Administrative Director

Pursuant to Supreme Court approved amendments to *R.* 1:5-6 and *R.* 4:5-1, submission of a Civil Case Information Statement (CIS) with all initial pleadings has been required since April 1, 1991. The form to be used has been promulgated as Appendix XII of the Rules of Court.

At a Spring 1991 meeting with the Chief Justice, a number of Assignment Judges noted problems with CIS forms whose format differed significantly from that promulgated as Appendix XII. As a result, the Chief Justice asked that necessary action be taken to ensure that CIS forms submitted in accordance with the amended rules conform to the promulgated form. This matter was also discussed at a meeting of the Conference of Civil Presiding Judges, which group resolved unanimously that a directive should be issued requiring that all CIS forms submitted follow a standard format.

Accordingly, please advise your County Clerk and Civil Division Manager that a pleading required to be accompanied by a CIS may be returned as non-conforming if all information elements of side one of the form prescribed as Appendix XII of the Rules (copy attached) are not present in substantially the same format. Forms produced by word processor or other means are acceptable as long as they are legible, and the contents and format conform to the prescribed CIS form.

## EDITOR=S NOTE

No change has been made to the original text.

| | |
|---|---|
| | |
| | |
| AMOUNT: | $34,328.10 |
| OVERPAYMENT: | |

**CIVIL CASE INFORMATION STATEMENT (CIS)** Use for initial pleadings (not motions) under R. 4:5-1

| ATTORNEY NAME | TELEPHONE NUMBER | COUNTY OF VENUE **Atlantic County** |
|---|---|---|
| FIRM NAME (If Applicable) | | DOCKET NUMBER (When Applicable) |
| NAME OF PARTY (e.g. John Doe, Plaintiff) Gleiry E. Romero-Adames | CAPTION | Gleiry E. Romero-Adames, Plaintiff v. Worder & Associates, LLC & Capital One Bank (USA), N.A., Defendants |

THE INFORMATION PROVIDED BELOW CANNOT BE INTRODUCED INTO EVIDENCE

| CASE TYPE NUMBER (See reverse side for listing) 599 - Contract and 699 - Tort | Is this a Title 59 action? G   Yes   G   No |
|---|---|

Check if applicable:   G   Punitive Damages   G   Friendly Hearing Sought   G   Declaratory Judgment

CDR Desired?   G   Yes   Specify type:                                        G   No

Present Medical Expense
G   $2500 or less        G   More than $2500        If more, do you wish to submit this case to arbitration?   G   Yes   G   No

Briefly describe the case; include any special characteristics that may warrant extended discovery or accelerated disposition (See reverse side for additional instructions):

Civil action for breach of contract, fiduciary negligence, and consumer fraud arising from mismanagement of debt settlement services and unauthorized sale of a substantially paid account. Plaintiff seeks compensatory, statutory, and equitable relief for financial and reputational harm.

Describe all pending actions related to this case, i.e., arising out of the same occurrence or transaction (give docket number if known):

None.

| ESTIMATED NUMBER OF DAYS TO TRY THE CASE Liability: 2-3        Damages: 2-3 | CASE ASSESSMENT (Mandatory for DCM Courses) G Expedited   G Standard   G Complex |
|---|---|

CIVIL CASE INFORMATION STATEMENT (CIS)   Side 2.  Use for initial pleadings (not motions) under R. 4:5-1.

## DOCUMENT TYPES

Complaint
Answer
Answer with Counterclaim
Answer with Crossclaim
Answer with Third-Party Complaint
Answer with Counterclaim & Crossclaim
Answer with Counterclaim & Third-Party Complaint
Answer with Crossclaim & Third-Party Complaint
Answer with Counterclaim, Crossclaim & Third-Party Complaint
Third-Party Complaint
Third-Party Answer
Third-Party Answer with Counterclaim
Third-Party Answer with Crossclaim
Third-Party Answer with Counterclaim & Crossclaim
Complaint Intervenor

CASE TYPES:  Choose one and enter number of case type in appropriate space on reverse side.

| AUTO NEGLIGENCE | | INSURANCE CLAIM | | 151 | NAME CHANGE |
|---|---|---|---|---|---|
| 603 | Pers. Inj. Involved | 506 | PIP Coverage | | |
| 610 | Prop. Damage Only | 505 | Other | 234 | FRT PLYWOOD |
| | | | | | |
| MALPRACTICE | | REAL PROPERTY | | OTHER | |
| 604 | Medical | 303 | Mt. Laurel | | |
| 607 | Other Professional | 304 | Land Use | 399 | REAL PROPERTY |
| | | 305 | Construction | | |
| OTHER TORT | | 301 | Condemnation | 599 | CONTRACT |
| 606 | Product Liability | 302 | Tenancy | | |
| 605 | Other Pers. Inj. | | | 699 | TORT |
| 602 | Assault & Battery | 175 | FORFEITURE | | |
| 609 | Defamation | | | 899 | MISCELLANEOUS |
| 608 | Toxic Tort | 701 | ACTION IN LIEU OF PREROGATIVE WRIT | | |
| 601 | Asbestos | | | | |
| | | | | | |
| CONTRACT | | | | | |
| 502 | Book Acct. | 005 | CIVIL RIGHTS | | |
| 503 | Comm'l Transaction | | | | |
| 509 | Employment | 156 | ENVIRONMENTAL LITIGATION | | |

When completing the case description section include such characteristics as:  anticipated joinder of parties or issues, need for priority handling due to nature or importance of case or likelihood of early disposition.  Be specific.

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT N — COVER PAGE
## UNAUTHORIZED RESURGENT SETTLEMENT OFFER

*(Post-Complaint)*

---

This exhibit contains a settlement offer sent by Resurgent Capital Services after the filing of the Complaint. Plaintiff never authorized Worden & Associates to negotiate with Resurgent, and no settlement terms were ever disclosed, validated, or approved by Plaintiff. This communication demonstrates unauthorized post-sale negotiation activity, lack of contractual authority, and continued mishandling of Plaintiff's account after litigation commenced.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## New Settlement Offer!

1 message

---

**Worden & Associates** <donotreply@wordenaa.com>                    Fri, Nov 14, 2025 at 1:20 PM
To: gradames17@gmail.com

Dear Gleiry,

Client ID: 4643162

Great News! We are excited to announce that we have successfully negotiated a settlement offer on your Capital One account. Please call us immediately at 1-800-600-7126 to discuss the options we have available to get this account resolved.

Keep in mind you have the option to accelerate our services at any time by contacting us to increase or add additional savings drafts.

Thank you very much for allowing us to serve you.

 WORDEN & ASSOCIATES

The Worden & Associates Settlement Services Team
1-800-600-7126 Toll Free
1-866-282-9861 Toll Free Fax
www.wordenaa.com

---

DISCLAIMER: This communication is being provided for informational purposes only and the contents of this communication are not legally binding and do not change the terms of service described in any Agreement or its disclosures. We are a law firm. We are not a credit repair service and do not provide credit repair services. This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. Although every attempt is made to ensure the information included in this communication is accurate and timely, the information is presented "as is" and without warranties, either expressed or implied. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

This email was sent to: gradames17@gmail.com

This email was sent by: Worden & Associates
15305 Dallas Parkway 12th Floor, Addison TX 75001

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT O — COVER PAGE
## COUNSEL APPEARANCE NOTICE

*(JEDS Notification)*

---

This exhibit contains the JEDS notification received on January 23, 2026, indicating that counsel entered an appearance on behalf of Worden & Associates. This appearance occurred after default had already been entered against both defendants and after months of silence, non-response, and improper post-complaint communications.

This exhibit is included to document Plaintiff's acknowledgment of counsel's appearance and to complete the litigation timeline.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

**LEVINE, STALLER, SKLAR, CHAN & BROWN, P.A.**
**Emily Podolnick, Esquire/ Atty ID #475602024**
3030 Atlantic Avenue
Atlantic City, New Jersey 08401
(609) 348-1300
Attorneys for Defendants, Worden & Associates

| | |
|---|---|
| GLEIRY E. ROMERO-ADAMIES,<br><br>Plaintiff,<br><br>v.<br><br>WORDEN & ASSOCIATES, LLC and<br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION/ CIVIL PART<br>ATLANTIC COUNTY<br><br>DOCKET NO.: ATL-L-002998-25<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE OF**<br>**EMILY PODOLNICK, ESQ.** |

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance on behalf of Defendants, WORDEN & ASSOCIATES, LLC as counsel in the above-captioned action.

<div align="right">

**LEVINE STALLER SKLAR CHAN
& BROWN, P.A.**

</div>

Dated: January 22, 2026

By: _____
Emily Podolnick, Esq.
Counsel for Defendant,
Worden & Associates, LLC

{00288351}

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC and**
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## CERTIFICATION OF PLAINTIFF

---

**Certification of Plaintiff**

I, **Gleiry E. Romero-Adames**, certify and state the following based on my personal knowledge:

### SECTION 1 – BACKGROUND & ENROLLMENT

1. I enrolled with Worden & Associates, LLC ("Worden") in **January 2023** for assistance with negotiating and settling my **Capital One Bank (USA), N.A.** and **Discover Bank** credit card accounts. As part of the enrollment process, I executed the *Worden & Associates Client Services Agreement* and the *Global Holdings LLC Special Purpose Account Agreement (Exhibits C-1 and C-2)*, which required me to make monthly drafts into a dedicated Global Holdings account for use in settlement negotiations.

2. Beginning on **February 20, 2023,** I made every required monthly draft into the Global Holdings account without interruption. The Global Holdings ledger reflects consistent payments from February 2023 through January 2025, with no missed or skipped drafts *(Exhibit A)*. Throughout this period, I relied on Worden's representations that the program was progressing as intended and that my payments were being used to negotiate and satisfy my enrolled accounts.

Docket No. ATL-L-002998-25

## SECTION 2 – SETTLEMENT AGREEMENT

1. In **September 2023**, Worden informed me that they had successfully negotiated a settlement on my Capital One account for **$4,233.90**. This settlement amount was displayed in the Worden client portal, along with the projected balance required to satisfy the account *(Exhibit D)*. At that time, Discover had already filed a lawsuit *(Discover Bank v. Plaintiff, Docket No. DC-003247-23)* because no agreement had been reached with them during the months following my enrollment.

2. Worden never provided me with written settlement terms from Capital One. I relied entirely on the information shown in the Worden portal and on Worden's verbal representations regarding the settlement during my calls. The portal reflected the negotiated amount and the progress toward completion, and I continued making monthly drafts based on Worden's assurances that the settlement was active and being properly administered *(Exhibit D)*.

3. In early **January 2025**, during a phone call I initiated following up on the status of my account, Worden informed me that I had met the program requirements and that only one final payment remained. I was told that an estimated draft of **$2,185.90** would be processed in **February 2025** to complete the settlement. This information was consistent with the figures displayed in the Worden portal at that time *(Exhibit D)*, but it was later contradicted by the actual payment activity and reporting reflected in the Global Holding ledger and the financial analysis contained in **Exhibit L.**

## SECTION 3 – PLAINTIFF'S PERFORMANCE

1. Throughout 2023, 2024, and into 2025, I made every required monthly draft into the Global Holdings Special Purpose Account without interruption. The Global Holdings ledger reflects consistent deposits from February 2023 through January 2025, with no missed drafts or skipped payments *(Exhibit A)*. At no point did I pause, delay, or reduce my contributions to the program.

2. Global Holdings issued multiple payments to Capital One during this period, including a settlement-related payment of **$1,905.50** on October 27, 2023, followed by additional monthly program payments *(Exhibit A)*. These disbursements were made using the funds

I deposited into the program, and I relied on Worden's representations that these payments were being applied toward the negotiated settlement.

3.  At all times, I acted in full compliance with the program requirements.  I had no reason to believe that any issues existed with the handling or application of my funds *(Exhibit D)*. The information displayed in the Worden portal consistently presented updates and progress towards what I understood to be the completion of the settlement.

4.  Although the Worden portal continued to show progress toward completion, I grew increasingly concerned when no written confirmation of settlement completion was ever provided by either Worden or Capital One. These concerns later intensified as additional discrepancies came to light in the months that followed, including inconsistencies between the disbursements shown in the Global Holdings ledger and the actual reporting and the account's activity reflected in **Exhibit L.**

## SECTION 4 — SETTLEMENT FAILURE & PAYMENT REVERSALS

1.  On **October 27, 2023**, Global Holdings issued two payments to Capital One:

    - A settlement payment of **$1,905.50**, and

    - A monthly program payment of **$128.00.**

2.  Shortly after, the$128.00 payment was reversed. Global Holdings resubmitted the payment on **October 31, 2023**, and it processed successfully *(Exhibit A)*.

3.  Despite these disbursements, Capital One did **not** reflect the settlement funds as having been applied to my account. My credit reports showed only routine monthly payment activity, with no indication that the settlement amount initiated in September 2023 had been credited or that the settlement was progressing *(Exhibits F-1, F-2, F-3)*. The absence of any settlement credit is further demonstrated in the financial analysis contained in **Exhibit L.**

4.  On **February 4, 2025**, a reversal in the amount of **$2,185.09** appeared in my Global Holdings ledger *(Exhibit A)*. This reversal was unexpected and was not communicated to

me. It was the first indication that something was seriously wrong with the handling of my settlement.

5. After receiving no clear explanation from Worden, I contacted Capital One directly on April 23,2025 and was informed that my account balance was **$3,148.46**. This figure did not match any of the balances appearing on my credit reports, which reflected a balance of **$3,754** in February 2025 and **$5,940** in March 2025 (*Exhibit F-1, F-2, F-3*). These reporting figures are inconsistent with the payment activity shown in the Global Holding ledger and the reconstructed timeline in **Exhibit L.**

6. These discrepancies further confirmed – especially after filing my complaint – that the settlement had not been completed, that the payments reflected in the Global Holdings Ledger were not being applied as represented, and that Worden was not performing its contractual obligations to maintain accurate account records, communicate material changes, or properly administer the settlement. The inconsistencies between the ledger, the credit reporting, and the expected settlement progression are documented in **Exhibit L.**

## SECTION 5 – ATTEMPTS TO RESOLVE & DISCOVERY OF DISCREPANCIES

1. I repeatedly attempted to obtain documentation and clarification from both Worden and Capital One. Neither party provided the documents or explanations I requested *(Exhibits I-1, I-2, I-3, K)*.

2. Due to the lack of response, I disputed the reported Capital One balance with all three credit bureaus in **October 2025** *(Exhibits J-1)*. My disputes were based on the contradictory balances and the absence of any supporting documentation *(Exhibits I-1, I-2, I-3)*.

3. Within days of filing the disputes, Capital One mailed me a notice stating that the account had been sold to Resurgent Capital Services for a balance of **$5,940.00** *(Exhibit G)*. This was the first time I became aware of Resurgent's involvement.

4. Aside from September 2023 notice that a settlement had been reached *(Exhibit D)*, I received no further communication from Worden during this period in which they continued collecting my monthly drafts. After Discover filed suit and Worden removed the Discover account from the program, no adjustments were made to my contract,

monthly drafts amount, or program structure. I was told that the payments should remain the same so the Capital One settlement could be completed sooner. I was never provided with written settlement terms, a payment schedule, or any confirmation that my funds were being properly applied.

5. After filing my complaint and reviewing my Global Holdings statements *(Exhibit A)* more closely along with the Capital One tradeline *(Exhibit F-1, F2, F3)*, I realized the full extent of the discrepancy: based on the settlement amount of **$4,233.90** and the payments already made, the remaining balance to be paid to Capital One should have been approximately **$280.40** – not **$2,185.09**, **$3,148.46**, or **$5,940.00**. This discrepancy is demonstrated in the financial analysis contained in ***Exhibit L.***

6. During this same period, Capital One continued sending me marketing mail and CreditWise alerts *(Exhibit H)*, continued pulling my credit, and ultimately suppressed the Capital One tradeline from all three credit bureaus, preventing me from tracking the account status or verifying the accuracy of the information being reported *(Exhibit F)*.

## SECTION 6 — UNAUTHORIZED ACTIONS, DEBT SALE, & PROGRAM TERMINATION

### A. Disputes Filed & Notice of Sale

1. In **October 2025**, after exhausting all reasonable efforts to obtain clarification and documentation from both Worden and Capital One, the situation escalated further. I submitted disputes to all three credit bureaus regarding the reported Capital One balance *(Exhibit J-1)*.

2. Within days of filing these disputes, Capital One mailed me a notice stating that my account had been **sold to Resurgent Capital Services** for **$5,940.00** *(Exhibit G)*. This was the first time I became aware that the account had been transferred or that Resurgent was involved.

3. On **October 31, 2025**, I filed suit against both Capital One and Worden due to the unresolved discrepancies, the lack of documentation, the failure to apply settlement payments, and the sale of a debt that had been fully funded to be paid off under the negotiated settlement *(Exhibit M)*. These discrepancies – including the missing settlement

credit, the reversal activity, and the inconsistent balances reported by Capital One – are documented in the financial analysis contained in **Exhibit L.**

### B.  Revocation of Authorization & Worden's Continued Actions

1.  Prior to the sale of the account to Resurgent, I expressly revoked Worden's authorization to communicate with Capital One on my behalf *(Exhibit I-3)*. Capital One acknowledged receipt of this revocation and copied Worden on at least one of the communications mailed to me.

2.  Capital One did not notify Resurgent of my revocation at the time of sale of the account. As a result, when the account was sold, Resurgent was not informed that Worden no longer had authority to act for me and therefore sent its validation materials to Worden instead of me. I cannot confirm whether Capital One separately mailed Worden a copy of the revocation, as neither Capital One nor Worden provided any documentation in response to my requests.

3.  Despite the revocation, Worden continued acting on my behalf without permission, including receiving communications from Resurgent and engaging in account-related activity that I had expressly prohibited *(Exhibit E-1, E-2)*.

### C.  Unauthorized Settlement, Deposit & Payment to Resurgent

1.  On **November 25, 2025:**
    - An **unauthorized deposit of $884.90** appeared in my Global Holdings account, and
    - Global Holdings issued an **unauthorized payment of $2,970.25** to Resurgent Capital Services LP.

    These transactions, including the resulting ledger balance and subsequent account activity, are reflected in **Exhibit A** and further documented in the financial analysis contained in **Exhibit L.**

2.  I did not authorize any settlement or payment to Resurgent, nor did I authorize Worden to negotiate with Resurgent in any capacity *(Exhibit A, C-1, C-2, E-3, N)*. **Resurgent was not included in the Worden contract, and the contract was never updated, amended, or modified to add Resurgent or authorize any negotiation or payment to them.**

3. Worden contacted me only after the payment was made to Resurgent, asking me to dismiss the lawsuit without prejudice *(Exhibit E)*.

### D. Program Closure Without Plaintiff's Request

1. On **December 9, 2025**, I received an email from Global Holdings stating that my account had been closed "per my request" *(Exhibit B)*. I never requested closure, nor did I authorize anyone to close the account on my behalf.

2. A remaining balance of **$2.99** was withdrawn and sent to me without explanation.

3. On **January 14, 2026**, I received another email from Global Holdings stating that my December statement was available, despite the account having been closed without my authorization.

### E. Worden Never Paid Themselves & Overpaid Capital One Instead

1. Worden never issued a single payment to themselves for their service fee, despite the contract stating that their service fee would be collected from settlement funds *(Exhibit C-1)*.

2. Instead of collecting their contractual fee, every disbursement shown on my Global Holdings statements was issued to Capital One – including payments that exceeded the negotiated settlement amount – and later directed to Resurgent Capital Services *(Exhibit A)*.

3. The Global Holdings ledger shows *(Exhibit A and L)*:
    1. **$6,498.00** paid into the program by me,
    2. **$3,953.50** credited to Capital One,
    3. **$2,970.25** paid to Resurgent without authorization, and
    4. **$884.90** deposited into my account without prior explanation.

4. At no point during the program did any attorney contact me regarding my account. Ms. Kristen Vuksic *(Exhibit E-1)* never identified herself to me as an attorney, and none of the communications I received from Worden included proper legal identification or any substantive explanation of my account status.

5. The attorney who later filed a Notice of Appearance *(Exhibit O)* on behalf of Worden in this matter – based in New Jersey – never contacted me at any time and appeared only after default had already been entered.

6. Based on these events, the information I later uncovered, the flawed accounting, the lack of professional oversight, I concluded that the program was not being administered in a competent or reliable manner and that the representations made to me throughout the program were not truthful.

## SECTION 7 — FINANCIAL, CREDIT, AND PROCEDURAL HARM

### A. Summary of Financial Harm

1. As detailed in **Sections 1–6**, I paid a total of **$6,498.00 into** the program. Only **$3,953.50** was credited to Capital One. The remaining **$2,544.50** was misapplied, including the unauthorized payment to Resurgent. These figures are reflected in the Global Holdings ledger and the consolidated financial analysis contained in **Exhibit L.**

2. Based on the negotiated settlement amount of **$4,233.90**, the remaining balance owed to Capital One should have been **$280.40,** not the inflated and contradictory balances later reported by Capital One and reflected on my credit reports *(Exhibits A, D, F-1, F-2, F-3)*. The expected remaining balance and the discrepancies between the settlement amount and the reported balances are further demonstrated in **Exhibit L.**

3. The unauthorized payment of **$2,970.25** to Resurgent, combined with the unauthorized deposit of **$884.90**, reflects improper handling of my funds and actions taken without my consent *(Exhibit A, C-2, E-1, N)*.

4. Although I could still view past statements through Global Holdings, all settlement-related information was maintained within the Worden portal *(Exhibit D)*. After I entered for Default, Worden locked me out of their portal, preventing me from accessing any updated information or understanding what had occurred. My only records of the portal are the screenshots I captured before access was removed.

ATL-L-002998-25   01/29/2026 12:57:57 PM   Pg 9 of 12   Trans ID: LCV2026232250
Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 174 of 384
PageID: 194

Docket No. ATL-L-002998-25

## B. Credit Reporting Harm

1. My credit score dropped by approximately **30 points** following the suppression of the Capital One tradeline *(Exhibit F)*.

2. The suppression concealed the status of the account and prevented me from monitoring whether Capital One was correcting or updating the information.

3. Capital One continued performing soft inquiries even after the tradeline was removed *(Exhibits F-4, F-5, F-6)*.

4. Despite the fact that Capital One had already been compensated through the charge-off, the payments I made through Worden, and then the sale of the debt to Resurgent – and despite Resurgent later receiving an additional payment from Worden without authorization – Capital One continued pulling my credit every month as if the account were still active and owed. At no point did they update, correct, or even acknowledge the status of the account. This resulted in ongoing derogatory impact, inaccurate reporting, and no ability to monitor or verify what was happening with my own account *(Exhibit A, F, G)*. The inconsistencies between the payment activity, the reported balances, and the suppression timeline are documented in **Exhibit L.**

5. Resurgent performed a soft inquiry in January 2026 but never reported a collection tradeline *(Exhibit F-4)*.

## C. Procedural Harm and Loss of Settlement Benefit

1. I made all required payments. It was Worden's actions – not mine – that prevented the settlement from being completed.

2. Both Worden and Capital One disregarded my revocation of authorization and failed to provide documentation I repeatedly requested, leaving me unable to verify the status of the settlement or understand what had occurred. These failures violated my rights as a New Jersey consumer and the protections afforded under the New Jersey law.

3. On **June 11, 2025,** I sent a final written notice to Worden, delivered and confirmed via certified mail, clearly revoking their authorization and advising them of the consequences of failing to correct the discrepancies. After receiving no response from Worden, I contacted Capital One directly on **August 6, 2025,** and expressly revoked Worden's authorization to communicate or act on my behalf. Despite receiving these notices before the debt was sold, Capital One did not communicate the revocation to Resurgent, and Worden continued acting on my behalf without permission, including negotiating with

ATL-L-002998-25   01/29/2026 12:57:57 PM   Pg 10 of 12   Trans ID: LCV2026232250
Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 175 of 384
PageID: 195

Docket No. ATL-L-002998-25

Resurgent, issuing an unauthorized payment, and requesting the unauthorized closure of my account. These actions disregarded my instructions, violated my rights as a New Jersey consumer, and ignored the protections and obligations imposed by New Jersey law.

4.  The failure of both Worden and Capital One to provide documentation, respond to disputes, or correct errors forced me to file suit and expend significant time and effort to understand what occurred. The discrepancies between the payments made, the settlement amount, the reversals, and the reported balances are documented in **Exhibit L**, which demonstrates that the settlement was never completed despite my full performance.

## D. Triple Recovery ("Triple-Dip") by Capital One

1.  Capital One benefited three separate times from the same account:

    *   First, through the **charge-off $7,988** and associated tax benefit,

    *   Second, through the **$3,953.50** in payments I made under the settlement program, and

    *   Third, through the **sale of the debt to Resurgent for $5,940.00**.

        These amounts and the resulting financial impact are reflected in the Global Holding ledger and the consolidated analysis in **Exhibit L.**

2.  This triple recovery occurred despite my full performance under the program, making all required payments, and relying on Worden's representations that the settlement was being handled properly.

## E. Basis for Enhanced Relief and Injunctive Protection

1.  The combined financial, credit, and procedural harm, described above, demonstrates a sustained pattern of misconduct that warrants enhanced relief. The updated facts uncovered through my review of the Global Holdings ledger, credit reports, correspondence, and the consolidated financial analysis contained in **Exhibit L** provide a clearer understanding of the extent of the harm and the actions taken without my authorization.

2.  Given the repeated disregard of my revocation of authorization, the unauthorized handling of my funds, the failure to provide documentation, and the ongoing credit impact, I respectfully request that the Court consider treble damages if permitted. My

ATL-L-002998-25   01/29/2026 12:57:57 PM   Pg 11 of 12   Trans ID: LCV2026232250
Case 1:26-cv-00991-RMB-EAP    Document 1-2    Filed 02/02/26    Page 176 of 384
PageID: 196

Docket No. ATL-L-002998-25

request reflects the updated factual record and the full scope of the harm, which was not entirely known at the time the complaint was filed.

3.  The pattern of unauthorized actions, including negotiating with Resurgent, issuing an unauthorized payment, making an unauthorized deposit, closing my account without permission, and continuing to act after receiving my written revocation, demonstrates a willful disregard of consumer protections and the obligations imposed under New Jersey law.

4.  I also request that the Court issue an order prohibiting Worden & Associates, Capital One, and any of their employees, agents, representatives, attorneys, or affiliated entities, etc., from contacting me directly in the future, except for communications strictly necessary to comply with any Court-ordered payment or judgment. Their repeated disregard of my written-only communication instructions, including post-complaint voicemails and emails, demonstrates that continued contact would be harmful, unwelcome and contrary to my expressed instructions.

---

## SECTION 8 – CONCLUSION & CERTIFICATION STATEMENT

I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. The financial, credit, and procedural harm I experienced resulted from the unauthorized actions, misrepresentations, and failures of Worden & Associates, Capital One, and Resurgent Capital Services. I made all required payments, provided written revocation of authorizations, and repeatedly sought clarification and documentation. Despite these efforts, my instructions were disregarded, my account was mishandled, and I was denied the benefit of the settlement I relied upon.

The updated information contained in this Certification reflects the evidence I obtained after filing the complaint, including the Global Holding ledger, credit reports, correspondence, and account records. These documents clarified the full extent of the unauthorized actions, misapplied funds, and procedural violations that occurred. My request for relief, including enhanced damages and injunctive protection, are based on this updated factual record and the harm I sustained as a New Jersey consumer.

Docket No. ATL-L-002998-25

*I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.*

**Gleiry E. Romero-Adames**

**Date: January 29, 2026**

ATL-L-002998-25   01/29/2026 12:57:57 PM   Pg 1 of 7   Trans ID: LCV2026232250
Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 178 of 384
PageID: 198

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames**,
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.**,
Defendants.

**Docket No.: ATL-L-002998-25**

---

### CERTIFICATION OF SERVICE

---

I, **Gleiry E. Romero-Adames**, certify and state as follows:

1. On the date listed below, I served a true and correct copy of the following documents:

   - Notice of Motion for Entry of Default Judgment

   - Certification of Plaintiff

   - Proposed Order for Entry of Default Judgment

   - Exhibit Index

   - Exhibits A–O

   - Proof of Service

2. Service was made upon **both Defendants** by **USPS Certified Mail** as follows:

   A  **Worden & Associates, LLC (via counsel)**
   Via USPS Certified Mail Tracking No.: 7022-0410-0002-6980-2562
   Address:
   Levine, Staller, Sklar, Chan & Brown, P.A.
   Attn: Emily Podolnick, Esq.
   3030 Atlantic Ave
   Atlantic City, NJ  08401

Docket No. ATL-L-002998-25

B  **Capital One Bank (USA), N.A.**
Via USPS Certified Mail Tracking No.: 7022-0410-0002-6980-2555
Address:
P.O. BOX 30285
Salt Lake City, UT  84130-0285

3.  Service was made in accordance with **R.1:5-2 and R.4:43-2**, and Plaintiff had not used email or electronic means for service.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____

**Gleiry E. Romero-Adames**

Plaintiff, Pro Se

_____01/29/2026_____

**Date**

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames**,
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.**,
Defendants.

**Docket No.: ATL-L-002998-25**

---

### PROOF OF SERVICE

---

I hereby certify that on the 29th day of January, 2026, I served the attached **Application for Entry of Default Judgment** and all supporting documents upon the following parties:

1. **Worden & Associates, LLC (via counsel)**

   **Name:** Emily Podolnick, Esq.
   **Firm:** Levine, Staller, Sklar, Chan & Brown, P.A.
   **Address:** 3030 Atlantic Avenue
   **City, State ZIP:** Atlantic City, NJ  08401

   **Method of Service:**
   ☒ Certified Mail USPS Tracking #: 7022-0410-0002-6980-2562

2. **Capital One Bank (USA), N.A.**
   **Address:** P.O. BOX 30285
   **City, State ZIP:** Salt Lake City, UT  84130-0285
   **Method of Service:**
   ☒ Certified Mail USPS Tracking #: 7022-0410-0002-6980-2555

I certify that the foregoing statements made by me are true. I am aware that if any of the forgoing statements are willfully false, I am subject to punishment.

_____
**Gleiry E. Romero-Adames**
Plaintiff, Pro Se

01/29/2026
**Date**

Docket No. ATL-L-002998-25

**Gleiry E. Romero-Adames**

359 Washington Ave

Egg Harbor City, NJ 08215

(609) 271-0083

gradames17@gmail.com

**January 28, 2026**

**Via USPS Certified Mail**

Tracking No.: <u>7022-0410-0002-6980-2562</u>

**Emily Podolnick, Esq.**

**Levine, Staller, Sklar, Chan, & Brown, P.A**.

3030 Atlantic Avenue

Atlantic City, NJ  08401

**Re:** *Romero-Adames v. Worden & Associates, LLC* **and** *Capital One Bank (USA), N.A.*

**Docket No.: ATL-L-002998-25**

---

### Service of Plaintiff's Application for Entry of Default Judgment

---

Counsel:

Please be advised that enclosed you will find Plaintiff's Application for Entry of Default Judgment pursuant to **R. 4:43-2**, including:

- Notice of Motion

- Certification of Plaintiff

- Proposed Order for Entry of Default Judgment

- Exhibit Index

- Exhibits A–O

- Certification of Service

- Proof of Service

This service is being made **solely via USPS Certified Mail**, as Plaintiff has not received any prior correspondence from your office by mail and will not be using email or other electronic means of service. If your office has filed through JEDS, you may have received the corresponding electronic notifications through the Court's system.

ATL-L-002998-25   01/29/2026 12:57:57 PM   Pg 5 of 7   Trans ID: LCV2026232250
Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 182 of 384
PageID: 202

Docket No. ATL-L-002998-25

For context, this matter has been ongoing for well over a year, during which I made repeated attempts to obtain corrections, documentation, and clarification directly from the parties. Additionally, nearly three months have passed since the filing of the Complaint on October 31, 2025, without any corrective action, documentation, or substantive response from Defendants.

Given this extended period of inaction, and because no authorized or substantive resolution was ever provided by either Defendant – including the unauthorized payment made to Resurgent, which was issued without my consent, involved a party not included in the established contract, and did not resolve any of the of the issues I raised – I now proceed with the enclosed Application for Entry of Default Judgment. This submission is provided for your records.

Respectfully,

/s/ Gleiry E. Romero-Adames

Gleiry E. Romero-Adames
Plaintiff, Pro Se

Enclosures
cc: Superior Court of New Jersey, Atlantic County (via JEDS filing)

Docket No. ATL-L-002998-25

**Gleiry E. Romero-Adames**

359 Washington Ave
Egg Harbor City, NJ 08215
(609) 271-0083
gradames17@gmail.com

**January 28, 2026**

**Via USPS Certified Mail**
Tracking No.: 7022-0410-0002-6980-2555

**Capital One Bank (USA), N.A.**
P.O. BOX 30285
Salt Lake City, UT  84130-0285

**Re**: *Romero-Adames v. Worden & Associates, LLC* **and** *Capital One Bank (USA), N.A.*
**Docket No.: ATL-L-002998-25**

---

### Service of Plaintiff's Application for Entry of Default Judgment

---

To Whom It May Concern:

Please be advised that enclosed you will find **Plaintiff's Application for Entry of Default Judgment** pursuant to **R. 4:43-2**, including:

- Notice of Motion

- Certification of Plaintiff

- Proposed Order for Entry of Default Judgment

- Exhibit Index

- Exhibits A–O

- Certification of Service

- Proof of Service

This service is being made **solely via USPS Certified Mail**, as Capital One has not provided any written responses or documentation in connection with this matter and Plaintiff will not be using email or other electronic means of service.

For context, this matter has been ongoing for well over a year, during which I made repeated attempts to obtain corrections, documentation, and clarification directly from both Defendants.

Docket No. ATL-L-002998-25

Additionally, nearly three months have passed since the filing of the Complaint on October 31, 2025, without any corrective action, documentation, or substantive response from Capital One.

Given this extended period of inaction – and because no authorized or substantive resolution was ever provided, including Capital One's failure to acknowledge my August 6, 2025, revocation of authorization or to correct the account status following the unauthorized payment issued to Resurgent – I now proceed with the enclosed Application for Entry of Default Judgment. This submission is provided for your records.

