## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I caused a copy of the foregoing Notice of

Removal to be served by electronic court filing, as well as Federal Express upon the following:

Gleiry E. Romero-Adames
359 Washington Ave.
Egg Harbor City, NJ 08215
*Pro Se Plaintiff*


/s/ William P. Reiley
William P. Reiley, Esq.