Respectfully,

/s/ Gleiry E. Romero-Adames

Gleiry E. Romero-Adames
Plaintiff, Pro Se

Enclosures
cc: Superior Court of New Jersey, Atlantic County (via JEDS filing)

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC and**
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

Gleiry E. Romero-Adames
359 Washington Ave
Egg Harbor City, NJ  08215
(609) 271-0083
gradames17@gmail.com

**January 29, 2026**

**Hon. Sara B. Johnson**
Superior Court of New Jersey
Law Division – Civil Part
Atlantic County
1201 Bacharach Blvd
Atlantic City, NJ 08401

**Re:** *Romero-Adames v. Worden & Associates, LLC* and *Capital One Bank (USA), N.A.*
**Docket No.: ATL-L-002998-25**

---

### Submission of Application for Entry of Default Judgment

---

Dear Judge Johnson:

Enclosed please find Plaintiff's **Application for Entry of Default Judgment** pursuant to **R. 4:43-2**, which includes:

1. Certification of Plaintiff

2. Proposed Order for Entry of Default Judgment

3. Exhibit Index

4. Exhibits A–O

Default was entered against both defendants on January 7, 2026, with an effective date backdated to **December 17, 2025**. This submission is made following the entry of default against Defendants and is supported by the attached sworn Certification and documentary evidence. Plaintiff respectfully requests that the Court review the enclosed materials and enter Default Judgment as outlined in the Proposed Order.

Thank you for your consideration.


Respectfully submitted,


_____

**Gleiry E. Romero-Adames**
Plaintiff, Pro Se

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

TO: **Clerk of the Superior Court**
AND TO: **Defendants and/or Counsel of Record**

PLEASE TAKE NOTICE that Plaintiff, **Gleiry E. Romero-Adames**, hereby applies to the Court for **Entry of Default Judgment** pursuant to **R. 4:43-2**, based on the default previously entered against Defendants.

This application is supported by:

1. Certification of Plaintiff,

2. Proposed Order for Entry of Default Judgment

3. Exhibit Index

4. Exhibits A–O

5. Certification of Service

Plaintiff respectfully requests that the Court enter Default Judgment in accordance with the attached Proposed Order.

Respectfully submitted,

_____

**Gleiry E. Romero-Adames**
Plaintiff, Pro Se

_01/29/2026_

**Date**

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames**,
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.**,
Defendants.

**Docket No.: ATL-L-002998-25**

---

## TABLE OF CONTENTS

---

1. **Cover Letter to the Court**

2. **Notice of Motion for Entry of Default Judgment**

3. **Certification of Plaintiff**

4. **Proposed Order for Entry of Default Judgment**

5. **Exhibit Index**

6. **Exhibits**

   o **Exhibit A** – Global Holdings Ledger (2023–2025)

   o **Exhibit B** – Global Holdings Account Closure & Statement Notification Emails (Dec. 2025 – Jan. 2026)

   o **Exhibit C** – Program Contracts & Disclosures (Worden & Associates + Global Holdings LLC)

     • C-1: Worden & Associates Client Services Agreement (Executed)

     • C-2: Global Holdings LLC Special Purpose Account Agreement (Executed)

     • C-3: Worden & Associates Welcomed Packet / FAQ Brochure

   o **Exhibit D** – Worden Client Portal Screenshots

- o **Exhibit E** – Worden Emails Requesting Lawsuit Dismissal & Related Post-Complaint Communications

    - E-1: Worden Email Requesting Lawsuit Dismissal

    - E-2: Post-Complaint Voicemails Communications (Improper Contact After Filing)

    - E-3: "Certificate of Achievement" Communications (Post-Complaint Misrepresentation)

- o **Exhibit F** – Capital One Credit Reporting (Before & After)

    - **Before – *October 2025* Snapshots (Pre-Suppression / Pre-Sale)**

        - F-1: Experian (Capital One Tradeline Active)

        - F-2: Equifax (Capital One Tradeline Active)

        - F-3: TransUnion (Capital One Tradeline Active)

    - **After – *January 2026* Snapshots (Post -Suppression / Post-Sale)**

        - F-4: Experian (Post-Suppression/Post Sale Removal)

        - F-5: Equifax (Post-Suppression/Post Sale Removal)

        - F-6: TransUnion (Post-Suppression/Post Sale Removal)

        - F-7: Credit Karma Score Trends (Oct.-Dec 2025)

- o **Exhibit G** – Capital One Sale Notice ($5,940)

- o **Exhibit H** – Marketing Correspondence & CreditWise Notifications

    - H-1: CreditWise Notifications

    - H-2: Marketing Correspondence

- o **Exhibit I** – Pre-Complaint Mail Communication to Worden & Capital One

    - I-1: Worden Escalation Emails (Unresolved)

    - I-2: Final Notice to Worden (Unanswered)

    - I-3: Revocation of Authorization to Capital One (Aug. 6, 2025)

- o **Exhibit J** – Credit Bureau Dispute Records (October 2025)

    - J-1: Plaintiff's October 2025 Dispute Letters

Docket No. ATL-L-002998-25

- J-2: Credit Bureaus Investigation Results (Experian, Equifax, TransUnion)
  - **Exhibit K** – Full Timeline of Events (2023 – 2026)
  - **Exhibit L** – Plaintiff's Spreadsheet (Contradiction Analysis)
  - **Exhibit M** – Filed Complaint (October 31, 2025)
  - **Exhibit N** – Unauthorized Resurgent Settlement Offer
  - **Exhibit O** – Counsel Appearance Notice (JEDS Notification)

7. **Certification of Service**

8. **Proof of Service**

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames**,
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.**,
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT INDEX

---

### Exhibit A — Global Holdings Ledger (2023–2025)

- Monthly drafts made by Plaintiff

- Settlement payments issued to Capital One

- Reversals, including the $2,185.09 reversal

- Unauthorized deposit of $884.90

- Unauthorized payment of $2,970.25 to Resurgent

- Account closure entry and $2.99 withdrawal

*\*\*Shows payments made, every reversal, and every unauthorized transaction, providing Plaintiff fully performed while Defendants mishandled funds.*

### Exhibit B — Global Holdings Account Closure & Statement Notification Emails (Dec 2025 - Jan 2026)

- December 9, 2025 "Per your request" closure notice

- January 14, 2026 – statement availability email

- Evidence of inconsistent and unauthorized account handling

*\*\*Demonstrates unauthorized account closure and inconsistent account handling, contradicting Defendant's obligations and Plaintiff's instructions.*

ATL-L-002998-25   01/29/2026 12:57:57 PM   Pg 8 of 11   Trans ID: LCV2026232250
Case 1:26-cv-00991-RMB-EAP    Document 1-2    Filed 02/02/26    Page 192 of 384
PageID: 212

Docket No. ATL-L-002998-25

## EXHIBIT INDEX

### Exhibit C – Worden Contract (Discover & Capital One Accounts)

*\*\*Establishes the governing agreements and confirms that neither Resurgent nor any third-party collector was authorized to negotiate or receive payments.*

- **C-1:** Worden & Associates Client Services Agreement (Executed)

  *\*\*Defines Worden's duties and limits of authority.*

- **C-2:** Global Holdings LLC Special Purpose Account Agreement (Executed)

  *\*\*Shows how settlement funds were to be held and disbursed.*

- **C-3:** Worden & Associates Welcome Packet FAQ Brochure

  *\*\*Reflects Worden's representation regarding settlement handling and communication.*

### Exhibit D – Worden Client Portal Screenshots

- Settlement amount of $4,233.90

- Program balance projections – Not matching total funds deposited

- Payment schedule

  *\*\*Shows Worden's own settlement figures, payment schedule, and representation that Plaintiff was on track for completion.*

### Exhibit E — Worden Email Requesting Lawsuit Dismissal

*\*\*Demonstrates unauthorized negotiation, improper post-complaint contact, and misrepresentations made after litigation began.*

- **E-1:** Worden Email Requesting Lawsuit Dismissal

  *\*\*Shows Worden attempting to influence litigation without resolving underlying issues.*

- **E-2:** Post-Complaint Voicemail Communications (Improper Contact After Filing)

  *\*\*Evidence of continued improper contact despite written-only instructions.*

ATL-L-002998-25   01/29/2026 12:57:57 PM   Pg 9 of 11   Trans ID: LCV2026232250
Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 193 of 384
PageID: 213

Docket No. ATL-L-002998-25

---

## EXHIBIT INDEX

---

- **E-3:** Certificate of Achievement (Post-Complaint Misrepresentation)

  ***Misleading communication sent after unauthorized actions and after the complaint was filed.***


**Exhibit F – Capital One Credit Reporting (Before & After Snapshots)**

***Shows the credit harm caused by suppression of the tradeline and the timeline of Capital One's internal actions.***

**Before – October 2025 (Pre-Suppression/Pre-Sale)**

***Tradeline active and reporting normally.***

- **F-1:** Experian October 2025 (Capital One Tradeline Active)

- **F-2:** Equifax October 2025 (Capital One Tradeline Active)

- **F-3:** TransUnion October 2025 (Capital One Tradeline Active)

  **After – January 2026 (Post-Suppression/Post-Sale)**

  ***Tradeline suppressed/removed following unauthorized actions and sale of the debt.***

- **F-4:** Experian (January 2026 Post-Suppression/Post-Sale Removal)

- **F-5:** Equifax (January 2026 Post-Suppression/Post-Sale Removal)

- **F-6:** TransUnion (January 2026 Post-Suppression/Post-Sale Removal)

- **F-7:** Credit Karma Score Trends (Oct-Dec 2025)


**Exhibit G — Capital One Sale Notice ($5,940)**

- Date of transfer

- First notice of Resurgent involvement

  ***Confirms Capital One sold the account after receiving settlement funds, supporting the triple-recovery argument.***

Docket No. ATL-L-002998-25

## EXHIBIT INDEX

### Exhibit H — Marketing Mail & Soft Pull Evidence

- **H-1:** CreditWise Notifications

- **H-2:** Marketing Correspondence

  ***Shows Capital One continued internal activity and soft pulls despite suppression and Plaintiff's revocation of authorization.***

### Exhibit I – Pre-Complaint Mail Communications to Worden & Capital One

***Documents Plaintiff's repeated attempts to obtain corrections and revoke authorization before filing suit.***

- **I-1:** Worden Escalation Emails (Unresolved)

  ***Shows Plaintiff's efforts to resolve discrepancies.***

- **I-2:** Final Notice to Worden (Unanswered)

  ***Formal written revocation and demand for correction.***

- **I-3:** Revocation of Authorization to Capital One

  ***Capital One's failure to act on Plaintiff's revocation.***

### Exhibit J – Credit Bureau Dispute Records (October 2025)

- **J-1:** Plaintiff's October 2025 Dispute Letters

- **J-2:** Credit Bureau Investigation Results (Experian, Equifax, TransUnion)

  ***Shows Plaintiff's timely disputes and the bureau's findings, aligning with the sale and suppression timeline.***

Docket No. ATL-L-002998-25

---

## EXHIBIT INDEX

---

### Exhibit K — Full Timeline of Events (2023-2026)

- Chronological summary of all events

  **Provides a clear chronological map tying every exhibit to the narrative in the Certification.*

### Exhibit L – Plaintiff's Spreadsheet (Contradiction Analysis)

- Payment totals
- Remaining balance calculations ($280.40)

  **Breaks down payment totals, settlement math, and misapplied funds, proving overpayment and procedural harm.*

### Exhibit M — Filed Complaint (October 31, 2025)

  **Established the litigation timeline and the basis for Plaintiff's claims.*

### Exhibit N – Unauthorized Resurgent Settlement Offer (Post-Complaint)

- Lack of contractual authority
- Continued mishandling after litigation commenced
  **Shows unauthorized negotiation by a non-party after revocation and after litigation commenced.*

### Exhibit O – Counsel Appearance Notice (JEDS Notification)

- January 23, 2026, appearance filed after default
  **Documents counsel's late appearance after default was entered, completing the procedural record.*

---

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT C — COVER PAGE
## PROGRAM CONTRACTS & DISCLOSURES

*(Worden & Associates + Global Holdings LLC)*

---

This exhibit contains the full set of agreements and onboarding disclosures governing the debt-negotiation program administered by Worden & Associates and its designated custodian, Global Holdings LLC. These documents were executed as part of the same enrollment process and collectively define the structure, obligations, and authorization requirements of the program.

Subsections:

- **Exhibit C-1 — Worden & Associates Client Services Agreement (Executed)**

- **Exhibit C-2 — Global Holdings LLC Special Purpose Account Agreement (Executed)**

- **Exhibit C-3 — Worden & Associates Welcome Packet FAQ Brochure**

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit C-1

### Worden & Associates Client Services Agreement

*(Executed)*

---

This document reflects the primary service contract governing Worden & Associates' debt-negotiation program, including scope of services, fee structure, client obligations, and program expectations.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

**WORDEN & ASSOCIATES**

From:      Worden and Associates

To:        Gleiry Romero

Subject:   WORDEN AND ASSOCIATES – ADVERTISEMENT

ADVERTISEMENT FROM WORDEN AND ASSOCIATES, LLC

Dear Gleiry:

This is in response to your recent inquiry in which you expressed an interest in learning more about our services. Worden and Associates is a full-service law firm dedicated to assisting all of our clients in unique ways.

If you are ready to explore the possibility of retaining our firm, simply let us know and detailed information will follow, including a copy of our engagement agreement.

Working with us as a team, you can achieve your goals.

Worden and Associates, LLC, 15455 Dallas Parkway, Suite 600, Addison, Texas 75001

 Worden and Associates

# Contingent Fee

# Limited Scope Legal Services Agreement

CONFIDENTIAL

| To: | Gleiry Romero |
| --- | --- |
| Phone: | 6092710083 |
| Fax: | |
| email: | gradames17@gmail.com |

| From: | Worden and Associates |
| --- | --- |
| Phone: | 800-600-7126 |
| Fax: | (866) 230-6289 |

INSTRUCTIONS:

Please be sure to verify all personal information within the Contingent Fee Limited Scope Legal Services Agreement and return pages 7 through 14 unless you are using Electronic Signature.

**Worden and Associates, LLC**
15455 Dallas Parkway, Suite 600
Addison, Texas 75001



WORDEN &
ASSOCIATES

Worden and Associates

Dear Gleiry,

Congratulations on your decision to work towards becoming debt free. We realize that our success depends on your success and we want to help you be successful. Working with us will give you an excellent opportunity to reduce the unsecured debt that is causing you financial hardship because you only pay us a fee when and as your debts are settled. We are paid only upon the successful negotiation of a settlement offer that you are happy with and agree to accept. It is that simple.

The key points of our services are summarized in the attached agreement. Please review this letter and the agreement in its entirety.

| Summary of Key Terms | | | |
|---|---|---|---|
| Client ID:<br>4643162 | Enrolled Debt:<br>$15,600.00 | Estimated Savings for Settlement:<br>$10,920.00 | Fees Due at Settlement:<br>25 % of Debt Amount |
| Service Start Date:<br>01/18/2023 | | Estimated Service Duration:<br>42 Months | Estimated Completion Date:<br>07/18/2026 |
| Savings Deposit Commitment Summary (Deposited in Your Dedicated Savings Account)* | | | |
| Deposit Frequency:<br>Monthly | First Deposit Date:<br>2023-02-18 | Deposit Commitment Amount:<br>$270.75 | Number of Deposit Commitments:<br>42 |

*Deposits include monthly savings account banking fee

There are several ways to finalize the enrollment process – 1) via electronic signature 2) via email or 3) via fax. Electronic Signature is simple, secure and instantaneous. To complete your enrollment via electronic signature, please click "Proceed to Electronic Signature" upon logging in to view the Limited Scope Legal Services Agreement ("Agreement") and follow the online instructions. If you prefer to email or fax, please print and sign pages seven (7), ten (10), eleven (11), thirteen (13) and fourteen (14) and provide the requested information on page eight (8).

You can fax or scan and email pages seven (7) through fourteen (14) back to us using the contact information listed on the cover page and at the bottom of this letter.

Once we receive your signed Agreement, we will review it and if it is accepted, confirm our representation by letter. Additionally, you will receive a communication from us to answer any remaining questions you may have and also to help you access your client portal.

Thanks for the opportunity to assist you on your path to reducing your debt.

Sincerely Yours,

The Worden and Associates Team


Direct Line: (800) 600-7126
Direct Fax: (866) 230-6289

Go ahead and download
our mobile app on iTunes
and Google Play:
Search for **DebtApp**

And visit our client website:
www.wordenaa.com
Click on "Client Login"

Client ID: 4643162
Version 1.0 – 8/14/2020

3



## Contingent Fee
## Limited Scope Legal Services Agreement

This Contingent Fee Limited Scope Legal Services Agreement (Agreement) is entered into on _____01/18/2023_____ by and between Worden and Associates , LLC ("Law Firm") and _Gleiry Romero_ ("You" or "Client").

**1. Purpose of Agreement.** By signing this Agreement, you are engaging Law Firm to proceed pursuant to a contingent fee limited scope legal services agreement. "Limited scope" means Law Firm will assist you only in the ways described in this Agreement. This is different from other attorney-client agreements in that Law Firm will only provide the services expressly listed below.

**2. Scope of Limited Legal Services.**

Debt Mediation and Negotiation only.  Law Firm agrees to:

- Provide advice and guidance regarding opportunities to mediate disputed and/or delinquent debt(s);
- Assist you with budgeting and allocation of your funds to mediate disputed and/or delinquent debt(s);
- Review and analyze relevant creditor correspondence provided by you to Law Firm;
- Submit your debts to debt-matching services when appropriate;
- Initiate negotiations with creditors, respond to creditors pursuing negotiations, and/or assist you with direct negotiations with creditors;
- Keep you reasonably informed of the status of negotiations;
- Assist with the mechanics of your funding and documentation of mediated debts.

You acknowledge and agree that you have other options available to address your debts, including proceeding on your own or retaining a bankruptcy attorney.  At this time, no other services are contemplated by the parties and none will be provided by Law Firm or paid for by you unless contracted for in a separate written agreement.

**3. Client Duties.** Legal matters require cooperation between clients and attorneys.  By signing this Agreement, you agree to reasonably cooperate with Law Firm and to do the following:

- Establish and fund a dedicated settlement savings account at an independent financial institution pursuant to an appropriate savings schedule based on your current financial circumstances;
- Maintain open, honest and direct communications with Law Firm;
- Complete and return all forms sent to you by Law Firm (either by paper or electronically);
- Respond to Law Firm phone calls, e-mails, faxes and text messages promptly;
- Make all payments to creditor(s) on settled accounts in a timely manner;
- Forward to Law Firm all correspondence you receive from your enrolled creditor(s) other than ordinary monthly statements;
- Assist Law Firm's efforts to locate and identify the current holders of your enrolled debts;
- Promptly notify Law Firm of all changes of address, email, phone numbers or any other information pertinent to this Agreement;
- Allow the financial institution holding your designated savings account to disclose account information to Law Firm;
- Advise Law Firm if you elect to negotiate or accept an offer on an enrolled debt without Law Firm's involvement (this may not relieve your obligation for fees due hereunder – see paragraph 4 below);
- Insure that all parties to all enrolled debts are listed in and sign this Agreement, including your spouse if you reside in a community property state; and
- When necessary, with our guidance, speak and negotiate with creditors who refuse to deal directly with Law Firm.

By signing this Agreement, you certify that you currently have a financial hardship that prevents you from paying your enrolled debts in full and are not engaging Law Firm with the intent to defraud any of your creditors. You agree to provide Law firm with any documentation of your hardship in your possession.  You understand that if you breach any of these duties, it may hamper Law Firm's ability to obtain favorable resolutions on your enrolled debts.

**4. Our Fees and Your Savings.** In consideration of the services to be rendered by Law Firm and each time a debt is successfully negotiated, **you agree to a pay reasonable contingent fee of  25 % of the enrolled amount of such debt at the time of settlement, but only as and when each such debt is settled.** For example, if we negotiate the settlement of a debt of $5,000, your fee under our program will be zero until you receive and accept an offer to settle it. When that happens our fee will be  25 % of $5,000.  If an account is settled in installments, our fee for that account will be earned and payable in full after you make your first installment payment to your creditor. We will not charge you any fee if Law Firm has no involvement in a particular settlement, such as may occur if a creditor issues an unsolicited 1099 forgiving a debt in its entirety.  However, you agree to pay our fee for all other settlements, including those obtained through your direct negotiation with creditors with our guidance, advice and support. **Guarantee:** In the event we negotiate all of your enrolled debt and save you less than five (5) % of the total current balance at the time of settlement, we will reduce our fees and refund the difference to you.  We will not reduce our fee, however, for settlements not completed due to your actions, such as missed payments, or if you specifically direct us to negotiate a settlement that saves you less than our fees.  In addition to the foregoing contingent fee, Law Firm may charge up to a $95 fee if you default on an agreed upon settlement and Law Firm successfully renegotiates or succeeds in reinstating a settlement.

Contemporaneously with entering into this Agreement, you agree to open and arrange to make periodic deposits into a dedicated savings account that **you will own and solely control.**  In the absence of a financial emergency, you will allow the amounts you deposit to accumulate in that account for the purpose of paying your creditors and Law Firm's fees if and when your debts are settled.  You understand and agree that the fees paid to Law Firm are payment for services and will not be distributed to your creditors to satisfy any part of your enrolled debts.  You are responsible for any fees that

Client ID: 4643162                                              4
Version 1.0 – 8/14/2020

Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 202 of 384 PageID: 222



may be charged by the financial institution providing your dedicated savings account. Regardless of your estimated program length, you are advised to attempt to expedite your progress by making additional deposits to your special purpose savings account whenever possible. Client understands and agrees that if they have any accounts which have not been resolved at the end of the original estimated program duration set out on page 2, Client's designated bank account will continue to be debited each month so Client accumulates savings adequate to resolve the remaining accounts at issue. You may withdraw from this agreement at any time without penalty, and receive all funds remaining in your dedicated savings account, other than fees earned by Law Firm.

5. **Settlement.** All offers will be presented to you for review. You may accept or decline any settlement offer. You may accept settlement offers via phone, text message, email or other written communication. In addition, your decision not to decline a specific offer which meets the following criteria will operate as your express affirmative acceptance of the applicable offer: (a) the settlement offer is a discount off the current balance of the debt of fifty percent (50%) or more; and (b) the funds in your dedicated savings account and/or your scheduled savings drafts are sufficient to fund the settlement and Law Firm's fee. Law Firm will provide notice to you via text message, email and/or phone call of the existence and terms of any offers meeting the above criteria. The notice shall provide a telephone number and **email** address (and/or a link to a website address and a link to a mobile application) by which you can exercise your option to accept or decline the offer. If Law Firm has not received a communication from you declining the offer within forty-eight (48) hours of the time Law Firm provided the notice, your direction to accept the settlement will be acted upon by Law Firm. Notwithstanding the foregoing, for these or any settlement, Law Firm shall not earn its fee(s), if any, until and unless you provide affirmative acceptance of an applicable offer.

6. **Authorization to Obtain Information and Indemnification.** You authorize Law Firm to request and obtain all information from creditors and third parties related to carrying out this Agreement. Among other things, you authorize Law Firm to obtain your credit report from one or more of the major credit bureaus. You agree to defend, indemnify and hold harmless Law Firm for any loss, liability or damages resulting from loss, use or misuse of said information and/or Law Firm's reliance on any information provided by you in connection with this Agreement.

7. **Electronic and Voice Communication Consent.** You consent to do business electronically with Law Firm.  You understand that electronic transactions, not limited to emails, are inherently unsecure and that both you and Law Firm will take reasonable steps to maintain the privacy of the information shared between the parties.  You consent to receive information and documents relating to this Agreement and Law Firm services via electronic mail, text message, facsimile, voicemail, and any other common electronic means.  You understand that all costs associated with the receipt, review and use of such electronic communications shall be yours, such as maintaining access to the Internet or paying for text messages. You consent to receive updates and documents relating to this Agreement and the services offered by Law Firm via email and/or text/SMS messages.

8. **ARBITRATION: PLEASE READ THIS PROVISION CAREFULLY. IT PROVIDES FOR MANDATORY ARBITRATION OF YOUR CLAIMS.** Except as provided in this paragraph, any controversy, claim or dispute between you and Law Firm arising out of or relating directly or indirectly to this agreement, the performance of services hereunder, or the breach, termination, enforcement, interpretation or validity thereof, including the scope or applicability of this agreement to arbitrate, and all claims between the parties based upon a violation of any state or federal constitution, statute or regulation, shall be determined exclusively by binding arbitration in Dallas County, Texas, or in the county in which you reside pursuant to the provisions of the Federal Arbitration Act, provided however, any dispute about the validity, effect or enforceability of the prohibitions against class proceedings, consolidated proceedings, private attorney general proceedings, or other representative actions of any kind shall be resolved by a court and not by an arbitrator or arbitration administrator.  Arbitration under this agreement alters the venue for a dispute, but does not change either party's substantive rights.  Arbitration frequently results in cost and time savings, but also involves the waiver of the right to a jury trial, limited appeal rights, a possible reduced level of discovery and relaxed rules of evidence. The parties agree the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and not subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. Provided your claim complies with Rule 11 of the Federal Rules of Civil Procedure, we will (a) reimburse you for the initial arbitration filing fee paid by you up to $1,000 upon receipt of proof of payment; and (b) if there is a hearing, we will pay all fees of the arbitrator and arbitration administrator directly to the arbitration administrator.  Each party will bear the expense of the fees and costs of that party's attorneys, experts, witnesses, documents and other expenses, regardless of which party prevails, except that the arbitrator shall apply any applicable law in determining whether a party should recover any or all its fees and costs from the other party.  In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. If for any reason the AAA is unable, unwilling or otherwise unavailable to administer the arbitration, the parties agree the arbitration shall be administered by JAMS, The Resolution Experts.  If for any reason JAMS, The Resolution Experts is unable, unwilling or otherwise unavailable to administer the arbitration, the parties agree the arbitration shall be administered by International Institute of Conflict Prevention and Resolution ("CPR") or an alternate arbitration provider agreed to by the parties.

**EXCEPTIONS:** As an exception to this arbitration agreement, you retain the right to pursue in a small claims court any claim that is within that court's jurisdiction and proceeds on an individual basis.  Additionally, at any time within 30 days of your execution of this agreement, you may opt-out of this arbitration agreement without impairing any other rights or obligations hereunder by notifying us by mail or email directed to the addresses on page 1 of this agreement.

**NO REPRESENTATIVE ACTIONS:** The parties agree that all proceedings may be brought by either party against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class proceeding, private attorney general proceeding or other representative proceeding.  Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not preside over any form of representative or class proceeding.

Client ID: 4643162

5

Version 1.0 – 8/14/2020



**INDEPENDENT LEGAL ADVICE**: You represent and warrant that this arbitration agreement has been fully explained to you, and that you had the opportunity to seek independent legal advice and understand that you should do so before entering into this agreement.

**SEVERABILITY**: If any portion of this paragraph is deemed invalid or unenforceable, the remaining portions shall nevertheless remain in force.

9. **Disclaimer and Acknowledgements.** The services being provided adhere to the Client's Statement of Understanding which is an integral part of this Agreement. AMONG OTHER THINGS, IT IS IMPORTANT TO UNDERSTAND THAT EXCLUDING THE SERVICES EXPRESSLY DESCRIBED IN THIS AGREEMENT, LAW FIRM WILL NOT PROVIDE ANY OTHER FORM OF LEGAL OR TAX ADVICE, OR LEGAL REPRESENTATION UNLESS AGREED TO IN A SEPARATE WRITTEN ENGAGEMENT AGREEMENT. LAW FIRM AND ITS AGENTS CAN NOT STOP ANY COLLECTION EFFORTS THAT MAY BE EMPLOYED BY CREDITOR(S) INCLUDING COLLECTION CALLS, LETTERS, LAWSUITS OR GARNISHMENTS. LAW FIRM MAKES NO DIRECT OR IMPLIED STATEMENTS OR PROMISES ABOUT LIKELIHOOD OF SUCCESS OR FAVORABLE OUTCOME OR THE TIMEFRAME REQUIRED TO COMPLETE SERVICES AND DOES NOT WARRANT OR GUARANTEE ANY SPECIFIC RESULTS OF NEGOTIATION, INCLUDING OFFER AMOUNTS OR PERCENTAGES. YOUR CASE IS UNIQUE AND YOUR RESULTS MAY VARY FROM THOSE OF OTHER CLIENTS. THE FIGURES SET FORTH HEREIN ARE NECESSARY FOR PLANNING PURPOSES BUT ARE ONLY ESTIMATES. CLIENT UNDERSTANDS THAT HIS OR HER CREDIT RATING WILL BE ADVERSELY AFFECTED SHOULD CLIENT DEFAULT OR BE DELINQUENT IN PAYMENTS TO CREDITOR(S). IF CLIENT IS ACTIVELY SERVING IN ANY BRANCH OF MILITARY, LAW ENFORCEMENT OR OTHER EMPLOYMENT THAT REQUIRES A CLEAN CREDIT RECORD OR NO CONTRACT DEFAULTS, CLIENT SHOULD NOT ENTER INTO THIS AGREEMENT. CLIENT SHOULD CHECK WITH THEIR EMPLOYER AND CONSULT LEGAL COUNSEL AS NECESSARY TO INSURE THAT ENTRY INTO THIS AGREEMENT WILL NOT IMPACT ANY JOB RESPONSIBILITIES. CLIENT AGREES THAT LAW FIRM HAS NOT PROVIDED CLIENT WITH ANY ADVICE OR RECOMMENDATIONS, EITHER ORAL OR IN WRITING, REGARDING REDUCTION OR TERMINATION OF PAYMENTS TO CREDITOR(S) AND THAT LAW FIRM HAS BEEN ENGAGED FOR THE SOLE PURPOSE OF NEGOTIATING RESOLUTIONS ON DELINQUENT DEBTS. CLIENT UNDERSTANDS THAT DELINQUENT DEBTS MAY CONTINUE TO COLLECT PENALTIES, FEES AND INTEREST UNTIL AND UNLESS THEY ARE SETTLED. LAW FIRM DOES NOT MAKE MONTHLY PAYMENTS TO CLIENT'S CREDITORS.

10. **Election of Non-Payment:** You certify that you are currently in a state of financial hardship and unable to pay or unable to continue to pay the minimum monthly payment obligations on debts to your creditors without further extreme and severe hardship, if at all. You confirm that you have not been advised by Law Firm to stop making payments to your creditors and any decision by you not to continue to make or resume making monthly payments to creditors has been voluntarily and independently made by you prior to entering into this Agreement. You shall not under any circumstances change your billing address with any creditor to Law Firm's address.

11. **Withdrawal and Refund Policy:** Either party may terminate this agreement for any or no reason at any time by providing written notice. All fees are earned when received and are non-refundable upon termination. All powers of attorney and authorizations to communicate with creditors on your behalf are revoked and ineffective immediately upon termination. Law Firm may also terminate this Agreement if, in Law Firm's sole judgment, you have failed to fulfill one of your material obligations under this agreement, or for other good cause, or for any other reason authorized by law (including the ethical rules that govern lawyers).

12. **Force Majeure.** Law Firm shall not be responsible, and you agree to hold Law Firm harmless, for any failure to perform due to unforeseen circumstances or causes beyond either party's reasonable control such as changes in laws, rules or regulations or changes in creditor(s) policies or practices relating to negotiation and debt resolution.

13. **Electronic Signature Acceptable.** You agree and consent to receive in an electronic format, all information, copies of Agreements and correspondence from Law Firm and to also send information in an electronic format. You agree that Law Firm may provide all disclosures, periodic statements, notices, receipts, modifications, amendments, and all other evidence of transactions electronically or by facsimile. All electronic communications and facsimile transmissions including signatures will be deemed to be valid and authentic, and you intend and agree that those electronic and facsimile communications will be given the same legal effect as written and signed paper communications. You agree to maintain a paper copy of electronic records for documentation. You agree that Law Firm has no liability to you whatsoever for any loss, claim, or damages arising or in any way related to Law Firm's responses to any electronic or facsimile communication, upon which Law Firm has in good faith relied.

14. **Privacy Policy.** Law Firm recognizes that your financial information is personal. We employ generally accepted industry standards to protect the personal information submitted to us, both during transmission and once we receive it. We maintain physical, electronic, and procedural safeguards to prevent ID theft. We use and share information about you to perform our obligations under this Agreement, and for related purposes, or as permitted or required by law. We may also share information about you with a successor in interest of Law Firm in connection with a merger, acquisition or corporate consolidation of Law Firm, in which Law Firm is not the surviving entity or in connection with the sale of all or substantially all of the assets of Law Firm. We are careful to use only accurate, current, and complete information. We will correct any erroneous information quickly if you so request. We are also careful to protect the security of your information from third parties and unauthorized employees. This privacy policy is subject to change. Please call us at (800) 600-7126 or e-mail us at clientservice@wordenaa.com if you wish to opt-out or have any financial privacy concerns.

15. **Agreement for Debt Mediation Services Only/Civil Immunity from Excluded Services.** This Agreement does not include services for bankruptcy, credit repair, defending you against a lawsuit or arbitration that may be brought against you by creditors, or bringing or defending a claim under the Fair Debt Collection Practices Act and is entered into only for the limited services described herein. You hereby waive any right to prosecute a claim of professional negligence against Law Firm or its attorneys for any service not specifically set forth in Paragraph 2. You grant Law Firm and its attorneys complete immunity from civil liability arising from all aspects of the case not specifically undertaken hereunder, including actions brought against you by creditors. You acknowledge that many attorneys will not offer limited scope representation due to the fear of claims by clients who later find or believe that the limited scope representation was not sufficient to properly protect them. You acknowledge that retaining an attorney for limited scope representation is a consumer choice made freely by you.

16. **Non-Lawyers Will be Involved.** You agree that services described herein may be provided in part by Law Firm employees, agents and/or subcontractors who are not lawyers, but who operate under the supervision of a lawyer through, among other things, written policies and procedures provided by Law Firm.

Client ID: 4643162                                                    6
Version 1.0 – 8/14/2020

17. **Client Complaint Procedure.** If you are unable to resolve any issue with our staff, please contact management via email to management@wordenaa.com or direct mail to the business address listed on the cover page. The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint. For more information, please call toll-free, 1-800-932-1900.

18. **Final and Only Agreement.** NO VERBAL OR WRITTEN STATEMENTS OR PROMISES THAT ARE NOT CONTAINED HEREIN SHOULD BE RELIED ON AT ANY TIME BY CLIENT. THIS AGREEMENT REPRESENTS THE SOLE AND FINAL AGREEMENT BETWEEN THE PARTIES.

19. **Applicable Law.** Except to the extent governed by federal law as provided in paragraph 8, this Agreement shall be interpreted and any disputes hereunder shall be decided in accordance with the laws of the State of Texas without reference to conflicts of law.

20. **Client's Informed Consent.** Client has carefully read this Agreement and understands the possible risks and benefits of the limited scope representation described in this Agreement. Understanding those possible risks and benefits, client voluntarily, knowingly and intentionally enters into this Agreement with Law Firm.


X _Glory Ramos_ _____          1/18/2023 _____
Signature                                        Date

X _____          _____
Signature                                        Date

Client ID: 4643162                    7
Version 1.0 – 8.14.2020

Case 1:26-cv-00991-RMB-EAP     Document 1-2     Filed 02/02/26     Page 205 of 384
PageID: 225



## Addendum A
## Schedule of Creditors

Use this worksheet to complete a list of ALL the creditors that Law Firm is being requested to address.  The account balances should be as close to the actual current balance as possible.  Law Firm does not work on accounts with balances below $500.00.

| Creditor Name | Account Number | Balance |
|---|---|---|
| Capital One | 5178059488956534 | $7,622.00 |
| Discover | 6011001055342093 | $7,978.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Amount Enrolled In Program |  | $15,600.00 |

Client ID: 4643162

8

Version 1.0 – 8/14/2020



## PERSONAL FINANCIAL SUMMARY AND MONTHLY CASH FLOW STATEMENT NOT INCLUDING UNSECURED DEBT PAYMENT; HARDSHIP AND BUDGET ANALYSIS

Client Name: Gleiry Romero

Identify Hardship (briefly explain hardship):
high interst

| Monthly Income | | Monthly Expenses | |
|---|---|---|---|
| Client's Take-home Pay | $2.000.00 | Mortgage, Insurance, Prop Taxes | $1,135.00 |
| Co-client's Take-home Pay | $0.00 | Rent/Renter's Insurance | $0.00 |
| Social Security, Retirement, Public Assistance Income | $0.00 | Home Repair, Maintenance, Association Dues | $0.00 |
| Child Support and Alimony | $0.00 | Electric/Gas/Heating Oil | $100.00 |
| Other Income | $0.00 | Water/Sewage/Trash Collection | $65.00 |
| Total Monthly Income | $2.000.00 | Groceries/Household/Toiletries | $0.00 |
| | | Entertainment/Restaurants | $0.00 |
| | | Internet/Cable TV/Satellite TV | $60.00 |
| | | Telephone/Cell Phone/Pager | $50.00 |
| | | Clothing/Haircuts/Dry Cleaning | $0.00 |
| | | Gifts/Donations | $0.00 |
| | | Vehicle Payments | $0.00 |
| | | Vehicle Insurance | $80.00 |
| | | Other Transportation Costs | $0.00 |
| | | Child Support/Care | $0.00 |
| | | Dependent Care/Activities | $0.00 |
| | | Education/Student Loans | $0.00 |
| | | Health/Life Insurance | $52.00 |
| | | Medicines/Doctor/Dentist | $0.00 |
| | | Other Expenses | $170.00 |
| | | Total Monthly Expenses | $1,712.00 |
| | | Monthly Cash Funds Available | $288.00 |
| | | Less  Program Funds Required | $270.75 |
| | | Net Monthly Cash Flow: | $17.25 |

| Assets | | | Liabilities | | |
|---|---|---|---|---|---|
| Market Value of Primary Home | | $0.00 | Total Unsecured Debt | | $16,276.00 |
| Market Value of Other Real Estate | | $0.00 | Primary Home Mortgage Balance | | $0.00 |
| Market Value of Vehicle 1 | | $0.00 | Other Real Estate Mortgage Balances | | $0.00 |
| Market Value of Vehicle 2 | | $0.00 | Vehicle 1 Loan | | $0.00 |
| Market Value of Other Vehicles | | $0.00 | Vehicle 2 Loan | | $0.00 |
| Average Checking Account Balance | | $200.00 | Other Vehicle Loans | | $0.00 |
| Average Savings Account Balance | | $12.00 | Other Secured Loans | | $39,014.00 |
| Investment Funds | | $0.00 | Student Loans | | $57,153.00 |
| Retirement Savings | | $0.00 | Medical Bills | | $0.00 |
| Cash Value of Life Insurance | | $0.00 | Other Liabilities | | $0.00 |
| Other Assets | | $0.00 | **Total Liabilities** | | $112,443.00 |
| **Total Assets** | | $212.00 | **Net Worth** | | -$112,231.00 |

| I have read, understand and agree with my Personal Financial Summary. | | |
|---|---|---|
| Client (Print Name) | Signature | Date |
| Gleiry Romero | *Gleiry Romero* | 1/18/2023 |

| Co-Client (Print Name) | Signature | Date |
|---|---|---|
| | | |

Client ID: 4643162
Version 1.0 – 8/14/2020

10

## PROGRAM SUMMARY

### ESTIMATED PLAN COSTS:

| | |
|---|---|
| Total Enrolled Debt | $15,600.00 |
| Estimated Personal Savings needed to settle accounts (45%) | $7,020.00 |
| Estimated Negotiation Fee ( 25 % of enrolled debt) | $3,900.00 |
| Dedicated Account Provider Monthly Fee | See fees set forth in separate contract with Dedicated Account Provider |
| Estimated Program Cost | $10,920.00 |
| Total Estimated Savings by Joining Worden and Associates | $4,680.00 |
| Program Start Date | 01/18/2023 |
| Draft Frequency | Monthly |
| Total Payment Amount (per draft) | $270.75 |
| Estimated Total Number of Payments | 42 |
| Estimated Program Length | 42   Months |

| I have read and understand the above Program Summary. | | |
|---|---|---|
| Client (Print Name) | Signature | Date |
| Gleiry Romero | *Gleiry Romero* | 1/18/2023 |

| Co-Client (Print Name) | Signature | Date |
|---|---|---|
| | | |

Client ID 4643162
Version 1.0 – 8/14/2020

Worden and Associates

## CLIENT'S STATEMENT OF UNDERSTANDING

I have carefully read this Agreement and I understand and agree to all of its provisions including the following:

1. I am entering into the foregoing Agreement after voluntarily seeking the assistance of Worden and Associates, LLC. I understand the services being offered are designed for individuals who can no longer pay their debts or who have stopped paying their debts because they can no longer afford to make minimum payments on their unsecured debt and are looking at bankruptcy alternatives. WAA does not recommend and has not recommended the termination of payments to my creditors.  Additionally, I agree to provide to WAA documentation substantiating the hardship which has impacted my ability to make payments to my creditors.

2. WAA does not suggest and has not suggested I make any misrepresentations to my creditors.  I understand that although I may choose whether or not to continue to communicate with my creditors, any such communications should be completely truthful.

3. I will be responsible for saving sufficient funds to pay any negotiated settlements in my own dedicated savings account with an independent financial institution.  I shall own and control the funds in that account.  I may terminate services hereunder at any time without penalty.  If I do so, I am entitled to the return of all funds in my savings account except for fees already earned prior to cancellation.

4. The savings needed to reach my debt resolution goal is estimated in the foregoing Agreement. Actual debt resolution amounts, necessary savings and the period required to reach my goal may vary based on creditor policies and actions and other factors.

5. WAA cannot guarantee the result of any negotiation or that any particular creditor will negotiate with WAA, and cannot force creditors to accept reductions in debt. If negotiations are not successful, I could be called upon to pay the entire balance. Initial offers are generally received within seven to ten months of enrollment. However, the rate at which I accumulate savings will impact how fast I can fund debt resolutions.

6. WAA will not make payments to my creditors. I represent that I am unable to meet the minimum payments required by my creditors. Failure to make required minimum payments to my creditors may break the terms of my agreements with them and will probably be reported to consumer reporting agencies as late, delinquent, charged-off or past due balances. This would have an adverse effect on my credit report and credit score. I have not been told by WAA to stop making payments to my creditors.

7. My creditors may continue collection efforts on delinquent accounts. Such collection efforts may include phone calls and letters to me, charging off the account, sending accounts to collection agencies or attorneys, lawsuits and even garnishments of my wages if a judgment is obtained. WAA will provide general guidance but will not represent me in any litigation, arbitration or other proceeding brought by my creditors or other parties.

8. My account balances may continue to grow if my creditors add accrued interest, late fees, over-limit fees and penalties. Failure to make creditor payments is likely to cause damage to my credit report and/or credit score.

9. The fees paid to WAA are reasonable and intended to compensate the firm for its efforts. WAA does not charge any advance fees, only a contingent fee each time a settlement is reached and funded on an enrolled debt.  WAA does not charge any fee if enrolled debts are resolved with no involvement of WAA, such as when a creditor sends an unsolicited 1099 completely forgiving a debt.

Client ID: 4643162

Version 1.0 – 8/14/2020

12

W/A WORDEN & ASSOCIATES

Worden and Associates

10. Communications with creditors are handled on a case by case basis. In some instances, creditors may not be contacted for several months. When a creditor agrees to resolve a debt, a savings of $600 or more off what is owed may be reported by creditors to the IRS as Discharge of Indebtedness Income. I understand that, depending upon my circumstances, I may have to pay taxes on that amount.

11. I acknowledge that certain creditors are more demanding than others and may be more difficult to settle with and/or have a greater inclination to litigate. I also acknowledge that some creditors (like Chase, Discover, American Express and Macy's) may refuse to negotiate directly with WAA. In such cases, my active involvement in negotiation and settlement may be required, WAA will advise and guide me through this process when this becomes necessary, and will facilitate the negotiation process. Irrespective of my level of involvement in such settlements, WAA's fee is considered earned in full when the settlement is reached, I accept it, and a payment is made toward that settlement.

12. I acknowledge that other than for debt mediation purposes, WAA does not represent me and cannot provide legal advice on subjects outside the scope of this Agreement.

13. I understand that I have the responsibility and the right to communicate any comments or concerns directly to WAA at anytime at the phone number or email address provided herein and that any disputes I have with WAA must be resolved in the manner described in Paragraph 8 of this Agreement.

14. I hereby grant WAA express authority to accept any settlement offers on my behalf, subject to my option to decline the offer as stated below, that meet the following criteria: (a) the settlement offer is a discount off the current balance of the debt of 50% or more; and (b) the funds in my savings account are sufficient to fund the settlement and WAA's fee. WAA will provide notice to me via text message, email and/or phone call of the existence and terms of any offers meeting the above criteria before accepting the offer on my behalf. The notice shall provide a telephone number and email address (and/or a link to a website address and a link to a mobile application) by which I can exercise my option to decline the offer. If WAA has not received a communication from me declining the offer within forty-eight (48) hours of the time WAA provided the notice, WAA is authorized to accept the settlement on my behalf.

15. I understand that my success depends on me saving funds and my creditors' willingness to accept settlement offers. WAA cannot guarantee any particular results. Any estimates of success are just that - estimates. Because of a variety of variables beyond WAA's control, it is likely that debts will settle for different amounts and at different times than estimated.

X _Gliny Romero_
Signature

_1/18/2023_
Date



**WORDEN & ASSOCIATES**          Worden and Associates

## Permission Letter
### for Worden and Associates to
### Communicate with Creditors and Collection Agencies

I, **Gleiry Romero**_____ (Print) expressly grant Worden and Associates, LLC, its agents and representatives (hereinafter, Law Firm) permission to communicate with my creditors for the purpose of assisting Law Firm in resolving my debts. I understand and agree that this authorization does not expand the scope of Law Firm's obligations under our Client Engagement Agreement. It is solely to permit Law Firm to communicate with my creditors, to whom I understand and agree I remain primarily obligated. As such, I instruct and authorize Law Firm to:

1.   Communicate on my behalf with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my debts and the negotiation of my obligations.

2.   Obtain records, debt validations and support for the debts allegedly owed on my behalf.

3.   Communicate, negotiate and settle my debts.

All communications between my creditors and Law Firm are with my express permission and instruction.

Executed this _18th_ day of _____January_____, 20_23_____.

X _Gleiry Romero_____        **Gleiry Romero**        _____
Applicant Signature              Applicant (Print)         Applicant SSN

X _____        _____        _____
Co-Applicant Signature           Co-Applicant (Print)        Co-Applicant SSN

Client ID: 4643162                          14
Version 1.0 – 8/14/2020

DO NOT RETURN THIS FORM WITH THE ENGAGEMENT FORMS

| NOTICE OF CANCELLATION |
|---|

You may cancel this agreement at any time without any penalty or obligation. Fees that have been earned prior to cancellation must be paid regardless of any cancellation or termination.

To cancel this agreement send an e-mail to cancel@wordenaa.com, fax a copy of this notice to 866-282-9861 or mail or deliver a signed, dated copy of this notice.

**Worden and Associates, LLC
ATTN: CPG – Cancellation Notice
15455 Dallas Parkway, Suite 600
Addison, Texas 75001**

BY CANCELLING THIS AGREEMENT YOU ARE TERMINATING YOUR RELATIONSHIP WITH WORDEN AND ASSOCIATES, LLC.

I CANCEL THIS AGREEMENT:

| Print Name: | Signature: | Date: |
|---|---|---|
| | | |

THIS IS TO BE SIGNED AND RETURNED ONLY IF YOU DECIDE TO TERMINATE YOUR LIMITED SCOPE LEGAL SERVICES AGREEMENT. DO NOT RETURN WITH ENGAGEMENT FORMS UNLESS YOU INTEND TO CANCEL.

Client ID: 4643162
Version 1.0 – 8/14/2020

15

# Permission Letter
## for Worden & Associates, LLC to
## Communicate with Creditors and Collection Agencies

I, *Gleiry E. Romero-Adames* (Print) expressly grant Worden & Associates, its agents and representatives (hereinafter, Company) permission to communicate with my creditors for the purpose of assisting Company in resolving my debts. I understand and agree that this authorization is solely to permit Company to communicate with my creditors, to whom I understand and agree I remain primarily obligated.

As such, I instruct and authorize Company to:

1. Communicate on my behalf with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my debts and the negotiation of my obligations.

2. Obtain records, debt validations, credit reports and support for the debts allegedly owed on my behalf.

3. Communicate, negotiate and settle my debts.

All communications between my creditors and Company are with my express permission.

Executed this *13TH* day of *February*, 20 *23*.

| | | |
|---|---|---|
| *[signature]* | *Gleiry E. Romero Adames* | |
| Client Signature | Client Name (Print) | Client Social Security Number |
| | | |
| Client Signature | Client Name (Print) | Client Social Security Number |

Please date and sign, then return to our office via fax, email or mail:
Fax: 1-877-298-0351
Email: **Clientservice@wordenaa.com**
Mail: Worden & Associates, LLC
15455 Dallas Parkway Suite 600
Addison, TX 75001

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit C-2

### Global Holdings LLC Special Purpose Account Agreement

*(Executed)*

---

This agreement governs the Special Purpose Account established through Worden & Associates. It outlines account ownership, disbursement authorization requirements, custodial responsibilities, and the client's exclusive control over funds.

---

Submitted by:

**Gleiry E. Romero-Adames, Plaintiff**

---



## DEDICATED ACCOUNT AGREEMENT AND APPLICATION

**I.     This Dedicated Account Agreement and Application ("Agreement")** contains the terms, conditions, and disclosures that apply to your dedicated account ("Account"). By signing this Agreement or using your Account, you agree that this Agreement shall apply; and you agree to abide by all of the terms and conditions set forth herein, including the requirement to arbitrate any dispute with Global Holdings LLC ("Global") according to the terms of the **"ARBITRATION OF DISPUTE"** provision in paragraph XVII on page 2 of this Agreement. You are directed to read the **"ARBITRATION OF DISPUTE"** provision in paragraph XVII on page 2 of this Agreement carefully, as you are giving up your right to bring a lawsuit before a judge or jury in a court of law. If you have any questions that you do not believe are addressed in this Agreement, you can and should call, email, or write Global at the number or addresses shown at the end of this Agreement. Please review this Agreement carefully and keep it with your other important records. In this Agreement, the words, "I", "me", "mine", "my", "you" and "your" mean you and any other party who you authorize to use your Account.

**II.     Purpose, Nature and Use of the Account:** Your Account is a dedicated account that you can use in connection with the debt settlement program you have undertaken. Global is not a party to your debt settlement program and does not participate in the negotiation of your debts. In general, you will be making periodic deposits to your Account from your primary bank account, and you will be periodically disbursing funds from your Account to repay your debts and the costs associated with your Account and your debt settlement program. Your Account is a Federal Deposit Insurance Corporation ("FDIC") insured sub-account within a master custodial account maintained at a bank designated or selected by Global. The bank is not a party to your debt settlement program and does not participate in the negotiation of your debts, and is an intended third-party beneficiary of this Agreement, including the "ARBITRATION OF DISPUTE" provision in paragraph XVII on page 2 of this Agreement. Additionally, you authorize Global to transfer your Account to another FDIC insured institution under the existing terms. Global will provide written notice to you of such change. Any such notice, and any other written notice that is provided for in this Agreement, will be sent to you at either the physical address you have provided in the application portion of this Agreement and/or the email address you establish with Global. If an email address is not provided to Global, all notices will be sent to you at the physical address you provided in the application portion of this Agreement. Your Account may not be used for any illegal purpose.

**III.     Passcodes / Passwords:** You will be provided with a four-digit passcode (your "Passcode") that will enable you to access your Account via the telephone and to identify yourself when contacting a customer support representative. You will also be provided with an initial Internet password (your "Password") that will enable you to access your Account via the Internet. You may change your Password at any time for security purposes and you are encouraged to do so from time to time. You are responsible for the protection and use of your Passcode and Password. Do not disclose your Passcode or Password to anyone who does not have your permission to access your Account.

**IV.     Telephonic / Electronic Communications:** You authorize Global to accept and act upon any instruction received from you or authorized by you under this Agreement concerning your Account, where you have communicated that instruction or authorization by telephone, facsimile, email or other electronic means using a telephone keypad or computer. Use of your Passcode, Password or any other form of identification designated by you in any transaction constitutes and will be accepted as your electronic signature, as that term is used in the federal Electronic Signatures in Global and National Commerce Act and other applicable laws.

**V.     Authorizing and Initiating Transactions:** In this Agreement you authorize certain transactions involving your Account. Unless you direct otherwise in writing, Global may also act on those instructions that you conveyed to your Debt Settlement Provider, as defined in the application portion of this Agreement, and such instructions may be acted on without further confirmation. From time to time, you may change those instructions and/or give other instructions to initiate deposits to or disbursements from your Account by contacting Global's Customer Support. In any event, you must always provide a reasonable period of time to act on your instructions. All deposits to your Account will be authorized and initiated pursuant to your instructions, and all disbursements from your Account will be authorized and initiated pursuant to your instructions provided your Account contains

sufficient funds to cover the amount of the disbursement. However, neither Global, nor any service provider to Global shall be responsible for determining when a payment is actually due, nor shall they be responsible for determining whether a payment is for the correct amount or otherwise proper. Global's sole obligation in this regard will be to execute your payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions. Global shall not be responsible for any late payment fee, penalty or other charge levied by any of your creditors, for any failure of any of your creditors to accept a proposal for settlement or honor a settlement; or for any other adverse action taken by your creditor or any other party. Global shall not be liable for any consequences or damages you may claim resulting from Global acting on your instructions.

**VI.     Fees and Charges:** The "SCHEDULE OF FEES AND CHARGES" identifies the fees and charges you are obligated to pay Global in connection with this Agreement and your Account; and you agree that these fees and charges may be deducted directly from your Account. The fees and charges in the "SCHEDULE OF FEES AND CHARGES" are the only fees associated with Global's services and your Account. The Monthly Service Charge for the first month in which your Account is established will not be prorated and will be deemed earned in full as of the day the Account is established, e.g., if your Account is established on the 15th day of a month, the Monthly Service Charge for such month shall be earned as of that day. Thereafter, the Monthly Service Charge will be deemed earned in full on the first day of each calendar month during which your Account remains open. Other fees will be deemed earned at the time of the transaction or the event that gives rise to the fee. You expressly acknowledge that Global may increase the fees and charges associated with your Account at any time, and that you will be provided with written notice at least thirty (30) days' prior to such increase. Global shall not be responsible for any other fees and/or charges that you may incur arising from or related to your debt settlement program.

**VII.     Termination of Agreement / Account Closure:** You may terminate this Agreement and close your Account at any time by sending a written notice to Global's Customer Support. The written notice must provide Global with the following information:

1. Your full name and current address;
2. Your Account number;
3. The date of the request; and
4. Your request to close your Account.

Please provide Global with sufficient time to process the request. In addition, Global may suspend, cancel or terminate this Agreement and your Account at any time without notice for inactivity, or if your Program has been terminated or is no longer being managed, if your Account is improperly maintained or used, or if you otherwise violate any provision of this Agreement. If this Agreement is terminated for any reason, the collected balance in your Account will be sent to you by check within a reasonable period of time.

**VIII.     Monthly Statements:** You will receive your first monthly statement by mail showing your Account activity and balance by mail. Thereafter, monthly statements will be available online, and may be accessed using your login information and Password. Should you desire to continue receiving a paper statement via the United States Postal Service, please contact Global's Customer Support and make a request to receive mailed paper statements. You may obtain balance and transaction information by using your Passcode to access your Account over the telephone, by using your Password to log into Global's website, or by calling Global's Customer Support. You agree to review each of your statements carefully and to report any erroneous, improper, or unauthorized transactions promptly.

**IX.     Non-Interest Account:** Your Account is a non-interest bearing Account.

**X.     Unauthorized Transactions and Customer Responsibility:** You should never share your Passcode or Password(s) with anyone and should keep your Account information and papers in a secure place. If you believe someone has transferred or may transfer money from your Account without your permission, contact Global's Customer Support immediately.

Initials:

**XI.** **FDIC Insurance:** The funds in your Account will be FDIC insured up to a maximum of $250,000.00. The insured amount may increase or decrease and is subject to limits set and reset by the FDIC from time to time.

**XII.** **Incomplete Transactions:** Neither Global nor any service provider to Global shall be liable for failing to complete a transaction due to insufficient funds in your Account; or if circumstances beyond their control prevent the completion of the transaction, including, without limitation, the acts or omissions of any ACH, check or other processor, the National Automated Clearing House Association, the Federal Reserve System, any bank, or the directive of any regulatory authority.

**XIII.** **Error Resolution Procedures:** In the event of potential errors or questions concerning specific transactions involving your Account, you must call or write Global's Customer Support no later than sixty (60) days after the transaction in question appears on your monthly statement. Furthermore, at the very minimum you must provide Global with the following information:

1. Your full name and Account number;
2. The date and amount of the transaction;
3. The type of transaction and a description of the suspected error (please explain as clearly as possible why you believe there is an error or why you need additional information); and
4. The dollar amount of the suspected error.

If you provide the information over the phone, you may be asked and required to provide it again in writing within ten (10) business days. Global will inform you of the results of the investigation of the suspected error within ten (10) business days after you submit the information and any error will be promptly corrected. However, if Global requires more time to investigate the suspected error, it may take up to an additional thirty (30) days to complete the investigation. If Global determines that there is no error, you will be provided with a written explanation within three (3) business days of such determination; and you may ask for and receive copies of the documents used in making any such determination.

**XIV.** **Creditor Disputes:** _You understand and agree that Global is not a party to your debt settlement program, and does not participate in the negotiation of your debts. This Agreement is separate and independent of any contractual obligations you may have with your creditors or Debt Settlement Provider. Accordingly, you hereby expressly acknowledge that Global does not have any involvement in or responsibilities of any kind or nature with respect to your contractual agreement with your creditors or your Debt Settlement Provider, your debt settlement program or the results that you may or may not achieve from your participation in a debt settlement program._ _Furthermore, you hereby expressly acknowledge that any representation, statement, or obligation made by your Debt Settlement Provider or made in connection with your debt settlement program is not made on Global's behalf, and does not and cannot bind Global. Finally, you expressly acknowledge that Global shall not be liable for any actions taken by, or conduct of, your Debt Settlement Provider in connection with your debt settlement program. You hereby agree to indemnify Global, and hold Global, its parent and subsidiaries, directors, officers, shareholders, and employees harmless from any damages (including attorneys' fees) resulting from the breach of any of the above warranties._

**XV.** **Garnishment Acknowledgement:** In the event that a creditor of yours moves to garnish funds in your Account, _you expressly acknowledge that Global will answer the garnishment and comply with any writ issued by the Court in accordance with the applicable state law. Furthermore, you expressly acknowledge that Global will not be responsible for challenging or raising a defense to the garnishment on your behalf._ You specifically agree to indemnify and hold Global harmless from any loss, liability, obligation, damage, cost and expense resulting from a creditor's attempt to garnish and/or hold Global liable for any judgment against you.

**XVI.** **Governing Law:** This Agreement shall be governed by the laws of the state where you reside, except that the state's rules or statutes governing arbitration procedures shall not apply. If any part of this Agreement is declared void or unenforceable, such provision(s) shall be deemed severed from this Agreement, and the remainder of this Agreement shall remain in full force and effect. This Agreement may be modified to the extent necessary to give such force and effect to the remaining provisions. No delay or forbearance in the strict observance or performance of any provision of this Agreement, nor any failure to exercise a right or remedy hereunder, shall be construed as a waiver of such performance, right, or remedy, as the case may be.

**XVII.** **ARBITRATION OF DISPUTE – IMPORTANT NOTICE WAIVING YOUR RIGHT TO BRING A CLAIM BEFORE A JUDGE OR JURY IN COURT:** In the event of any controversy between the parties, including, but not limited, to any claim, dispute, suit, demand, cross claim, counterclaim, or third party complaint (whether contractual, statutory, in tort, or otherwise) arising out of or relating to this Agreement or its performance, breach, termination, enforcement, interpretation or validity, including the determination of the validity, scope or applicability of this provision to arbitrate, must be resolved by binding and confidential arbitration. This arbitration provision is governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 _et seq._, and not by any state rule or statute governing arbitration. Arbitration under this provision will be conducted in either the county in which the customer resides or the closest metropolitan county. **THE PARTIES AGREE THAT ARBITRATION WILL BE BEFORE A SINGLE ARBITRATOR ON AN INDIVIDUAL BASIS AND NOT AS A CLASS OR MASS ACTION. FURTHERMORE, THE PARTIES AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE PROCEEDINGS OF MORE THAN ONE PERSON'S CLAIMS.** The Arbitration will be administered by: The Judicial Arbitration Mediation Services ("JAMS"), 1920 Main Street, Suite 300, Irvine, CA 92614 (www.jamsadr.com); or the American Arbitration Association ("AAA"), 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org); or another nationally known consumer arbitration service on which the parties will agree to use. The Arbitration will be administered according to the arbitration service's fee schedule and the service's current applicable rules and procedures _except: 1) that the parties expressly waive the applicability of any rule governing class or mass action; 2) that the parties agree to have an in-person final hearing; and 3) that the parties agree that any specific arbitration procedure provided for herein will apply to the arbitration proceeding. The arbitrator – who must be either a retired judge or an experienced attorney - must be neutral and independent and must comply with the selected arbitration service's code of ethics. Additionally, the arbitrator will be guided by the Federal Rules of Evidence and "governing substantive" law._ The arbitrator's award is final and binding on all parties. The parties may move to confirm or vacate the award in a court of competent jurisdiction in accordance with the provisions of the FAA. The parties will bear their own attorneys' fees unless such fees are expressly provided for by applicable law. If the arbitrator determines that reasonable attorneys' fees are to be awarded under applicable law, the parties agree that the arbitrator will also determine the amount of reasonable attorneys' fees to be awarded. In the event a party fails to proceed with arbitration, fails to comply with the arbitrator's award or unsuccessfully challenges the arbitrator's award, the other party is entitled to any costs and expenses incurred, including a reasonable attorneys' fee for having to compel arbitration or defend or enforce the award.

_What is Binding Arbitration? Binding Arbitration is an alternative dispute resolution process where both parties give up certain legal rights to bring a claim in court. Binding Arbitration means: (1) that both parties give up their right to a trial in court before a judge or jury; (2) that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of appealable issues expressly provided for in the FAA, 9 U.S.C. § 16; and (3) that discovery may be severely limited by the arbitrator, and if the arbitrator allows full discovery, the arbitrator may not exceed the discovery limitations provided by the Federal Rules of Civil Procedure. I UNDERSTAND THAT I MAY OPT-OUT OF THE TERMS OF THE "ARBITRATION OF DISPUTE" PROVISION BY PROVIDING GLOBAL NOTICE IN WRITING WITHIN THIRTY (30) DAYS OF SIGNING THE AGREEMENT. I understand that the notice must be sent to Global's Customer Support using certified mail or sent by electronic mail to the addresses provided in this Agreement. If I do not timely opt-out, I agree to the terms of the "ARBITRATION OF DISPUTE" provision._

_I acknowledge that I have read, understood, and agree to abide by the terms of the arbitration provision set forth above, and fully understand that arbitration replaces the right of either party to go to court and replaces the right to have a judge or jury hear of decide either party's dispute or claims._

SIGNATURE: _Gleisy Romeo_

Initials:

**XVIII.** **PRIVACY POLICY**: Global collects personal information that you provide through the application portion of this Agreement. You can find a detailed description of how we collect, share, and use your personal information and your rights with respect to the information we collect in the Privacy Notice included in the welcome packet that will be sent to your physical address. Additionally, you can also find a detailed description of your privacy rights on our website (https://www.ghllc.com/privacy-policy/). You understand that receiving the Privacy Notice is a necessary part of obtaining our services, and you agree to receive updates regarding this Privacy Notice on our website, where the document is posted. If you have additional questions regarding how we handle your personal information, please contact Global's Customer Support.

**XIX.** **Maintenance of Accurate Information**: You may update your personal information online, at any time, by using your Password to log into Global's website or by contacting Global's Customer Support. To ensure that Global is able to protect your Account and verify your information, it is in your best interests to maintain accurate and current records concerning your personal information.

**XX.** **Information regarding your Debt Settlement Program**: _You expressly acknowledge that Global does not maintain records of any documents or information associated with your debt settlement program_. To obtain such information, please contact your Debt Settlement Provider.

**XXI.** **USA Patriot Act Compliance**: As required by the USA Patriot Act, you authorize Global to take reasonable and practical measures to verify the accuracy of the information you have provided in the application portion of this Agreement, as well as to verify your identity by, including and without limitation, obtaining any information about you in order to assist in combating terrorism and preventing Global's system and the banking system from being used for money laundering or other impermissible, illegal purposes.

**XXII.** **Limitation of Liability**: Under no circumstances shall Global ever be liable for any special, incidental, consequential, exemplary, or punitive damages, or an amount in excess of the fees and charges Global receives from you as set forth in this Agreement. Moreover, under no circumstances shall Global ever be liable for the conduct or contractual obligations of a third party, including, but not limited to, the Debt Settlement Provider.

**XXIII.** **English Language Governs**: The terms of this Agreement and the products and services we provide are governed by the English language. As a courtesy, Global has made this Agreement available in languages other than English. If there is any difference in meaning between the English and non-English version of any of our documents, including this Agreement, the English version will apply to your Account and is available to you upon request.

**XXIV.** **Merger Clause**: This Agreement contains the complete and final understanding between the parties. Any prior oral statements, representations, or agreements are superseded by this Agreement.

**XXV.** **Customer Support Information:**

**Correspondence Address**: 4343 S. 118th E. Avenue, Suite 220
Tulsa, OK 74146

**Telephone:** (877) 271-1550
**Fax:** (866) 355-8228
**Website Address:** www.ghllc.com
**Email:** customersupport@ghllc.com

Note: Global will provide you with a welcome packet subsequent to the execution of this Agreement that will contain deposit instructions applicable to those customers who choose to send in deposits.

Initials:

## DEDICATED ACCOUNT AGREEMENT AND APPLICATION

I hereby apply for and agree to establish a non-interest bearing dedicated account ("Account") to be administered at a bank selected by Global Holdings LLC ("Global") for the purpose of accumulating funds to repay my debts in connection with a debt settlement program of my own choosing (my "Program") that is managed by the organization responsible for administering the Program ("Debt Settlement Provider"). **I understand that Global is not a party to my Program and does not participate in the management of my Program.** I understand that this Agreement is subject to a customer identification program, as required by the USA Patriot Act and other applicable laws; and accordingly, I hereby represent that the following information is true and complete to the best of my knowledge and belief. In addition, I understand that I may be required to provide a copy of a driver's license and/or other information from time to time for use in connection with the verification of my identity and the administration of the Account. **Furthermore, I understand that the Account is governed by the terms of this Agreement and that I am bound by all of its terms and conditions, including the binding arbitration provision located in paragraph XVII on page 2 of this Agreement in which I expressly give up my right to bring an action in a court before a judge or jury.**

**ACCOUNT OWNERSHIP, CONTROL AND USE:** I understand that the Account, when established in accordance with this Agreement, will be my sole and exclusive property; that only I (or authorized contact, if any) may authorize deposits to and creditor payments from my Account; and that only I may withdraw funds from and/or close my Account at any time as provided for in the Agreement. I hereby authorize (a) periodic deposits to be made to my Account pursuant to the authorization provided below and (b) periodic disbursements to be made from my Account. In this regard, I hereby authorize payment from my Account of the fees and charges provided for in this Agreement. Should I designate an authorized contact, such designation allows for confirmation of Account information and for receipt of messages regarding my Account to the designee. **PERMISSION TO SHARE DATA:** I hereby grant permission for the bank, Global and the Debt Settlement Provider to share information regarding my Account and my Program with one another and with any other party to the extent necessary to facilitate the transactions I authorize on my Account, and acknowledge that sharing information among these parties is essential to the administration of my Account. I understand that the Agreement and the Privacy Notice provide additional information relating to my privacy rights.

| Applicant: First Name (Please print clearly) | MI | Last Name | | Social Security # | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|---|
| Gleiry | | Romero | | | 12/29/1991 |

| Authorized Contact (optional): First Name | MI | Last Name | | Social Security # | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|---|
| | | | | | |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 359 Washington Ave | Egg Harbor City | NJ | 08215 |

| Physical Address (if different from mailing address) | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Home Phone No. | Cell Phone No. | Email Address |
|---|---|---|
| 6092710083 | | gradames17@gmail.com |

| Challenge Question / Answer (for future ID purposes) |
|---|
| |

| Debt Settlement Provider | Debt Settlement Provider's Global Account Number (if known) |
|---|---|
| Worden & Associates | 6036335098002704 |

| Applicant's Signature | Date |
|---|---|
| *Gleiry Romero* | 1/18/2023 |

### AUTHORIZATION TO DEBIT BANK ACCOUNT: Applicant's Financial Institution Information

| Bank Name | Routing Number¹ | Account Number² |
|---|---|---|
| BANK OF AMERICA N.A. | 021200339 | 381022926425 |

| Bank Address | City | State | Zip Code |
|---|---|---|---|
| | HENRICO | VA | |

| Name (as it appears on check) |
|---|
| Gleiry Romero |

| Current Physical Address | City | State | Zip Code |
|---|---|---|---|
| 359 Washington Ave | Egg Harbor City | NJ | 08215 |

Routing Number is the 9-digit number appearing in the bottom left corner of your check. ¹ Account Number is to the right of the Routing Number and before the Check Number.

| Amount of Initial Debit | | Date of Debit (mm/dd/yyyy) |
|---|---|---|
| $ 270.75 | on or after | 02/18/2023 |

| Amount of Recurring Debit | | Date of Debit (mm/dd/yyyy) |
|---|---|---|
| $ 270.75 | on or after | 03/18/2023 |

and on or after the same day(s) of each month thereafter until further notice

OR

| $ | on or after | |
|---|---|---|

and every _____ days thereafter until further notice.

I hereby authorize Global to initiate an initial debit entry, if any, and any **recurring** debit entries to my **checking account** (or ☐ **savings account**) at the financial institution named above (my "Primary Bank Account"), in the amount(s) and on or after the date(s) set forth above, or for such other amounts that I may subsequently authorize in writing, via the telephone or via the Internet, for the purpose of transferring funds to my Account. I represent that my Primary Bank Account exists; that I own it; and that I will maintain sufficient funds in it to permit the debits to clear on the applicable dates. I understand that I may incur a charge as set forth in the Schedule of Fees and Charges if any attempted debit is not immediately honored when presented; and that the financial institution providing my Primary Bank Account may also assess a charge if this occurs. In addition, I understand that I may subsequently designate another account for this purpose by contacting Global's Customer Support; that I may also change the corresponding amounts and dates in that manner; and that the representations I made above about my Primary Bank Account will apply to any other account that I designate.

In addition, I hereby authorize Global to accept instructions from me in writing, via the telephone or via the Internet, to initiate one-time, **non-recurring** debit entries to my Primary Bank Account for the purpose of adding additional funds to my Account.

These authorizations shall remain in full force and effect until I give a written termination notice to Global that affords it a reasonable period of time to act on it. Any such notice, and any other written notice that is provided for in this Agreement, shall be sent to Global's Customer Support at the addresses set forth in the Agreement.

| Applicant's Signature Authorizing Global to Debit Applicant's Primary Bank Account | Date |
|---|---|
| *Gleiry Romero* | 1/18/2023 |

### SCHEDULE OF FEES AND CHARGES

| | |
|---|---|
| Account Setup (one-time fee) | $0.00 |
| Monthly Service Charge | $10.75 |
| Dishonored/Returned Deposit Item | $0.00 |

**Premium Deposit Services**

| | |
|---|---|
| Incoming Wire Transfer | $10.00 |

**Disbursement Fees**

| | |
|---|---|
| ACH | $3.00 |
| DirectPay | $3.00 |
| Manual Check (USPS) | $3.00 |
| Phone Payment | $3.00 |
| 2nd Day Delivery* | $12.00 |
| Overnight Delivery* | $25.00 |
| Wire Transfer | $20.00 |
| Stop Payment Order | $17.50 |

*3:00 pm Central Time Cutoff

### CUSTOMER SUPPORT

Any questions or inquiries relating to your Account should be directed to Global's Customer Support. See paragraph XXVXXV of this Agreement for Global's correspondence address, Global's website address, and the toll-free number to Global's Customer Support. Please note that Global is not a party to your Program, and any questions relating to your Program should be addressed to your Debt Settlement Provider, and not to Global.

Version 2 – GH – 8.5.21

All fields required unless otherwise noted                Page 4 of 4

 Gmail

Gleiry Romero <gradames17@gmail.com>

**Your Global Savings Account is established**

1 message

Worden & Associates <Clientservice@wordenaa.com>                          Mon, Feb 13, 2023 at 9:31 AM
Reply-To: CreditAssociates <reply-fe871573766d0c7472-205_HTML-388814995-100014457-17@e.creditassociates.com>
To: gradames17@gmail.com

To view this email as a web page, go here.

 WORDEN &
ASSOCIATES

**Questions?**
Go to your Account Login
Or call 1-800-600-7126



# Making your savings deposit will help you become debt-free.

Gleiry,

Congratulations! Your Global Savings Account is set up!

Making your monthly savings deposit is crucial to fully resolving your debts. Remember, this is your savings account. You control it. As we negotiate with creditors on your behalf, your savings deposits will make a huge difference.

In addition to monitoring your Global Savings Account, we're making the best possible estimate about which of your debts could be resolved first. We use our years of experience working with creditors across the country to prioritize debts.

Remember, you can always stay up-to-date by checking your Online Worden & Associates Account whenever you want.

Your Worden & Associates Team

Need help? Contact us.
Visit your Online Worden & Associates Account 24/7
clientservices@wordenaa.com
Phone: 1-800-600-7126
Monday through Friday, 8am to 7pm Central Time

Mailing Address
15455 Dallas Parkway
Suite 600
Addison, TX 75001

This communication is intended only for the personal and confidential use of the recipient(s) named above and may contain information that is legally protected. The information presented is provided without warranties, either expressed or implied. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete this communication.

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit C-3

### Worden & Associates Welcome Packet FAQ Brochure

---

This brochure was provided as part of the onboarding materials and outlines program expectations, negotiation processes, creditor interactions, credit impact, and client responsibilities. It supplements the Worden contract and provides interpretive disclosures relevant to program structure.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

# WORDEN & ASSOCIATES

1-800-600-7126
www.wordenaa.com

CLIENT ID:  4643162

January 20, 2023

Dear Gleiry,

Congratulations on choosing Worden & Associates to assist you in resolving your debts. Enclosed is some important information that will guide you through our services.

**Introduction Booklet**

The Introduction Booklet contains valuable information to help you further understand the debt negotiation process and provide strategies for success. Please take some time to read through it, as we have found that an informed client is more likely to successfully take advantage of our services.

**Next Steps**

1. *Review your forms online* by visiting www.wordenaa.com/portal. Click *"New to Worden and Associates? Register here"* to get started. Your client ID can be found above.

   Once logged in, our website will take you step-by-step through the process of completing the missing and/or additional information required to resolve your accounts, such as updated contact preferences, full account numbers and current balances.

2. *Complete the enclosed Permission Letter* and email a photo of it to ClientService@wordenaa.com or fax it to 1-866-282-9861.

If you need anything further or have any questions at all, please feel free to contact us Monday through Friday 8AM to 7PM Central Time.

We look forward to assisting you as we negotiate each of your accounts.

Sincerely,

Worden & Associates

1-800-600-7126

---

WORDEN & ASSOCIATES

CLIENT ID
4643162

CLIENT
**Gleiry Romero**

**1-800-600-7126**
clientservice@wordenaa.com
Fax 1-866-282-9861

Save these cards for your reference

WORDEN & ASSOCIATES

CLIENT ID
4643162

CLIENT
**Gleiry Romero**

**1-800-600-7126**
clientservice@wordenaa.com
Fax 1-866-282-9861

Case 1:26-cv-00991-RMB-EAP     Document 1-2     Filed 02/02/26     Page 222 of 384
PageID: 242

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## Congratulations on deciding to become debt-free!
1 message

**Bryant Gall** <enrollments@wordenaa.com>                    Wed, Jan 18, 2023 at 4:37 PM
To: Gleiry Romero <gradames17@gmail.com>

---



Questions?
Go to your Account Login
Or call 1-800-600-7126



# Welcome to a debt-free future!

Hi Gleiry Romero,

Congratulations, you successfully retained us and have begun your journey to becoming debt-free. With our services, you'll discover financial freedom. You've put your faith in a firm that has helped thousands of clients just like you fully resolve their debts.

We have attached a signed copy of your Retainer Agreement for your records. Please print and/or save this document for future reference.

**STAY INFORMED**
The easiest way to monitor your progress throughout your debt-free journey is through your personalized Online Worden & Associates Account.  To set up your account, simply click the link below and then click "Create Account".

You will need your Client ID to create your account:

### Client ID: 4643162



*(Please allow up to 24 hours for your account to be registered.)*

## YOUR SAVINGS DEPOSITS

Your savings deposits are the key to your success – they give us the leverage we need to negotiate the best possible settlements for you.

You will see a draft in your banking account from Global Client Solutions.

**First Deposit Date:** February 18th, 2023
**Deposit Commitment Amount:** $270.75
**Deposit Frequency:** Monthly
**Number of Deposit Commitments:** 42

## PREPARE FOR THE JOURNEY AHEAD

Here are a few quick tips to help ensure the success of your debt-free journey.

- **Make a budget**
  Use the online budget tool to create a list of your income and expenses.  Make adjustments in your spending to ensure your income covers all of your expenses.

- **Stay committed to becoming debt-free**
  You've just begun your journey. You didn't get all your debts in one day, and you won't get rid of them all in one day either. Stay committed to using our services, and you'll be debt-free before you know it. **You're on the path to winning!**

- **Prepare for collection activity**
  Over the upcoming months, you will likely receive calls and letters from your creditors. Don't worry, that's a sign our services are working. The more they try to contact you, the more desperate they become … and the closer they're getting to resolving your debt with us!
  - For some useful tips on handling collections, <u>review the FAQs</u>.

Again, congratulations on your decision to becoming debt-free! We're ready to get to work for you and help you achieve the financial freedom you've always wanted.

If you ever need anything or have any questions about the savings drafts from your account, please don't hesitate to call us at **1-800-600-7126**. We're here when you need us.

Bryant Gall
Debt Consultant
Worden & Associates

**Need help? Contact us.**
Phone  1-800-600-7126
Monday through Friday. 8am to 7pm Central Time

Mailing Address:
15455 Dallas Parkway
Suite 600
Addison, TX 75001

DISCLAIMER  This communication is being provided for informational purposes only and the contents of this communication are not legally binding and do not change the terms of service described in any Service Agreement or its disclosures. This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that s confidential, privileged or legally protected. The information is presented "as is" and without warranties, either expressed or implied. If you have received this communication in error. please immediately notify the sender by return e-mail message and delete all



copies of the original communication

---

**2 attachments**

📄 **4643162_Enrollment_Kit-Gleiry_Romero.pdf**
3065K

📄 **4643162_Banking_Application-Gleiry_Romero.pdf**
841K

## How long will I need your services?

We recognize that each individual's situation is unique. The length of time needed to resolve debts varies with each individual. The average client who sticks with our advice can resolve all accounts in about 36 months, depending on the individual's financial situation.

## Should I have you work on all of my debts, or can I pick certain accounts to resolve?

We normally recommend resolving all unsecured debt to help you be as successful as possible. Creditors are generally more willing to negotiate when they see that most of your accounts are delinquent due to your hardship. The decision to resolve all or some of your debt is totally up to you. We are here to help you decide what strategies are best for you. Remember to keep in mind that we are a performance based law firm, meaning our fee for each account will be taken only at the time the first payment is funded to a creditor for a negotiated account.

## What happens if I am unable to save enough funds for you to work on my accounts?

It is very important for you to save as we have planned on. If you are unable to accumulate funds, we will not be able to successfully resolve your accounts. It is imperative you continue to make your monthly savings commitment on time; any delay could negatively impact our ability to assist you.

## Does Worden & Associates have control of my savings?

No, you are in complete and sole control of your savings. When you agree to settle an account, your payment to a creditor will be funded through your Special Purpose Savings Account based on your authorization.

12

## Does Worden & Associates make monthly payments to my creditors?

No, we do not make any payments to your creditors. Our goal is to resolve your debt for as low an amount as possible. You are responsible for the payments to your Special Purpose Savings Account which will be used to satisfy negotiated offers, as well as our fees.

## Does Worden & Associates contact my creditors?

Yes, we contact your creditors at the appropriate time, using the appropriate negotiation method. Our services begin working for you immediately. We will continue to communicate with your creditors to finalize negotiation discussions as your funds accumulate. It typically takes 6 months or more before we negotiate and obtain your first offer.

## How will your negotiation services affect my credit?

That depends on what your credit looks like when you first retained our services. In general, if you do not make payments to your creditors according to the terms of your agreement with them, your credit will suffer while you work through and recover from your financial difficulties.

## What does it mean when an account "charges off"?

A "charge-off" is the point where your creditor writes the debt off their books and use other methods in collecting the debt. This typically takes place once the account has been delinquent for 180 days. A charge-off does not release you from the debt that is owed. The creditor may notify the three major credit bureaus that they are unable to collect and your account may move to a 3rd party collection agency.

## Do I continue to accrue interest and late fees while I am using your services?

Yes, late fees and interest typically continue to accumulate, however we will always attempt to resolve your account with your original balance in mind.

## How does the IRS treat debt that is forgiven?

Although you have not retained us to provide tax advice, financial institutions are generally required to provide a form 1099-C in the event a forgiven or settled debt exceeds $600.00. Please understand that this does not necessarily mean



you owe taxes on the forgiven portion. In many cases clients can legally and ethically exclude forgiven debt from their income through the insolvency exclusion" provided by the IRS code. This exclusion means that your liabilities exceed the fair market value of your assets, or that you owe more than you own." We strongly recommend you consult a licensed tax advisor regarding your particular circumstances. Again, Worden & Associates does not offer or provide tax advice.

### Does Worden & Associates offer credit repair services once their services are complete?
No, we do not offer or provide credit repair services. There are other firms that specialize in assisting consumers in getting their credit back on track, in addition to providing other services that will improve your credit score over time.

### How will my debts be negotiated?
We have established relationships with many of the major creditor networks which allows us the ability to submit your accounts through our partnerships. This lays the groundwork for future settlement opportunities on your accounts, many of which you will receive before you have sufficient funds ready to fund settlement offers. Creditors are willing to offer discounts based on your hardship situation and you may receive fewer collection calls should your account be placed with one of our partners.

### How do your debt negotiation services differ from debt consolidation?
Debt consolidation programs combine all of your outstanding debt into one large new loan and sometimes require you to secure the loan with collateral of greater value (such as your

home. You will still be required to pay the entire principal amount of your debt plus the interest on the new loan. If you fail to make payments, the lending institution can repossess your collateral. In contrast, we negotiate directly with your creditors to greatly reduce the balance of your debt, allowing you to pay a smaller sum than what you are currently paying. Typically, it takes around 36 months to complete our services, whereas consolidation can stretch out for longer depending on the size and terms of the loans.

### What about filing Bankruptcy?
Everyone's situation is different, but we have assisted many clients to become debt free without having to file bankruptcy. Filing bankruptcy can have long term effects on your credit and can impact your ability to apply for new credit or in some cases employment. Bankruptcy does not always go away after 7-10 years, as some bankruptcy attorneys may claim. For example, nearly all credit applications ask if you have ever filed bankruptcy in the past. There are also costly court and attorney fees that accompany the filing process. Finally, depending on which chapter of bankruptcy you qualify for, you may still be required to pay back all or some of your debt.

### Could a creditor sue me?
Yes, although that is possible and does happen on occasion, it is not typical. However, your creditors will likely continue collection efforts on delinquent accounts. Such collection efforts will include, among other things, phone calls and letters to you, charging off an account, sending accounts to collection agencies or filing a lawsuit. In the event you are sued, please keep in mind you have not retained Worden & Associates to represent you in any court proceedings.

13

Docket No. ATL-L-002998-25

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – CIVIL PART
ATLANTIC COUNTY

Gleiry E. Romero-Adames,
Plaintiff,

v.

Worden & Associates, LLC and
Capital One Bank (USA), N.A.,
Defendants.

Docket No.: ATL-L-002998-25

---

## EXHIBIT D — COVER PAGE
## WORDEN CLIENT PORTAL SCREENSHOTS

---

This exhibit includes screenshots of the Worden portal showing settlement amounts, payment schedules, program projections, and representations made to Plaintiff.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## Let us help you with your balance
1 message

---

**Capital One** <service@takechargemail.capitalone.com>
To: GRADAMES17@gmail.com

Sat, Jul 15, 2023 at 7:04 PM



We know you'd pay it all off if you could.

Product Name: PLATINUM Account ending in 6534

Gleiry,

Whether it's due to job loss, medical event or some other hardship, you didn't choose to fall behind on your payments. So, here's an offer to help you take care of your balance..

**Get 40% off your balance** when you accept and complete this settlement. That means you'll be responsible for $4,793.09, and we offer flexible options to make payments more manageable. This offer may not be available in the future.

We appreciate that you chose to be our customer, and want to help you get back on a better financial track. View this settlement offer and your payment plan options, such as selecting a start date and making payments over time.

Let's Get Started

Important Information from Capital One®

If you are concerned about clicking links in this email, please call 1-866-928-6128.

Contact Us  |  Privacy  |  Help Prevent Fraud  |  Dispute this account  |  Learn more about this balance

This email was sent to Gleiry Romero and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Capital One and its service providers are committed to protecting your privacy and ask you not to send sensitive account information through email. We are always looking for ways to provide you value. But if you would like to stop receiving collections emails about this account, use this link to remove this address from our list.

**Electronic Check Conversion.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your deposit account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your deposit account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Your authorization is not limited by the date on the check.

**This is an attempt to collect this debt and any information obtained will be used for that purpose.**

**For District of Columbia residents:**
**If your debt has not been reduced to a judgment by a court, you have the right to request the following information concerning your debt: (1) The name of the original creditor, and the name of any other owners of your debt, including the current owner;**
**(2) Your last account number with the original creditor;**
**(3) A copy of the signed contract, application, or other documents which show your obligations;**
**(4) The date your debt was incurred;**

(5) The date of your last payment, if applicable; and
(6) An itemized accounting of the alleged debt, including the amount of any principal interest, fees, or charges, and whether the charges were imposed by the original creditor, a debt collector, or other owner of the debt. For credit card or revolving credit accounts, the itemized accounting is measured from the charge-off balance.

If your debt has been reduced to a judgment by a court, you have a right to a copy of the judgment, documentation establishing that the debt collector is the owner of the judgment, and an itemized accounting of the current balance due on the judgment.

You may request the above information by contacting us by phone, mail, or email at the following:

Address: P.O. Box 30285, Salt Lake City, UT 84130-0285
Phone: 1-800-258-9319
Currently Capital One has no email address at which you can request this information.

You might have income or resources that are protected from being taken by debt collectors. These might include certain sources of income, funds, or property, including, but not limited to, Social Security, Supplemental Security Income (SSI), disability or unemployment benefits, veteran's benefits, or child support payments. If you believe your property or income may be protected, you may wish to seek legal advice, including at a legal services provider or legal aid office, before paying this debt.

For Massachusetts Residents:
NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

For Puerto Rico Residents: You can request a copy of this document in Spanish.
Para Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.

Credit Reporting of Your Settled Account. If we're reporting your account to the credit bureaus and you settle your account for less than the full balance, we'll update the account reporting to paid in full for less than the full balance.

For New York City residents whose accounts have charged off: For our records, New York City law requires us to request your language preference. Please contact us at 1-800-258-9319 to advise us about your language preference. If you have already provided your language preference to us and would like to change it, please contact us at 1-800-258-9319 to do so. Please note that, as permitted by New York City law, we may not service your account in your preferred language.

Bankruptcy. If you are entitled to bankruptcy protections, this communication is only for informational purposes. It is not an attempt to collect, assess or recover a debt or claim. Do not send any payments directly to us without speaking with your attorney.

Interest and Charges May Continue to Accrue. All stated amounts are owed on the date of this communication. If your account has not charged off, and if applicable, your account may be charged interest, late charges and other charges that might change from day to day as provided in your agreement. As a result, the amount due on the day you pay us may be larger than the amount stated in this communication. For example, if you pay the amount stated in this communication, your account might still have a balance after we receive your payment. If your account has already charged off, you will not incur any additional interest or fees.

Time Period for Payment or Other Action. Unless we provide a specific date, any time period for your payment or other action begins on the date of this communication.

IRS Reporting of Debt Forgiveness. If we cancel or forgive $600 or more of principal on a debt you owe we will provide you a 1099-C tax form, if required by law. Please consult your tax advisor and the instructions accompanying any tax forms for more information.

Who We Are. Capital One N.A.

To contact Capital One by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

Please be aware that we provide reasonable accommodations and alternative formats of this communication, which can be provided upon request. To make such a request or to learn more about our accommodations, please call us at the below number.

| Contact Information | |
| --- | --- |
| Credit Cards - Collections | Credit Cards - Charged Off |
| 1-800-955-6600<br>Mon-Fri: 8 a.m. - 11 p.m. ET<br>Sat-Sun: 8 a.m. - 5 p.m. ET | 1-800-258-9319<br>Mon-Fri: 8 a.m. - 9 p.m. ET |

Products and services are provided by Capital One family of companies, including Capital One, N.A., Members FDIC.

© 2018 Capital One. Capital One is a federally registered service mark. All rights reserved. To contact us by mail, please use the following address. Capital One  P.O. Box 30285, Salt Lake City, UT, 84130-0285.

 Gmail                                                    Gleiry Romero <gradames17@gmail.com>

---

## Settlement Opportunity

1 message

---

**Worden & Associates** <donotreply@wordenaa.com>                    Sat, Sep 2, 2023 at 6:06 PM
To: gradames17@gmail.com

Dear Gleiry,

Congratulations! We are excited to announce that we have successfully negotiated a settlement offer on your Capital One account. Please call us at 1-800-600-7126 to discuss the options we have available to get this account resolved.

Keep in mind you have the option to accelerate our services at any time by contacting us to increase or add additional savings drafts.

Thank you very much for allowing us to serve you.

View Offer



Worden & Associates 1-800-600-7126 Toll Free
1-866-282-9861 Toll Free Fax
www.wordenaa.com

---

DISCLAIMER: This communication is being provided for informational purposes only and the contents of this communication are not legally binding and do not change the terms of service described in any Agreement or its disclosures. We are a law firm. We are not a credit repair service and do not provide credit repair services. This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. Although every attempt is made to ensure the information included in this communication is accurate and timely, the information is presented "as is" and without warranties, either expressed or implied. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

This email was sent to: gradames17@gmail.com

This email was sent by: Worden & Associates
15455 Dallas Parkway Suite 600, Addison TX 75001

  **WORDEN & ASSOCIATES**   📞 1-800-600-7126   📠 1-866-282-9861   👤 gradames17@gmail.com ⌄

🏠 Home

# Documents

🗔 Accounts

📅 Deposit Schedule

◖ Monthly Budget

☁ Send Documents

📁 Documents

❓ Frequently Asked Questions

📇 Contact Us

|  | Enrollment Documents | Client Welcome Kit | **Uploaded Documents** | Tax Documents |
|---|---|---|---|---|

| Document Type | File Name | Received Date | Download |
|---|---|---|---|
| Special Document | 🖹 client_4643162_special_doc_11-06-2024_070220_page1.pdf | June 11, 2024 | ⬇ |
| Special Document | 🖹 client_4643162_special_doc_11-06-2024_070220_page2.pdf | June 11, 2024 | ⬇ |
| Special Document | 🖹 client_4643162_special_doc_11-06-2024_070220_page3.pdf | June 11, 2024 | ⬇ |
| Collection Letter | 🖹 4643162_CL_09-08-2023_121839.pdf | August 9, 2023 | ⬇ |

**WORDEN & ASSOCIATES**

📞 1-800-600-⬛26    📠 1-866-282-9861    👤 gradames17@gmail.com ⌄

| | | | |
|---|---|---|---|
| Collection Letter | 4643162_CL_18-07-2023_211941.pdf | July 19, 2023 | ⬇ |
| Settlement Offer | 4643162_SO_18-07-2023_212120.pdf | July 19, 2023 | ⬇ |

**Navigation:**

🏠 Home

▭ Accounts

📅 Deposit Schedule

◔ Monthly Budget

☁ Send Documents

📁 Documents

❓ Frequently Asked Questions

✉ Contact Us

**WORDEN & ASSOCIATES**

Privacy Policy (https://debtapp.com/privacy-policy.html)

© 2025 All Rights Reserved

**WA** WORDEN & ASSOCIATES

📞 1-800-600-7126    📠 1-866-282-9861    👤 gradames17@gmail.com ⌄

Total Goal: ℹ️

$6,240.00 (est.)

🏠 Home

💳 Accounts

📅 Deposit Schedule

◐ Monthly Budget

☁ Send Documents

📁 Documents

❓ Frequently Asked Questions

📧 Contact Us

## Global Holdings Savings Balance: ℹ️

# $2,120.59

(As of 8/18/2025)

## Savings Commitment Schedule:

Next Draft Amount:                                    View Commitment Details

Next Draft Date:

| Last Draft Date: | 1/18/2025 |
|---|---|
| Last Draft Amount: | $270.75 |

ADD ADDITIONAL SAVINGS COMMITMENT

## FAQs:                                                    View All FAQs

What happens if I am unable to save funds for the program?                    +

How long does it take to complete the program?                    +

How do I verify you have received documents I sent?                    +



WORDEN & ASSOCIATES

📞 1-800-600-7126       1-866-282-9861       👤 gradames17@gmail.com ⌄

🏠 Home

Accounts

📋 Deposit Schedule

⚙️ Monthly Budget

☁️ Send Documents

📄 Documents

❓ Frequently Asked Questions

✉️ Contact Us

# Welcome back, Gleiiry!

## Program Summary:

| | |
|---|---|
| Current Enrolled Debt: | $7,988.49 |
| Enrolled Date: | 1/18/2023 |
| Program Duration: | 42 months (est.) |

| | |
|---|---|
| Accounts Settled: | 1 |
| Accounts Remaining: | 0 |

Your Accounts :                                                          View All Accounts

### PAID IN FULL

### Capital One
Account ending in 6534

| Balance | Settled Amount |
|---|---|
| $7,988.49 | $4,233.90 |

View Accepted Offer

## Program Progress:

Total Accumulated: 🔵

$6,240.00



1-800-600-7126   1-866-282-9861   gradames17@gmail.com

- 🏠 Home
- 🗐 Accounts
- 📅 Deposit Schedule
- 📊 Monthly Budget
- ☁ Send Documents
- 📁 Documents
- ❓ Frequently Asked Questions
- 📇 Contact Us

## You're part of a success story!

This month, we settled $14.5 million in debts for $6.8 million. We have a lot of happy clients. You'll be one before you know it!

Privacy Policy (https://debtapp.com/privacy-policy.html)

© 2025 All Rights Reserved

Case 1:26-cv-00991-RMB-EAP Document 1-2 Filed 02/02/26 Page 237 of 384 PageID: 257

**WORDEN & ASSOCIATES**  📞 1-800-600-7126  📠 1-866-282-9861  👤 gradames17@gmail.com ⌄

Total Accumulated: ℹ

$6,240.00

🏠 Home

Total Goal: ℹ

🖃 Accounts

$6,240.00 (est.)

🗓 Deposit Schedule

### Global Holdings Savings Balance: ℹ

◐ Monthly Budget

# $2,099.09
(As of 10/25/2025)

☁ Send Documents

### Savings Commitment Schedule:

Next Draft Amount:                                   View Commitment Details

🗀 Documents

Next Draft Date:

| | |
|---|---|
| Last Draft Date: | 1/18/2025 |
| Last Draft Amount: | $270.75 |

❓ Frequently Asked Questions

ADD ADDITIONAL SAVINGS COMMITMENT

🖼 Contact Us

FAQs:                                                         View All FAQs

What happens if I am unable to save funds for the                    +
program?

**WA** WORDEN & ASSOCIATES  📞 1-800-600-7126  🖨 1-866-282-9861  👤 gradames17@gmail.com  ⌄

How long does it take to complete the program?

- 🏠 Home
- 💳 Accounts
- 📅 Deposit Schedule
- 🍩 Monthly Budget
- ☁ Send Documents
- 📁 Documents
- ❓ Frequently Asked Questions
- 📇 Contact Us

How do I verify you have received documents I sent?  +

**WA** WORDEN & ASSOCIATES

Privacy Policy (https://debtapp.com/privacy-policy.html)

© 2025 All Rights Reserved

**W/A** WORDEN & ASSOCIATES    📞 1-800-600-7126    📠 1-866-282-9861    👤 gradames17@gmail.com ⌄

### 🏠 Home

### ▤ Accounts

### 📅 Deposit Schedule

### ◐ Monthly Budget

### ☁ Send Documents

### 📁 Documents

### ❓ Frequently Asked Questions

### 🖼 Contact Us

▶ **Click Here** for a quick video tutorial of the Client Portal and DebtApp!                     ✕

# Welcome back, Gleiry!

## Program Summary:

|  |  |
|---|---|
| Current Enrolled Debt: | $7,988.49 |
| Enrolled Date: | 1/18/2023 |
| Program Duration: | 42 months (est.) |

|  |  |
|---|---|
| Accounts Settled: | 0 |
| Accounts Remaining: | 0 |

**Your Accounts :**                                        <u>View All Accounts</u>

**Capital One**                                          🔔Activity
Ending in 6534

Step 7: Account Paid Off                                           ?

✅  Your hard work paid off. Literally!

Total Estimated Savings
<u>$15,375.20</u> ▶
Includes balance owed & estimated future interest

## Program Progress:



📞 1-800-600-7126    📠 1-866-282-9861    👤 gradames17@gmail.com  ⌄

# Account

🏠 Home

🖻 Accounts

📅 Deposit
Schedule

◐ Monthly
Budget

☁ Send
Documents

📁 Documents

❓ Frequently
Asked
Questions

🖵 Contact Us

**Capital One**
Ending in 6534
Status: Account Paid Off

| Accepted Offer | Estimated Savings |
|---|---|
| $4,233.90 | $15,375.20 ▶ |

| Activity | Account Info | Settlement |
|---|---|---|

## Active Settlement Details

| Payoff Date: | 2/4/2025 |
|---|---|
| Payments: | 17 of 17 Complete |

**Your Debt:**

| Current Balance | $7,988.49 |
|---|---|
| Future Interest Estimate* | $13,526.11 |
| Total Debt & Interest | $21,514.60 |

**Your Offer:**

| Settlement Offer | $4,233.90 |
|---|---|
| Success Fee  ? | $1,905.50 |
| Total Commitment | $6,139.40 |

Total Estimated Savings
**$15,375.20**
(Total Debt & Interest - Total Commitment)

**Your Payoff Plan:**

| Payment Date | Amount | Paid |
|---|---|---|
| 10/27/2023 | $128.00 | ✓ |
| 11/27/2023 | $128.00 | ✓ |

**WORDEN & ASSOCIATES**

1-800-600-7126          1-800-282-9861          gradames17@gmail.com

| Payment Date | Amount | Paid |
|---|---|---|
| 12/27/2023 | $128.00 | ✓ |
| 1/29/2024 | $128.00 | ✓ |

◀ BACK TO ALL ACCOUNTS

**WORDEN & ASSOCIATES**

Privacy Policy (https://debtapp.com/privacy-policy.html)

© 2025 All Rights Reserved

- Home
- Accounts
- Deposit Schedule
- Monthly Budget
- Send Documents
- Documents
- Frequently Asked Questions
- Contact Us

 **WORDEN & ASSOCIATES**

📞 1-800-600-7126    📠 1-866-282-9861    👤 gradames17@gmail.com ⌄

🏠 Home

# Account

🗄 Accounts

**Capital One**
Ending in 6534
Status: Account Paid Off

📅 Deposit Schedule

| Accepted Offer | Estimated Savings |
|---|---|
| $4,233.90 | $15,375.20 ▶ |

◐ Monthly Budget

| Activity | Account Info | Settlement |
|---|---|---|

☁ Send Documents

**Latest Update: 02/04/2025**

📁 Documents

❓ Frequently Asked Questions

Step 7: Account Paid Off

 **Your account activity:**
Congratulations! This account is paid off!

🖼 Contact Us

 **What you should do now:**
Take a victory lap! It may have felt like a long road, but do you realize how much you saved?

 **What you can expect next:**
Keep it up, you're making incredible progress! Here's what you should do:
1. Keep an eye on your accounts to ensure you don't miss a settlement offer.
2. Continue making consistent drafts to your dedicated Payoff Savings...
Read More

**Helpful Links:**

- Want to learn about our process?
  Settlement Process Overview

- Have additional questions?
  Read our FAQs (https://my.wordenaa.com#faq)

- Need support with you account?
  Contact Us

Case 1:26-cv-00991-RMB-EAP     Document 1-2     Filed 02/02/26     Page 243 of 384
PageID: 263

**WORDEN & ASSOCIATES**

📞 1-800-600-7126    📠 1-866-282-9861    👤 gradames17@gmail.com ⌄

◄ BACK TO ALL ACCOUNTS

- 🏠 Home
- 💳 Accounts
- 📅 Deposit Schedule
- ◗ Monthly Budget
- ☁ Send Documents
- 📁 Documents
- ❓ Frequently Asked Questions
- 📇 Contact Us

**WORDEN & ASSOCIATES**

Privacy Policy (https://debtapp.com/privacy-policy.html)

© 2025 All Rights Reserved

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

**EXHIBIT E — COVER PAGE**
**WORDEN EMAILS REQUESTING LAWSUIT DISMISSAL & RELATED POST-COMPLAINT COMMUNICATIONS**

---

This exhibit contains a sequence of post-complaint communications from Worden & Associates following the unauthorized payment to Resurgent Capital Services and after the filing of the Verified Complaint. These communications include:

- Worden's email requesting Plaintiff dismiss the lawsuit

- Voicemail messages left by an unidentified male caller attempting to pressure Plaintiff outside proper court procedure

- A "Certificate of Achievement" claiming Plaintiff was "Debt Free," despite the unresolved Capital One balance, the sale to Resurgent, and ongoing disputes

These neglected Plaintiff revoked phone communication, Worden had not filed any Answer, Motion, or responsive pleading with the Court.

Subsections:

- **Exhibit E-1 – Worden Email Requesting Lawsuit Dismissal**
- **Exhibit E-2 – Post-Complaint Voicemail Communications (Improper Contact After Filing)**
- **Exhibit E-3 – Certificate of Achievement (Post-Complaint Misrepresentation)**

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

Docket No. ATL-L-002998-25

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – CIVIL PART
ATLANTIC COUNTY

Gleiry E. Romero-Adames,
Plaintiff,

v.

Worden & Associates, LLC and
Capital One Bank (USA), N.A.,
Defendants.

Docket No.: ATL-L-002998-25

---

## Exhibit E-1

### Worden Emails Requesting Lawsuit Dismissal

---

This subsection contains the emails sent by Worden & Associates after the unauthorized payment to Resurgent Capital Services. In this communication, Worden:

- Acknowledge receipt of the filed Complaint
- Claims improper service
- Requests that Plaintiff dismiss the lawsuit
- Attaches a settlement agreement with Resurgent that Plaintiff never authorized

These emails were sent after litigation commenced and without any formal filing by Worden or its counsel with the Court.

---

Submitted by:
Gleiry E. Romero-Adames, Plaintiff

---

 **Gmail**

Gleiry Romero <gradames17@gmail.com>

---

## Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>                Wed, Nov 26, 2025 at 3:38 PM
To: "gradames17@gmail.com" <gradames17@gmail.com>

Hello Ms. Adames,

We received in the regular mail a copy of the suit you may have filed in New Jersey Superior Court. That suit is attached.

**Most importantly, please be advised the full remaining balance owed to Capital One/Resurgent has been paid in full now and is extinguished.** We received the attached offer letter on the 24th to have the account paid off. **We submitted that full payment yesterday, so the account is fully settled and paid in full.** Any legal proceedings by Capital One against you will/must now be dismissed.

The lawsuit attached above was only purported to be served on us by mail which is not sufficient service under New Jersey law. But, at this point, that should not matter because your underlying debt to Capital One has been 100% satisfied and settled. You owe them nothing. We paid the extra cost of the settlement out of our own pocket as a special accommodation to you.

Considering that, we are assuming you are agreeable to not move forward with your suit against us. If so and if you already filed the suit with the Court, you would need to dismiss it with prejudice now that the debt at issue has been fully extinguished.

Again, you now owe nothing to Capital One. That account has been paid off and fully resolved.

Please let us know if you have any questions about this matter.

In the meantime, we wish you a very Happy Thanksgiving.

Thank you very much.

---

2 attachments

📄 **4643162 - Gleiry Romero - WAA Lawsuit.pdf**
545K

📄 **Resurgent Offer Gleiry ROMERO CAPITAL ONE 6534 RCS SIF.pdf**
67K

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>                     Thu, Dec 4, 2025 at 12:49 PM
To: "gradames17@gmail.com" <gradames17@gmail.com>

Ms. Adames,

I hope you had a nice Thanksgiving Holiday.

We have not received a response to the email below which we sent to you on November 26th.

Please confirm receipt and your understanding of the facts at issue as described below.
If helpful, we can have a call with you to discuss as well.

Thank you very much.

---

From: Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>
Sent: Wednesday, 26 November 2025 21.38
To: gradames17@gmail.com <gradames17@gmail.com>
Subject: Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

(Quoted text hidden)

---

2 attachments

📄 4643162 - Gleiry Romero - WAA Lawsuit.pdf
545K

📄 Resurgent Offer Gleiry ROMERO CAPITAL ONE 6534 RCS SIF.pdf
67K

 Gmail                                                    Gleiry Romero <gradames17@gmail.com>

## Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>                          Thu, Dec 11, 2025 at 3:21 PM
To: "gradames17@gmail.com" <gradames17@gmail.com>

Ms. Adames,

We have not received a response from you to our various voicemails and emails.

To reiterate and confirm: the lawsuit you may have filed has never been served on us under New Jersey law. We have no confirmation the suit was filed in any court, and it was not served on us.

Nonetheless, at this point, your underlying debt to Capital One has been 100% satisfied and settled. You owe them nothing. We paid the extra cost of the settlement out of our own pocket as a special accommodation to you.

**We are assuming by your lack of response you are now satisfied and the matter is fully resolved.**

**If that is not the case or if you are represented by an attorney, please contact us immediately.**

Thank you very much.

---

From: Kirsten Vuksic <Kirsten.Vuksic@wordenaa.com>
Sent: Thursday, 4 December 2025 18.49
To: gradames17@gmail.com <gradames17@gmail.com>
Subject: Fw: Lawsuit Against WAA: 4643162 - Gleiry Romero - Worden

[Quoted text hidden]

---

2 attachments

📄 **4643162 - Gleiry Romero - WAA Lawsuit.pdf**
545K

📄 **Resurgent Offer Gleiry ROMERO CAPITAL ONE 6534 RCS SIF.pdf**
67K

P.O. BOX 1410
TROY, MI 48099-1410



**Current Balance: $5,940.49**
**Current Owner: LVNV Funding LLC**
**Original Creditor: Capital One, N.A.**
**Account ID: 828796890**
**Original Account Number ending in: 6534**

S-SFIRUX10 L-SIFDSA R-14 DS-685
PMR86J00100165 - I00330
GLEIRY ROMERO
359 WASHINGTON AVE
EGG HARBOR CITY NJ 08215-1437

11/24/2025

This letter confirms that on 11/24/2025 you agreed to resolve your above-referenced account by making payment in the amount of $2,970.25. The $2,970.25 total amount will be paid in the following installment(s):

$2970.25  11/26/2025

Your payment(s) must be received no later than the dates provided above. If you fail to comply with the agreed-upon terms outlined above, the arrangement may be reevaluated, modified, or cancelled.

When payment resolving this account is posted, a request will be submitted to the credit reporting agencies within 30 days to delete the tradeline associated with the account. If this account has not yet been reported to the credit reporting agencies at the time your payment is posted, it will not be reported.

If you have any questions about your payment agreement feel free to call us at our toll-free number provided below.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

 Monday-Friday:
8:00AM-5:00PM

 Correspondence address:
P.O. Box 10497
Greenville, SC 29603-0497

 Phone: 888-242-3711
Fax: 866-467-0912

 Pay online: Resurgent.com
e-Mail: contactcs@resurgent.com

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P I000001  A-828796890 0101J0400

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit E-2

### Post Complaint Voicemail Communications

*(Improper Contact After Filing)*

---

This subsection contains voicemail messages left by an unidentified male caller from Worden & Associates on December 8 and December 10, 2025. These calls were made:

- After filing of the Verified Complaint
- After Worden claimed improper service
- After Plaintiff revoked phone communication
- Without the caller identifying himself
- Without any Answer or Motion filed by Worden

The caller asserted that the Capital One account was "100% Paid" claimed "all underlying facts have been taken care of" and threatened to "contact the court" due to Plaintiff's lack of response. These communications were made outside proper legal channels and appear intended to pressure Plaintiff to dismiss the lawsuit.

Screenshots of voicemail transcripts and call logs are included.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

9:03

< **(469) 443-9191**   📞  💬  ⋮

Dec 08 at 3:31 PM                                ★
Unsaved, 0 mins 55 secs

 Hello glory I'm cAlling you from wArden
and AssociAtes we received the Capital
One relAted complAint you filed we've
emAiled you A couple times but we
hAven't heArd bAck from you thAt
Account wAs A 100% pAid for and fully
resolved At this point if you could let us
know if you received the emAil either
respond to the emAil or cAll us bAck At
469439191 so we cAn try to Address
Any remAining issues and Answer Any
questions you mAy hAve but AgAin the
Capital One Account hAs AlreAdy been
fully pAid for settled and completely
resolved we've emAiled you like I sAid if
you wAnt to respond to the emAil pleAse
look for thAt or cAll us bAck AgAin
4694439191 we will need to heAr from
you either wAy though if you could At your
convenience thAnk you

**Add notes**

🔊    ●───────────────  🗑

00:00                        00:55

|||                  <



Docket No. ATL-L-002998-25

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – CIVIL PART
ATLANTIC COUNTY

Gleiry E. Romero-Adames,
Plaintiff,

v.

Worden & Associates, LLC and
Capital One Bank (USA), N.A.,
Defendants.

Docket No.: ATL-L-002998-25

---

## Exhibit E-3

### Certificate of Achievement

*(Post-Complaint Misrepresentation)*

---

This subsection contains the "Certificate of Achievement" mailed to Plaintiff by Worden & Associates, dated November 30, 2025, and received on December 18, 2025. The certificate states that Plaintiff successfully completed the program and is "Debt Free."

This document contradicts:

- The unresolved Capital One balance
- The sale of the account to Resurgent
- The ongoing disputes
- The unauthorized payment made without Plaintiff's consent
- The active litigation already underway

The certificate was issued after the Complaint was filed and during a period in which Worden had not provided any documentation, accounting, or proper corrective action

---

Submitted by:
Gleiry E. Romero-Adames, Plaintiff

**WORDEN & ASSOCIATES**
15305 DALLAS PARKWAY 12TH FLOOR
ADDISON, TX  75001

Toll Free: 1-800-600-7126
Hours: Monday to Friday
8:00 AM – 7:00 PM CST


RECEIVED
12/18/2025

GLEIRY ROMERO
359 WASHINGTON AVE
EGG HARBOR CITY, NJ  08215-1437

Dear Gleiry,

Congratulations! You have worked diligently to eliminate your debt and have now completed our service program. You should be very proud of your achievement and we commend your hard work and commitment.

We appreciate the opportunity to assist you in achieving your financial freedom and wish you much success in all your future endeavors!

Kindest regards,

*Victoria Worden*

Victoria Worden
Worden & Associates

# CERTIFICATE
## OF ACHIEVEMENT

Debt
FREE

THIS CERTIFICATE IS PRESENTED TO

# Gleiry Romero

This certificate of achievement is awarded based on your determination and commitment to becoming debt free.

| 11/30/2025 | *Victoria Worden* | WORDEN & ASSOCIATES |
|---|---|---|
| DATE | SIGNATURE | |



Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC and**
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### ORDER FOR ENTRY OF DEFAULT JUDGMENT

---

This matter having been opened to the Court by Plaintiff, **Gleiry E. Romero-Adames**, on an Application for Entry of Default Judgment pursuant to **R. 4:43-2**, and the Court having reviewed the Certification of Plaintiff, the supporting exhibits, and the record in this matter, and good cause appearing;

**IT IS on this ___ day of _____, 2026, ORDERED as follows:**

**1. Default Judgment Entered**

Default Judgment is hereby entered in favor of Plaintiff and against Defendants **Worden & Associates, LLC** and **Capital One Bank (USA), N.A.**

**2. Findings of Fact**

Based on the sworn Certification and supporting exhibits, the Court finds that:

a. Plaintiff made all required payments under the settlement program from February 2023 through January 2025.

b. Defendants failed to properly apply settlement payments and failed to provide documentation upon request.

c. Unauthorized reversals, unauthorized transactions, and unauthorized account closure occurred.

d. Plaintiff suffered financial loss, credit harm, and loss of the negotiated settlement benefit.

Docket No. ATL-L-002998-25

e. Capital One received multiple financial benefits from the same account, including charge-off treatment, settlement payments, and proceeds from the sale of the debt.

f. Plaintiff's credit score decreased following the suppression of the Capital One tradeline.

g. Defendants disregarded Plaintiff's written communication restrictions and revocation of authorization.

## 3. Basis for Enhanced Relief

The Court further finds that **enhanced treble damages and injunctive relief are appropriate** where the defendant's conduct demonstrates willful disregard of contractual obligations, unauthorized handling of consumer funds, and repeated violations of written communication restrictions, as supported by the factual record presented.

## 4. Supporting Legal Basis

New Jersey courts have broad discretion under default-judgment standards to award treble damages and equitable relief when the factual record establishes intentional misconduct, consumer harm, and the loss of a bargained-for benefit.

The sworn Certification and exhibits demonstrate a pattern of unauthorized transactions, misapplication of funds, suppression of account information, and disregard of Plaintiff's revocation of authorization, all of which support the imposition of enhanced damages and the issuance of injunctive relief to prevent further harm.

## 5. Damages Awarded

Judgment is entered in the amount of:

- $_____ in compensatory damages;
- $_____ in statutory or enhanced damages if permitted;
- $_____ in costs;
- **Post-judgment interest** as allowed by law.

## 6. Injunctive Relief

Defendants **Worden & Associates, LLC, Capital One Bank (USA), N.A.,** and any of their employees, agents, representatives, attorneys, or affiliated entities (etc.) are **hereby strictly prohibited from contacting Plaintiff directly**, except for communications strictly necessary to comply with this Judgment.

Docket No. ATL-L-002998-25

## 7. Additional Relief

The Honorable Court may grant such further relief as deemed is just and equitable.

_____

J.S.C.

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT F — COVER PAGE
## CAPITAL ONE CREDIT REPORTING

*(Before & After Snapshots)*

---

This exhibit includes Plaintiff's credit reporting data from all three major credit bureaus, showing the status of the Capital One tradeline **before** the debt was sold and **after** the tradeline was suppressed and removed from Plaintiff's reports. The records show the account as active and derogatory in October 2025, followed by its disappearance from all three bureaus after the sale to Resurgent Capital Services. The exhibits also include score-trend data reflecting the instability and negative impact caused by the suppression and inconsistent reporting.

Subsections:

| October 2025 Snapshots Before Suppression and Sale of tradeline: | January 2026 Snapshots After Suppression/Removal and Post Sale of tradeline: |
|---|---|
| Exhibit F-1 – Experian | Exhibit F-4 – Experian |
| Exhibit F-2 – Equifax | Exhibit F-5 – Equifax |
| Exhibit F-3 - TransUnion | Exhibit F-6 – TransUnion |
| | Exhibit F-7 – Credit Karma Score Trends (Oct-Dec 2025) |

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit F-1

### Experian – October 2025

### Pre-Suppression Snapshot

*(Capital One Tradeline Active)*

---

This exhibit contains Plaintiff's Experian credit report dated **October 18, 2025**, showing the Capital One tradeline fully active with a reported balance of **$5,940**, charge-off status, complete payment history, and no involvement by Resurgent Capital Services.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

Prepared For

## GLEIRY ROMERO-ADAMES

Personal & Confidential

Date Generated   Oct 18, 2025

Report Number   0067-3760-72

| At a Glance | 32 Accounts | 0 Public Records | 3 Hard Inquiries |
|---|---|---|---|

## Personal Information

| 20 Names | 14 Addresses | 4 Employers | 5 Other Records |
|---|---|---|---|

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| | | | |
|---|---|---|---|
| GLEIRY E ROMERO ADAMES<br>Name ID #31906 | GLEIRY ROMERO ADAMES<br>Name ID #20907 | GLEIRY E ROMERO<br>Name ID #14829 | GLEIRY ROMERO<br>Name ID #22414 |
| GLEIRY ROMEROADAMES<br>Name ID #13119 | GLEIRY R ADAMES<br>Name ID #21467 | ADAMES GLEIRY ROMERO<br>Name ID #5681 | GLEIRY ROMERO ADAMES<br>Name ID #2457 |
| GLEYRI E ROMERO ADAMS<br>Name ID #31528 | GLEIRY ROMERO ADAME<br>Name ID #19566 | GLEYRI E ROMERO ADAMES<br>Name ID #10401 | GLEYRI E ROMERO ADAME<br>Name ID #5897 |
| GLEYRI ROMERO ADAME<br>Name ID #7589 | GLEYRI E ROMERO<br>Name ID #3825 | GLEYRI ROMERO<br>Name ID #16121 | GLEYRI ROMERO ADAMES<br>Name ID #9918 |
| GLEYRI ROMERO ADAMS<br>Name ID #31000 | ALEXRI E ROMERO ADAMS<br>Name ID #15713 | GLEYRI R ROMEROADAMES<br>Name ID #32166 | ADAMS GLEIRY ROMERO<br>Name ID #22278 |

| Year | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ND | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | CLS |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND |
| 2020 | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met      CLS  Closed

ND   No data for this period

This account is scheduled to continue on record until Dec 2032.

## Contact Info

| | |
|---|---|
| Address | PO BOX 24610, OKLAHOMA CITY OK 73124 |

## Comment

**Current:**

Transferred to another lender

**Previous:**

Affected by natural or declared disaster.

Oct 2022 to Nov 2022

---

## CAPITAL ONE

POTENTIALLY NEGATIVE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | $5,940 |
| Account Number | 517805XXXXXXXXXX | Balance Updated | 09/16/2025 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 05/03/2016 | Credit Limit | $6,000 |
| Status | Account charged off. $7,988 written off. $5,940 past due as of Sep 2025. | Highest Balance | $7,988 |
| | | Terms | - |
| Status Updated | Mar 2023 | On Record Until | May 2029 |

### Payment History

| Year | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 150 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | 60 | 90 | 120 | 150 | 150 | 150 | ND | ✓ | 30 | 60 | 90 | 120 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2018 | – | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | ND | No data for this period |

**Payment history guide**

Charge Off as of Sep 2025 to Mar 2023

150 days past due as of Jan 2023,Jun 2022 to Apr 2022

120 days past due as of Dec 2022,Mar 2022

90 days past due as of Nov 2022,Feb 2022

60 days past due as of Oct 2022,Jan 2022

30 days past due as of Sep 2022,Dec 2021

This account is scheduled to continue on record until May 2029.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Aug 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Jul 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Jun 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| May 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Apr 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Mar 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Feb 2025 | $3,754 | $0 | $0 on 2/4/2025 |
| Jan 2025 | $6,068 | $0 | $0 on 12/27/2024 |
| Dec 2024 | $6,196 | $0 | $0 on 11/27/2024 |
| Nov 2024 | $6,324 | $0 | $0 on 10/28/2024 |
| Oct 2024 | $6,452 | $0 | $0 on 9/27/2024 |
| Sep 2024 | $6,580 | $0 | $0 on 8/27/2024 |
| Aug 2024 | $6,708 | $0 | $0 on 7/29/2024 |
| Jul 2024 | $6,836 | $0 | $0 on 6/27/2024 |
| Jun 2024 | $6,964 | $0 | $0 on 5/27/2024 |
| May 2024 | $7,092 | $0 | $0 on 4/29/2024 |
| Apr 2024 | $7,220 | $0 | $0 on 3/27/2024 |
| Mar 2024 | $7,348 | $0 | $0 on 2/27/2024 |
| Feb 2024 | $7,476 | $0 | $0 on 1/29/2024 |
| Jan 2024 | $7,604 | $0 | $0 on 12/27/2023 |
| Dec 2023 | $7,732 | $0 | $0 on 11/27/2023 |
| Nov 2023 | $7,860 | $0 | $0 on 10/27/2023 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Oct 2023 | $7,988 | $0 | $0 on 7/27/2022 |

### Additional info

Between Oct 2023 and Aug 2025, your credit limit/high balance was $6,000



### Contact Info

| | |
|---|---|
| Address | PO BOX 31293,<br>SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

### Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Mar 2023 to Aug 2025

---

## DEPT OF EDUCATION/NELNET

### Account Info

| | | | |
|---|---|---|---|
| Account Name | DEPT OF EDUCATION/NELNET | Balance | $3,974 |
| Account Number | 900000XXXXXXXXXX | Balance Updated | 09/30/2025 |
| Account Type | Education | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 08/27/2010 | Original Balance | $3,500 |
| Status | Open/Never late. Deferred, payments begin Jan 2031. | Highest Balance | - |
| | | Terms | 240 Months |
| Status Updated | Sep 2025 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ✓ | — | — | — |
| 2024 | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     ND No data for this period

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Aug 2025 | $3,974 | $0 | $0 on 8/6/2025 |
| Jul 2025 | $3,974 | $0 | $0 on 7/6/2025 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2025 | $0 | $0 | $0 |
| Mar 2025 | $0 | $0 | $0 |
| Feb 2025 | $0 | $0 | $0 |

### Additional info

Between Feb 2025 and Sep 2025, your credit limit/high balance was $5,089

### Contact Info

| | |
|---|---|
| Address | 380 W DATA DR STE 200, DRAPER UT 84020 |
| Phone Number | (479) 750-6700 |

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**SPECIAL FINANCING COMPAN**
Inquired on 01/22/2025

2504 BUILD AMERICA DR
HAMPTON VA, 23666

Unspecified. This inquiry is scheduled to continue on record until Feb 2027.

**GOODLEAP LLC**
Inquired on 01/19/2025

8781 SIERRA COLLEGE BLVD
ROSEVILLE CA, 95661

Credit Granting. This inquiry is scheduled to continue on record until Feb 2027.

**SYNCB/LOWES**
Inquired on 08/24/2024

PO BOX 71746 PHILADELPHIA PA, 19176

Unspecified. This inquiry is scheduled to continue on record until Sep 2026.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**ADR/EMM LOANS**
Inquired on 06/27/2025

3 EXECUTIVE CAMPUS
STE 520,
CHERRY HILL NJ
08002

**AT&T SERVICES**
Inquired on 12/18/2024

200 W ATT CENTER DR,
HOFFMAN ESTATES IL
60192

**AT&T SERVICES INC**
Inquired on 04/04/2025

208 S AKARD ST,
DALLAS TX 75202

**CAPITAL ONE**
Inquired on 02/10/2025

15000 CAPITAL ONE
DR,
RICHMOND VA 23238

**CAPITALONE**
Inquired on 03/12/2025

15000 CAPITAL ONE
DR,
RICHMOND VA 23238

**COMENITY CAPITAL BANK**
Inquired on 01/22/2025

PO BOX 182789,
COLUMBUS OH 43218

**COMENITY SERVICING LLC**
Inquired on 09/14/2025

PO BOX 182789,
COLUMBUS OH 43218

**COMENITY SERVICING LLC**
Inquired on 01/22/2025

PO BOX 182120,
COLUMBUS OH 43218

**COMENITYCAPITAL/ULTAMC**
Inquired on 04/11/2025

PO BOX 182120,
COLUMBUS OH 43218

**CONSUMERINFO.COM**
Inquired on 10/18/2025

475 ANTON BLVD,
COSTA MESA CA
92626

**CREDIT KARMA**
Inquired on
10/17/2025, 10/15/2025, 10/14/2025, 10/09/2025, 10/08/2025, 10/04/2025, 10/03/2025, 10/02/2025, 10/01/2025, 09/27/2025, 09/26/2025, 09/20/2025, 09/17/2025, 09/16/2025, 09/11/2025, 09/09/2025, 09/08/2025, 09/05/2025, 09/04/2025, 09/03/2025, 09/02/2025, 09/01/2025, 08/24/2025, 08/19/2025, 08/18/2025, 08/17/2025, 08/16/2025, 08/15/2025, 08/13/2025, 08/12/2025, 08/10/2025, 08/09/2025, 08/08/2025, 08/07/2025,

**CREDIT KARMA**
Inquired on
10/15/2025, 10/11/2025, 10/08/2025, 10/04/2025, 10/01/2025, 09/28/2025, 09/25/2025, 09/20/2025, 09/17/2025, 09/13/2025, 09/10/2025, 09/06/2025, 09/03/2025, 09/01/2025, 08/27/2025, 08/16/2025, 08/14/2025, 08/09/2025, 08/06/2025, 08/02/2025, 07/30/2025, 07/27/2025, 07/23/2025, 07/19/2025, 07/16/2025, 07/12/2025, 07/09/2025, 07/05/2025, 07/02/2025, 06/29/2025, 06/25/2025, 06/21/2025, 06/18/2025, 06/14/2025,

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit F-2

### Equifax – October 2025

### Pre-Suppression Snapshot

*(Capital One Tradeline Active)*

---

This exhibit contains Plaintiff's Equifax credit report dated **October 18, 2025**, showing the Capital One tradeline fully active, reporting a charge-off balance of **$5,940**, with no statement notation, no transfer notation, and no Resurgent tradeline.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

Prepared for:

# GLEYRI E
# ROMERO-ADAMES



Date: October 18, 2025
Confirmation # 5291583085



## CAPITAL ONE BANK USA NA - Closed

PO BOX 31293, Salt Lake City, UT  84131-1293 | (800) 955-7070
Account Number: *6534 | Owner: Individual Account
Loan/Account Type: Credit Card | Status: Charge Off

Date Reported: 09/16/2025 | Balance: $5,940
Credit Limit: $6,000 | High Credit: $7,988

Date Opened: 05/03/2016
Date of Last Activity: ▪
Scheduled Payment Amount: ▪
Actual Payment Amount: ▪
Date of Last Payment: 02/04/2025
Term Duration: ▪

Date of 1st Delinquency: 09/21/2022
Date Major Delinquency 1st Reported: 03/01/2023
Amount Past Due: $5,940
Charge Off Amount: $7,988
Date Closed: ▪
Activity Designator: Closed

Terms Frequency: Monthly
Months Reviewed: 99
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): 067, 065, 002

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | ▪ | ▪ | ▪ | ▪ |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 150 | ▪ | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | 60 | 90 | 120 | 150 | 150 | 150 | ✓ | ✓ | 30 | 60 | 90 | 120 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2020 | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 08/25 | $5,940 | ▪ | ▪ | 02/04/2025 | $5,940 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 07/25 | $5,940 | ▪ | ▪ | 02/04/2025 | $5,940 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 06/25 | $5,940 | ▪ | ▪ | 02/04/2025 | $5,940 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 05/25 | $5,940 | ▪ | ▪ | 02/04/2025 | $5,940 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 04/25 | $5,940 | ▪ | ▪ | 02/04/2025 | $5,940 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 03/25 | $5,940 | ▪ | ▪ | 02/04/2025 | $5,940 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 02/25 | $3,754 | ▪ | ▪ | 02/04/2025 | $3,754 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 01/25 | $6,068 | ▪ | ▪ | 12/27/2024 | $6,068 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 12/24 | $6,196 | ▪ | ▪ | 11/27/2024 | $6,196 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 11/24 | $6,324 | ▪ | ▪ | 10/28/2024 | $6,324 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 10/24 | $6,452 | ▪ | ▪ | 09/27/2024 | $6,452 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 09/24 | $6,580 | ▪ | ▪ | 08/27/2024 | $6,580 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 08/24 | $6,708 | ▪ | ▪ | 07/29/2024 | $6,708 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 07/24 | $6,836 | ▪ | ▪ | 06/27/2024 | $6,836 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 06/24 | $6,964 | ▪ | ▪ | 05/27/2024 | $6,964 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 05/24 | $7,092 | ▪ | ▪ | 04/29/2024 | $7,092 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 04/24 | $7,220 | ▪ | ▪ | 03/01/2024 | $7,220 | $7,988 | $6,000 | 067, 065 |
| 03/24 | $7,348 | ▪ | ▪ | 02/27/2024 | $7,348 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 02/24 | $7,476 | ▪ | ▪ | 01/29/2024 | $7,476 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 01/24 | $7,604 | ▪ | ▪ | 12/27/2023 | $7,604 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 12/23 | $7,732 | ▪ | ▪ | 11/27/2023 | $7,732 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 11/23 | $7,860 | ▪ | ▪ | 10/27/2023 | $7,860 | $7,988 | $6,000 | 067, 065, 002, 233 |
| 10/23 | $7,988 | ▪ | ▪ | 07/27/2022 | $7,988 | $7,988 | $6,000 | 067, 065, 002, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 067 | Charged Off Account |
| 065 | Account Closed By Credit Grantor |
| 002 | Credit Card |
| 233 | Amount in High Credit Column is Credit Limit |

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit F-3

### TransUnion – October 2025

### Pre-Suppression Snapshot

*(Capital One Tradeline Active)*

---

This exhibit contains Plaintiff's TransUnion credit report dated **October 19, 2025**, showing the Capital One tradeline fully active, reporting a charge-off balance of **$5,940**, with monthly Account Review soft inquiries from Capital One, complete payment history, and no involvement by Resurgent Capital Services.

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

Personal Credit Report for:

**GLEIRY ROMERO-ADAMES**

File Number:

**446803386**

Date Created:

**10/19/2025**

Visit **transunion.com/dispute to start a dispute online.**

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ☐.

# 𝗔 Personal Information

You have been on our files since 08/29/2010. Your SSN has been masked for your protection.

**Credit Report Date**

10/19/2025

**Social Security Number**

XXX-XX-

**Date of Birth**

12/29/1991

**Name**

GLEIRY E. ROMERO ADAMES

## Also Known As

**AKA**

GLEIRY R. ADAMES

**AKA**

GLEIRY ROMERO ADAMES

**AKA**

GLEIRY E. ROMERO

## Addresses

Adverse information typically remains on your credit file for years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

## Account Name

**CAPITAL ONE** 517805948895****

## Account Information

| | |
|---|---|
| **Address** | P O Box 31293 Salt Lake City, UT 84131 |
| **Phone** | (800) 955-7070 |
| **Date Opened** | 05/03/2016 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | $5,940 |
| **Date Updated** | 09/16/2025 |
| **Last Payment Made** | 02/04/2025 |
| **Pay Status** | >Charge-off< |
| **Terms** | Paid Monthly |
| **Date Closed** | 02/27/2023 |
| **High Balance (Hist.)** | High balance of $7,988 from 04/2023 to 09/2025 |
| **Credit Limit (Hist.)** | Credit limit of $6,000 from 04/2023 to 09/2025 |
| **Estimated month and year this item will be removed** | 08/2029 |

## Payment History

| November 2018 | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Remarks<br>PRL< | Remarks<br>CBG/> | Remarks<br>- - - | Remarks<br>PRL< | Remarks<br>CBG/> | Remarks<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Remarks<br>PRL< | Remarks<br>CBG/> | Remarks<br>- - - | Remarks<br>PRL< | Remarks<br>CBG/> | Remarks<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| November 2019 | December 2019 | January 2020 | February 2020 | March 2020 | April 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Remarks<br>PRL< | Remarks<br>CBG/> | Remarks<br>- - - | Remarks<br>PRL< | Remarks<br>CBG/> | Remarks<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Remarks PRL< | Remarks CBG/> | Remarks - - - | Remarks PRL< | Remarks CBG/> | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| November 2020 | December 2020 | January 2021 | February 2021 | March 2021 | April 2021 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Remarks PRL< | Remarks CBG/> | Remarks - - - | Remarks PRL< | Remarks CBG/> | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Remarks PRL< | Remarks CBG/> | Remarks - - - | Remarks PRL< | Remarks CBG/> | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | Remarks | Remarks | Remarks | Remarks | Remarks |
| PRL< | CBG/> | - - - | PRL< | CBG/> | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | 30 | 60 | 90 | 120 | 120 |

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | Remarks | Remarks | Remarks | Remarks | Remarks |
| PRL< | CBG/> | - - - | PRL< | CBG/> | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| 120 | 120 | OK | OK | 30 | 60 |

| November 2022 | December 2022 | January 2023 | February 2023 | March 2023 | April 2023 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | $7,988 |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | $7,988 |
| Remarks | Remarks | Remarks | Remarks | Remarks | Remarks |
| PRL< | CBG/> | - - - | PRL< | CBG/> | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| 90 | 120 | 120 | N/R | C/O | C/O |

| May 2023 | June 2023 | July 2023 | August 2023 | September 2023 | October 2023 |
|---|---|---|---|---|---|
| Balance $7,988 | Balance $7,988 | Balance $7,988 | Balance $7,988 | Balance $7,988 | Balance $7,988 |
| Past Due $7,988 | Past Due $7,988 | Past Due $7,988 | Past Due $7,988 | Past Due $7,988 | Past Due $7,988 |
| Remarks PRL< | Remarks CBG/> | Remarks - - - | Remarks PRL< | Remarks CBG/> | Remarks - - - |
| Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O |

| November 2023 | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|
| Balance $7,860 | Balance $7,732 | Balance $7,604 | Balance $7,476 | Balance $7,348 | Balance $7,220 |
| Past Due $7,860 | Past Due $7,732 | Past Due $7,604 | Past Due $7,476 | Past Due $7,348 | Past Due $7,220 |
| Remarks PRL< | Remarks CBG/> | Remarks - - - | Remarks PRL< | Remarks CBG/> | Remarks - - - |
| Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O |

| May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 |
|---|---|---|---|---|---|
| Balance $7,092 | Balance $6,964 | Balance $6,836 | Balance $6,708 | Balance $6,580 | Balance $6,452 |
| Past Due $7,092 | Past Due $6,964 | Past Due $6,836 | Past Due $6,708 | Past Due $6,580 | Past Due $6,452 |
| Remarks PRL< | Remarks CBG/> | Remarks - - - | Remarks PRL< | Remarks CBG/> | Remarks - - - |
| Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O |

| | November 2024 | December 2024 | January 2025 | February 2025 | March 2025 | April 2025 |
|---|---|---|---|---|---|---|
| Balance | $6,324 | $6,196 | $6,068 | $3,754 | $5,940 | $5,940 |
| Past Due | $6,324 | $6,196 | $6,068 | $3,754 | $5,940 | $5,940 |
| Remarks | PRL< | CBG/> | - - - | PRL< | CBG/> | - - - |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

| | May 2025 | June 2025 | July 2025 | August 2025 | September 2025 |
|---|---|---|---|---|---|
| Balance | $5,940 | $5,940 | $5,940 | $5,940 | $5,940 |
| Past Due | $5,940 | $5,940 | $5,940 | $5,940 | $5,940 |
| Remarks | PRL< | CBG/> | - - - | PRL< | DRG/CBG/> |
| Rating | C/O | C/O | C/O | C/O | C/O |

Total Month

---

**DISCOVER CARD** 601100105534****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 30939 SALT LAKE CITY, UT 84130 |
| **Phone** | (800) 347-2683 |
| **Date Opened** | 07/13/2017 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | $7,839 |

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

### Name

**SYNCB**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 71758 | 10/12/2025, 07/13/2025 | (866) 419-4096 |
| PHILADELPHIA, PA 19176 | | |

**MARINER FINANCE**

| Location | Requested On | Phone |
|---|---|---|
| 8211 TOWN CENTER DR | 06/24/2025, 05/20/2025, | (443) 640-0040 |
| NOTTINGHAM, MD 21236 | 02/22/2025, 01/23/2025 | |

**CAP ONE AUTO**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 260848 | 06/06/2025, 02/10/2025 | (800) 689-1789 |
| PLANO, TX 75026 | | |

**IBOD COMPANY INC**

| Location | Requested On | Phone |
|---|---|---|
| 629 N. HIGH STREET | 05/01/2025 | (866) 980-9431 |
| COLUMBUS, OH 43215 | | |

**GRANITE BAY ACCEPTANCE C**

| Location | Requested On | Phone |
|---|---|---|
| 1781 VINEYARD DR. #222 | 04/28/2025 | (925) 208-0907 |
| ANTIOCH, CA 94509 | | |

**ADVANTAGE 1ST FINANCIAL, LLC**

| Location | Requested On | Phone |
|---|---|---|
| 530 TECHNOLOGY DRIVE SUITE 114 | 04/24/2025 | (949) 313-4357 |
| IRVINE, CA 92618 | | |

**CCB/NETCREDIT**

| Location | Requested On | Phone |
|---|---|---|
| 175 W JACKSON BLVD, SUITE 1000 | 04/21/2025 | (312) 568-4200 |
| CHICAGO, IL 60604 | | |

**UPSTART NETWORK INC**

| Location | Requested On | Phone |
|---|---|---|
| P O BOX 1503<br>SAN CARLOS, CA 94070 | 02/26/2025 | (833) 568-7899 |

### SUNBIT, INC.

| Location | Requested On | Phone |
|---|---|---|
| 10940 WILSHIRE BLVD<br>SUITE 1850<br>LOS ANGELES, CA 90024 | 02/24/2025 | (855) 678-6248 |

### NETCREDIT/REPUBLICBANK

| Location | Requested On | Phone |
|---|---|---|
| 175 W JACKSON BLVD<br>CHICAGO, IL 60606 | 02/14/2025 | (877) 392-2014 |

### AVANT LLC

| Location | Requested On | Phone |
|---|---|---|
| 222 W MERCHANDISE MART<br>PLAZA<br>CHICAGO, IL 60654 | 01/14/2025, 12/10/2024, 11/05/2024 | (800) 712-5407 |

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

### Name

### SHELLPOINT MORTGAGE SVC

| Location | Requested On | Phone |
|---|---|---|
| 4000 CHEMICAL RD<br>SUITE 200<br>PLYMOUTH MEETING, PA 19462 | 10/15/2025 | (800) 365-7107 |

### CREDITWISE CAPITAL1 TU-C

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE PO BOX 30285<br>PO BOX 85870<br>SALT LAKE CITY, UT 84130 | 10/13/2025 | (800) 227-4825 |

### TRANSUNION CONSUMER INTE

| Location | Requested On | Phone |
|---|---|---|
| 760 MARKET STREET 10TH FLOOR SAN FRANCISCO, CA 94102 | 10/12/2025 | (844) 580-6816 |

**DISCOVER CARD**

| Location | Requested On | Phone |
|---|---|---|
| 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 | 10/09/2025 | (800) 347-2683 |

**SHELLPOINT MORTGAGE SVC**

| Location | Requested On | Phone |
|---|---|---|
| E 4000 CHEMICAL RD SUITE 200 PLYMOUTH MEETING, PA 19462 | 08/04/2025 | (484) 594-1000 |

**TRANSUNION CONSUMER INTE**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET SAN LUIS OBISP, CA 93401 | 08/02/2025 | (805) 782-8282 |

**CREDIT KARMA**

| Location | Requested On | Phone |
|---|---|---|
| 1100 BROADWAY SUITE 1800 OAKLAND, CA 94607 | 07/18/2025 | (415) 692-5722 |

**DISCOVER CARD**

| Location | Requested On | Phone |
|---|---|---|
| 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 | 04/20/2025 | (800) 347-2683 |

**CAPITAL ONE**

| Location | Requested On | Phone |
|---|---|---|
| P O Box 31293 Salt Lake City, UT 84131 | 02/11/2025 | (800) 955-7070 |

**T-MOBILE**

| Location | Requested On | Phone |
|---|---|---|
| 12920 SE 38TH ST BELLEVIEW, WA 98006 | 02/04/2025 | (800) 937-8997 |

**GLEIRY ROMERO ADAMES via TRANSUNION INTERACTIVE IN**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS ST<br>STE 202<br>SAN LUIS OBISPO, CA 93401 | 10/18/2025, 10/18/2025, 08/06/2025 | (855) 681-3196 |

**CONSUMERINFO.COM**

| Location | Requested On | Phone |
|---|---|---|
| 475 ANTON BLVD<br>COSTA MESA, CA 92626 | 10/18/2025, 05/11/2024, 04/12/2024,<br>03/06/2024 | (888) 397-3742 |

**GLEIRY ROMERO via CREDITWISE CAPITAL1 TU-A**

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE<br>PO BOX 302895<br>SALT LAKE CITY, UT 84130 | 10/09/2025, 09/11/2025, 08/14/2025,<br>07/17/2025, 06/19/2025, 05/22/2025,<br>04/24/2025, 03/27/2025, 02/27/2025,<br>01/30/2025, 01/02/2025, 12/05/2024,<br>11/07/2024, 10/10/2024, 09/12/2024,<br>08/15/2024, 07/18/2024, 06/19/2024,<br>05/23/2024, 04/25/2024,<br>03/28/2024, 02/29/2024,<br>02/01/2024, 01/04/2024, 12/07/2023,<br>11/09/2023 | (800) 227-4825 |

**CREDIT KARMA via TUCI CREDIT KARMA TUNA**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SUITE 101<br>SAN LUIS OBISPO, CA 93401 | 09/26/2025, 09/09/2025,<br>07/10/2025, 06/07/2025,<br>05/05/2025, 04/02/2025,<br>03/12/2025, 01/11/2025, 12/06/2024 | (844) 580-6816 |

**CAVALRY PORTFOLIO SERVICE**

| Location | Requested On | Phone |
|---|---|---|
| 1 AMERICAN LANE<br>SUITE 220<br>GREENWICH, CT 06831 | 09/11/2025 | (800) 501-0909 |

**POWER HOME REMODELING GRP**

| Location | Requested On | Phone |
|---|---|---|
| 5000 HIGHTOP DRIVE<br>BROOKHAVEN, PA 19015 | 09/08/2025 | (610) 874-5000 |

**FACTACT FREE DISCLOSURE**

| Location | Requested On | Phone |
|---|---|---|
| P O BOX 1000<br>CHESTER, PA 19016 | 08/06/2025 | (800) 888-4213 |

### GEICO INSURANCE

| Location | Requested On | Phone |
| --- | --- | --- |
| ONE GEICO PLAZA<br>WASHINGTON, DC 20076 | 04/30/2025 | (800) 841-3000 |

### 290364340 via CREDITWISE CAPITAL1 TU-B

| Location | Requested On | Phone |
| --- | --- | --- |
| CAPITAL ONE<br>PO BOX 302895<br>SALT LAKE CITY, UT 84130 | 04/19/2025 | (800) 227-4825 |

### 257911025 via TRANSUNION INTERACTIVE

| Location | Requested On | Phone |
| --- | --- | --- |
| 100 CROSS STREET 202<br>SAN LUIS OBISPO, CA 93401 | 04/19/2025 | (844) 580-6816 |

### P1257823347E19581884 via CONSUMERINFO

| Location | Requested On | Phone |
| --- | --- | --- |
| 535 ANTON BLVD SUITE 100<br>COSTA MESA, CA 92626 | 04/19/2025, 03/23/2025, 02/22/2025, 02/03/2025, 01/27/2025, 01/23/2025, 08/26/2024 | (949) 567-3762 |

### HOMESITE GROUP

| Location | Requested On | Phone |
| --- | --- | --- |
| ONE FEDERAL STREET<br>SUITE 400<br>BOSTON, MA 02111 | 03/20/2025, 12/06/2024 | (617) 832-1438 |

### PLYMOUTH ROCK ASSURANCE C

| Location | Requested On | Phone |
| --- | --- | --- |
| 695 ATLANTIC AVE<br>BOSTON, MA 02111 | 03/20/2025 | (609) 330-1273 |

### SAFECO INS AUTO

| Location | Requested On | Phone |
| --- | --- | --- |
| SAFECO PLAZA<br>1001 FOURTH AVENUE<br>SEATTLE, WA 98154 | 03/20/2025 | (888) 398-8924 |

### CAPITAL ONE NA

| Location | Requested On | Phone |
| --- | --- | --- |
| 15070 CAPITAL ONE DR<br>RICHMOND, VA 23238 | 03/12/2025 | (800) 955-7070 |

Docket No. ATL-L-002998-25

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – CIVIL PART
ATLANTIC COUNTY

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

<div align="center">

**Exhibit F-4**

**Experian – January 2026**

**Post-Suppression Snapshot**

*(Capital One Tradeline Removed)*

</div>

---

This exhibit contains Plaintiff's Experian credit report dated **January 23, 2026**, showing the Capital One tradeline removed/suppressed and a soft inquiry from Resurgent Capital Services, without any corresponding collection tradeline.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

Prepared For

## GLEIRY ROMERO-ADAMES

**Personal & Confidential**

Date Generated   Jan 23, 2026

Report Number   0537-0931-62

## At a Glance        31 Accounts        0 Public Records        3 Hard Inquiries

## Personal Information

8 Names          7 Addresses          4 Employers          3 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| | | | |
|---|---|---|---|
| **GLEIRY E ROMERO ADAMES**<br><br>Name ID #31906 | **GLEIRY ROMERO ADAMES**<br><br>Name ID #20907 | **GLEIRY ROMERO**<br><br>Name ID #22414 | **GLEIRY E ROMERO**<br><br>Name ID #14829 |
| **GLEIRY ERIDANIA ROMERO ADAMES**<br><br>Name ID #5681 | **GLEIRY ROMEROADAMES**<br><br>Name ID #13119 | **GLEIRY R ADAMES**<br><br>Name ID #21467 | **GLEIRY ROMERO ADAMES**<br><br>Name ID #2457 |

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**SPECIAL FINANCING COMPAN**
Inquired on 01/22/2025

2504 BUILD AMERICA DR HAMPTON VA, 23666

Unspecified. This inquiry is scheduled to continue on record until Feb 2027.

**GOODLEAP LLC**
Inquired on 01/19/2025

8781 SIERRA COLLEGE BLVD ROSEVILLE CA, 95661

Credit Granting. This inquiry is scheduled to continue on record until Feb 2027.

**SYNCB/LOWES**
Inquired on 08/24/2024

PO BOX 71746 PHILADELPHIA PA, 19176

Unspecified. This inquiry is scheduled to continue on record until Sep 2026.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**ADR/EMM LOANS**
Inquired on 06/27/2025

3 EXECUTIVE CAMPUS STE 520,
CHERRY HILL NJ 08002

**AT&T SERVICES INC**
Inquired on 04/04/2025

208 S AKARD ST,
DALLAS TX 75202

**CAPITAL ONE**
Inquired on 02/10/2025

15000 CAPITAL ONE DR,
RICHMOND VA 23238

**CAPITALONE**
Inquired on 03/12/2025

15000 CAPITAL ONE DR,
RICHMOND VA 23238

**CITIZENS BANK NA**
Inquired on 11/21/2025

4249 EASTON WAY STE 200 OHD120,
COLUMBUS OH 43219
(781) 417-1460

**COMENITY SERVICING LLC**
Inquired on 01/17/2026

PO BOX 182789,
COLUMBUS OH 43218

**COMENITYCAPITAL/ULTAMC**
Inquired on 04/11/2025

PO BOX 182120,
COLUMBUS OH 43218

**CONSUMERINFO.COM**
Inquired on 01/23/2026 and 10/18/2025

475 ANTON BLVD,
COSTA MESA CA 92626

**CREDIT KARMA**
Inquired on 01/22/2026, 01/16/2026, 01/10/2026, 01/09/2026, 01/04/2026, 01/02/2026, 01/01/2026, 12/27/2025, 12/18/2025, 12/17/2025, 12/11/2025, 12/10/2025, 12/09/2025, 12/06/2025, 12/04/2025, 12/02/2025, 12/01/2025, 11/30/2025,

**CREDIT KARMA**
Inquired on 01/21/2026, 01/17/2026, 01/14/2026, 01/10/2026, 01/07/2026, 01/03/2026, 12/31/2025, 12/28/2025, 12/24/2025, 12/20/2025, 12/17/2025, 12/13/2025, 12/10/2025, 12/06/2025, 12/03/2025, 11/30/2025, 11/26/2025, 11/22/2025,

**CREDIT KARMA INC**
Inquired on 04/30/2025, 03/20/2025 and 02/21/2025

760 MARKET ST FL 2,
SAN FRANCISCO CA 94102

**CREDIT ONE BANK**
Inquired on 12/16/2025, 11/18/2025, 10/21/2025, 06/17/2025, 05/20/2025, 04/15/2025, 03/17/2025 and 02/18/2025

6801 S CIMARRON RD,
LAS VEGAS NV 89113
(415) 459-6100

**MERRICK BANK**
Inquired on 07/31/2025 and 07/07/2025

PO BOX 9201, OLD BETHPAGE NY 11804
(800) 253-2322

**CESER NJ**
Inquired on 08/16/2025

444 N CAPITOL ST NW STE 300, WASHINGTON DC 20001
(202) 600-9044

**ONEMAIN**
Inquired on 10/06/2025, 08/18/2025, 06/08/2025 and 03/31/2025

PO BOX 1010, EVANSVILLE IN 47706
(844) 298-9773

**PROGRESSIVE INSURANCE**
Inquired on 04/30/2025 and 03/20/2025

PO BOX 6807, CLEVELAND OH 44101
(800) 776-4737

**RESURGENT CAPITAL SERVIC**
Inquired on 11/07/2025

55 BEATTIE PL STE 110, GREENVILLE SC 29601

**TD BANK**
Inquired on 01/02/2026, 11/05/2025, 10/30/2025, 10/01/2025, 09/09/2025 and 08/05/2025

PO BOX 71466, PHILADELPHIA PA 19176
(207) 828-7176

**TECHNOLOGY CREDIT UNION**
Inquired on 11/13/2025

2010 N 1ST ST # STSTE210, SAN JOSE CA 95131
(408) 451-9111

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## Exhibit F-5

### Equifax – January 2026

### Post-Suppression Snapshot

*(Capital One Tradeline Removed)*

---

This exhibit contains Plaintiff's Equifax credit report dated **January 23, 2026**, showing the Capital One tradeline removed/suppressed while Capital One continued to access Plaintiff's credit file through soft inquiries.

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**



Credit Report

Date: January 23, 2026
Confirmation # 6023599363

Prepared for:

# GLEYRI E ROMERO-ADAMES

## DID YOU KNOW?

If you find something in your report that looks like a mistake, contact us at **equifax.com/personal/disputes** or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.

There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at: **consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list**
Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at: **nctue.com/consumer**

Prepared for:

## GLEYRI E
## ROMERO-ADAMES



Date: January 23, 2026
Confirmation # 6023599363

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.  They may remain on your file for up to 2 years.

- **Hard Inquiries that can impact your credit rating/score.** When a lender requests to review your credit reports after you've applied for credit, it results in a hard inquiry which may impact your credit score.
- **Soft Inquiries that do not impact your credit rating/score.** These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor, or your own requests to check your credit file.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **Vive Financial LLC** <br> *256 W Data Drive Draper UT 84020* <br> *Phone: (877) 486-3442* | **Hard** | 01/22/2025 |
| **COMENITYCAPITAL/ALPHAEONCREDIT** <br> *PO Box 182120 Columbus OH 432182120* <br> *Phone:* | **Hard** | 01/22/2025 |
| **GOODLEAP LLC** <br> *8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661* <br> *Phone: (916) 772-9001* | Soft | 01/19/2025 |
| **BRISTOL WEST INSURANCE COMPANY** <br> *5701 STIRLING ROAD DAVIE FL 33314* <br> *Phone: (954) 316-5200* | Soft | 03/20/2025 |
| **EQUIFAX** <br> *PO Box 740250 Atlanta GA 303740250* <br> *Phone:* | Soft | 10/22/2025, 10/18/2025 |
| **CREDIT KARMA, INC** <br> *760 MARKET STREET SAN FRANCISCO CA 94102* <br> *Phone: (510) 833-9776* | Soft | 12/11/2025, 05/05/2025 |
| **PRIORITY PLUS FINANCIAL LLC** <br> *3200 Park Center Dr Ste 400 Costa Mesa CA 92626-7219* <br> *Phone: (805) 503-9102* | Soft | 10/14/2025 |
| **CREDIT KARMA, INC** <br> *760 MARKET STREET SAN FRANCISCO CA 94102* <br> *Phone: (510) 833-9776* | Soft | 01/21/2026 |
| **CAPITAL ONE AUTO FINANCE** <br> *3901 DALLAS PARKWAY PLANO TX 75093* <br> *Phone: (800) 689-1789* | Soft | 06/03/2025, 01/28/2025 |
| **EQUIFAX AUTO MTNC UP** <br> *PO BOX 740250 ATLANTA GA 30374* <br> *Phone: (800) 685-1111* | Soft | 10/22/2025 |

Case 1:26-cv-00991-RMB-EAP    Document 1-2    Filed 02/02/26    Page 289 of 384
PageID: 309

Prepared for:

## GLEYRI E ROMERO-ADAMES



Date: January 23, 2026
Confirmation # 6023599363

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **EQUIFAX CONSUMER SERVICES** <br> P.O. Box 740241 ATLANTA GA 30374 <br> Phone: (888) 378-4329 | Soft | 01/23/2026 |
| **EQUIFAX** <br> PO Box 740250 Atlanta GA 303740250 <br> Phone: | Soft | 01/23/2026, 10/18/2025 |
| **HC CREDIT/FEB** <br> 203 E Emma Ave Springdale AR 727644625 <br> Phone: | Soft | 09/30/2025 |
| **LEXISNEXIS** <br> 1000 ALDERMAN DR DROP 70-T Insurance P&C <br> Underwriting ALPHARETTA GA 30005 <br> Phone: (770) 752-3715 | Soft | 12/06/2024, 02/26/2024 |
| **CAPITAL ONE NATIONAL ASSOC** <br> 4851 COX ROAD GLEN ALLEN VA 23060 <br> Phone: (800) 955-7070 | Soft | 02/26/2025 |
| **CAPITAL ONE BANK NA** <br> 15000 Capital One Dr Richmond VA 23238-1119 <br> Phone: (877) 383-4802 | Soft | 03/12/2025 |
| **ONEMAIN** <br> 300 ST PAUL PLACE BALTIMORE MD 21202 <br> Phone: (770) 822-4640 | Soft | 10/21/2025, 08/27/2025, 04/21/2025, 02/10/2025 |
| **PROGRESSIVE INSURANCE** <br> 300 NORTH COMMONS BLVD Datalab MAYFIELD <br> VILLAGE OH 44143 <br> Phone: (800) 288-6776 | Soft | 09/23/2025, 08/19/2025 |
| **COMENITYBANK/COMENITYCAPITAL** <br> PO BOX 182120 PO BOX 182120 COLUMBUS OH <br> 43218 <br> Phone: (800) 695-1788 | Soft | 01/06/2026 |

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

**Exhibit F-6**

**TransUnion – January 2026**

**Post-Suppression Snapshot**

*(Capital One Tradeline Removed)*

---

This exhibit contains Plaintiff's Experian credit report dated **January 24, 2026**, showing the Capital One tradeline removed/suppressed despite continued monthly soft inquiries by Capital One and no reporting by Resurgent.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

Personal Credit Report for:

**GLEIRY ROMERO-ADAMES**

File Number:

446803386

Date Created:

01/24/2026

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ☑.

## 👤 Personal Information

You have been on our files since 08/29/2010. Your SSN has been masked for your protection.

Credit Report Date

01/24/2026

Social Security Number

XXX-XX-

Date of Birth

12/29/1991

Name

GLEIRY E. ROMERO ADAMES

## Also Known As

AKA

GLEIRY R. ADAMES

AKA

GLEIRY ROMERO ADAMES

AKA

GLEIRY E. ROMERO

## Addresses

| Location | Requested On | Phone |
|---|---|---|
| 8781 SIERRA COLLEGE BLVD. | 02/21/2025 | (800) 345-9372 |
| ROSEVILLE, CA 95661 | | |

| Inquiry Type | Permissible Purpose |
|---|---|
| Individual | INSURANCE UNDERWRITING |

### VIVETBOM

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 708670 | 01/22/2025 | (877) 898-1970 |
| SANDY, UT 84070 | | |

| Inquiry Type |
|---|
| Individual |

### SYNCBLOWES PLCC

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 71727 | 08/24/2024 | (800) 444-1408 |
| PHILADELPHIA, PA 19176 | | |

| Inquiry Type |
|---|
| Individual |

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**Name**

### IR/ACHIEVE HOME LOANS

| Location | Requested On | Phone |
|---|---|---|
| 1875 S. GRANT STREET | 12/02/2025 | (833) 996-2606 |
| SUITE #510 | | |
| SAN MATEO, CA 94402 | | |

### UPSTART MORTGAGE LLC

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 1503 | 12/02/2025, 11/04/2025 | (650) 204-1000 |
| SAN CARLOS, CA 94070 | | |

### ADVANTAGE 1ST FINANCIAL, LLC

| Location | Requested On | Phone |
|---|---|---|
| 530 TECHNOLOGY DRIVE SUITE 114 | 11/13/2025, 04/24/2025 | (949) 313-4357 |
| IRVINE, CA 92618 | | |

### T-MOBILE

| Location | Requested On | Phone |
|---|---|---|
| 12920 SE 38TH STRE<br>BELLEVUE, WA 98006 | 11/02/2025 | (800) 318-9270 |

## SYNCB

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 71758<br>PHILADELPHIA, PA 19176 | 10/12/2025, 07/13/2025 | (866) 419-4096 |

## E MORTGAGE MANAGEMENT

| Location | Requested On | Phone |
|---|---|---|
| 3 EXECUTIVE CAMPUS<br>STE. 520<br>CHERRY HILL, NJ 08002 | 09/30/2025 | (856) 581-2025 |

## GRANITE BAY ACCEPTANCE C

| Location | Requested On | Phone |
|---|---|---|
| 1781 VINEYARD DR. #222<br>ANTIOCH, CA 94509 | 09/30/2025, 04/28/2025 | (925) 208-0907 |

## CCB/NETCREDIT

| Location | Requested On | Phone |
|---|---|---|
| 175 W JACKSON BLVD, SUITE 1000<br>CHICAGO, IL 60604 | 08/26/2025, 04/21/2025 | (312) 568-4200 |

## MARINER FINANCE

| Location | Requested On | Phone |
|---|---|---|
| 8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | 08/19/2025, 06/24/2025,<br>05/20/2025, 02/22/2025 | (443) 640-0040 |

## CAP ONE AUTO

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 260848<br>PLANO, TX 75026 | 06/06/2025, 02/10/2025 | (800) 689-1789 |

## IBOD COMPANY INC

| Location | Requested On | Phone |
|---|---|---|
| 629 N. HIGH STREET<br>COLUMBUS, OH 43215 | 05/01/2025 | (866) 980-9431 |

## UPSTART NETWORK INC

| Location | Requested On | Phone |
|---|---|---|
| P O BOX 1503<br>SAN CARLOS, CA 94070 | 02/26/2025 | (833) 568-7899 |

### SUNBIT, INC.

| Location | Requested On | Phone |
|---|---|---|
| 10940 WILSHIRE BLVD | 02/24/2025 | (855) 678-6248 |
| SUITE 1850 | | |
| LOS ANGELES, CA 90024 | | |

### NETCREDIT/REPUBLICBANK

| Location | Requested On | Phone |
|---|---|---|
| 175 W JACKSON BLVD | 02/14/2025 | (877) 392-2014 |
| CHICAGO, IL 60606 | | |

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

### Name

### SHELLPOINT MORTGAGE SVC

| Location | Requested On | Phone |
|---|---|---|
| E 4000 CHEMICAL RD SUITE 200 | 01/20/2026 | (484) 594-1000 |
| PLYMOUTH MEETING, PA 19462 | | |

### TRANSUNION CONSUMER INTE

| Location | Requested On | Phone |
|---|---|---|
| 760 MARKET STREET 10TH FLOOR | 01/19/2026 | (844) 580-6816 |
| SAN FRANCISCO, CA 94102 | | |

### DISCOVER CARD

| Location | Requested On | Phone |
|---|---|---|
| 2500 LAKE COOK ROAD | 01/17/2026 | (800) 347-2683 |
| RIVERWOODS, IL 60015 | | |

### CREDITWISE CAPITAL1 TU-C

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE PO BOX 30285 | 01/17/2026 | (800) 227-4825 |
| PO BOX 85870 | | |
| SALT LAKE CITY, UT 84130 | | |

### DISCOVER CARD

| Location | Requested On | Phone |
|---|---|---|
| 2500 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 | 01/09/2026 | (800) 347-2683 |

**SHELLPOINT MORTGAGE SVC**

| Location | Requested On | Phone |
|---|---|---|
| 4000 CHEMICAL RD<br>SUITE 200<br>PLYMOUTH MEETING, PA 19462 | 01/07/2026 | (800) 365-7107 |

**TRANSUNION CONSUMER INTE**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SAN LUIS OBISP, CA 93401 | 08/02/2025 | (805) 782-8282 |

**CREDIT KARMA**

| Location | Requested On | Phone |
|---|---|---|
| 1100 BROADWAY<br>SUITE 1800<br>OAKLAND, CA 94607 | 07/18/2025 | (415) 692-5722 |

**CAPITAL ONE**

| Location | Requested On | Phone |
|---|---|---|
| P O Box 31293<br>Salt Lake City, UT 84131 | 02/11/2025 | (800) 955-7070 |

**T-MOBILE**

| Location | Requested On | Phone |
|---|---|---|
| 12920 SE 38TH ST<br>BELLEVIEW, WA 98006 | 02/04/2025 | (800) 937-8997 |

**GLEIRY ROMERO ADAMES via TRANSUNION INTERACTIVE IN**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS ST<br>STE 202<br>SAN LUIS OBISPO, CA 93401 | 01/23/2026, 01/23/2026, 10/18/2025 | (855) 681-3196 |

**290364340 via CREDITWISE CAPITAL1 TU-B**

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE<br>PO BOX 302895<br>SALT LAKE CITY, UT 84130 | 01/16/2026 | (800) 227-4825 |

**257911025 via TRANSUNION INTERACTIVE**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET 202<br>SAN LUIS OBISPO, CA 93401 | 01/16/2026 | (844) 580-6816 |

**P1257823347E19581884 via CONSUMERINFO**

| Location | Requested On | Phone |
|---|---|---|
| 535 ANTON BLVD SUITE 100<br>COSTA MESA, CA 92626 | 01/16/2026, 04/19/2025, 03/23/2025,<br>02/22/2025, 02/03/2025,<br>01/27/2025, 01/23/2025, 08/26/2024 | (949) 567-3762 |

**NERDWALLET**

| Location | Requested On | Phone |
|---|---|---|
| 55 HAWTHORNE ST<br>SAN FRANCISCO, CA 94105 | 01/08/2026 | (415) 549-8913 |

**GLEIRY ROMERO via CREDITWISE CAPITAL1 TU-A**

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE<br>PO BOX 302895<br>SALT LAKE CITY, UT 84130 | 01/01/2026, 12/04/2025, 11/06/2025,<br>10/09/2025, 09/11/2025,<br>08/14/2025, 07/17/2025,<br>06/19/2025, 05/22/2025,<br>04/24/2025, 03/27/2025,<br>02/27/2025, 01/30/2025,<br>01/02/2025, 12/05/2024, 11/07/2024,<br>10/10/2024, 09/12/2024,<br>08/15/2024, 07/18/2024,<br>06/19/2024, 05/23/2024,<br>04/25/2024, 03/28/2024,<br>02/29/2024, 02/01/2024 | (800) 227-4825 |

**CREDIT KARMA via TUCI CREDIT KARMA TUNA**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SUITE 101<br>SAN LUIS OBISPO, CA 93401 | 12/04/2025, 11/10/2025, 11/04/2025,<br>10/24/2025, 09/26/2025,<br>09/09/2025, 07/10/2025,<br>06/07/2025, 05/05/2025,<br>04/02/2025, 03/12/2025, 01/11/2025,<br>12/06/2024 | (844) 580-6816 |

**CONSUMERINFO.COM**

| Location | Requested On | Phone |
|---|---|---|
| 475 ANTON BLVD<br>COSTA MESA, CA 92626 | 11/26/2025, 10/24/2025, 10/18/2025,<br>05/11/2024, 04/12/2024, 03/06/2024 | (888) 397-3742 |

**FACTACT FREE DISCLOSURE**

| Location | Requested On | Phone |
|---|---|---|
| P O BOX 1000<br>CHESTER, PA 19016 | 10/18/2025 | (800) 888-4213 |

## CAVALRY PORTFOLIO SERVICE

| Location | Requested On | Phone |
|---|---|---|
| 1 AMERICAN LANE<br>SUITE 220<br>GREENWICH, CT 06831 | 09/11/2025 | (800) 501-0909 |

## POWER HOME REMODELING GRP

| Location | Requested On | Phone |
|---|---|---|
| 5000 HIGHTOP DRIVE<br>BROOKHAVEN, PA 19015 | 09/08/2025 | (610) 874-5000 |

## GEICO INSURANCE

| Location | Requested On | Phone |
|---|---|---|
| ONE GEICO PLAZA<br>WASHINGTON, DC 20076 | 04/30/2025 | (800) 841-3000 |

## HOMESITE GROUP

| Location | Requested On | Phone |
|---|---|---|
| ONE FEDERAL STREET<br>SUITE 400<br>BOSTON, MA 02111 | 03/20/2025, 12/06/2024 | (617) 832-1438 |

## PLYMOUTH ROCK ASSURANCE C

| Location | Requested On | Phone |
|---|---|---|
| 695 ATLANTIC AVE<br>BOSTON, MA 02111 | 03/20/2025 | (609) 330-1273 |

## SAFECO INS AUTO

| Location | Requested On | Phone |
|---|---|---|
| SAFECO PLAZA<br>1001 FOURTH AVENUE<br>SEATTLE, WA 98154 | 03/20/2025 | (888) 398-8924 |

## CAPITAL ONE NA

| Location | Requested On | Phone |
|---|---|---|
| 15070 CAPITAL ONE DR<br>RICHMOND, VA 23238 | 03/12/2025 | (800) 955-7070 |

## GOODLEAP LLC

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

**Exhibit F-7**

**Credit Karma Score Trends**

*(October – December 2025)*

---

This exhibit contains Plaintiff's Credit Karma score summaries and six-month trend charts for TransUnion and Equifax. Although Credit Karma is not a credit bureau, its daily score tracking provides a clear visual timeline of the instability that occurred during the period in which the Capital One tradeline was deleted, suppressed, and inconsistently reported. The score trends reflect noticeable fluctuations between October and December 2025, consistent with the reporting disruptions, unauthorized actions, and suppression of the Capital One tradeline documented in Exhibits F-1 through F-6.

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 299 of 384 PageID: 319

# Today

Personalize



**645**
TransUnion
- 21 pts • Fair
Checked daily

**574**
Equifax
- 65 pts • Needs Work
Checked daily

New Daily score checks from Equifax

Scores checked daily with VantageScore 3.0 ⓘ

## Check your updated car insurance options

Legal Disclosure

Your estimated car insurance payment

# $245.19/mo*

Confirm your driver details to see your personalized car insurance options.

See if I can save


Today


Credit


Cards


Loans


Money

Credit Health | Credit Karma



# Credit Health

| TransUnion | Equifax |
|---|---|

## 645 out of 850

▼ -21 Points • Checked Daily

Scores checked daily with VantageScore 3.0 ⓘ



See what's changed

## Upcoming bureau reports

Based on your last credit report, we estimate these accounts will be reported to TransUnion in the next 7 days. Making payments before your report date can help you improve your credit score

## 22 Reporting accounts



| Today | Credit | Cards | Loans | Money |
|---|---|---|---|---|



## Credit factors

See what's helping or hurting your score, and what to fix first.
Try digging into your credit card use and payment history first.
You can improve those factors more quickly.

| | |
|---|---|
| **Payment history**<br>○ Fair \| High impact | **98%** › |
| **Credit card use**<br>● Good \| High impact | **20%** › |
| **Derogatory marks**<br>● Excellent \| High impact | **0** › |
| **Credit age**<br>● Excellent \| Medium impact | **10 yrs, 6 mos** › |
| **Total accounts**<br>● Excellent \| Low impact | **30** › |
| **Hard inquiries**<br>○ Fair \| Low impact | **3** › |

[ View full credit report ]

### Suggested for your credit          Suggested cards

We suggest offers based on your credit, Approval Odds, and money we make from
our partners.

**Advertiser Disclosure**



| Today | Credit | Cards | Loans | Money |
|---|---|---|---|---|

# Credit Health

| TransUnion | Equifax |
|---|---|

## 574 out of 850

▼ -65 Points • Checked Daily

Scores checked daily with VantageScore 3.0 ⓘ



| October | November | Dec | 2026 |
|---|---|---|---|

Dec 11, 2025
639

| 1M | 3M | 6M | 1Y |

See what's changed

## Upcoming bureau reports

Based on your last credit report, we estimate these accounts will be reported to Equifax in the next 7 days. Making payments before your report date can help you improve your credit score

**21 Reporting accounts**  ⌄



| Today | Credit | Cards | Loans | Money |



# Credit factors

See what's helping or hurting your score, and what to fix first. Try digging into your credit card use and payment history first. You can improve those factors more quickly.

**Payment history**  96% ›
- ● Needs work | High impact

**Credit card use**  62% ›
- ● Needs work | High impact

**Derogatory marks**  0 ›
- ● Excellent | High impact

**Credit age**  11 yrs, 1 mo ›
- ● Excellent | Medium impact

**Total accounts**  29 ›
- ● Excellent | Low impact

**Hard inquiries**  2 ›
- ● Good | Low impact

[ **View full credit report** ]

**Suggested for your credit**  **Suggested cards**

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**


Today


Credit


Cards


Loans


Money

Docket No. ATLL-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

**EXHIBIT G — COVER PAGE**
**CAPITAL ONE SALE NOTICE ($5,940)**

---

This exhibit contains the mailed notice from Capital One informing Plaintiff of the sale of the account to Resurgent, including the transfer date and balance.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

**Capital One**
Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

**Resurgent Acquisitions, LLC now owns your account**

October 16, 2025

9339-4411-LD03-64617/64617:14

GLEIRY ROMERO
359 WASHINGTON AVE
EGG HARBOR CITY, NJ 08215-1437

Re: Account ending in 6534

**Important Update: Resurgent Acquisitions, LLC now owns your account.**

Dear GLEIRY ROMERO,

Your Platinum Card with a balance of $5,940.49 and your account agreement were sold and transferred on or about 10/15/2025 to:

Resurgent Acquisitions, LLC
1-888-665-0374
PO BOX 10497
Greenville, SC 29603

Resurgent Acquisitions, LLC is now the owner of your account and is responsible for collecting future payments and answering questions you might have. They may contact you about your account directly or through a representative.

Since your Account has been sold, **please do not send future payments to Capital One.**

Thank you for your time as our customer. We understand that difficult financial situations can happen and we wish you the best going forward.

Sincerely,

Capital One

Puerto Rico Residents: You can request a copy of this document in Spanish.
Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.

**THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.**

© 2025 Capital One. Capital One is a federally registered service mark.

CD0090/68f06c54850b90766bcaee6f/P:Y 1

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## EXHIBIT H — COVER PAGE
### MARKETING CORRESPONDANCE & CREDITWISE NOTIFICATIONS

---

This exhibit contains Capital One CreditWise score-drop notifications and Capital One Marketing correspondence sent to Plaintiff after the account was charged-off, sold to Resurgent, and suppressed from Plaintiff's credit reports. These communications demonstrate that Capital One continued outreach as if the account remained active, despite the sale and suppression. This evidence supports Plaintiff's claims of ongoing harm, continued internal activity, and inaccurate reporting.

Subsections:

- **Exhibit H-1 – CreditWise Notifications**
- **Exhibit H-2 – Marketing Correspondence**

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit H-1

### CreditWise Notifications

---

This exhibit contains Capital One CreditWise email notifications sent to Plaintiff after the Capital One account was charged off, sold to Resurgent, and suppressed from Plaintiff's credit reports. These notifications include alerts of credit score decreases/increases and credit report changes, demonstrating that Capital One continued monitoring Plaintiff's credit file and transmitting account-related updates as if the account remained active. These communications support Plaintiff's claims of ongoing harm, continued internal activity, and inaccurate reporting.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## See your latest review from CreditWise
1 message

Capital One <capitalone@notification.capitalone.com>     Fri, Jul 18, 2025 at 6:07 PM
To: gradames17@gmail.com

 Sign in



# Check your credit summary update

Your credit summary is here! With CreditWise from Capital One, you get a free credit
report and simple credit monitoring—all without impacting your score.

See your score

## Highlights of your changes from
## June 19, 2025 to July 17, 2025



### Payment history
**26/26 account payments made on time**

To lenders, your history of on-time payments indicates
whether you'll make payments on time in the future.



### New accounts
**0 new accounts**

To lenders, opening too many new accounts in a short
window of time could point to credit problems.



### Credit usage
**10% → 9% of total credit used**

See how much credit you are using compared to your
total credit—the lower your credit usage, the better.

See your score

## Check your credit score and other key factors with the CreditWise app.

Download the CreditWise mobile app today.

**About this message**

The CreditWise Simulator provides an estimate of your score change and does not guarantee how your score may change.

Web access is needed to use the mobile app. Check with your service provider for details on specific fees and charges.

---

**Important information from Capital One**

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?
The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us.

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2025 Capital One. Capital One is a federally registered service mark.

CWMR24 49108 3378634

TP1001



**Gleiry Romero <gradames17@gmail.com>**

---

## Gleiry, there's been a change to your TransUnion credit report
1 message

Capital One <capitalone@notification.capitalone.com>                    Thu, Jul 31, 2025 at 1:55 AM
To: gradames17@gmail.com



# There's been a change to your TransUnion® credit report

Heads up: There was a change to your total credit limit.

Visit the Alerts section of CreditWise from Capital One to review a recent change to your total credit limit. To protect your privacy, we aren't including any confidential details here.

Sign in soon—staying on top of your credit can help you defend yourself against potential fraud or identity theft.

Sign in to CreditWise

Download the CreditWise mobile app if you don't already have it.

---

**About this message**

Alerts are based on changes to your TransUnion and Experian® credit reports and information we find on the dark web.

The CreditWise tool is not guaranteed to detect all identity theft.

Web access is needed to use the mobile app. Check with your service provider for details on specific fees and charges.

The site may be unavailable during normal maintenance or due to unforeseen circumstances.

---

**Important information from Capital One**

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?

The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us.

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2025 Capital One. Capital One is a federally registered service mark.

SE1692 48936 3299502

TP1001

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

**Hi Gleiry, here's what changed**
1 message

**Capital One** <capitalone@notification.capitalone.com>                    Thu, Jul 31, 2025 at 6:17 PM
To: gradames17@gmail.com

---

         ⌾ Sign in





# There's been some change in your credit score

Gleiry,

Here's a quick look at your credit score activity from **July 19, 2025, to July 29, 2025**, that was monitored by CreditWise from Capital One.

CreditWise monitors your FICO® Score 8 and factors that can affect it—like on-time payments, available credit and new accounts.



**Credit score change**

Sign in daily to check your credit score and to get personalized suggestions to help improve your credit health.

See my credit score

---

**Was this email helpful?**


**Absolutely**


**Sure**


**Neutral**


**Not really**


**Nope**

**About this message**

The site may be unavailable during normal maintenance or due to unforeseen circumstances.

---

**Important information from Capital One**

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?
The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2025 Capital One. Capital One is a federally registered service mark.

SE3793 52225 4904326 2001

OID2001

TP1001

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

**See your latest review from CreditWise**
1 message

**Capital One** <capitalone@notification.capitalone.com>                    Fri, Aug 15, 2025 at 8:55 PM
To: gradames17@gmail.com

                                &#128100; Sign in



# Check your credit summary update

Your credit summary is here! With CreditWise from Capital One, you get a free credit
report and simple credit monitoring—all without impacting your score.

See your score

## Highlights of your changes from
## July 17, 2025 to August 14, 2025



**Payment history**
**25/25 account payments made on time**

To lenders, your history of on-time payments indicates
whether you'll make payments on time in the future.

---



**New accounts**
**0 new accounts**

To lenders, opening too many new accounts in a short
window of time could point to credit problems.

---



**Credit usage**
**9% → 16% of total credit used**

See how much credit you are using compared to your
total credit—the lower your credit usage, the better.

Case 1:26-cv-00991-RMB-EAP     Document 1-2     Filed 02/02/26     Page 315 of 384
PageID: 335

See your score

## Check your credit score and other key factors with the CreditWise app.

Download the CreditWise mobile app today.

About this message

The CreditWise Simulator provides an estimate of your score change and does not guarantee how your score may change.

Web access is needed to use the mobile app. Check with your service provider for details on specific fees and charges.

---

Important information from Capital One

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?
The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us visit www.capitalone.com/help-center/contact-us.

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2025 Capital One. Capital One is a federally registered service mark.

CWMR24 49108 3378524

TP1001

Case 1:26-cv-00991-RMB-EAP      Document 1-2      Filed 02/02/26      Page 316 of 384
PageID: 336

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

**Here's your CreditWise snapshot.**
1 message

---

Capital One <capitalone@notification.capitalone.com>                                      Mon, Oct 13, 2025 at 6:22 PM
To: gradames17@gmail.com

&  Sign in





# There's been some change in your credit score

See my Credit Score

Gleiry,

Here's a quick look at your credit score activity from **September 21, 2025 to October 12, 2025** that was monitored by CreditWise from Capital One.

CreditWise monitors your FICO® Score 8 and factors that can affect it—like on-time payments, available credit and new accounts.



**Credit score change**

Sign in daily to check your credit score and to get personalized suggestions to help improve your credit health.

See my Credit Score

**Was this email relevant?**

 

Not at all                                        Extremely

About this message

The site may be unavailable during normal maintenance or due to unforeseen circumstances.

---

Important information from Capital One

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?
The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2025 Capital One. Capital One is a federally registered service mark.

SE3794 52225 6211200 2111

OID2111

TP1001

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

**See your latest review from CreditWise**
1 message

**Capital One** <capitalone@notification.capitalone.com>     Fri, Nov 7, 2025 at 4:49 PM
To: gradames17@gmail.com

 

⊗ Sign in



# Check your credit summary update

Your credit summary is here! With CreditWise from Capital One, you get a free credit report and simple credit monitoring—all without impacting your score.

See your score

## Highlights of your changes from October 09, 2025 to November 06, 2025

 **Payment history**
**25/25 account payments made on time**

To lenders, your history of on-time payments indicates whether you'll make payments on time in the future.

 **New accounts**
**0 new accounts**

To lenders, opening too many new accounts in a short window of time could point to credit problems.

 **Credit usage**
**16% → 20% of total credit used**

See how much credit you are using compared to your total credit—the lower your credit usage, the better.

See your score

## Check your credit score and other key factors with the CreditWise app.

Download the CreditWise mobile app today.

About this message

The CreditWise Simulator provides an estimate of your score change and does not guarantee how your score may change.

Web access is needed to use the mobile app. Check with your service provider for details on specific fees and charges.

Important information from Capital One

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?
The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2025 Capital One. Capital One is a federally registered service mark.

CWMR24 49108 3378534

TP1001

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## See your latest review from CreditWise
1 message

**Capital One** <capitalone@notification.capitalone.com>                                Fri, Dec 5, 2025 at 5:03 PM
To: gradames17@gmail.com

---

 Sign in



# Check your credit summary update

Your credit summary is here! With CreditWise from Capital One, you get a free credit report and simple credit monitoring—all without impacting your score.

See your score

## Highlights of your changes from November 06, 2025 to December 04, 2025



**Payment history**

**25/25 account payments made on time**

To lenders, your history of on-time payments indicates whether you'll make payments on time in the future.

---



**New accounts**

**0 new accounts**

To lenders, opening too many new accounts in a short window of time could point to credit problems.

---



**Credit usage**

**20% → 19% of total credit used**

See how much credit you are using compared to your total credit—the lower your credit usage, the better.

See your score

## Check your credit score and other key factors with the CreditWise app.

Download the CreditWise mobile app today.

**About this message**

The CreditWise Simulator provides an estimate of your score change and does not guarantee how your score may change.

Web access is needed to use the mobile app. Check with your service provider for details on specific fees and charges.

---

**Important information from Capital One**

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?
The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2025 Capital One. Capital One is a federally registered service mark.

CWMR24 49108 3378534

TP1001

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## Gleiry, the payment status of one of your accounts changed

1 message

**Capital One** <capitalone@notification.capitalone.com>  Fri, Jan 16, 2026 at 12:21 PM
Reply-To: Capital One <no-reply@capitalone.com>
To: gradames17@gmail.com

---

                                          ⨂ Sign in





# The payment status of one of your accounts changed

### View alert

Gleiry, there was a change in the payment status of one of your accounts. To protect your privacy, we aren't including any confidential details here.

Visit the Alerts section of CreditWise from Capital One to review the recent change and see what actions you can take.

Sign in soon—staying on top of your credit can help you defend yourself against potential fraud.

### View alert

---

 **Download the CreditWise mobile app**
for convenient access to your account.

# Was this email relevant?

☹   ☹   😐   🙂   😊

Not at all                                                 Extremely

### About this message

Alerts are based on your TransUnion and Experian® credit reports and information we find on the dark web.

The CreditWise tool is not guaranteed to detect all identity theft.

Web access is needed to use the mobile app. Check with your service provider for details on specific fees and charges.

The site may unavailable during normal maintenance or due to unforeseen circumstances.

---

### Important information from Capital One

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?
The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us.

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2026 Capital One. Capital One is a federally registered service mark.

ATTALE 53355 6167500 10

TP1001

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## Gleiry, the payment status of one of your accounts changed
1 message

**Capital One** <capitalone@notification.capitalone.com>                Sat, Jan 17, 2026 at 11:14 AM
Reply-To: Capital One <no-reply@capitalone.com>
To: gradames17@gmail.com

---

  Sign in





# The payment status of one of your accounts changed

View alert

Gleiry, there was a change in the payment status of one of your accounts. To protect your privacy, we aren't including any confidential details here.

Visit the Alerts section of CreditWise from Capital One to review the recent change and see what actions you can take.

Sign in soon—staying on top of your credit can help you defend yourself against potential fraud.

View alert

---



**Download the CreditWise mobile app**
for convenient access to your account.

## Was this email relevant?

😣        😦        😐        🙂        😃

**Not at all**                                    **Extremely**

**About this message**

Alerts are based on your TransUnion and Experian® credit reports and information we find on the dark web.

The CreditWise tool is not guaranteed to detect all identity theft.

Web access is needed to use the mobile app. Check with your service provider for details on specific fees and charges.

The site may unavailable during normal maintenance or due to unforeseen circumstances.

---

**Important information from Capital One**

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your CreditWise account (including CreditWise alerts) and other services to which you have subscribed. If you no longer want to receive these emails, unfortunately you'll have to unenroll from CreditWise.

Where does my CreditWise score come from?
The credit score provided in CreditWise is a FICO® Score 8 based on TransUnion® data. The FICO Score 8 gives you a good sense of your credit health, but it may not be the same score model used by your lender or creditor. The availability of the CreditWise tool and certain features in the tool depends on our ability to obtain your credit history from TransUnion and whether you have sufficient credit history to generate a FICO Score 8. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us.

Products and services are offered by Capital One, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

© 2026 Capital One. Capital One is a federally registered service mark.

ATTALE 53355 6167500 7

TP1001

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit H-2

### Marketing Correspondence

---

This exhibit contains marketing emails sent by Capital One to Plaintiff after the account was charged off, sold to Resurgent, and suppressed from Plaintiff's credit reports. These communications include promotional offers, credit-related messages, and general marketing outreach, demonstrating that Capital One continued contacting Plaintiff as an active customer despite the account's charged-off status and subsequent sale. These emails support Plaintiff's claims that Capital One continued internal account activity and outreach inconsistent with the reported status of the account.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

## Your Platinum invitation is here.

$**0** annual fee | $**0** fraud liability for unauthorized charges

0077086  007  006  7477
**Gleiry E. Romero**
359 Washington Ave.
Egg Harbor City, NJ 08215-1437

**Take advantage of this invitation before December 15, 2025.**

## Hello Gleiry,

**Good news!** You're invited to apply for the **Capital One Platinum Mastercard®** and start building your credit with responsible use.

**Once approved, you'll enjoy these features:**

### $0 annual fee

### $0 fraud liability for unauthorized charges
if your card is lost or stolen.

### Automatic credit line reviews
Be considered for a higher credit line in as little as 6 months.

### Flexible payment due dates
Choose the date that works best for you.

### Tap-to-pay convenience
Check out quickly and securely with contactless payments.

**Apply today.** With responsible use of this card, building your credit is just a few clicks away.

**This invitation expires December 15, 2025**, so reply now.

**Apply now.** Get a response in seconds.



**Scan your QR code with your phone**

— **or** —

**visit getmyoffer.capitalone.com**

**Entering codes will be required:**

**Reservation #:**
007-7086-2432-18267

**Access code:**
022432

This invitation expires:
December 15, 2025

See the enclosed Terms for eligibility and rate, fee, and other cost information.

003*172103*7477*68083-02                                              FM429182-77086-a



# Know your score and more.

## Get CreditWise from Capital One to help you:

**Monitor your credit score** and track your progress

**Get helpful suggestions** that tell you what you can do to help improve your credit score

**Get alerts** when something meaningful changes on your credit report

It's free for everyone, even if you don't have a Capital One credit card.



Sample credit score shown

# Apply online. Get a response in seconds.

**1** **Scan this QR code**
No need to enter the reservation number or access code.

────── **or** ──────

**Visit getmyoffer.capitalone.com**
and enter your reservation number and access code:
**Reservation #: 007-7086-2432-18267**
**Access code: 022432**

**2** **Complete** your application

**3** **Submit** and get a **response in seconds**



**Scan here**

See the enclosed Terms for eligibility and rate, fee, and other cost information.



 Gmail

Gleiry Romero <gradames17@gmail.com>

---

**Protect your account: Enable more alerts today**

1 message

---

Capital One <capitalone@notification.capitalone.com>                    Tue, Dec 16, 2025 at 6:40 PM
Reply-To: US Reply To <no-reply@capitalone.com>
To: gradames17@gmail.com

---

 Sign in

 **Capital**One

Hi Gleiry,

We've noticed you're not set up to receive important account alerts via text or call from us.

By enabling alerts for your mobile phone number, you can get notified quickly with important account information and updates. Rest assured, we will only use your mobile number to contact you about your relationship with Capital One and not for any marketing communications.

Enroll in alerts

You can sign in to your account online to opt in to alerts and/or verify your other contact information.

Thanks for being a Capital One customer.

## Was this email relevant?

😞        😕        😐        🙂        😄

Not at all                                        Extremely

 Download the Capital One Mobile app

---

About this message

Mobile phone carrier fees for text alerts may apply.

The site may be unavailable during normal maintenance or due to unforeseen circumstances.

Web access is needed to use mobile banking. Check with your service provider for details of specific fees and charges.

---

Important information from Capital One

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to gradames17@gmail.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us

Products and services are offered by Capital One, N.A.

© 2025 Capital One. Capital One is a federally registered service mark.

JW0001 42303 5656680 1

TP1001-3049405

 Gmail

Gleiry Romero <gradames17@gmail.com>

**Your Daily Digest for Thu, 1/8 is ready to view**
1 message

USPS Informed Delivery <USPSInformeddelivery@email.informeddelivery.usps.com>   Thu, Jan 8, 2026 at 7:24 AM
To: gradames17@gmail.com



## COMING TO YOU SOON

### Hi, Gleiry!

You have 1 mailpiece(s) and 0 inbound package(s) arriving soon.

### Thursday

**8** January 2026

**1**

Mailpiece(s)

**0**

Package(s)

## MAIL

View Dashboard

### Expected Today

1 item(s)



Case 1:26-cv-00991-RMB-EAP     Document 1-2     Filed 02/02/26     Page 332 of 384
PageID: 352

# PACKAGES

View Dashboard

No packages are available to display.



**Refer friends and family to Informed Delivery!**

| Refer via Email | Refer via Text |
|---|---|

You may have more mail or packages than are shown in your Daily Digest. To check, go to your Dashboard.

Mail may arrive several days after you receive the notification. Please allow up to a week for delivery before reporting missing mail. Report missing mail.

*These images represent mail pieces that are sorted on USPS® automated equipment. Some of your mail may not be shown here.

You subscribed to this service with USPS® Product Technology Innovation, 475 L`Enfant Plaza SW, Washington, DC 20260.

If you no longer wish to receive daily email notifications, unsubscribe here.

If you need support, please visit user support for Informed Delivery©.

For more information about this service, please visit general information about Informed Delivery.

Copyright© 2024 United States Postal Service®. All Rights Reserved. The Eagle Logo and the trade dress of USPS® Packaging are among the many trademarks of the U.S. Postal Service®.

This is an automated email, please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

## Your Platinum invitation is here.

$0 annual fee | $0 fraud liability for unauthorized charges

RECEIVED Jan 28, 2026

0077088  007  006  10579
Gleiry E. Romero
359 Washington Ave.
Egg Harbor City, NJ 08215-1437

**Take advantage of this invitation before February 17, 2026.**

## Hello Gleiry,

**Good news!** You're invited to apply for the **Capital One Platinum Mastercard.®** No credit score required to apply.

**Once approved, you'll enjoy these features:**

### $0 annual fee

### $0 fraud liability for unauthorized charges
if your card is lost or stolen.

### Automatic credit line reviews
Be considered for a higher credit line in as little as 6 months.

### Flexible payment due dates
Choose the date that works best for you.

### Tap-to-pay convenience
Check out quickly and securely with contactless payments.

**Reply today.** With responsible use of this card, building your credit is just a few clicks away.

**This invitation expires February 17, 2026**, so reply now.

### Apply now. Get a response in seconds.



**Scan your QR code with your phone**

— OR —

**Visit getmyoffer.capitalone.com**

**Entering codes will be required:**

**Reservation #:**
007-7088-3239-50090

**Access code:**
073239

This invitation expires:
February 17, 2026

We may use credit scores if available.

See the enclosed Terms for eligibility and rate, fee, and other cost information.

0096-2001-A006-2047265                    FM429461-77088-a

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### EXHIBIT I — COVER PAGE
### PRE-COMPLAINT MAIL COMMUNICATIONS TO WORDEN & CAPITAL ONE

---

This exhibit contains Plaintiff's pre-complaint written communications to Worden & Associates and Capital One, including Plaintiff's Final Notice to Worden and Plaintiff's written Revocation of Authorization sent to Capital One. These communications were issued after months of unsuccessful attempts to obtain documentation, clarification, and resolution regarding the Capital One account. Worden acknowledged Plaintiff's concerns through escalation emails but failed to provide any substantive response or resolution. These documents demonstrate Plaintiff's good-faith efforts to resolve the matter prior to litigation and Defendants' failure to act, respond, or correct the issues raised.

Subsections:

- **Exhibit I-1 – Worden Escalation Emails (Unresolved)**
- **Exhibit I-2 – Final Notice to Worden (Unanswered)**
- **Exhibit I-3 – Revocation of Authorization to Capital One**

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## Exhibit I-1

### Worden Escalation Emails

*(Unresolved)*

---

This exhibit contains Worden & Associates' escalation-related email communications sent prior to the filing of the Complaint. These emails were issued in response to Plaintiff's repeated phone calls seeking clarification, documentation, and resolution regarding the Capital One account. Despite acknowledging Plaintiff's concerns, creating internal "cases," and promising supervisor follow-up, Worden provided no resolution, documentation, or substantive information. These communications also include Worden's June 19, 2025 email suggesting that Plaintiff add a Comenity/Boscov's account to the program despite unresolved issues with the existing accounts. Following the final escalation call—during which Plaintiff informed a representative that no further phone contact would be accepted—Plaintiff transitioned to written communication, issuing a Final Notice to Worden and a Revocation of Authorization to Capital One. This evidence demonstrates Worden's awareness of Plaintiff's concerns, their failure to act, and the circumstances that led Plaintiff to initiate a formal paper trail prior to litigation.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

 Gmail

Gleiry Romero &lt;gradames17@gmail.com&gt;

## Worden Case: 06603686 Opened

1 message

**Worden & Associates** &lt;clientservice@wordenaa.com&gt;                    Thu, May 22, 2025 at 10:10 PM
Reply-To: accountsupport@wordenaa.com
To: "gradames17@gmail.com" &lt;gradames17@gmail.com&gt;



Hi Gleiry,

Thank you for contacting Worden and Associates!

Great news. **Your online request for assistance has been received** and Case # 06603686
has been created for you.

Our team member will reach out to assist you as soon as possible. If your request is time-
sensitive, please give us a call to ensure prompt handling.

If you have any supporting documents or additional information to add to this request, please
reply directly to this email. We will include that information within your client file.

Sincerely,
Worden and Associates

## Need Assistance? Contact us.

Email
accountsupport@wordenaa.com

Call
1-800-600-7126
Monday-Friday 8am-7pm Central Time

© 2024 Worden & Associates, LLC. All rights reserved.
**15305 Dallas Pkwy 12th Floor Addison, TX 75001**

Case Ref ID: ref:!00D5006v59.!500Rk0W6rYq:ref

DISCLAIMER: This communication is being provided for informational purposes only and the contents of this communication are not legally binding and do not change the terms of service described in any Service Agreement or its disclosures. This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. The information is presented "as is" and without warranties, either expressed or implied. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Please be advised all telephone calls to or from our Firm may be recorded for quality control purposes and that by speaking with us, you consent to such recordings. Thank you for your cooperation.

 Gmail

**Gleiry Romero <gradames17@gmail.com>**

---

## Worden & Associates Online Inquiry [ ref:!00D5006v59.!500Rk0W6rYq:ref ]

1 message

---

**Worden & Associates Support** <accountsupport@wordenaa.com>          Fri, May 23, 2025 at 12:10 PM
To: "gradames17@gmail.com" <gradames17@gmail.com>

Hi Gleiry! We received your online request regarding your program.

Please accept our apologies for any inconvenience you've experienced during your time with us - we appreciate your continued patience and understanding! ?

Rest assured, we take our clients' concerns seriously - a supervisor will reach out to you shortly to address your questions and concerns regarding your program.

We hope this answers your question; we're always here to help! Please feel free to reach out to us via phone, chat, or client portal should you have any other questions. Have a wonderful day and thank you for partnering with us! ?

Would you mind taking a quick survey to let me know how I did today?

https://birdeye.com/Landmark%20Management%20Group-161766075203419/survey?surveyId=49589&businessId=161766075203419

Client Success
Worden & Associates
1-800-600-7126


ref:!00D5006v59.!500Rk0W6rYq:ref

 **Gmail**                                    Gleiry Romero <gradames17@gmail.com>

---

## Your CCB/BOSCOVS Account (Ending in 7043) Could Be Added

2 messages

---

**Worden & Associates** <accountsupport@wordenaa.com>          Thu, Jun 19, 2025 at 12:25 PM
To: gradames17@gmail.com



Hi Gleiry,

We noticed your **CCB/BOSCOVS** account (ending in **7043**) isn't currently part of your program.

Adding it could help you streamline your debt relief journey, maximize your savings, and stay on track to financial freedom.

Let's discuss how we can help you settle it alongside your other accounts. Just **reply to this email**, and we'll go over your options!

Sincerely,
The Worden and Associates Team

*P.S. Do you have other debts that are not listed in your program? For example, **Buy Now Pay Later** (**Affirm, Klarna, Afterpay, etc.**), medical debt, student loans, personal loans, and business credit lines may not show up automatically—but we may be able to help. Just reply and ask!*

This is a marketing email from 2024 Worden & Associates, LLC.,
**15305 Dallas Pkwy 12th Floor Addison, TX 75001.**
2025 Worden & Associates LLC. All rights reserved.

---

**Gleiry Romero** <gradames17@gmail.com>                       Thu, Jun 19, 2025 at 12:39 PM
To: Worden & Associates <accountsupport@wordenaa.com>

Not necessary. I got it covered!

[Quoted text hidden]

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

## Your CCB/BOSCOVS Account (Ending in 7043) Could Be Added [ ref:!00D5006v59.!500Rk0XJpaC:ref ]

---

**Worden & Associates Support** <accountsupport@wordenaa.com>                    Mon, Jun 30, 2025 at 3:17 PM
To: "gradames17@gmail.com" <gradames17@gmail.com>

Hello Gleiry,

We received your online request regarding your program.

Thank you so much for your response! As requested, we will not be adding the account to the program at this time. However, if you change your mind, just let us know, and we'd be happy to assist with adding any account as long as each balance is over $500.

We hope this answers your question; we're always here to help! Please feel free to reach out to us via phone, chat, or client portal should you have any other questions. Have a wonderful day and thank you for partnering with us!

Client Success
Worden & Associates
1-800-600-7126
Mon-Fri 8am-7pm Central

——————— Original Message ———————
**From:** Gleiry Romero [gradames17@gmail.com]
**Sent:** 6/19/2025 11:39 AM
**To:** accountsupport@wordenaa.com
**Subject:** Re: Your CCB/BOSCOVS Account (Ending in 7043) Could Be Added

Not necessary. I got it covered!

On Thu, Jun 19, 2025, 12:25?PM Worden & Associates <accountsupport@wordenaa.com> wrote:

> Hi Gleiry,
>
> We noticed your **CCB/BOSCOVS** account (ending in **7043**) isn't currently part of your program.
>
> Adding it could help you streamline your debt relief journey, maximize your savings, and stay on track to financial freedom.
>
> Let's discuss how we can help you settle it alongside your other accounts. Just **reply to this email**, and we'll go over your options!
>
> Sincerely,
> The Worden and Associates Team
>
> *P.S. Do you have other debts that are not listed in your program? For example,* **Buy Now Pay Later (Affirm, Klarna, Afterpay, etc.), medical debt, student loans, personal loans, and business credit lines** *may not show up automatically—but we may be able to help. Just reply and ask!*
>
> This is a marketing email from 2024 Worden & Associates, LLC.
> **15305 Dallas Pkwy 12th Floor Addison, TX 75001.**
> 2025 Worden & Associates LLC. All rights reserved.

ref:!00D5006v59.!500Rk0XJpaC:ref

 Gmail

Gleiry Romero <gradames17@gmail.com>

---

**Worden Case: 06726798 Opened**

1 message

---

Worden & Associates Support <clientservice@wordenaa.com>                     Thu, Jun 19, 2025 at 12:39 PM
Reply-To: accountsupport@wordenaa.com
To: "gradames17@gmail.com" <gradames17@gmail.com>



Hi Gleiry,

Thank you for contacting Worden and Associates!

**Your online request for assistance has been received.**

Someone on our team will reach out to you as soon as possible.

Sincerely,
Worden and Associates

## Need Assistance? Contact us.

Email
accountsupport@wordenaa.com

Call
1-800-600-7126
Monday-Friday 8am-7pm Central Time

© 2024 Worden & Associates, LLC. All rights reserved.
15305 Dallas Pkwy 12th Floor Addison, TX 75001

Case Ref ID: ref:!00D5006v59.!500Rk0XJpaC:ref

DISCLAIMER This communication is being provided for informational purposes only and the contents of this communication are not legally binding and do not change the terms of service described in any Service Agreement or its disclosures. This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. The information is presented "as is" and without warranties, either expressed or implied. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Please be advised all telephone calls to or from our Firm may be recorded for quality control purposes and that by speaking with us, you consent to such recordings. Thank you for your cooperation.

Docket No. ATL-L-002998-25

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – CIVIL PART
ATLANTIC COUNTY

Gleiry E. Romero-Adames,
Plaintiff,

v.

Worden & Associates, LLC and
Capital One Bank (USA), N.A.,
Defendants.

Docket No.: ATL-L-002998-25

---

### Exhibit I-2

### Final Notice to Worden

*(Unanswered)*

---

This exhibit contains Plaintiff's Final Notice sent to Worden & Associates prior to the filing of the Complaint. This written notice was issued after months of unsuccessful attempts to obtain documentation, clarification, and resolution regarding the Capital One account. Worden did not respond to this notice, did not provide the requested information, and did not take any corrective action. This evidence demonstrates Plaintiff's good-faith effort to resolve the matter before litigation and Worden's failure to act.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

**COPY**

June 11<sup>th</sup>, 2025

# Gleiry Romero

359 Washington Ave.
Egg Harbor City, New Jersey  08215
(609) 271-0083 (cell)
Gradames17@gmail.com

**TO: Worden & Associates, LLC**
15455 Dallas Parkway, Suite: 600
Addison, Texas  75001
clientservice@wordenaa.com
Phone: (800) 600-7126
FAX: (866) 282-9861

**RE: FINAL DEMAND FOR RESOLUTION – CAPITAL ONE SETTLEMENT (ending in 6534)
DISBURSEMENT**

**To Whom It May Concern,**

I am writing to formally demand **immediate** resolution of my case and final proof of disbursement for my Capital One account, which your firm has failed to close despite collecting full funds for settlement.

The current enrolled debt with Worden & Associates was **$7,988.49** as of **January 18, 2023.** A few weeks later, Capital One issued a settlement offer for **$4,793.09,** which was then **renegotiated by Worden & Associates,** reducing the amount by $559.19 to a **final settlement of $4,233.90.** To fulfill this settlement and cover legal fees, **I paid a total of $6,240.00** to my **dedicated Global Holdings account,** which your firm had full authorization to access and disburse.

Despite your client portal marking this account as **"Paid in Full,"** Capital One has confirmed that my balance remains **outstanding**. This discrepancy suggests that funds were either **misallocated or not properly disbursed,** leading to additional financial damage.

Additionally, since **January 2025,** I have made **monthly calls**—often **once or twice per month**—to follow up on the status of my case. Each time, I have been assured that a **manager or supervisor would contact me,** yet **no one has ever followed up**. Instead, my case has repeatedly been forwarded for review without resolution. This continued lack of communication and failure to address my concerns constitutes **gross mismanagement and a neglect of fiduciary duty to your clients**.

I am now demanding the following within **10 business days**:

1. **Proof of payment** to Capital One, including a confirmation number, transaction date, and exact amounts disbursed.
2. **A full accounting of the $6,240.00 paid**, including a detailed breakdown of how funds were allocated—covering the settlement amount, legal fees, any deductions, and the handling of the renegotiated settlement total.
3. **Copies of all communications or actions** taken regarding my case.

Failure to comply within this timeframe will result in **immediate escalation,** including:

- Filing complaints with the **New Jersey Attorney General, Texas State Bar, Consumer Financial Protection Bureau (CFPB), and the Federal Trade Commission (FTC).**
- **Pursuing legal action or arbitration** to recover damages caused by your firm's mismanagement.
- **Reporting your firm** for improper handling of client trust funds and potential fraudulent business practices.

This is **your final opportunity** to resolve the matter amicably. I expect a formal written response confirming the resolution plan.

As the client, I expected full transparency and accountability from your firm. It was your responsibility to ensure that my case was handled properly, yet repeated failures and mismanagement have made it clear that this expectation was not met. Once this matter is resolved, I will no longer require any further business dealings with your firm.

**NOTE:** As I have never received a reasonable response despite my repeated inquiries since January 2025, I no longer expect nor require a phone call regarding this matter. **Effective immediately, all further communication must be conducted via written correspondence.** Please mail the requested documentation and any official responses to my address at:

**359 Washington Ave, Egg Harbor City, New Jersey  08215.**

**Sincerely,**

Gleiry Romero
(Client ID: 4643162)

Case 1:26-cv-00991-RMB-EAP    Document 1-2    Filed 02/02/26    Page 344 of 384
PageID: 364

**COPY**

**June 11th, 2025**

# Gleiry Romero

359 Washington Ave.
Egg Harbor City, New Jersey  08215
(609) 271-0083 (cell)
Gradames17@gmail.com

**TO: Worden & Associates, LLC**
15455 Dallas Parkway, Suite: 600
Addison, Texas  75001
clientservice@wordenaa.com
Phone: (800) 600-7126
FAX: (866) 282-9861

## Addendum: Contractual Breach Notification

This document serves as a **formal notice of contractual breach** regarding my case with Worden & Associates, LLC. Your firm has materially violated several provisions of the **Contingent Fee Limited Scope Legal Services Agreement**, signed on **January 18, 2023**, including:

1. **Failure to assist with disbursement and documentation** of a mediated debt (**Section 2**).
2. **Failure to keep the client reasonably informed** regarding case progress (**Section 2**).
3. **Failure to act upon client-accepted settlement** and complete funding (**Section 5**).
4. **Misrepresentation of account status** as **"Paid in Full"** without actual creditor confirmation.
5. **Lack of response or failure to escalate resolution** despite repeated client inquiries (**Section 17**).

These failures constitute **a material breach of contract and negligence, resulting in measurable financial harm**. As a result, I am holding your firm accountable for its failure to fulfill contractual obligations, which has caused unnecessary financial damage and undue hardship.

Sincerely,

Gleiry Romero
(Client ID: 4643162)

Case 1:26-cv-00991-RMB-EAP     Document 1-2     Filed 02/02/26     Page 345 of 384
PageID: 365

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

## Exhibit I-3

### Revocation of Authorization to Capital One

---

This exhibit contains Plaintiff's written Revocation of Authorization sent to Capital One prior to the filing of the Complaint. In this communication, Plaintiff revoked Worden & Associates' authority, requested direct access to the Capital One account, and sought clarification regarding the unexplained balance increase. Capital One did not honor the revocation, did not provide the requested documentation, and did not supply the information necessary for Plaintiff to address the account directly without involving Worden. While Plaintiff awaited a response, Capital One proceeded to sell the debt without prior warning, providing notice only after the sale had already occurred. This evidence demonstrates Plaintiff's good-faith attempt to resolve the matter directly with the creditor and Capital One's failure to respond, disclose, or provide the information required to prevent further unauthorized involvement by Worden.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

Capital One Account Ending in 6534

# Formal Revocation & Case Summary Packet

This packet serves as formal notice of revocation, demand for records, and intent to escalate unresolved account issues to appropriate regulatory and legal authorities. All contents are submitted in connection with an ongoing legal dispute and may be used in formal investigations or proceedings.

Gleiry Romero-Adames
8-6-2025

Formal Revocation & Case Summary Packet                Gleiry Romero-Adames                    August 6, 2025

# Formal Revocation & Case Summary Packet

Capital One Account Ending in **6534**

**Prepared by**:
Gleiry E. Romero-Adames
359 Washington Ave.
Egg Harbor City, NJ  08215
(609) 271-0083
Gradames17@gmail.com

Date: August 6, 2025.

## Contents:

1. **Revocation Letter**
   Immediate termination of third-party authorization granted to Worden & Associates and request for full account records.

2. **Statement of Intent & Case Summary**
   Documentation of failed resolution attempts and notice of ongoing legal dispute involving Capital One and Worden & Associates.

3. **Supporting Documentation** *(to be attached)*
   *Copy of valid government-issued ID (Driver's License)
   *Recent utility bill for address verification

   VERIFICATION STATEMENT:
   The attached identification and utility bill are provided to verify my identity and confirm my legal residence in connection with this dispute.

Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 348 of 384
PageID: 368

August 6<sup>th</sup>, 2025

August 6th, 2025

## Gleiry E. Romero-Adames

359 Washington Ave.,
Egg Harbor City, New Jersey  08215
(609) 271-0083
Gradames17@gmail.com

**TO: Capital One**
PO BOX 30285
Salt Lake City, UT  84130-0285
Phone: 1 (877) 383-4802
Alternate : 1 (844) 348-8660

## RE: Immediate Revocation of Third-Party Authorization and Request for Full Account Records

**To Whom It May Concern,**

I am the lawful holder of the Capital One account ending in **6534**, and I am writing to formally and unequivocally revoke any and all authorizations, powers of attorney, or third-party access previously granted to **Worden & Associates** or any affiliated debt resolution entities.

*Effective immediately*:

- Capital One is instructed to cease all communications with Worden & Associates or any third party purporting to act on my behalf.

- All permissions for disclosure, negotiation, or representation are hereby rescinded.

- Full control and direct communication must be reinstated to me as the sole and primary authorized party.

In connection with an **ongoing legal dispute** regarding the mishandling of my account, I am requesting the following documentation for my records and complaint filings:

1. Complete transaction and payment history, including receipts submitted by Worden & Associates.

2. Copies of any settlement offers, agreements, or negotiations initiated by third parties.

3. All correspondence and communication logs involving Worden & Associates or related entities;

Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 349 of 384
PageID: 369

4. Current account status, including balance, fees, and any pending actions.

If there are any procedural requirements or legal barriers to fulfilling this request, I expect a written explanation outlining the necessary steps to restore full access and obtain the requested records.

Please confirm receipt of this notice in writing and provide a clear timeline for when the requested documents will be made available.

Failure to comply will result in formal complaints being filed with the **Consumer Financial Protection Bureau (CFPB)**, the **New Jersey Attorney General's Office**, and other relevant oversight bodies. You are hereby notified that this matter is part of an **active legal investigation**.

Sincerely,

Gleiry Romero
Account Holder

Formal Revocation & Case Summary Packet          Gleiry Romero-Adames          August 6, 2025

**August 6<sup>th</sup>, 2025**

**Gleiry E. Romero-Adames**
359 Washington Ave.,
Egg Harbor City, New Jersey  08215
(609) 271-0083
Gradames17@gmail.com

**TO: Capital One**
PO BOX 30285
Salt Lake City, UT  84130-0285
Phone: 1 (877) 383-4802
Alternate : 1 (844) 348-8660

## Statement of Intent & Case Summary

**Capital One Account Ending in 6534**

 **Subject: Mishandling of Account Access, Payment Reversal, and Third-Party Interference**

Despite multiple documented attempts to resolve this matter, Capital One has failed to provide direct access to my account or transparency regarding payments made through Worden & Associates. My communications have been obstructed, and the account remains misrepresented despite escalations.

This letter serves as my **final attempt** to resolve the matter directly with Capital One. I have acted in good faith to ensure the funds owed are properly applied and accounted for. If Capital One is unwilling to cooperate or accept payment under transparent terms, I will proceed with formal case creation against both Capital One and Worden & Associates.

I will no longer invest time navigating a system that obstructs resolution while enabling third-party mismanagement. A detailed timeline and summary of events will be included in the forthcoming case documentation, **in connection with an ongoing legal dispute**.

This statement will be retained as part of my formal complaint packet and may be submitted to regulatory agencies, legal counsel, or oversight bodies as needed.

Sincerely,

Gleiry Romero
Account Holder

**Capital**One

P.O. Box 30287
Salt Lake City, UT 84130-0287

August 15, 2025

GLEIRY ROMERO                    R00002899
359 WASHINGTON AVE               K102
EGG HARBOR CITY, NJ 08215

Re: Account ending in 6534
Case Number: 250813185385113
Creditor: Capital One N.A.

Dear GLEIRY ROMERO,

Thank you for contacting us about your Capital One account.

For us to process your request to remove Worden & Associates, we need you to provide in a letter the following pieces of account information on file with Capital One® so we can verify your account: cardholder's name, address, account number, the last four digits of your Social Security number, and date of birth. Please include the case ID that appears at the top of this letter. If your current address is different than what we have on file, let us know if we should update our records

Mail your documentation to: Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285

If you have any questions, please give us a call at 800-227-4825. We're available 24 hours a day, 7 days a week.

Sincerely,

Capital One | Customer Care Team

© 2025 Capital One. Capital One is a federally registered service mark.

CD0255/689ec65d01ce69645f0a3278/P:Y 1

**Electronic Check Conversion.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your deposit account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your deposit account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Your authorization is not limited by the date on the check.

**This is an attempt to collect this debt and any information obtained will be used for that purpose.**

**For District of Columbia residents:**

**You might have income or resources that are protected from being taken by debt collectors. These might include certain sources of income, funds, or property, including, but not limited to, Social Security, Supplemental Security Income (SSI), disability or unemployment benefits, veteran's benefits, or child support payments. If you believe your property or income may be protected, you may wish to seek legal advice, including at a legal services provider or legal aid office, before paying this debt.**

**For Massachusetts residents:**
**NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

**For Puerto Rico Residents: You can request a copy of this document in Spanish.**
**Para Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.**

**Credit Reporting of Your Settled Account.** If we're reporting your account to the credit bureaus and you settle your account for less than the full balance, we'll update the account reporting to paid in full for less than the full balance.

**For New York City residents whose accounts have charged off:** For our records, New York City law requires us to request your language preference. Please contact us at 1-800-258-9319 to advise us about your language preference. If you have already provided your language preference to us and would like to change it, please contact us at 1-800-258-9319 to do so. Please note that, as permitted by New York City law, we may not service your account in your preferred language.

**Bankruptcy.** If you are entitled to bankruptcy protections, this communication is only for informational purposes. It is not an attempt to collect, assess or recover a debt or claim. Do not send any payments directly to us without speaking with your attorney.

**Interest and Charges May Continue to Accrue.** All stated amounts are owed on the date of this communication. If your account has not charged off, and if applicable, your account may be charged interest, late charges and other charges that might change from day to day as provided in your agreement. As a result, the amount due on the day you pay us may be larger than the amount stated in this communication. For example, if you pay the amount stated in this communication, your account

© 2025 Capital One. Capital One is a federally registered service mark.

CD0255/689ec65d01ce69645f0a3278/P:Y 2

might still have a balance after we receive your payment. If your account has already charged off, you will not incur any additional interest or fees.

**Time Period for Payment or Other Action.** Unless we provide a specific date, any time period for your payment or other action begins on the date of this communication.

**IRS Reporting of Debt Forgiveness.** If we cancel or forgive $600 or more of principal on a debt you owe we will provide you a 1099-C tax form, if required by law. Please consult your tax advisor and the instructions accompanying any tax forms for more information.

**Who We Are.** Capital One, N.A.

To contact Capital One by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

Please be aware that we provide reasonable accommodations and alternative formats of this communication, which can be provided upon request. To make such a request or to learn more about our accommodations, please call us at the below number.

| Contact Information | |
| --- | --- |
| Credit Cards-Collections | Credit Cards-Charged Off |
| 1-800-955-6600 Mon-Fri: 8 a.m.-11 p.m. ET & Sat-Sun: 8 a.m.-5 p.m. ET | 1-800-258-9319 Mon-Fri: 8 a.m.-9 p.m. ET |

© 2025 Capital One. Capital One is a federally registered service mark.

Capital One Account Ending in 6534
Case#: 250813185385113

# Capital One – Revocation Request & Verification Submission

Attachment to Prior Correspondence dated August 6, 2025

Gleiry Romero-Adames
8-26-2025

Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 355 of 384 PageID: 375

Formal Revocation Confirmation Requested        Gleiry Romero-Adames              August 26, 2025

**August 26th, 2025**

## Gleiry E. Romero-Adames
359 Washington Ave.,
Egg Harbor City, New Jersey  08215
(609) 271-0083
Gradames17@gmail.com

**TO: Capital One**
P.O. BOX 30285
Salt Lake City, UT  84130-0285
Phone: (800) 227-4825

## Response to August 15 Letter – Revocation Confirmation Requested

**Capital One Account Ending in 6534**
**Case Number: 250813185385113**

**To Whom It May Concern,**

I am writing in response to your August 15, 2025 letter regarding my request to remove Worden & Associates from my Capital One account.

As noted in my previous correspondence dated August 6, I provided my full name, current address, account number, and date of birth. Per your request, I am now including the last four digits of my Social Security number:

This letter serves as my formal instruction to revoke any authorization or access granted to Worden & Associates, effective **immediately**. Please update your records to reflect this change. I request written confirmation once this update has been completed.

I trust this completes all requested verification. Accordingly, I expect acknowledgment of my prior correspondence dated August 6 and prompt mailing of the information I requested therein.

Please consider this letter a continuation of my prior communications and a final clarification of my intent. Please confirm once these updates have been processed.

Thank you for your prompt attention to this matter.

Sincerely,

Gleiry Romero
Account Holder

**Capital One**

P.O. Box 31293
Salt Lake City, UT 84131-1293

September 08, 2025

GLEIRY ROMERO                    R00010631
c/o WORDEN AND ASSOCIATES, LLC   K102
359 WASHINGTON AVE
EGG HARBOR CITY, NJ 08215

Re: Account ending in 6534
Case Number: 250813185385113

Dear GLEIRY ROMERO,

Thanks for contacting us about your credit report. Based on the information you gave us, we researched your account. We know your credit is important to you so we want to help you understand what we found.

We confirmed that we are correctly reporting to the credit bureaus that your account charged off on <February 27, 2023>. That means it was in default and closed with a balance. Because the information we are reporting to the credit bureaus about your account is accurate, we will continue sending it.

On <August 21, 2025>, we correctly reported your account's current balance as $5,940.49. Sent you copies of your monthly statements for the months of 9/18 through 2/23. These statements show your payment due date(s) and payment post date(s). They will arrive separate from this communication.

For more information about credit bureau reporting, please see the Credit Bureau Frequently Asked Questions on our website, www.capitalone.com/credit-cards/faq.

Sincerely,

Capital One | Credit Bureau Resolutions

This letter is for informational purposes only and is not an attempt to collect a debt.

© 2025 Capital One. Capital One is a federally registered service mark.

CD0164/68be3c259851946e19bc6e83/P:Y 1

**CapitalOne**

P.O. Box 31293
Salt Lake City, UT 84131-1293

September 08, 2025

GLEIRY E ROMERO                    R00010632
359 WASHINGTON AVE                 K102
EGG HARBOR CITY, NJ 08215

Re: Account ending in 6534
Case Number: 250813185385113

Dear GLEIRY E ROMERO,

Thanks for contacting us about your credit report. Based on the information you gave us, we researched your account. We know your credit is important to you so we want to help you understand what we found.

Sent you copies of your monthly statements for the months of MAR 2022 through FEB 2023. These statements show your payment due date(s) and payment post date(s). They will arrive separate from this communication.

For more information about credit bureau reporting, please see the Credit Bureau Frequently Asked Questions on our website, www.capitalone.com/credit-cards/faq.

Sincerely,

Capital One | Credit Bureau Resolutions

This letter is for informational purposes only and is not an attempt to collect a debt.

© 2025 Capital One  Capital One is a federally registered service mark.

CD0164/68be2e895297b6107edf49ec/P.Y 1

**Capital One**

P.O. Box 30287
Salt Lake City, UT 84130-0287

September 08, 2025

GLEIRY ROMERO                 000000159
359 WASHINGTON AVE            K102
EGG HARBOR CITY, NJ 08215

Re: Account ending in 6534
Case Number: 250813185385113
Creditor: Capital One N.A.

Dear GLEIRY ROMERO,

Thank you for contacting us about your Capital One account.

For us to process your request to revoke Worden & Associates, we need you to provide in a letter the following pieces of account information on file with Capital One® so we can verify your account: cardholder's name, address, account number, the last four digits of your Social Security number, and date of birth. Please include the case ID that appears at the top of this letter. If your current address is different than what we have on file, let us know if we should update our records.

Mail your documentation to: Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285

If you have any questions, please give us a call at 800-227-4825. We're available 24 hours a day, 7 days a week.

Sincerely,

Capital One | Customer Care Team

© 2025 Capital One. Capital One is a federally registered service mark.

**Electronic Check Conversion.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your deposit account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your deposit account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Your authorization is not limited by the date on the check.

**This is an attempt to collect this debt and any information obtained will be used for that purpose.**

**For District of Columbia residents:**

**You might have income or resources that are protected from being taken by debt collectors. These might include certain sources of income, funds, or property, including, but not limited to, Social Security, Supplemental Security Income (SSI), disability or unemployment benefits, veteran's benefits, or child support payments. If you believe your property or income may be protected, you may wish to seek legal advice, including at a legal services provider or legal aid office, before paying this debt.**

**For Massachusetts residents:**
<u>**NOTICE OF IMPORTANT RIGHTS**</u>**: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

**For Puerto Rico Residents: You can request a copy of this document in Spanish.**
**Para Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.**

**Credit Reporting of Your Settled Account.** If we're reporting your account to the credit bureaus and you settle your account for less than the full balance, we'll update the account reporting to paid in full for less than the full balance.

**For New York City residents whose accounts have charged off:** For our records, New York City law requires us to request your language preference. Please contact us at 1-800-258-9319 to advise us about your language preference. If you have already provided your language preference to us and would like to change it, please contact us at 1-800-258-9319 to do so. Please note that, as permitted by New York City law, we may not service your account in your preferred language.

**Bankruptcy.** If you are entitled to bankruptcy protections, this communication is only for informational purposes. It is not an attempt to collect, assess or recover a debt or claim. Do not send any payments directly to us without speaking with your attorney.

**Interest and Charges May Continue to Accrue.** All stated amounts are owed on the date of this communication. If your account has not charged off, and if applicable, your account may be charged interest, late charges and other charges that might change from day to day as provided in your agreement. As a result, the amount due on the day you pay us may be larger than the amount stated in this communication. For example, if you pay the amount stated in this communication, your account

© 2025 Capital One. Capital One is a federally registered service mark.

might still have a balance after we receive your payment. If your account has already charged off, you will not incur any additional interest or fees.

**Time Period for Payment or Other Action.** Unless we provide a specific date, any time period for your payment or other action begins on the date of this communication.

**IRS Reporting of Debt Forgiveness.** If we cancel or forgive $600 or more of principal on a debt you owe we will provide you a 1099-C tax form, if required by law. Please consult your tax advisor and the instructions accompanying any tax forms for more information.

**Who We Are.** Capital One, N.A.

To contact Capital One by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

Please be aware that we provide reasonable accommodations and alternative formats of this communication, which can be provided upon request. To make such a request or to learn more about our accommodations, please call us at the below number.

| Contact Information | |
|---|---|
| Credit Cards-Collections | Credit Cards-Charged Off |
| 1-800-955-6600 Mon-Fri: 8 a.m.-11 p.m. ET & Sat-Sun: 8 a.m.-5 p.m. ET | 1-800-258-9319 Mon-Fri: 8 a.m.-9 p.m. ET |

© 2025 Capital One. Capital One is a federally registered service mark.

CD0255/68be1f895297b6107edf3f43/P:Y 3

Docket No. ATL-L-002998-25

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – CIVIL PART
ATLANTIC COUNTY

Gleiry E. Romero-Adames,
Plaintiff,

v.

Worden & Associates, LLC and
Capital One Bank (USA), N.A.,
Defendants.

Docket No.: ATL-L-002998-25

---

## EXHIBIT J — COVER PAGE
## CREDIT BUREAU DISPUTE RECORDS

*(October 2025)*

---

This exhibit contains Plaintiff's October 2025 credit bureau dispute submissions regarding the Capital One tradeline, along with the investigation results issued by Experian, Equifax, and TransUnion. These records document Plaintiff's good-faith efforts to correct inaccurate reporting prior to the filing of the Complaint. All three credit bureaus deleted the Capital One tradeline following Plaintiff's dispute, confirming that the information furnished by Capital One could not be verified at the time of reinvestigation. This evidence supports Plaintiff's timeline of unresolved reporting issues, unexplained balance discrepancies, and the lack of documentation provided by both Worden & Associates and Capital One.

Subsections:

- **Exhibit J-1 – Plaintiff's October 2025 Dispute Letters**
- **Exhibit J-2 – Credit Bureau Investigation Results (Experian, Equifax, TransUnion)**

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

### Exhibit J-1

### Plaintiff's October 2025 Dispute Letters

---

This exhibit contains Plaintiff's written disputes submitted to Experian, Equifax, and TransUnion in October 2025 regarding the Capital One tradeline. These letters were filed after repeated attempts to obtain documentation and clarification from Worden & Associates and Capital One regarding unexplained balance increases, payment discrepancies, and the lack of settlement verification. The dispute submissions reflect Plaintiff's good-faith effort to correct inaccurate reporting and obtain verification of the account status prior to initiating litigation.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

---

**Gleiry E. Romero-Adames**

359 Washington Ave.

Egg Harbor City, New Jersey, 08215

gradames17@gmail.com

(609) 271-0083

**Date: October 18, 2025**

To:

**TransUnion Consumer Solutions**

P.O. Box 2000

Chester, PA 19016-2000

### Subject: Reinvestigation Request – Capital One Tradeline Reporting

Dear TransUnion Dispute Department,

I am writing to formally request a reinvestigation of the Capital One tradeline listed on my TransUnion credit report. The account is currently reported as charged off with a balance of $5,940, despite the fact that this balance was resolved through a payment agreement with Worden & Associates, the collection firm assigned to this account.

**Account Details:**

- Creditor: Capital One
- Account Number: 517805948895***
- Date Opened: 05/03/2016
- Date Closed: 02/27/2023
- Pay Status: Charge-off
- Balance: $5,940
- Past Due: $0 from May–September 2025
- Estimated Removal Date: August 2029

**Discrepancy Summary:**

The agreed-upon balance was paid in full to Worden & Associates in January 2025.

- I submitted letters and documentation to both Worden & Associates and Capital One via certified mail, with delivery confirmed.

- Neither party has responded to my communications, nor have they updated the account status to reflect resolution.

- TransUnion continues to report the account as charged off with an active balance, despite the payment being made and acknowledged.

- The monthly payment history still reflects a "C/O" (Charge-off) rating, which is inaccurate given the account was resolved and closed.

This misreporting is materially inaccurate and may be causing harm to my creditworthiness. I am requesting that TransUnion conduct a reinvestigation under FCRA §611 and take the following actions:

1. Verify the current balance and status directly with Capital One and Worden & Associates

2. Update the tradeline to reflect the resolved status and remove the charge-off designation

3. Correct the payment history to reflect resolution and closure

4. Provide the method of verification used to confirm the accuracy of the current reporting

**Enclosed Documents:**

- Copies of letters sent to Worden & Associates and Capital One

- Proof of payment submitted to Worden & Associates

- Certified mail receipts confirming delivery of prior correspondence

Please confirm receipt of this request and notify me of the outcome within the 30-day window mandated by the Fair Credit Reporting Act (FCRA). I expect a thorough and transparent reinvestigation that reflects the resolution of this account.

Sincerely,

Gleiry E. Romero-Adames

**Gleiry E. Romero-Adames**

359 Washington Ave.

Egg Harbor City, New Jersey, 08215

gradames17@gmail.com

(609) 271-0083

**Date: October 18, 2025**

To:

Equifax Information Services LLC

P.O. Box 740256

Atlanta, GA 30374-0256

**Subject: Reinvestigation Request – Capital One Tradeline Reporting**

Dear Equifax Dispute Department,

I am writing to formally request a reinvestigation of the Capital One tradeline listed on my Equifax credit report. The account is currently reported as charged off with a past due balance of $5,940, despite the fact that this balance was resolved through a payment agreement with Worden & Associates, the collection firm assigned to this account.

**Account Details:**

- **Creditor**: Capital One Bank USA NA

- **Account Number**: *6534

- **Date Opened**: 05/03/2016

- **Charge-Off Amount**: $7,988

- **Balance**: $5,940

- **Amount Past Due**: $5,940

- **Date of Last Payment**: 02/04/2025

**Narrative Codes**: 067 (Charged Off), 065 (Closed by Grantor), 002 (Credit Card), 233 (Credit Limit Indicator)

**Discrepancy Summary:**

- The agreed-upon balance was paid in full to Worden & Associates in **January 2025**.

- I submitted letters and documentation to both Worden & Associates and Capital One via certified mail, with delivery confirmed.

- Neither party has responded to my communications, nor have they updated the account status to reflect resolution.

- Equifax continues to report the account as charged off and past due, despite the payment being made and acknowledged.

- The payment history still reflects a "CO" (Charge Off) rating through August 2025, which is inaccurate given the account was resolved.

This misreporting is materially inaccurate and may be causing harm to my creditworthiness. I am requesting that Equifax conduct a reinvestigation under FCRA §611 and take the following actions:

1. **Verify the current balance and status directly with Capital One and Worden & Associates**

2. **Update the tradeline to reflect the resolved status and remove the charge-off designation**

3. **Correct the payment history to reflect resolution and closure**

4. **Provide the method of verification used to confirm the accuracy of the current reporting**

**Enclosed Documents:**

- Copies of letters sent to Worden & Associates and Capital One

- Proof of payment submitted to Worden & Associates dated January 2025

- Certified mail receipts confirming delivery of prior correspondence

Please confirm receipt of this request and notify me of the outcome within the 30-day window mandated by the Fair Credit Reporting Act (FCRA). I expect a thorough and transparent reinvestigation that reflects the resolution of this account.

**Sincerely,**

**Gleiry E. Romero-Adames**



## You have successfully submitted your dispute.

**Item disputed**
**CAPITAL ONE BANK USA NA**
xxxxxxxxxxxxx6534

**Issue type**
Last reported account status and account information

**Issue**
The status, payment history, or payment rating on this account is not correct.

**Confirmation #**
5291584106

## Next steps

- Equifax will investigate your dispute. Within 30 days, we will notify you with the outcome. Depending on the outcome, you may see updates in your Equifax report[2]
- Visit the Dispute Center to check the status of your dispute at any time.
- To provide additional supporting documents, send them to Equifax and include a copy of this page.
- If you are submitting an ID Theft Block Request, to meet FCRA guidelines, an ID Theft Block Request will be treated as and referred to as a separate Dispute. You will receive email communications for each unique confirmation number in this Dispute. **If your ID Theft Block Request is rejected, you will receive a letter via US Mail notifying you of the rejection.**

**Equifax Information Service LLC**
P.O. Box 740256
Atlanta, GA 30374

## Dispute with other credit bureaus

If you need to dispute the same information on your TransUnion and/or Experian credit reports, contact them directly:

### TransUnion

P.O. Box 2000
Chester, PA 19016
Phone: 888-909-8872
Transunion.com

### Experian

P.O. Box 4500
Allen, TX 75013
Phone: 888-397-3742
Experian.com

**Gleiry E. Romero-Adames**

359 Washington Ave.

Egg Harbor City, New Jersey, 08215

gradames17@gmail.com

(609) 271-0083

**Date: October 18, 2025**

**To:**

Experian

P.O. Box 4500

Allen, TX 75013

**Subject: Reinvestigation Request – Capital One Tradeline Reporting**

Dear Experian Dispute Department,

I am writing to formally request a reinvestigation of the Capital One tradeline listed on my Experian credit report. The account is currently reported as charged off with a past due balance of $5,940, yet this balance has been resolved through a payment agreement with Worden & Associates, the collection firm assigned to this account.

**Account Details:**

- **Creditor**: Capital One

- **Account Number**: 517805XXXXXXXXXX

- **Date Opened**: 05/03/2016

- **Status**: Account charged off: $7,988 written off. $5,940 past due as of September 2023

- **Balance Updated**: 09/16/2023

- **Status Updated**: March 2023

- **Credit Limit**: $6,000

- **On Record Until**: May 2029

**Discrepancy Summary:**

- The agreed-upon balance was paid in full to Worden & Associates dated January 2025 to resolve this account.

- I provided documentation and letters to both Worden & Associates and Capital One confirming the balance and payment terms

- I submitted letters and documentation to both Worden & Associates and Capital One via certified mail, with delivery confirmed.

- **Despite this, neither party has responded to my communications, nor have they updated the account status to reflect resolution.**

- Experian continues to report the account as charged off and past due, despite the payment being made and acknowledged with no reflection of the resolution.

This misreporting is materially inaccurate and may be causing harm to my creditworthiness. I am requesting that Experian conduct a reinvestigation under FCRA §611 and take the following actions:

1. **Verify the current balance and status directly with Capital One and Worden & Associates**

2. **Update the tradeline to reflect the resolved status and remove the past due balance**

3. **Provide the method of verification used to confirm the accuracy of the current reporting**

4. **Correct or delete any outdated or inaccurate information that fails to reflect the payment resolution**

**Enclosed Documents:**

- Copies of letters sent to Worden & Associates and Capital One

- Proof of payment submitted to Worden & Associates

- Certified mail receipts confirming delivery of prior correspondence.

This delay is updating the tradeline – despite confirmed payment – may be causing undue harm to my credit profile and financial opportunities.

Please confirm receipt of this request and notify me of the outcome within the 30-day window mandated by the Fair Credit Reporting Act (FCRA). I expect a thorough and transparent reinvestigation that reflects the resolution of this account.

Sincerely,

Gleiry E. Romero-Adames

Docket No. ATL-L-002998-25

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CIVIL PART**
**ATLANTIC COUNTY**

**Gleiry E. Romero-Adames,**
Plaintiff,

v.

**Worden & Associates, LLC** and
**Capital One Bank (USA), N.A.,**
Defendants.

**Docket No.: ATL-L-002998-25**

---

**Exhibit J-2**

**Credit Bureau Investigation Results**

*(Experian, Equifax, TransUnion)*

---

This exhibit contains the investigation results issued by Experian, Equifax, and TransUnion in response to Plaintiff's October 2025 disputes. Each credit bureau deleted the Capital One tradeline following reinvestigation, confirming that the information furnished by Capital One could not be verified. These results corroborate Plaintiff's timeline of unresolved reporting issues, the absence of documentation from Worden & Associates and Capital One, and the inconsistencies that occurred before and after the debt was sold to Resurgent Capital Services.

---

Submitted by:
**Gleiry E. Romero-Adames, Plaintiff**

Prepared For

## GLEIRY ROMERO

**Personal & Confidential**

Date Generated  Oct 23, 2025

Report Number  2751-8873-54

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### CAPITAL ONE

Account · 517805XXXXXXXXXX



Deleted

This item was removed from your credit report. Please review your report for the details.

You can contact CAPITAL ONE at PO BOX 31293, SALT LAKE CITY , UT 84131 or (800) 955-7070

 **After your dispute**

This item was removed from your Credit Report.

 **Before your dispute**

 **Account Info**

| Account Name | CAPITAL ONE | Balance | $5,940 |
|---|---|---|---|
| Account Number | 517805XXXXXXXXXX | Balance Updated | 09/16/2025 |
| Account Type | Credit card | Recent Payment | - |

| | | | |
|---|---|---|---|
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 05/03/2016 | Original Balance | $6,000 |
| Status | Account charged off. $7,988 written off. $5,940 past due as of Sep 2025. | Highest Balance | $7,988 |
| | | Terms | - |
| Status Updated | 03/2023 | On Record Until | May 2029 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 150 | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | 60 | 90 | 120 | 150 | 150 | 150 | ND | ✓ | 30 | 60 | 90 | 120 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | ND | No data for this period |

**Payment history guide**

Charge Off as of Sep 2025 to Mar 2023

150 days past due as of Jan 2023,Jun 2022 to Apr 2022

120 days past due as of Dec 2022,Mar 2022

90 days past due as of Nov 2022,Feb 2022

60 days past due as of Oct 2022,Jan 2022

30 days past due as of Sep 2022,Dec 2021

This account is scheduled to continue on record until May 2029.

##  Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Aug 2025 | $5,940 | $0 | $0 on 2/4/2025 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Jun 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| May 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Apr 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Mar 2025 | $5,940 | $0 | $0 on 2/4/2025 |
| Feb 2025 | $3,754 | $0 | $0 on 2/4/2025 |
| Jan 2025 | $6,068 | $0 | $0 on 12/27/2024 |
| Dec 2024 | $6,196 | $0 | $0 on 11/27/2024 |
| Nov 2024 | $6,324 | $0 | $0 on 10/28/2024 |
| Oct 2024 | $6,452 | $0 | $0 on 9/27/2024 |
| Sep 2024 | $6,580 | $0 | $0 on 8/27/2024 |
| Aug 2024 | $6,708 | $0 | $0 on 7/29/2024 |
| Jul 2024 | $6,836 | $0 | $0 on 6/27/2024 |
| Jun 2024 | $6,964 | $0 | $0 on 5/27/2024 |
| May 2024 | $7,092 | $0 | $0 on 4/29/2024 |
| Apr 2024 | $7,220 | $0 | $0 on 3/27/2024 |
| Mar 2024 | $7,348 | $0 | $0 on 2/27/2024 |
| Feb 2024 | $7,476 | $0 | $0 on 1/29/2024 |
| Jan 2024 | $7,604 | $0 | $0 on 12/27/2023 |
| Dec 2023 | $7,732 | $0 | $0 on 11/27/2023 |
| Nov 2023 | $7,860 | $0 | $0 on 10/27/2023 |
| Oct 2023 | $7,988 | $0 | $0 on 7/27/2022 |

**Additional info**

Between Oct 2023 and Aug 2025, your credit limit/high balance was $6,000

## Contact Info

**Address**

PO BOX 31293,
SALT LAKE CITY UT 84131

## Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Mar 2023 to Aug 2025

---

## 727 BLACK HORSE PIKE APT36, PLEASANTVILLE NJ 82322358

Address
Information on this item has been updated as shown above.


Updated

 **After your dispute**

727 BLACK HORSE PIKE APT36, PLEASANTVILLE NJ 82322358

**Before your dispute**

727 BLACK HORSE PIKE APT36, PLEASANTVILLE NJ 82322358
Apartment complex

---

## 727 BLACK HORSE PIKE APT3, PLEASANTVILLE NJ 82322355

Address
Information on this item has been updated as shown above.


Updated

 **After your dispute**

 **Before your dispute**

TransUnion

# Your Dispute Results

Report Created On: 10/24/2025
File Identification Number: 000446803386
Provided by TransUnion Consumer Relations

## Your Investigation Results

INVESTIGATION RESULTS - DELETED: The disputed item(s) was removed from your credit report.

In response to your dispute, this item was DELETED from your credit report.

CAPITAL ONE
P O BOX 31293
SALT LAKE CITY, UT 84131

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documents, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR

2. Determined that the information you disputed does not appear on your credit file or already shows the requested status; OR

Chat Now

3. Determined that the lender had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the lender's contact information; OR

4. Asked the lender reporting the information you disputed to do all of the following:

- Review relevant information we sent them, including any provided documents

- Investigate your dispute and verify whether the information they report is accurate

- Provide us a response to your dispute and update any other information

- Update their records and systems, if necessary

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. You will see your detailed investigation results above, including the business name and contact details of the source of the information. Please review the results carefully. To review a full copy of your current credit report, please go to transunion.com/fullreport and login using the same username and password you use on this site. Then follow the order process to request a free disclosure of your full credit report.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation is shown above it, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of your investigation results.

**If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a consumer statement to your credit report.** A consumer statement is your explanation of why you disagree with a certain item on your credit report. Any lender who pulls your credit report will be able to see your consumer statement. Please note, if you include medical information in your consumer statement, you are allowing TransUnion to include that in any credit report we issue on your behalf.

- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report, you can dispute with the company that reported it using the contact information listed for that lender on the Credit Report tab.

- **Provide us other information or documents about your dispute.** If you have new information about the change you requested (for example, documents that directly relate to the information you are disputing), please visit www.transunion.com/dispute and let us know you dispute.

Chat Now

ATL-L-002998-25  01/29/2026 12:57:57 PM  Pg 44 of 51  Trans ID: LCV20262322250
Case 1:26-cv-00991-RMB-EAP  Document 1-2  Filed 02/02/26  Page 377 of 384 PageID: 397

- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (https://www.consumerfinance.gov/complaint/ ) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.**

## A Note on Inquiries

An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Important Information About Your Rights Under the Law

To see your rights under federal law, visit https://www.transunion.com/legal/bill-of-rights/NJ. This page provides important details about your rights under the Fair Credit Reporting Act and applicable state laws that relate to the dispute process. Consumers who believe they may be possible victims of fraudulent activity may also visit www.transunion.com/fraud-alerts.

## Should You Wish to Contact TransUnion

Please have your TransUnion FILE IDENTIFICATION NUMBER available. Your unique FILE IDENTIFICATION NUMBER is **000446803386** and is also located at the top of this page.

Online:                                                          Chat Now

To dispute information contained in your credit report, please visit the Dispute Center or go to www.transunion.com/disputeonline

For more information please visit our main dispute FAQ on TransUnion.com or go to https://www.transunion.com/credit-disputes/credit-disputes-faq

# By Mail:

TransUnion
P. O. Box 2000
Chester, PA 19016-2000

# By Phone:

(800) 916-8800

You may contact us Monday - Friday 8 AM - 11 PM Eastern Time and Saturday - Sunday 8 AM - 5 PM Eastern Time, except on major holidays.

Want to review your credit report? Go to the Credit Report tab to see your credit report information as it appeared at the time we completed your dispute. Or visit transunion.com/fullreport and login using the same username and password you use on this website. Then follow the order process to request a free disclosure of your full credit report.

Chat Now

ATL-L-002998-25 01/29/2026 12:57:57 PM Pg 45 of 51 Trans ID: LCV20262322250
Case 1:26-cv-00991-RMB-EAP Document 1-2 Filed 02/02/26 Page 378 of 384 PageID: 398

Case 1:26-cv-00991-RMB-EAP   Document 1-2   Filed 02/02/26   Page 379 of 384 PageID: 399

ATL-L-002998-25   01/29/2026 12:57:57 PM   Pg 46 of 51   Trans ID: LCV20262322250

# EQUIFAX

## CREDIT FILE : October 22, 2025
## Confirmation # 5291584106

Dear GLEYRI E ROMERO-ADAMES:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the  dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains

P.O. Box 105518
Atlanta, GA 30348

000004998- DISC
GLEYRI E ROMERO-ADAMES
359 WASHINGTON AVE
EGG HARBOR CITY, NJ 08215-1437

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.

- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

ATL-L-002998-25  01/29/2026 12:57:57 PM  Pg 47 of 51  Trans ID: LCV20262323250
Case 1:26-cv-00991-RMB-EAP  Document 1-2  Filed 02/02/26  Page 380 of 384  PageID: 400

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at equifax.com/personal/help/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| The Results Of Our Reinvestigation |
| --- |

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

| *Account History Status Code Descriptions* | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
| --- | --- | --- | --- |

>>> *We have researched the credit account. Account # - *6534 The results are:* THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. If you have additional questions about this item please contact: *CAPITAL ONE BANK USA NA, PO BOX 31293, Salt Lake City, UT 84131-1293 Phone:*

(End of Report)
000004998-DISC

5291584106-EMB-0f6c011600000448-10222025

(800) 955-7070

(End of Report)
000004998-DISC

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may he limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

52915841U6-EMB-0f6c0116000000448-10222025

000004998-DISC